UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC L. JEFFRIES, : | |
| : | Case No. C-1-02-351 |
| Plaintiff, : | |
| : | (Judge Beckwith) |
| vs. : | (Magistrate Judge Hogan) |
| : | |
| CENTRE LIFE INSURANCE COMPANY, : | **NOTICE OF FILING AFFIDAVIT** |
| et al., : | **OF ANDREW COHEN** |
| : | |
| Defendants. : | |

Now comes Defendant Centre Life Insurance Company and gives notice of filing the Affidavit of Andrew Cohen with regard to bad faith claims filed against Centre Life Insurance Company and/or DMS. During the period from 1999 to the present there have been nine lawsuits initiated by CLIC policyholders from states comprising the Sixth Federal District Court of Appeals. In those nine cases, there were no judgments for bad faith and there were no settlements in excess of, at or even close to the present value of the policies at issue.

Respectfully submitted,

s/Peter M. Burrell
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087

Attorneys for Defendants
Massachusetts Casualty Insurance Company
and Disability Management Services, Inc.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 6th day of October 2003 and by regular U.S. Mail. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                s/Peter M. Burrell
                                                Peter M. Burrell, Esq.

188300.1

Case 1:02-cv-00351-MRB-TSH    Document 93    Filed 10/06/2003    Page 2 of 2