IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric Jeffries,                    )
                                  )
            Plaintiff,            ) Case No. C-1-02-351
                                  )
    vs.                           )
                                  )
Centre Life Insurance Co.,        )
et al.,                           )
                                  )
            Defendants.           )

O R D E R

This matter came before the Court on October 1, 2003 for a status conference on outstanding discovery issues and to set firm deadlines for certain events. The following summarizes the orders made by the Court during the conference:

> Expert and treating physicians discovery shall be completed by December 5, 2003.
>
> Any Daubert motion shall be filed no later than December 2, 2003. Memoranda in opposition shall be filed no later than December 26, 2003. No reply briefs shall be filed.
>
> A Daubert hearing is scheduled for January 8, 2004 at 1:30 p.m.
>
> Motions for summary judgment are due no later than January 22, 2004. Memoranda in opposition shall be filed no later than January 30, 2004. Reply briefs are due no later than February 6, 2004.
>
> The final pretrial conference is scheduled for April 2, 2004, at 10:00 a.m.
>
> Trial is scheduled for April 19, 2004, at 9:00 a.m.
>
> Defendant shall produce to Plaintiff back-up computer tapes containing electronic messages and information. Plaintiff's search of those tapes shall be limited as described in the proposed protocol.
>
> Defendant shall produce to Plaintiff the names and last known addresses of former employees who had any connection with Plaintiff's claim.

    Defendant shall produce to Plaintiff the performance evaluations of any employee who had any connection with Plaintiff's claim.

    Defendant shall produce to Plaintiff any non-privileged communications between Centre Life and DMS. Defendant may redact any information on cases or claims not arising out of the states covered by the Sixth Circuit Court of Appeals. Defendant shall submit to the Court for _in camera_ review any shared communications alleged to be covered by the attorney-client privilege.

    **IT IS SO ORDERED**

Date October 6, 2003          /s Sandra S. Beckwith
                                           Sandra S. Beckwith
                                   United States District Judge