IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | JUDGE BECKWITH |
| | : | Magistrate Judge Hogan |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| Defendants. | ) | |

### DECLARATION OF CINDY CAMPANELLO

Upon oath, the Declarant states as follows pursuant to the provisions of 28 U.S.C. §746:

1. My name is Cindy Campanello. I am the administrative assistant to Michael A. Roberts and was formerly employed by the firm representing the defendant in the above case.

2. With respect to this litigation, because of my relationship with the Wood & Lamping firm, I have been intimately involved in the scheduling of depositions. Many communications concerning depositions are directed to my attention, rather than Mr. Roberts.

3. At no point in time prior to October 17, 2003, I am aware of any request, effort, attempt, or desire to take the deposition of Dr. Fritz.

I declare the foregoing to be true and correct to the best of my knowledge and belief, upon penalty of perjury.

Dated: October 22, 2003

_____
Cindy Campanello

1

## CERTIFICATE OF SERVICE

The foregoing was delivered, via fax and regular mail to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 22nd day of October 2003.

_____