# WOOD & LAMPING LLP
*SINCE 1927*

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

WILLIAM R. ELLIS
DIRECT DIAL: 513-852-6067
E-MAIL: wrellis@woodlamping.com

August 29, 2003

**Via Hand Delivery**

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202-3157

Re:   Eric L. Jeffries v. Centre Life Insurance Company, et al.
      Case No. C-1-02-351

Dear Mike:

I am writing to advise you that Defendants will call the following experts at the trial of this case:

1. Michael Hartings, Ph.D.;
2. Dr. Newton Bullard;
3. Dr. Kirk Frey; and
4. Mitchell Clionsky, Ph.D.

You already have the reports of Dr. Hartings and Dr. Bullard as well as the opinions of Dr. Clionsky contained in the claims file. Enclosed is the May 5, 2003 review of Drs. Hartings and Bullard's reports by Dr. Clionsky. We have submitted Dr. Pretorius' information to Dr. Frey and expect to have a report back from him shortly. We will forward it to you upon receipt.

Sincerely,

William R. Ellis

William R. Ellis

WRE/smk