```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO              4278
CONNECTION TEL                    6513836
CONNECTION ID
ST. TIME              10/06 15:26
USAGE T               03'00
PGS. SENT             11
RESULT                OK
```

# WOOD & LAMPING LLP

SINCE 1927

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491

TELEPHONE: (513) 852-6000
FAX:       (513) 852-6087

## FAX TRANSMITTAL SHEET

**Date:** October 6, 2003           **Total Number of Pages:** 19

**To:**                             **Company/Firm:**                    **Fax No:**
Michael A. Roberts                  Graydon, Head & Ritchey, LLP         651-3836

**From:**   Christine L. Zerges
            Direct Dial: (513) 852-6017

---

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original to us at above address. Thank you.

---

*If you have any problems with this transmission, please call at (513) 852-6000.*

**Subject/Message/Instructions:**

# WOOD & LAMPING LLP

SINCE 1927

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491

TELEPHONE: (513) 852-6000
FAX: (513) 852-6087

## FAX TRANSMITTAL SHEET

**Date:** October 6, 2003

**Total Number of Pages:** 19

**To:**
Michael A. Roberts

**Company/Firm:**
Graydon, Head & Ritchey, LLP

**Fax No:**
651-3836

**From:** Christine L. Zerges
Direct Dial: (513) 852-6017

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original to us at above address. Thank you.

*If you have any problems with this transmission, please call at (513) 852-6000.*

**Subject/Message/Instructions:**

Re: Eric L. Jeffries v. Centre Life Insurance Company

**Originals will follow by Mail**

Rev. 02/26/01

# WOOD & LAMPING LLP
*SINCE 1927*

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

September 26, 2003
Direct Dial: (513) 852-6017

**VIA FACSIMLE AND U.S. MAIL**
Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

**Re: Eric L. Jeffries v. Centre Life Insurance Company, et al.
Case No. C-1-02-351**

Dear Mr. Roberts:

Enclosed please find copies of subpoenaes and deposition notice served in the above captioned case.

Very Truly Yours,

Christine L. Zerges,
Paralegal

CZ/encl.