```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| 10/03 14:09 | 4217794 | | 4242 | TRANSMIT | ECM | 3 | OK | 01'19 |
| 10/03 14:16 | 2444169 | | 4243 | TRANSMIT | ECM | 2 | OK | 00'57 |
| 10/03 14:25 | 7931032 | | 4244 | TRANSMIT | ECM | 2 | OK | 00'57 |
| 10/03 14:32 | 9658091 | | 4245 | TRANSMIT | ECM | 2 | OK | 01'13 |
| 10/03 14:34 | 19374360958 | | 4246 | TRANSMIT | ECM | 1 | OK | 00'28 |
| 10/03 14:37 | 19374360958 | | 4247 | TRANSMIT | ECM | 1 | OK | 00'28 |
| 10/03 15:16 | 2413553 | | 4248 | TRANSMIT | ECM | 2 | OK | 00'51 |
| 10/03 15:22 | 2813420 | | 4249 | TRANSMIT | ECM | 3 | OK | 01'10 |
| 10/03 15:44 | 3664480 | OHIO HEART | 4250 | TRANSMIT | ECM | 2 | OK | 00'56 |
| 10/03 15:49 | 5219366 | | 4251 | TRANSMIT | G3 | 4 | OK | 02'22 |
| 10/03 15:57 | 15184945271 | | 4252 | TRANSMIT | G3 | 11 | OK | 07'44 |
| 10/03 16:05 | 17403877544 | | 4253 | TRANSMIT | ECM | 3 | OK | 01'06 |
| 10/03 16:07 | 3518414 | | 4254 | TRANSMIT | G3 | 2 | OK | 01'21 |
| 10/03 16:09 | 5731538 | | 4255 | TRANSMIT | ECM | 2 | OK | 00'50 |
| 10/03 16:38 | 14237636345 | | 4256 | TRANSMIT | G3 | 15 | OK | 04'42 |
| 10/03 16:46 | 8614890 | | 4257 | TRANSMIT | ECM | 6 | OK | 01'47 |
| 10/03 17:00 | 14076854671 | | 4258 | TRANSMIT | ECM | 2 | OK | 00'48 |
| 10/03 17:04 | 8716173 | | 4259 | TRANSMIT | ECM | 19 | OK | 05'29 |
| 10/06 09:14 | 716314478960 | | 4260 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/06 09:19 | 16314478960 | | 4261 | TRANSMIT | ECM | 2 | OK | 01'04 |
| 10/06 10:18 | 8595784582 | | 4262 | TRANSMIT | ECM | 5 | OK | 01'48 |
| 10/06 10:47 | 18669355500 | | 4263 | TRANSMIT | ECM | 3 | OK | 01'30 |
| 10/06 11:08 | 2877465 | | 4264 | TRANSMIT | ECM | 2 | OK | 00'54 |
| 10/06 11:41 | 2298511 | | 4265 | TRANSMIT | ECM | 2 | OK | 00'53 |
| 10/06 12:27 | 18667664242 | | 4266 | TRANSMIT | ECM | 0 | NG | 00'45 |
| | | | | | | 1 | | |
| 10/06 12:30 | 18667664242 | | 4266 | TRANSMIT | ECM | 6 | OK | 02'40 |
| 10/06 13:04 | 18667664242 | | 4267 | TRANSMIT | ECM | 3 | OK | 01'15 |
| 10/06 13:34 | 8313870 | | 4268 | TRANSMIT | ECM | 1 | OK | 00'22 |
| 10/06 13:38 | 2413553 | | 4269 | TRANSMIT | ECM | 2 | OK | 00'55 |
| 10/06 14:05 | 12166968076 | | 4270 | TRANSMIT | ECM | 0 | NG | 00'13 |
| | | | | | | 1 | #001 | |
| 10/06 14:09 | 12166968076 | | 4271 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| 10/06 14:11 | 12166968076 | | 4272 | TRANSMIT | ECM | 22 | OK | 07'50 |
| 10/06 14:21 | 6215444 | | 4274 | TRANSMIT | G3 | 2 | OK | 01'18 |
| 10/06 14:23 | 2418259 | | 4275 | TRANSMIT | ECM | 2 | OK | 01'36 |
| 10/06 14:26 | 19207257339 | | 4273 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/06 14:39 | 18007332578 | | 4276 | TRANSMIT | | 0 | NG | 00'01 |
| | | | | | | 0 | | |
| 10/06 14:42 | 18007332578 | | 4276 | TRANSMIT | ECM | 6 | OK | 02'20 |
| 10/06 15:10 | 19207257339 | | 4277 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/06 15:26 | 6513836 | | 4278 | TRANSMIT | ECM | 11 | OK | 03'00 |
| 10/06 15:30 | 6513836 | | 4279 | TRANSMIT | ECM | 8 | OK | 02'17 |

