OCT 29 2003

# Graydon Head & Ritchey LLP

***Attorneys at Law***
**Michael A. Roberts**
Direct Dial: (513) 629-2799
E-Mail: mroberts@graydon.com

October 27, 2003

William R. Ellis, Esq.
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202-2409

> *Re:*    **Jeffries v. DMS, et. al.,**

Dear Bill:

The Frey expert report that you are obligated to provide to me is now two months overdue. If I do not have it in my possession by noon Wednesday, October 29, 2003, I will file a motion with the Court commanding that Dr. Frey be precluded from offering any testimony at any proceeding in this case.

Sincerely,

GRAYDON HEAD & RITCHEY LLP

Michael A. Roberts

MAR/csc
*Copy*:   Mr. Eric L. Jeffries

| *Mailing Address* | *Cincinnati Office* | *Kentucky Office* |
|---|---|---|
| P.O. Box 6464 | 1900 Fifth Third Center | 2500 Chamber Center Drive |
| Cincinnati, Ohio 45201-6464 | 511 Walnut Street | Suite 300 |
| | Cincinnati, Ohio 45202-3157 | Ft. Mitchell, Kentucky 41017-7070 |
| | telephone (513) 621-6464 | telephone (859) 282-8800 |
| | fax (513) 651-3836 | fax (859) 525-0214 |