```
 1                UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF OHIO
 3                     WESTERN DIVISION
 4
 5   ERIC L. JEFFRIES,              :
 6          Plaintiff,              :
 7   vs.,                           :    Case No. 1:02cv00351
 8   CENTRE LIFE INSURANCE CO.,     :
 9          Defendant.              :
10
11
12
13           Deposition of HAROLD T. PRETORIUS, MD, Ph.D, a
14   witness herein, taken as upon cross-examination by the
15   Defendant, and pursuant to the Federal Rules of Civil
16   Procedure, and agreement of counsel and stipulations
17   hereinafter set forth, at the offices of Wood & Lamping,
18   600 Vine Street, Suite 2500, Cincinnati, Ohio, 45202, at
19   1:00 p.m., on the 21st day of November, 2003, before
20   Kelly A. Graff, RPR, a Notary Public for the State of Ohio.
21
22                                          ORIGINAL
23      TRI-COUNTY COURT REPORTING AND VIDEOTAPE SERVICE
24              95 South Fourth Street
                  Batavia, Ohio  45103
25                  (513) 732-1477
```

1   A   Yes, sir.
2   Q   But you didn't put it in the form of an
3   informed consent form that he signed off on?
4   A   No, sir.
5   Q   The two scans that you did, the first one was
6   an FDG SPECT scan; is that correct?
7   A   Yes, sir. I don't know if it's fair to say
8   "first". We do them together.
9   Q   You do them together. You mean you inject both
10  isotopes and then do the scan once?
11  A   Yes, sir.
12  Q   So, at one and the same time, you injected him
13  with FDG and with HMPAO4 and with acetazolamide?
14  A   They're not all in the same syringe, but
15  they're fairly close in time.
16  Q   So, one shot after another?
17  A   Within a few minutes, yes, sir.
18  Q   And then you do one scan; is that right?
19  A   The scanner collects the data in both energy
20  windows, so the two scans are collected at the same time.
21  Q   What kind of a camera are you using?
22  A   I'm using an FDG SPECT collimated camera.
23  Q   How old is this camera?
24  A   Approximately six years.
25  Q   And set up as an FDG SPECT collimated camera,

```
 1        Q    Let's make it real short.  Yes or no, are you
 2   aware of scientific literature which is sufficient to say
 3   that you can use a PET scan to diagnose chronic fatigue
 4   syndrome?
 5             MR. ROBERTS:  Objection.
 6        A    Well, the premise of the question has a
 7   problem.  I mean, the scan itself, in and of itself, is not a
 8   diagnosis.  So, we're speaking about functional brain
 9   imaging, and functional brain imaging is not a final
10   diagnosis in and of itself.  It must be evaluated in the
11   context of the history and physical and other diagnostic
12   information.  So, I think that question as stated, the answer
13   to that would be no for any diagnosis of any of those scans.
14        Q    Very good.  So, the same would be true --
15        A    I'm not trying to be facetious.
16        Q    I understand.
17        A    I'm just trying to give an accurate answer to
18   what you're saying, sir.
19        Q    The same would be true of SPECT scans?
20        A    That's correct.
21        Q    Now, are you aware of any scientific literature
22   upon which someone who does these scans can rely which
23   identifies a set or specific pattern for people who have a
24   diagnosis of chronic fatigue syndrome?
25        A    No, sir.
```

1       Q      Are the purple areas noise?

2       A      The purple areas represent scattered background
3  activity. You can see for yourself that they're about, at
4  most, 5 to 10 percent of any image. Certainly probably less
5  than 10 percent. So, I do not agree with your statement that
6  there is a great deal of noise in the images, nor do I think
7  the picture reflects that, sir.

8       Q      All right. Can you tell me where I would find
9  in the scientific literature the protocol of doing a single
10 scan with a single camera for both FDG and HMPAO
11 simultaneously?

12      A      Well, that protocol is included in abstracts
13 that I've written. And similar protocols for the heart are
14 included in, where the other isotope is not HMPAO, but is
15 another magnesium isotope. So, as far as methodology, it's
16 the same. Those are published in the Journal of Nuclear
17 Medicine and other nuclear medicine journals.

18      Q      Has this protocol been generally accepted in
19 the field of nuclear medicine?

20      A      It's been generally accepted for the heart.

21      Q      Has it been generally accepted in brain scans,
22 PET and SPECT brain scans?

23      A      I think it's fair to say it's not generally
24 accepted. That would be multiple hospitals using it all over
25 the country. But there are hospitals in multiple areas of

1   cortical metabolic fraction.  It's a mechanism we use to
2   compare one scan to another.
3        Q    Not generally accepted in the field of
4   neuroscience or nuclear medicine?
5        MR. ROBERTS:  Objection.
6        A    Well, it's a subset of generally-accepted
7   analytical techniques.  It's that particular way of stating
8   the data may not have a broad acceptance, but it's based on
9   very, very fundamental, basic principles which are widely
10  stated in the field.
11       Q    But not widely used as a means of interpreting
12  these scans --
13       MR. ROBERTS:  Objection.
14       Q    -- other than by you?
15       A    Well, some component of this type of
16  methodology is widely used.  So, it's related to the
17  methodology that was used in Irvine where they used
18  statistical parametric mapping.  It's not the same technique.
19  This precise version of the technique is mainly used by me,
20  that's correct.
21       Q    Okay.  And CPF?
22       A    Analogous, cortical perfusion fraction.
23       Q    Do you testify often, Doctor?
24       A    No, sir.
25       Q    Are you consulted to do brain scans in motor

1   present on objective measures.  There is no such thing as a
2   perfect single test in medicine, to my knowledge; so, I don't
3   think it's fair to say that, because a given test gives no
4   information about or findings suggestive of particular
5   diagnosis, that it has no bearing or has no value or no
6   merit.  I don't think that's true.  But the test isn't
7   perfect.
8           Q    Are there descriptive patterns in what one
9   would expect to see in somatization disorder?
10          A    No, I don't think so.  There's not a specific
11  pattern for somatization disorder, to my knowledge.
12          Q    How about a specific pattern for OCD?
13          A    Usually the patients have abnormalities in the
14  dorsolateral frontal cortex.
15               (Off-the-record discussion.)
16          Q    Doctor, when we left off, you suggested the
17  pattern for OCD would be, if I'm understanding, a decreasing
18  metabolic functioning or metabolic uptake in the dorsolateral
19  prefrontal cortex?
20          A    Yes, sir.
21          Q    Isn't that exactly what they found in
22  California?
23          A    Well, but they have a lot of other
24  abnormalities, too.
25          Q    Thank you.  By the way, have you ever published

1  these fractions that you use, this cortical metabolic
2  fraction or cortical perfusion fraction?  Are they published
3  in the literature at standard operating procedure?
4          A   In abstract, yes, sir.
5          Q   In the abstract?
6          A   In the abstracts I told you before has been
7  published multiple times.
8          Q   You're saying, "This is what I do," but
9  apparently it hasn't caught on?
10         A   That's probably a fair way to assess it.
11         Q   Doctor, are you attempting, on the basis of
12 these scans that you did and the one-time examination, in the
13 comparison with the California scans -- are you attempting to
14 make a diagnosis that Mr. Jeffries has an inflammation of his
15 brain?
16         A   Yes.
17         Q   Anything else that you decided he has?
18         A   Well, he had evidence of thyroid cancer, based
19 on the history, and received treatment for it.  I haven't
20 seen the biopsy diagnosis, but that's the history.
21                 (Off-the-record discussion.)
22         Q   We were asking if he had anything else.  I
23 understand he gave you a history of having thyroid cancer?
24         A   Right.  So, I would conclude that the history
25 is likely accurate.

1  normal?

2      A    Every study that published on cerebritis did
3  that, sir.  Now, when you talk about controlled studies, I
4  mean, the degree of control, obviously it's very difficult to
5  have -- you know, does every study have a complete autopsy?
6  No.  But the study -- every study, when they give a report on
7  a SPECT scan, has determined what they thought was abnormal
8  based on some criteria of normality, those criteria being
9  similar to the ones used in our laboratory, for example,
10 comparing the patients who appeared to do well and didn't
11 appear to have severe problems.

12     Q    Are you aware of any controlled studies that
13 establish a PET or SPECT pattern for chronic fatigue
14 syndrome?

15     A    No, sir.

16     Q    So, the PET or SPECT scan would not be useful
17 in either ruling in or ruling out that particular syndrome?

18          MR. ROBERTS:  Objection.

19     A    I don't use it for that.

20     Q    Okay.  What with regard to -- let's use your
21 cerebritis.  What is your rate of specificity?

22     A    Well, I believe it's good, but I don't have an
23 absolute diagnosis because I don't have biopsies of the
24 brains to know if that's what they had.

25     Q    Have you done a repeat study on Mr. Jeffries to

1  Q    You specifically referred to immune cerebritis.
2  Is there anything in your scan that distinguishes between
3  immune cerebritis and any other cerebritis?
4  A    Well, the pattern of posterior fossa
5  involvement in multiple different areas of abnormality tends
6  to favor immune cerebritis, but there is an overlap between
7  that and other encephalopathic syndromes.
8  Q    Does that mean you can or can't say with
9  specificity, supported by scientific research, that this is
10 an immune cerebritis as opposed to any other cerebritis?
11 A    I don't think you can differentiate 100
12 percent.
13 Q    Did you choose immune cerebritis because the
14 patient told you he thought he had an autoimmune problem?
15 A    Well, I chose it because it seemed that --
16 Several reasons I chose that as descriptive in his case.
17 One, that he's had thyroid disease, which tends to be
18 associated with immunologic reactions.  Another, that he gave
19 a history of immunologic reaction to a known immunogen,
20 substance designed to be immunogenic.  That seemed to be a
21 reasonable, plausible conclusion.  As far as I know, he has
22 no other exposures to any of those other things you talked
23 about.
24 Q    Does a person with, in your opinion,
25 psychiatric difficulties show a pattern of metabolic