Re:    Brain Imaging of Eric L. Jeffries

Medical Report of Kirk A. Frey, M.D., Ph.D.

I, The undersigned, declare the following:

1.    I am a Staff Physician and Professor in the Departments of Radiology (Division of Nuclear Medicine) and Neurology and a Research Professor in The Mental Health Research Institute at The University of Michigan, Ann Arbor, Michigan.

2.    I am a licensed medical practitioner in the State of Michigan and have achieved Board Certification in the fields of Nuclear Medicine (American Board of Nuclear Medicine, 1989) and Neurology (American Board of Psychiatry and Neurology, 1989).

3.    My undergraduate studies were at the Massachusetts Institute of Technology, Cambridge, MA, from 1973 to 1977, leading to the S.B. degree in Electrical Engineering (Bioelectrical Engineering Program). I attended medical school and graduate school from 1977 to 1984 at The University of Michigan as a Medical Scientist Training Program Fellow, resulting in M.D. and Ph.D. (Neurosciences) degrees. I trained as an Internal Medicine intern for 1 year at St. Joseph's Mercy Hospital, Ann Arbor, MI, followed by a three-year residency in Neurology and a Fellowship in Nuclear Medicine at The University of Michigan Hospitals.

4.    I am an active member of several professional and scientific societies concerned with brain imaging, neurochemistry, and human neurological disorders, including: The Society of Nuclear Medicine; The American Academy of Neurology; The American Neurological Association; The Society for Neuroscience; The International Society for Cerebral Blood Flow and Metabolism; and The European Society of Nuclear Medicine. I am presently an ex-officio member and past President of the Board of Directors of the Brain Imaging Council of The Society of Nuclear Medicine.

5.    I am presently on the editorial board of the Quarterly Journal of nuclear Medicine, and have recently completed editorial board assignments in three other prominent medical scientific journals concerned with clinical diagnostic and research brain imaging (including SPECT perfusion and PET metabolism imaging): The Journal of Cerebral Blood Flow and Metabolism; Annals of Neurology; and The European Journal of Nuclear Medicine. I serve as a consultant on the PET Advisory Committee to the US National Institute on Drug Addiction, Addiction Research Center in Baltimore, MD, and have recently served as a consultant to the Montreal Neurological Institute, Brain Imaging Centre. I regularly review research grant applications in brain imaging for the US National Institutes of Health, for the US Department of Energy, and for the Canada Foundation for Innovation.

6.    My laboratory at The University of Michigan has been funded by the US National Institutes of Health and other external agencies for over 16 years for the development and application of brain imaging methods to human neurological disorders. We have included studies with Positron Emission Tomography (PET) and Single Photon Emission Computed Tomography (SPECT) over this interval. I have authored over 117 peer-reviewed original scientific articles, 22 book chapters, and 189 preliminary communications or abstracts from our research activities. A current copy of my Curriculum Vitae is appended (Attachment I).

7.    In my regular duties at The University of Michigan Medical Center, I supervise and teach medical students, residents and fellows in the use and interpretation of nuclear medicine procedures, including brain SPECT and PET scanning. I am familiar with the current standards of

care and practice regarding the clinical uses of brain imaging, including SPECT and PET. SPECT and PET brain imaging are established diagnostic procedures in a limited number of clinical settings. In many of these, the imaging procedure is not able to independently establish a diagnosis, but rather, serves to refine an established clinical diagnosis made unequivocally on the basis of other information. There are presently no data upon which to rely in the use or interpretation of clinical PET or SPECT imaging procedures for diagnosis of immune cerebritis, cerebral vasculitis, chronic fatigue syndrome, depression, obsessive compulsive disorder or somatization disorder.

8.      My opinion (above) is shared by national panels of experts in Nuclear Medicine and Neurology. A recent publication in The Journal of Nuclear Medicine ("Ethical clinical practice of functional brain imaging", The Journal of Nuclear Medicine, 37:1256-1259, 1996; Attachment II) also indicates a lack of established diagnostic criteria for immune cerebritis effects in brain FDG PET or cerebral perfusion SPECT scans. It further states that:

"...while research SPECT and PET studies in patients with mild traumatic brain injury, substance abuse, infectious disease states (such as HIV-related encephalopathies), neurotoxic exposures, environmental illness and foreign body reaction show promise, there is not, as of this writing, adequate evidence to support the use of SPECT or PET in these instances to establish cause-and-effect relationships."

Regarding the use of SPECT brain perfusion studies in forensic settings, the authors state:

"When there are few controlled experimental studies and no available sensitivity and specificity rates, the forensic application of nonreplicated, unpublished, or anecdotal SPECT or PET observations is inappropriate and has ominous implications. This can lead to unsupportable conclusions if introduced as 'objective evidence' linking neurophysiologic parameters (such as blood flow or metabolism) to a defendant's judgment, insight or motives associated with the commission of a crime, or as an 'offer of proof' of a traumatically caused or substance-induced illness or injury."

9.      I have reviewed the brain scans conducted on Eric L. Jeffries, including: brain perfusion SPECT (06/09/2000 - University of Montreal); FDG PET (07/07/2000 - University of California Irvine); brain perfusion SPECT (12/07/2000 - University of Montreal); brain perfusion SPECT (08/05/2003 - Dr. Pretorius); FDG SPECT (08/05/2003 - D. Pretorius). I find that there is no scientific basis for performing any of these imaging tests to evaluate or diagnose immune cerebritis (encephalomyelitis), vasculitis, or chronic fatigue syndrome. Specifically, there are no scientific reports to establish a reliable specific abnormality or pattern of abnormality in patients with proven diagnoses of these conditions. The presence (or absence) of any findings in these PET and SPECT brain imaging tests, thus, has no bearing on the presence (or absence) of these disorders. Furthermore, the brain PET and SPECT imaging tests are not established scientifically as valid diagnostic tools for presence of depression, obsessive compulsive disorder or somatization disorder. Accordingly, the use of PET or SPECT imaging studies is inappropriate and ineffective for the evaluation of these psychiatric diagnoses.

10.     There is questionable rationale to technological aspects of the above (see point 9) imaging tests. In the SPECT brain perfusion studies performed at the University of Montreal, the patient was imaged at each of two times (30 min and 2-1/2 hr) after the injection of the ECD radiotracer. ECD uptake by the brain is virtually complete within 15 min after injection and remains essentially unchanged thereafter. The use of 2 scan times per injection is, therefore, not justified nor interpretable. The FDG study performed by Dr. Pretorius presumably employed a modified single-photon nuclear medicine gamma camera, rather than a dedicated PET scanner. The resulting images suggest a severe reduction of the FDG data collected during the scan, and are not of

interpretable quality. The SPECT HMPAO perfusion scan performed also by Dr. Pretorius apparently followed the administration of the cerebral vasodilator drug acetazolamide (Diamox). The rationale for this, and the interpretation of this SPECT scan are unclear.   Further, there is no rationale for comparison of the SPECT HMPAO and the FDG in these studies, given the poor technical quality of the FDG images.

11.     I offer no clinical diagnostic re-interpretation of the brain imaging tests above (see point 9) at this time, based on my judgment that this is unjustified and medically inappropriate in the evaluation of the clinical entities discussed above.  However, I am prepared to do so in the future if specifically requested.

Kirk A. Frey, M.D., Ph.D.

Professor of Radiology and Neurology
12 November 2003

# CURRICULUM VITAE

## PERSONAL DATA

Name:                    Kirk Andrew Frey, M.D., Ph.D.
Social Security No.:     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

## EDUCATION

| | |
|---|---|
| 1970-1973 | Andover High School, Bloomfield Hills, MI |
| 1973-1977 | Massachusetts Institute of Technology, B.S. (Electrical Engineering) |
| 1977-1984 | The University of Michigan School of Medicine, M.D. |
| 1980-1984 | The University of Michigan Rackham School of Graduate Studies, Ph.D. (Neurosciences) |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1984-1985 | Intern, Department of Internal Medicine, St. Joseph Mercy Hospital, Ann Arbor, MI |
| 1985-1988 | Resident, Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |
| 1987-1989 | Fellow, Division of Nuclear Medicine, Department of Internal Medicine, The University of Michigan Hospitals, Ann Arbor, MI |
| 1988-1989 | Fellow, Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1986-1989 | Research Investigator, Mental Health Research Institute, The University of Michigan, Ann Arbor, MI |
| 1989-1993 | Assistant Professor, Department of Internal Medicine, Division of Nuclear Medicine, and Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |
| 1989-1993 | Assistant Research Scientist, Mental Health Research Institute, The University of Michigan, Ann Arbor, MI |
| 1992- | Co-Director, Movement Disorders Clinic, Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |
| 1993-1998 | Associate Professor, Department of Internal Medicine, Division of Nuclear Medicine, and Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |

(Academic Appointments, continued)

| | |
|---|---|
| 1993-1997 | Associate Research Scientist, Mental Health Research Institute, The University of Michigan, Ann Arbor, MI |
| 1997-1998 | Senior Associate Research Scientist, Mental Health Research Institute, The University of Michigan, Ann Arbor, MI |
| 1998-2000 | Professor, Department of Internal Medicine, Division of Nuclear Medicine, and Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |
| 1998- | Senior Research Scientist, Mental Health Research Institute, The University of Michigan, Ann Arbor, MI |
| 2000- | Professor, Department of Radiology, Division of Nuclear Medicine, and Department of Neurology, The University of Michigan Hospitals, Ann Arbor, MI |

## SENIOR POSTDOCTORAL TRAINING

None

## CONSULTING POSITIONS

| | |
|---|---|
| 1995 | PET Advisory Committee, NIDA Addiction Research Center, Baltimore |
| 1997 | External Advisory Committee, Brain Imaging Center, Montreal Neurological Institute, Montreal, Canada |
| 1997- | Scientific Advisory Board, Tourette Syndrome Association |
| 1999 | External Advisory Committee, ''Clinical Pathophysiology of Acute Brain Injury'' NS35966, Washington University School of Medicine, St. Louis, MO |
| 2002- | Pfizer Pharmaceuticals, Pain Neuroimaging Researcg Group Advisory Board |
| 2003 | Department of Energy, Biological and Imaging Research, Radiopharmaceutical Research Program |

## SCIENTIFIC ACTIVITIES

Editorial Boards

| | |
|---|---|
| 1996-2001 | *Annals of Neurology* |
| 1996-2002 | *Journal of Cerebral Blood Flow and Metabolism* |
| 1999-2002 | *Deputy Chief Editor* |
| 1998-2002 | *European Journal of Nuclear Medicine* |
| 2003- | *The Quarterly Journal of Nuclear Medicine* |

Journals Reviewed

*Annals of Neurology; Archives of General Psychiatry; Brain;
European Journal of Nuclear Medicine; European Journal of Pharmacology;
IEEE Transactions on Medical Imaging;
Journal of Cerebral Blood Flow and Metabolism; Journal of Neurochemistry;
Journal of Neuroscience; Journal of Nuclear Medicine; Lancet;
Molecular Pharmacology; Neuroimage; Neurology; Radiology; Stroke*

Study Sections and Review Groups

| | |
|---|---|
| 1987 | NIH NINCDS, Neurology B, ad hoc reviewer and site visitor |
| 1988 | NIH NCI, ad hoc reviewer |
| 1992 | NIH SBIR, Special Study Section 7: Drug Development and Delivery |
| 1992 | MRC (Canada), Special Review, Montreal Neurologic Institute PET Program |
| 1993 | NIH NCRR, Special Study Section ZRG7 SSS-X (21-22) "3-Dimensional Brain Imaging and Autoradiography" |
| 1994 | NIH NSPA, Special Review Committee, "PET Program Project Grants" |
| 1994 | Review of Clinical Brain Imaging, Intramural NIMH Programs |
| 1994 | NIH NSPB, Special Review Committee, "Human Brain Transplant Therapy for Parkinson's Disease" |
| 1994 | NIH NCRR, Special Study Section ZRG7 SSS-X (36-37) "3-Dimensional Brain Imaging and Autoradiography" |
| 1995 | NIMH Board of Scientific Governors, Review of Intramural Laboratory of Clinical Science, ad hoc member |
| 1996 | NIH NINDS, SRC 06, Special Review Committee, ``Clinical Pathophysiology of Acute Brain Injury'' |
| 1996 | NIH NCRR, Special Study Section ZRG7 SSS X-72 ⅜ Center for Integrative Brain Imaging'' |
| 1997 | MRC (Canada), Special Review, Montreal Neurologic Institute Imaging Group Grant |
| 1997 | NIH NCRR GCRC, reviewer and Site visitor, ``University of Pittsburgh GCRC'' |
| 1997 | NIH NCRR, reviewer and site visitor ZRG7 SSS-9 (8), ⅜ Simultaneous PET-MR Brain Imaging and Analysis Research Resource⅜ |
| 1997 | MRC (Canada), Neurosciences B Study Section |
| 1997 | NIH NINDS, NSPB Special Study Section, "Human Brain Transplant Therapy for Parkinson's Disease" |
| 1998 | NIDCD Board of Scientific Counselors, ad hoc reviewer |
| 1888 | NIH NCRR Reviewer and Site Visitor, ZRG 7 SSS-W (14) ``Multidimensional Modeling: A Neuroimaging Resource'' |
| 1998 | NIH NCRR GCRC Study Section, ad hoc Member |
| 1998 | MRC (Canada), Neurosciences B Study Section |
| 1998-2002 | NIH NCRR GCRC Study Section |
| 1998 | NIH NINDS, NSPB Special Study Section, "Parkinson's Disease Centers of Excellence" |
| 1998 | MRC (Canada), Neurosciences B Study Section |
| 1999 | MRC (Canada) Special Review Committee:``UBC/Triumf Group Grant'' |
| 1999 | NIH NINDS, ZNS1 SRB-K Special Emphasis Panel, "Parkinson's Disease Centers of Excellence" |
| 1999 | NIH NIDA Training and Career Development Committee, ad hoc reviewer |
| 2000 | Canada Foundation for Innovation, Medical Imaging Expert Committee |
| 2000- | Canada Foundation for Innovation, College of Reviewers, Canada Research Chairs |
| 2002 | NIH NIA ZAG1 ZIJ-7 (J3) Special Emphasis Panel, ⅜ Aging, Vasculature, Ischemia and Behavior'' |
| 2002 | NIH CSR ZRG1 SSS-E (95) Special Emphasis Panel, ``Human Brain Project'' |
| 2003 | DOE, Radiopharmaceutical and Molecular Nuclear Medicine Science Research - Medical Applications, Review Panel |
| 2003 | Canada Foundation for Innovation, Medical Imaging Expert Committee |
| 2003 | NIH NCRR ZRR1 BT-1 Special Emphasis Panel ``Biomedical Research Technology'' |

**GRANT SUPPORT**

**Past:**

DOE, (DE-FG02-87ER60561)  (D.E. Kuhl)
``New Techniques for Positron Emission Tomography in the Study of
Human Neurological Disorders''
Principal Investigator:  D.E. Kuhl
06/15/87 - 06/14/90
($297,132 annual direct costs)
  Project 7:  "Kinetic Determination of Regional Ligand
    Binding"
  Project Director:  K.A. Frey
  ($49,518 annual direct costs)

NIH, NIMH (P01 MH42652)
"Regulation of Phosphoinositide-Linked CNS Receptors"
Principal Investigator:  B.W. Agranoff
04/01/87 - 03/31/92
($273,486 annual direct costs)
  Project 1:  "Regional Regulation of Muscarinic
    Receptor Subtypes and Acetylcholine Release"
  Project Director:  K.A. Frey
  ($63,376 annual direct costs)

NIH, NIMH (P01 MH42652)
"Regulation of Phosphoinositide-Linked CNS Receptors"
Principal Investigator:  B.W. Agranoff
07/01/93 - 06/30/96
($328,162 annual direct costs)
  Project 2:  "Muscarinic Receptor Subtype Regulation"
  Project Director:  K.A. Frey
  ($18,081 annual direct costs)

NIH, NINDS (R01 NS424896)
"Emission Computed Tomography of Local Cerebral Function"
Principal Investigator:  D.E. Kuhl; K.A. Frey, Co-Investigator
04/01/89 - 03/31/96
($377,802 annual direct costs)

NIH, NINDS (P01 NS 15655)
"PET Study of Biochemistry and Metabolism of the CNS"
Principal Investigator:  D.E. Kuhl
12/01/89 - 11/30/94
($682,500 annual direct costs)
  Project 6:  "PET Markers for Muscarinic Cholinergic
    Synapses"
  Project Director:  K.A. Frey
  ($79,072 annual direct costs)

NIH, NIMH (R01 MH47611)
"New PET Radiotracers:  Monoamine Reuptake Inhibitors"
Principal Investigator:  M.R. Kilbourn; K.A. Frey, Co-Investigator
09/01/91 - 08/31/94
($148,394 annual direct costs)

**(Grant Support,** continued)

> NIH, NIMH (R01 MH49748)
> "Emission Tomography of Neuropharmacologic Markers"
> Principal Investigator:  K.A. Frey
> 08/01/92 - 07/31/94
> ($158,788 annual direct costs)
>
> NIH, NIMH (R01 MH49748)
> "Emission Tomography of Neuropharmacologic Markers"
> Principal Investigator:  K.A. Frey
> 8/01/96 - 1/31/99
> ($142,346 annual direct costs)
>
> NIH, NIA (P50 AG08671)
> "Michigan Alzheimer's Disease Research Center"
> Principal Investigator:  S. Gilman
> 6/01/94 - 5/31/99
> ($1,309,660 annual direct costs)
>       Project 3:  "Presynaptic Neurochemical Markers"
>       Project Director:  K.A. Frey
>       ($89,988 annual direct costs)
>
> DOE (DE-FG02-87ER60561)
> ``Advancing PET Science for New Measures of Brain Function''
> Principal Investigator:  D.E. Kuhl; K.A. Frey, Co-Investigator
> 01/01/97 - 03/31/00
> ($496,218 annual direct costs)
>
> NIH, NINDS (P50 NS15655)
> "PET Study of Biochemistry and Metabolism of the CNS"
> Principal Investigator:  D.E. Kuhl
> 07/01/95 - 06/30/00
> ($510,874 annual direct costs)
>       Project 2:  "PET Studies of Parkinson's Disease"
>       Project Director:  K.A. Frey
>       ($61,809 annual direct costs)
>
> NIH, NIMH (R01 MH47611)
> "New PET Radiotracers:  Monoamine Reuptake Inhibitors"
> Principal Investigator: M.R. Kilbourn; K.A. Frey, Co-Investigator
> 05/01/98 - 04/30/01
> ($131,277 annual direct costs)
>
> NIH, NCI  (R01 CA59412)
> ``Robust Anatomic Multimodality Registration''
> Principal Investigator:  C.R. Meyer;  K.A. Frey, Co-Investigator
> 04/14/97 - 03/31/00
> ($136,140 annual direct costs)
>
> NIH, NINDS (R01 NS34796)
> "Earlier vs. Later Elldopa in Parkinson's Disease "
> Principal Investigator, U of M Site:  K.A. Frey
> 05/01/97 - 04/30/00
> ($25,373 annual direct costs)

**(Grant Support, continued)**

DOE (DE-FG02-87ER60561)
``Advancing PET Science for New Measures of Brain Function''
Principal Investigator:  D.E. Kuhl; K.A. Frey, Co-Investigator
04/01/97 - 012/31/02
($519,443 annual direct costs)

NIH, NCRR (R01 RR13628)
"Enhanced Detection of fMRI Signals via Motion Correction"
Principal Investigator: B. Kim; K.A. Frey, Co-Investigator
07/01/00-06/30/03
($200,000 annual direct costs)

**Current:**

NIH, NIA (P50 AG08671)
"Michigan Alzheimer's Disease Research Center"
Principal Investigator:  S. Gilman
9/15/99 - 5/31/04
($1,229,665 annual direct costs)
        Project 3:  "Presynaptic Neurochemical Markers"
        Project Director:  K.A. Frey
        ($95,732 annual direct costs)

NIH, NCI  (R24 CA83099)
``Development of a Regional Tumor Imaging Resource''
Principal Investigator:  B. D. Ross; K.A. Frey, Co-Investigator
07/01/99 - 06/30/05
($1,092,268 direct costs year 01, $271,605 years 2 - 5)

NIH, NIDA (R01 DA12458)
"High Doses of Methamphetamine on Human Brain Function"
Principal Investigator: C.R. Schuster  (Wayne State University)
01/20/00 - 12/31/03
($267,724 annual direct costs)
        Principal Investigator, U of M Consortium:  K.A. Frey
        ($45,441 annual direct costs)

DOE (DE-FG02-87ER60561)
``Advancing PET Science for New Measures of Brain Function''
Principal Investigator:  M.R. Kilbourn; K.A. Frey, Co-PI
01/01/03 - 12/31/03
($419,963 annual direct costs) DE-FG02-87ER60561 (M.R. Kilbourn)

NIH, NINDS (P50 NS15655)
"PET Study of Biochemistry and Metabolism of the CNS"
Principal Investigator:  K.A. Frey
08/01/01 - 07/31/06
($851,216 annual direct costs)

NIH, NCRR  (M01 RR00042)
``The University of Michigan General Clinical Research Center''
Principal Investigator:  G. Omen; K.A. Frey, Biomedical Imaging
Core Director
12/01/00 - 11/30/05
($6,622,796 annual direct costs)

**(Grant Support, continued)**

> NIH, NINDS (R01 NS41061)
> "Effect of Spinal Cord Stimulation on Cerebral Blood Flow"
> Principal Investigator:  O. Sagher; K.A. Frey, Co-Investigator
> 12/01/00 - 11/30/05
> ($125,000 annual direct costs)


> NIH, NINDA (R21 NS43638) (M. Csete)
> Erythropoietin Therapy for Parkinson's Disease
> 02/05/02 - 01/31/04
> ($125,000 annual direct costs)

> NIH, NCI (P01 CA85878)
> "Brain Tumor Therapeutic Efficacy by Quantitative MR"
> Principal Investigator:  B.D. Ross; K.A. Frey, Co-Investigator
> 09/01/01 - 08/31/05
> ($1,666,332 annual direct costs)


**Pending:**

> NIH, NINDS (R01 NS047571-01)  (K.A. Frey)
> ``Tourette Syndrome Association NeuroImaging Consortium''
> Principal Investigatro:  K.A. Frey
> 12/01/03- 11/30/08
> ($1,570,154 annual direct costs)

CERTIFICATION AND LICENSURE

| | |
|---|---|
| Medical Licensure: | National Board of Medical Examiners (#247271), 1985 |
| | State of Michigan (#405130), 1988 |
| Board Certification: | American Board of Psychiatry and Neurology, 1989 |
| | American Board of Nuclear Medicine, 1989 |


MILITARY SERVICE

None


HONORS AND AWARDS

| | |
|---|---|
| 1973 | National Merit Scholarship Finalist |
| 1977 | Tau Beta Pi, Eta Kappa Nu |
| 1981 | Chapter Award, Michigan Society for Neuroscience |
| 1980-1984 | MSTP Predoctoral Fellowship (University of Michigan) |
| 1984 | Sandoz Award for Research in Neurology |
| 1986 | Alpha Omega Alpha |
| 1990 | Marc Tetalman Memorial Award, Society of Nuclear Medicine |
| 1999- | Listed in: *The Best Doctors in America* (Midwest Region): Neurology and Nuclear Medicine |
| 2000 | Early Career Distinguished Achievement Award, The University of Michigan Medical Center Alumni Society |


MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1981- | Society for Neuroscience |
| 1983- | American Society for Neurochemistry |
| 1983- | International Society for Neurochemistry |
| 1987- | American Academy of Neurology |
| 1988- | Society of Nuclear Medicine |
| 1996- | Brain Imaging Council Board of Directors |
| 2000-2002 | SNM House of Delegates (Representative) |
| 1998-2000 | Program Committee, Sub-Chair, Clinical Neurology |
| 2000 | Brain Imaging Council, Vice-President |
| 2001 | Brain Imaging Council, President |
| 1994- | American Neurological Association |
| 1998- | International Scientific Advisory Committee, Neuroreceptor Mapping |

TEACHING ACTIVITIES

<u>Fellow, House Officer, and Medical Student Instruction</u>
| | |
|---|---|
| 1989- | Attending Physician, Nuclear Medicine Clinic (1-2 days/week) |
| 1989-1991 | Attending Physician, Neurology Outpatient Clinics (1/2 day/week) |
| 1990-1995 | Nuclear Medicine Research Conference (1 hr, weekly meeting) |
| 1990-1993 | Clinical PET Brain Imaging Case Conference (2 hr, monthly) |
| 1991- | Attending Physician, Movement Disorders Clinic (1/2 day/week) |
| 2000- | Radiology Resident Lecture Series, Nuclear Medicine Studies (1 hr, monthly meeting) |
| 2001- | Radiology Resident On-Call Proficiency Examination (annual oral examinations) |

<u>Graduate Courses</u>
Course Co-Instructor (with Dr. Roger Albin) of Neuroscience/Neurology 731: "Clinical Neurology for Neuroscience Graduate Students" (Medical School and Rackham School of Graduate Studies, 2 credit hours), 1990--2000 (offered every two years)

Course Instructor of Neuoscience 701: ``Special Topics - Neuroimaging'' (Medical School and Rackham School of Graduate Studies, 2 credit hours), 1998 -- 2000 (offered every two years)

Course Instructor of Neuroscience/Neurology 731: "Clinical Neurology for Neuroscience Graduate Students" (Medical School and Rackham School of Graduate Studies, 2 credit hours), 2002-- (offered every two years)

<u>Other Courses</u>
Course Coordinator and Lecturer: Macy Summer Scholars Program-Neuroscience (1-week course on introductory neuroscience for minority high school students) Lectures: ``Introductory Neurobiology'', ``Neurochemistry'', ``Neuroimaging'', ``Parkinson's Disease and Tremor'', June 1999

<u>Doctoral Dissertation Committees</u>
James L. Olds (Neurosciences Program, Rackham, 1986), committee member
Angela K. Thompson (Pharmacology, Rackham, 1991), committee member
Diana M. Slowiejko (Pharmacology, Rackham, 1995), committee member
Thierry Vander Borght (University of Louvain, 1996), co-chair (promoter)
Jennifer A.F. Kearney (Neurosciences Program, Rackham 1997), committee member
Elyse S. Kemmerer (Neurosciences Program, Rackham), committee chair

<u>Postdoctoral Trainees</u>
| | |
|---|---|
| 1989-1990 | Vjera A. Holthoff, M.D., Max Planck Inst. Neurol., Koln, West Germany |
| 1989-1990 | Alfred Buck, M.D., Dept. Neurology, University Hospital, Zurich, Switzerland |
| 1989-1990 | Stephan F. Taylor, M.D., Dept. Psychiatry, Univ. Mich. |
| 1989-1991 | Kien-S. Lee, M.D., Royal Prince Alfred Hospital, Sydney, Australia |
| 1989-1993 | Jon K. Zubieta, M.D., Dept. Psychiatry, Univ. Mich. |
| 1991-1992 | Donald S. Higgins, M.D., Dept. Neurology, Univ. Mich. |
| 1992-1995 | Page B. Pennell, M.D., Dept. Neurology, Univ. Mich. |
| 1992-1995 | Daniel Murman, M.D., Dept. Neurology, Univ. Mich. |

(Postdoctoral Trainees, Continued)

| | |
|---|---|
| 1992-1994 | Makiko Ishihara, M.D., Dept. Radiology, Chiba University, Chiba, Japan |
| 1993-1995 | Thierry Vander Borght, M.D., University of Louvain, Brussels, Belgium |
| 1996-1998 | Nicolaas Bohnen, M.D., Ph.D., Dept. Internal Med., Div. Nuclear Med., Univ. Mich. |
| 1996-1998 | David Rose, M.D., Dept. Nucl. Med., Royal Brisbane Hospital, Brisbane, Queensland, Australia |
| 1998-2001 | Masahiko Suzuki, M.D., Ph.D., Jikei School of Medicine, Department of Internal Medicine, Chiba, Japan |
| 2001-2003 | Guiyun Wu, M.D., Dept. Radiology, Univ. Mich. |

**EXTRAMURAL INVITED PRESENTATIONS**

"Quantitative *In Vivo* Receptor Binding:  Theory and Application to the Muscarinic Receptor" in Society for Neuroscience 14th Annual Meeting Symposium,  "Receptor Binding Radioautography:  Techniques, Limitations, and Recent Data", Anaheim, CA,  1984.

"The Characterization of the *In Vivo* Chemistry of Brain Receptor Radiochemicals" in Society of Nuclear Medicine Categorical Seminar, "The Chemistry of Radiopharmaceuticals *In Vivo*:  Methods and State of Characterization", Washington, DC,  1986.

"Pre- and Postsynaptic Neurotransmitter Studies" in PET and SPECT (Course #218), 40th Annual Meeting, American Academy of Neurology, Cincinnati, OH, April 23, 1988.

"Cholinergic Receptors" in the First San Raffaele PET Workshop: Neuroreceptors, Inst. Scientifico H. San Raffaele, Milan, Italy, April 24-26, 1989.

"The Diagnostic Utility of Cerebral and Cardiac PET Studies:  Comparison with Other Modalities" in International Symposium on Diagnostic Imaging Modalities, El Instituto Nacional de Pediatría, Mexico City, Mexico, September 28-29, 1989.

"Pharmacological Interventions in PET Brain Studies" at the 31st Annual Spring Meeting of the Central Chapter of the Society of Nuclear Medicine, Dearborn, MI, April 6-8, 1990.

"Clinical Positron Emission Tomography (PET) in Disorders of the Central Nervous System" at the 18th Annual Spring Update, Advances in Internal Medicine, The University of Michigan Medical School, Ann Arbor, MI, May 8-11, 1990.

"Synaptic Neurochemistry:  Potential Targets for the Development of New Tracer Imaging Methods" and "Neurochemistry of Alzheimer's Disease and Related Dementias:  Results of Metabolic Imaging and Future Application of Ligand Binding Methods" in A Frontiers in Nuclear Medicine Joint Symposium on In Vivo Imaging of Neurotransmitter Functions in Brain, Heart and Tumors, Montreal, Quebec, Canada, August 24-25, 1990.

"Imaging the Cholinergic System" at the Seventh Annual Course on Brain Chemistry and Behavior:  Advances in PET and SPECT Imaging, The Johns Hopkins Medical Institutions, Baltimore, MD, March 14-16, 1991.

"Pulmonary Scintigraphy in the 1990's:  Rational Application of Ventilation/Perfusion Imaging" at the 19th Annual Spring Update, Advances in Internal Medicine, The University of Michigan Medical School, Ann Arbor, MI, April 29-May 3, 1991.

"PET and SPECT in Epilepsy" and "Nuclear Medicine in Neurology - PET and SPECT in the 90's", Nuclear Medicine in Neurology Workshop, Royal Prince Alfred Hospital, Sydney, Australia, July 19, 1991.

"Imaging in Patients with Suspected or Proven Dementia"  in the Third Annual Meeting of the Institute for Clinical PET, Washington, DC, October 24-26, 1991.

"Clinical Brain PET Studies", Good Samaritan Hospital, Phoenix, AZ, November 20, 1991.

(Invited Presentations, continued)

"*In Vivo* Quantification of Neurochemical Markers" in Clinical Neurochemistry (Course #145), American Academy of Neurology, May 3, 1992.

"Benzodiazepine Receptor Imaging in Human Brain", Hammersmith Hospital, London, England, May 15, 1992.

"The Bmax/Kd Ratio" and "Clinical Applications of Benzodiazepine Receptor Imaging" in The Benzodiazepine Receptor in the Brain Studied *In Vivo* (Symposium), Royal Danish Academy of Sciences & Letters, Copenhagen, Denmark, May 18-19, 1992.

Neurology Session Chairman, Invited Lecturer ("Epilepsy:  Applications in Diagnosis and Guidance of Therapy"), and Leader of Physician Workshop in PET Interpretation, Fourth Annual International PET Conference, Institute for Clinical PET, Washington, D.C., October 6, 1992.

Discussion Leader and Panelist, PET Applications in Epilepsy, Positron Emission Tomography Workshop, NINDS, NIH, Bethesda, MD, November 9, 1992.

"Applications of Positron Tomography in the Evaluation of Pharmaceuticals" in: Advances in Delivery of Therapeutic and Diagnostic Agents (Conference), Sydney, Australia, December 9-11, 1992.

"*In Vivo* Pharmacologic Imaging:  New Tracer Methods and Applications", Seminar, Australian Nuclear Science and Technology Organization, Lucas Heights, Australia, December 11, 1992.

"PET Studies of Benzodiazepine Receptors", 6th World Congress of the World Federation of Nuclear Medicine and Biology, Sydney, Australia, October 25, 1994.

"*In Vivo* Receptor Studies", 6th World Congress of the World Federation of Nuclear Medicine and Biology, Sydney, Australia, October 26, 1994.

"Human Benzodiazepine Binding Site Imaging:  Methodology and Applications in Neurologic Disease", Montreal Neurological Institute, Montreal, Quebec, Canada, April 13, 1995

"Mapping of Benzodiazepine Receptors Using PET Imaging",  Annual Meeting of the West Virginia Chapter of The Society for Neurosciences, The University of West Virginia, Morgantown, WV, April 20, 1995.

"Neurotransmitter Systems in Brain Disease:  Basic Concepts", American Society of Neuroradiology, Chicago, IL, April 25, 1995.

"Functional Neuroimaging in the Diagnostic Evaluation of Dementia", in the 11th Annual Alzheimer's Disease Symposium, The University of Tennessee Graduate School of Medicine, Gatlinburg, TN, June 1, 1995.

"Quantitative Neurochemistry from *In Vivo* Radiotracer Distributions: Physiologic Considerations and Caveats" in the 9th International Symposium on Radiopharmacology, The University of Michigan Medical Center, Ann Arbor, MI, June 7, 1995.

"PET's Current Role in Brain Imaging vs. SPECT and Functional MRI"  in the Seventh Annual Meeting of the Institute for Clinical PET, San Francisco, CA, October 25-29, 1995.

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 13

(Invited Presentations, continued)

"Advanced Clinical NeuroPET" (Workshop) in the Seventh Annual Meeting of the Institute for Clinical PET, San Francisco, CA, October 25-29, 1995.

"Co-Registering MRI, CT and PET" (Workshop)  in the Seventh Annual Meeting of the Institute for Clinical PET, San Francisco, CA, October 25-29, 1995.

``Sorting out the Dementias'' in Advances in Internal Medicine, The University of Michigan Medical School, Ann Arbor, MI, April 29 - May 3, 1996.

``Sorting out the Dementias''  Medical Grand Rounds, St. Joseph Mercy Hospital, Pontiac, MI, October 11, 1996.

``Imaging of Vesicular Cholinergic and Monoaminergic Transporters in the Brain''  The Eighth International Catecholamine Symposium, Pacific Grove, CA, October 13 - 18, 1996.

``Quantification and Mapping of Benzodiazepine Receptors in Human Brain'' in In Vivo Veritas, Understanding Brain Function through the use of Quantitative in vivo Biochemical Techniques, National Institutes of Health, Bethesda, MD, November 16, 1996.

``Parkinson's Disease and the Vesicular Monoamine Transporter Type-2 (VMAT2)'', Grand Rounds, Department of Internal Medicine, The University of Michigan, December 5, 1997.

``Movement Disorders:  Overview and Review''  The 1st Annual Neurology for Psychiatry Residents Day Symposium, Novi, MI, April 5, 1997.

``Parkinson's Disease Update''  The 2nd Annual Neurology for Psychiatry Residents Day Symposium, Novi, MI, April 4, 1998.

``PET and SPECT:  Methodology:  Neuroreceptor Ligands and Models''  The 1998 International Symposium on Functional Neuroimaging in the Epilepsies, Atlanta, GA, October 30, 1998.

``Assessment of Clinical Utility and Reimbursement of Functional Neuroimaging Procedures'' The 1998 International Symposium on Functional Neuroimaging in the Epilepsies, Atlanta, GA, November 1, 1998.

``The Relationship between Immediate Early Gene Expression and Cerebral Metabolism''  American College of Neuropsychopharmacology, Las Croabas, Puerto Rico, December 15, 1998.

``Imaging Benzodiazepines and Benzodiazepine Receptors'', NIMH Workshop on Animal Models of Anxiety, Rockville, MD, February 8, 1999.

``Investigation of Dopamine Systems in Human Brain using Positron Emission Tomography'', Hammamatsu Medical Center, Hammamatsu, Japan, March 10, 1999.

``Neurochemical Imaging of Alzheimer's Disease'', 33rd European Society for Clinical Investigation annul meeting, Milan, Italy, April 10, 1999.

``Imaging of Brain Cholinergic and Monoaminergic Neurons with Vesicular Neurotransmitter Transporter Ligands:  Implications for Human Neurodegenerative Disease'', in:  Function and Pharmacology of the Vesicular Neurotransmitter Transporters (Symposium), Experimental Biology 99, Washington, DC, April 20, 1999.

(Invited Presentations, continued)

Course Organizer and Moderator: ``Added Value of Functional Brain Imaging in the Management of Stroke and Dementia'', Annual Meeting of the Society of Nuclear Medicine, Los Angeles, CA, June 9, 1999.

``Characterization of Cerebrovascular Disease with SPECT and PET:  Can Stratification Improve Outcomes and Reduce Complications?'' in:  Added Value of Functional Brain Imaging in Stroke and Dementia (Continuing Medical Education Course), Annual Meeting of the Society of Nuclear Medicine, Los Angeles, CA, June 9, 1999.

``Imaging the Vesicular Monoamine Transporter'' in:  XIII International Congress on Parkinson's Disease, Vancouver, CA, July 26, 1999.

``Imaging Neurochemistry'' in:  Biomedical Imaging:  Beyond Diagnostics (Symposium), Center for Biomedical Engineering Research, The University of Michigan, Ann Arbor, MI, September 18, 1999.

``Transmitter Imaging in Dementia'' in:  Third Cologne PET Symposium ``Introducing the PET Generation for the Next Century'', Max-Planck Institut Fur neurologische Forschung, December 10, 1999, Cologne, Germany.

``Clinical Value of PET and SPECT Imaging in Stroke and Dementia'' in:  First Symposium on Nuclear Medicine in Neurology, Italian Association of Nuclear Medicine, February 20, 2000, Florence, Italy.

``VMAT2 Imaging in Parkinson's Disease'' Department of Neurology Grand Rounds, The University of California at San Francisco, April 12, 2000, San Francisco, CA.

``Update on Diagnosis and Treatment of Parkinson's Disease'', Department of Physical Medicine and Rehabilitation, The University of Michigan, November 11, 2000, Ann Arbor, MI

``Neuroimaging of Parkinson's Disease and its Progression'', Department of Pharmacology and Toxicology, Michigan State University, East Lansing, MI, March 13, 2001

``Neuroreceptor Studies in Neurology'' in: Mapping Receptors at Work, XX International Symposium on Cerebral Blood Flow, Metabolism and Function/V International Conference on Quantification of Brain Function with PET, Taipei, Taiwan, June 11, 2001

``PET Cases in Neurology/Psychiatry'' in:  Clinical PET - Read with the Experts, 48th Annual Meeting, Society of Nuclear Medicine, Toronto, Canada, June 25, 2001

``Functional Imaging of Dopamine Transmission:  The North American Experience'' in:  Movement Disorders:  From the Problem to the Solution, Categorical Seminar, European Association of Nuclear Medicine Annual Congress, Naples, Italy, August 25, 2001

``Medical Treatment of Parkinson's Disease'' in:  Parkinson's Disease 2001: An Interdisciplinary Approach.  Dept. of Medical Education, The University of Michigan Medical School, East Lansing, Michigan, September 12, 2001.

``PET in Diagnosis and Therapy of Movement Disorders''in:  Barcelona PET Conference, Barcelona, Spain, October 5, 2001.

Advances in Neuroimage Analysis:  Voxel-Based Approaches, Categorical Seminar
in Annual Society of Nuclear Medicine Meeting, Los Angeles, CA, June 15,
2002 (Course Organizer and Seminar Moderator)

``Localization in Ictal SPECT'' in: Advances in Neuroimage Analysis:  Voxel-
Based Approaches, Categorical Seminar in Annual Society of Nuclear
Medicine Meeting, Los Angeles, CA, June 15, 2002

``Cholinergic and Dopaminergic Neurotransmission Markers in Dementia'' in:
Assessment of Brain physiology and pathophysiology by menas of Functional
Neuroimaging:  From Genetic Polymorphism to Endophenotypes, Symposium of
the Collegium Internationale Neuro-Psychopharmacologicum, Montreal,
Canada, June 24, 2002.

``Functional and Neurochemical Neurochemical Imaging in Movement Disorders''
in:  Brain Imaging in the 21st Century, Educational Symposium in Annual
Society of Nuclear Medicine Mid-Winter Meeting, Hollywood, FL, January 26,
2003.

``PET Imaging of VMAT2: A Biomarker of Nigrostriatal Projection Integrity''
in: Quantitative Neurosciences. Models, Algorithms, Diagnostics and
Therapeutic Applications, Symposium, University of Florida, Gainesville,
FL, February 7, 2003.

``Neurochemical Imaging in Alzheimer's Disease'' in:  Modern Imaging
Technology: Advances in Instrumentation and Molecular Imaging. Satellite
Conference of the Society of Nuclear Medicine Annual Meeting, New Orleans,
LA, June 20-21, 2003.

``Neurochemical Imaging in Degenerative Dementias'': Updates in Functional
Imaging in Alzheimer's Disease (Continuing Medical Education Course),
Annual Meeting of the Society of Nuclear Medicine, New Orleans, LA, June
22, 2003.

``Imaging Psychostimulant Nurotoxicity'' in: The University of Michigan
Substance Abuse Research Consortium (UMSARC) Symposium, Ann Arbor, MI,
November 4-5, 2003.

``Imaging Progression and Neuroprotection of Parkinson's Disease'' in:
National Parkinsons Foundation 8th International Symposium on Parkinson
Research, New Orleans, LA, November 6-8, 2003.

UNIVERSITY COMMITTEE AND ADMINISTRATIVE SERVICE

| 1986-1988 | Neurology Resident Education Committee |
| 1988- | Nuclear Medicine PET Operations Committee |
| 1990- | Hospital Cerebral Death Determination Committee |
| 1991-1993 | Neurosciences Program Curriculum Committee |
| 1994- | Neurology Resident Education Committee |
| 1994-1997 | Mental Health Research Institute (MHRI) Executive Committee |
| 1994 | MHRI Director Search Committee |
| 1995- | Michigan Alzheimer's Disease Research Center, Executive Committee |
| 1995-1998 | Biomedical Research Council (BMRC) |
| 1996-1997 | BMRC, Associate Chair |
| 1997-1998 | BMRC, Chair |
| 1996- | Radiology Magnetic Resonance Imaging Research Steering Committee |
| 1997 | University Neuroimaging Task Force (OVPR) |
| 1997 | Medical School Committee on Joint Graduate Student Recruitment |
| 1997-1998 | Cognitive Neuroscience Planning Committee (OVPR) |
| 1998- | MHRI Academic Promotions Committee |
| 1998 | Presidential Life Sciences Commission |
| 1999- | Advisory Council on Clinical Research (ACCR) |
| 2001 | ACCR, Interim Chair |
| 1999- | General Clinical Research Center (GCRC) Advisory Committee |
| 1999 | GCRC Director Search Committee |
| 1999 | GCRC Grant Renewal Committee |
| 2000- | Department of Radiology Committee on Promotions |
| 2000- | Medical School/LS&A Joint Committee on Neuroscience |
| 2001- | Department of Radiology Executive Committee |
| 2002 | Neurology Chair Research Committee |

BIBLIOGRAPHY

Completed Publications in Scientific Journals

Peer Reviewed Scientific Publications

1. Frey KA, Wieland DM, Brown LE, Rogers WL, Agranoff BW:  Development of a
   tomographic myelin scan.  Ann Neurol  1981; 10:214-221

2. Penney JB, Frey K, Young AB:  Quantitative autoradiography of
   neurotransmitter receptors using tritium-sensitive film.  Eur J Pharmacol
   1981; 72:421-422

3. Penney JB, Pan HS, Young AB, Frey KA, Dauth GW:  Quantitative
   autoradiography of [3H]muscimol binding in rat brain.  Science 1981;
   214:1036-1038

4. Fisher SK, Frey KA, Agranoff BW:  Loss of muscarinic receptors and of
   stimulated phospholipid labeling in ibotenate-treated hippocampus.  J
   Neurosci  1981; 1:1407-1413

5. Frey KA, Agranoff BW:  Barbiturate-enhanced detection of brain lesions by
   carbon-14—labeled 2-deoxyglucose autoradiography.  Science 1983; 219:879-
   881

6. Pan HS, Frey KA, Young AB, Penney JB Jr:  Changes in [3H]muscimol binding
   in substantia nigra, entopeduncular nucleus, globus pallidus, and thalamus
   after striatal lesions as demonstrated by quantitative receptor
   autoradiography.  J Neurosci  1983; 3:1189-1198

7. Dauth GW, Frey KA, Gilman S:  A densitometer for quantitative
   autoradiography.  J. Neurosci Meth  1983; 9:243-251

8. Ehrenkaufer RLE, Agranoff BW, Bieszki J, Frey K, Hays S, Jewett D:  Tritium
   labeling of potential lipophilic myelin probes.  J Labelled Comp
   Radiopharmaceut  1984; 21:87-95

9. Gilman S, Dauth GW, Frey KA, Aldridge JW, Penney JB:  Basal ganglia glucose
   metabolic and single neural unit activity in experimental hemiplegia.  Int
   J Neurol  1984; 18:79-93

10. Frey KA, Ehrenkaufer RLE, Beaucage S, Agranoff BW:  Quantitative *in vivo*
    receptor binding.  I. Theory and application to the muscarinic cholinergic
    receptor.  J. Neurosci  1985; 5:421-428

11. Dauth GW, Gilman S, Frey KA, Penney JB:  Basal ganglia glucose utilization
    after precentral ablation in the monkey.  Ann Neurol  1985; 17:431-438

12. Frey KA, Ehrenkaufer RLE, Agranoff BW:  Quantitative *in vivo* receptor
    binding. II. Autoradiographic imaging of muscarinic cholinergic receptors.
    J Neurosci  1985; 5:2407-2414

(Peer Reviewed Publications, continued)

13. Olds JL, Frey KA, Ehrenkaufer RL, Agranoff BW:  A sequential double-label autoradiographic method that quantifies altered rates of regional glucose metabolism.  Brain Res  1985; 361:217-224

14. Frey KA, Hichwa RD, Ehrenkaufer RLE, Agranoff BW:  Quantitative *in vivo* receptor binding III:  Tracer kinetic modeling of muscarinic cholinergic receptor binding.  Proc Natl Acad Sci USA  1985; 82:6711-6715

15. Gilman S, Dauth GW, Aldridge JW, Frey KA, Penney JB:  Changes in basal ganglia metabolic and neural unit activity and motor cortex ablation. Neurosurgeons  1985; 5:161-168

16. Gilman S, Dauth GW, Frey KA, Penney JB:  Experimental hemiplegia in the monkey:  Basal ganglia glucose activity during recovery.  Ann Neurol  1987; 22:370-376

17. Shimoyama I, Dauth GW, Gilman S, Frey KA, Penney JB Jr:  Thalamic, brainstem, and cerebellar glucose metabolism in the hemiplegic monkey.  Ann Neurol  1988; 24:718-726

18. Evans DA, Niparko JK, Altschuler RA, Frey KA, Miller JM:  Demonstration of prosthetic activation of central auditory pathways using [14C]-2-deoxyglucose.  Laryngoscope  1990; 100:128-137

19. Sisson JC, Wieland DM, Koeppe RA, Normolle DP, Frey KA, Bolgos G, Johnson J, Van Dort ME, Gildersleeve DL:  Scintigraphic portrayal of beta receptors in the heart.  J Nucl Med  1991; 32:1399-1407

20. Frey KA, Ciliax B, Agranoff BW:  Quantitative *in vivo* receptor binding IV: Detection of muscarinic receptor down-regulation by equilibrium and by tracer kinetic methods.  Neurochem Res  1991; 16:1017-1023

21. Koeppe RA, Holthoff VA, Frey KA, Kilbourn MR, Kuhl DE:  Compartmental analysis of [11C]flumazenil kinetics for the estimation of ligand transport rate and receptor distribution using positron emission tomography.  J Cereb Blood Flow Metab  1991; 11:735-744

22. Holthoff VA, Koeppe RA, Frey KA, Paradise AH, Kuhl DE:  Differentiation of radioligand delivery and binding in the brain:  Validation of a two-compartment model for [11C]flumazenil.  J Cereb Blood Flow Metab  1991; 11:745-752

23. Frey KA, Holthoff VA, Koeppe RA, Jewett DM, Kilbourn MR, Kuhl DE: Parametric *in vivo* imaging of benzodiazepine receptor distribution in human brain.  Ann Neurol  1991; 30:663-672

24. Frey KA, Koeppe RA, Mulholland GK, Jewett D, Hichwa R, Ehrenkaufer RLE, Carey JE, Wieland DM, Kuhl DE, Agranoff BW:  *In vivo* muscarinic cholinergic receptor imaging in human brain with [11C]scopolamine and positron emission tomography.  J Cereb Blood Flow Metab  1992; 12:147-154

(Peer Reviewed Publications, continued)

25. Brunberg JA, Frey KA, Horton JA, Kuhl DE:  Crossed cerebellar diaschisis:  Occurrence and resolution demonstrated with PET during carotid temporary balloon occlusion.  AJNR  1992; 13:58-61

26. Mulholland GK, Otto CA, Jewett DM, Kilbourn MR, Koeppe RA, Sherman PS, Petry NA, Carey JE, Atkinson ER, Archer S, Frey KA, Kuhl DE:  Synthesis, rodent biodistribution, dosimetry, metabolism, and monkey images of Carbon-11-labeled (+)-2$\alpha$-tropanyl benzilate:  A central muscarinic receptor imaging agent.  J Nucl Med  1992; 33:423-430

27. Taylor SF, Frey KA, Baldwin RM, Papadopoulos SM, Petry NA, Rogers WL, McBride BJ, Kerr JM, Kuhl DE:  Technetium-99m-N1-(2-mercapto-2-methylpropyl)-N2-(2-propargylthio-2-methylpropyl)-1,2-benzenediamine (T691):  Preclinical studies of a potential new tracer of regional cerebral perfusion.  J Nucl Med  1992; 33:1836-1842

28. Frey KA, Howland MM:  Quantitative autoradiography of muscarinic cholinergic receptor binding in the rat brain:  Distinction of receptor subtypes in antagonist competition assays.  J Pharmacol Exp Ther  1992; 263:1391-1400

29. Zubieta JK, Frey KA:  Autoradiographic mapping of $M_3$ muscarinic receptors in the rat brain.  J Pharmacol Exp Ther  1993; 264:415-422

30. Minoshima S, Koeppe RA, Mintun MA, Berger KL, Taylor SF, Frey KA, Kuhl DE:  Automated detection of the intercommissural line for stereotactic localization of functional brain images.  J Nucl Med  1993; 34:322-329

31. Kilbourn MR, DaSilva JN, Frey KA, Koeppe RA, Kuhl DE:  *In vivo* imaging of vesicular monoamine transporters in human brain using [11C]tetrabenazine and positron emission tomography.  J Neurochem  1993; 60:2315-2318

32. Holthoff VA, Koeppe RA, Frey KA, Penney JB, Markel DS, Kuhl DE, Young AB:  PET measures of benzodiazepine receptors in Huntington's disease.  Ann Neurol  1993; 34:76-81

33. Henry TR, Frey KA, Sackellares JC, Gilman S, Koeppe RA, Brunberg JA, Ross DA, Berent S, Young AB, Kuhl DE:  *In vivo* cerebral metabolism and central benzodiazepine receptor binding in temporal lobe epilepsy.  Neurology  1993; 43:1998-2006

34. Murman DL, Frey KA:  Neuroimaging of epilepsy, movement disorders, and degenerative diseases.  Curr Opin Neurol  1993; 6:919-926

35. Schwartz DR, Schacht J, Miller JM, Frey KA, Altschuler RA:  Chronic electrical stimulation reverses deafness-related depression of electrically evoked 2-deoxyglucose activity in the guinea pig inferior colliculus.  Hearing Res  1993; 70:243-249

36. Koeppe RA, Frey KA, Mulholland GK, Kilbourn MR, Buck A, Lee KS, Kuhl DE:  [11C]Tropanyl benzilate binding to muscarinic cholinergic receptors:  Methodology and kinetic modeling alternatives.  J Cereb Blood Flow Metab  1994; 14:85-99

(Peer Reviewed Publications, continued)

37. Casey KL, Minoshima S, Berger KL, Koeppe RA, Morrow TJ, Frey KA: Positron emission tomographic analysis of cerebral structures activated specifically by repetitive noxious heat stimuli. J Neurophysiol 1994; 71:802-807

38. Kuhl DE, Koeppe RA, Fessler JA, Minoshima S, Ackermann RJ, Carey JE, Gildersleeve DL, Frey KA, Wieland DM: In vivo mapping of cholinergic neurons in the human brain using SPECT and IBVM. J Nucl Med 1994; 35:405-410

39. Brunberg JA, Frey KA, Horton JA, Deveikis JP, Ross DA, Koeppe RA: [150]H2O Positron emission tomography determination of cerebral blood flow during balloon test occlusion of the internal carotid artery. AJNR Am J Neuroradiol 1994; 15:725-732

40. Albin RL, Howland MM, Higgins DS, Frey KA: Autoradiographic quantification of muscarinic cholinergic synaptic markers in bat, shrew, and rat brain. Neurochem Res 1994; 19:581-589

41. Minoshima S, Koeppe RA, Frey KA, Ishihara M, Kuhl DE: Stereotactic brain atlas of positron emission tomography: Reference for indirect anatomical localization. J Nucl Med 1994; 35:949-954

42. Minoshima S, Koeppe RA, Frey KA, Kuhl DE: Anatomical standardization: Linear scaling and non-linear warping of functional brain images. J Nucl Med 1994; 35:1528-1537

43. Olds JL, Frey KA, Agranoff BW: Sequential double label deoxyglucose autoradiography for determining cerebral metabolic change: Origins of variability within a single brain. Neuroprotocols 1994; 5:12-24

44. Pennell PB, Frey KA: Measurement of synaptic neurochemical markers with positron emission tomography. Neuroprotocols 1994; 5:42-53

45. Levey AI, Edmunds SM, Heilman CJ, Desmond TJ, Frey KA: Localization of muscarinic m3 receptor protein and M3 receptor binding in rat brain. Neuroscience 1994; 63:207-221

46. Mulholland GK, Kilbourn MR, Sherman P, Carey JE, Frey KA, Koeppe RA, Kuhl DE: Synthesis, in vivo biodistribution, and dosimetry of [11C]N-methylpiperidyl benzilate ([11C]NMPB), a muscarinic acetylcholine receptor antagonist. Nucl Med Biol 1995; 22:13-17

47. Meyer M, Koeppe RA, Frey KA, Foster NL, Kuhl DE: PET measures of benzodiazepine binding in Alzheimer's disease. Arch Neurol 1995; 52:314-317

48. Burdette DE, Sakurai SY, Henry TR, Ross DA, Pennell PB, Frey KA, Sackellares JC, Albin RL: Temporal lobe benzodiazepine binding in unilateral mesial temporal lobe epilepsy. Neurology 1995; 45:934-941

49. Charalambous A, Tluczek L, Frey KA, Higgins DS Jr, Greenamyre TJ, Kilbourn MR: Synthesis and biological evaluation in mice of (2-[11C]methoxy)-6',7'-dihydrorotenol, a second generation rotenoid for marking mitochondrial complex I activity. Nucl Med Biol 1995; 22:491-496

(Peer Reviewed Publications, continued)

50. Kilbourn M, Lee L, Vander Borght T, Jewett D, Frey K:  Binding of
    dihydrotetrabenazine to the vesicular monoamine transporter is
    stereospecific.  Eur J Pharmacol  1995; 278:249-252

51. Minoshima S, Frey KA, Foster NL,  Kuhl DE:  Preserved pontine glucose
    metabolism in Alzheimer disease:  A reference region for functional brain
    image (PET) analysis.  J Comput Assist Tomogr  1995; 19:541-547

52. Minoshima S, Frey KA, Koeppe RA, Foster NL, Kuhl DE:  A diagnostic approach
    in Alzheimer's disease using three-dimensional stereotactic surface
    projections of fluorine-18-FDG PET.  J Nucl Med  1995; 36:1238-1248

53. Vander Borght TM, Sima AAF, Kilbourn MR, Desmond TJ, Kuhl DE, Frey KA:
    [3H]Methoxytetrabenazine:  A high specific activity ligand for estimating
    monoaminergic neuronal integrity.  Neuroscience  1995; 68:995-962

54. Brown RS, Leung JY, Fisher SJ, Frey KA, Ethier SP, Wahl RL:
    Autoradiographic assessment of the intratumoral distribution of [3H]FDG in
    breast carcinoma.  I. Are inflammatory cells important?  J Nucl Med  1995;
    36:1854-1861

55. Groom GN, Junck L, Foster NL, Frey KA,  Kuhl DE:  Positron emission
    tomography of [11C]PK 11195 binding to peripheral benzodiazepine binding
    sites in Alzheimers's disease.  J Nucl Med  1995; 36:2207-2210

56. Vander Borght TM, Kilbourn MR, Koeppe RA, DaSilva JN, Carey JE, Kuhl DE,
    Frey KA:  *In vivo* imaging of the brain vesicular monoamine transporter.  J
    Nucl Med  1995; 36:2252-2260

57. Lee LC, Vander Borght T, Sherman PS, Frey KA,  Kilbourn MR:  *In vitro* and
    *in vivo* structure-activity relationships of benzoisoquinoline ligands for
    the brain synaptic vesicle monoamine transporter.  J Med Chem  1996;
    39:191-196

58. Vander Borght TM, Kilbourn MR, Desmond TJ, Kuhl DE, Frey KA:  The vesicular
    monoamine transporter is not regulated by dopaminergic drug treatments.
    Eur J Pharmacol  1996; 294:577-583

59. Lee KS, Frey KA, Koeppe RA, Buck A, Mulholland GK, Kuhl DE:  *In vivo*
    quantification of cerebral muscarinic receptors in normal human aging with
    the use of position emission tomography and [11C]tropanyl benzilate.  J
    Cereb Blood Flow Metab  1996; 16:303-310

60. Frey KA, Minoshima S, Koeppe RA, Kilbourn MR, Berger KL, Kuhl DE:
    Stereotaxic summation analysis of human cerebral benzodiazepine binding
    maps.  J Cereb Blood Flow Metab  1996; 16:409-417

61. Brown RS, Leung JY, Fisher SJ, Frey KA, Ethier SP, Wahl RL:
    Autoradiographic assessment of the intratumoral distribution of [3H]FDG in
    breast carcinoma.  II. Role of glucose transporter-1 (GLUT-1) in FDG
    uptake.  J Nucl Med  1996; 37:1042-1047

(Peer Reviewed Publications, continued)

62. Kilbourn MR, Frey KA, Vander Borght T, Sherman PS:  Effects of dopaminergic drug treatments on *in vivo* radioligand binding to brain vesicular monoamine transporters.  Nucl Med Biol  1996; 23:467-471

63. Kilbourn M,  Frey K:  Striatal concentrations of vesicular monoamine transporters are identical in MPTP-sensitive (C57B1/6) and -insensitive (CD-1) mouse strains.  Eur J Pharmacol  1996; 307:227-232

64. Albin RL, Minoshima S, D'Amato C, Frey KA, Kuhl DE, Sima AAF:  Fluoro-deoxyglucose positron emission tomography in diffuse Lewey body disease.  Neurology  1996; 47:462-466

65. Kuhl DE, Minoshima S, Fessler JA, Frey KA, Foster NL, Ficaro EP, Wieland DM, Koeppe RA:  In vivo mapping of cholinergic terminals in normal aging, Alzheimer's disease and Parkinson's disease.  Ann Neurol  1996; 40:399-410

66. Jung Y-W, Frey KA, Mulholland GK, del Rosario R, Sherman PS, Raffel DM, Van Dort ME, Kuhl DE, Wieland DM:  Vesamicol receptor mapping of brain cholinergic neurons with radioiodine labeled positional isomers of benzovesamicol.  J Med Chem  1996; 39:3331-3342

67. Buck A, Mulholland GK, Papadopoulos SM,  Frey KA:  Kinetic evaluation of positron-emitting muscarinic receptor ligands employing direct intra-carotid injection.  J Cereb Blood Flow Metab  1996; 16:1280-1287

68. Koeppe RA, Frey KA, Vander Borght TM, Karlamangla A, Jewett DM, Lee LC, Kilbourn MR,  Kuhl DE:  Kinetic evaluation of [11C]dihydrotetrabenazine by dynamic PET:  Measurement of the vesicular monoamine transporter.  J Cereb Blood Flow Metab  1996; 16:1288-1299

69. Frey KA, Koeppe RA, Kilbourn MR, Vander Borght TM, Albin RL, Gilman S, Kuhl DE:  Presynaptic monoaminergic vesicles in Parkinson's disease and normal aging.  Ann Neurol  1996; 40:873-884

70. Gilman S, Frey KA, Koeppe RA, Junck, L, Little R, Vander Borght TM, Lohman M, Martorello S, Lee LC, Jewett DM, Kilbourn MR:  Decreased striatal monoaminergic terminals in OPCA and MSA demonstrated with PET.  Ann Neurol 1996; 40:885-892

71. Kim B, Boes JL, Frey KA,  Meyer CR:  Mutual information for automated unwarping of rat brain autoradiographs.  Neuroimage  1997; 5:31-40

72. Kilbourn MR, Charalambous A, Frey KA, Sherman P, Higgins DS Jr, Greenamyre JT:  Intrastriatal neurotoxin injections reduce *in* vitro and *in vivo* binding of radiolabeled rotenoids to mitochondrial complex I.  J Cereb Blood Flow Metab  1997; 17:265-272

73. Vander Borght T, Minoshima S, Giordani B, Foster NL, Frey KA, Berent S, Albin RL, Koeppe RA,  Kuhl DE:  Cerebral metabolic differences in Parkinson's and Alzheimer's diseases matched for dementia severity.  J Nucl Med  1997; 38:797-802

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 23

(Peer Reviewed Publications, continued)

74. Kearney JAF, Frey KA, Albin RL:  Metabotropic glutamate agonist-induced rotation:  A pharmacologic, FOS immunochemical and [14C]-2-deoxyglucose autoradiographic study.  J Neurosci  1997; 17:4415-4425

75. Minoshima S, Giordani B, Berent S, Frey KA, Foster NL,  Kuhl DE:  Metabolic reduction in the posterior cingulate in very early Alzheimer's disease.  Ann Neurol  1997; 42:85-94

76. Meyer CR, Boes JL, Kim B, Bland PH, Frey KA, Koral K, Wahl RL:  Demonstration of accuracy and clinical versatility of mutual information for automatic multimodality image fusion using affine and thin-plate spline warped geometric deformations.  Med Image Anal  1997; 1:195-206

77. Turner RS, Chervin RD, Frey KA, Minoshima S, Kuhl DE:  Probable diffuse Lewy body disease presenting as REM sleep behavior disorder.  Neurology 1997; 49:523-527

78. Macdonald GA, Frey KA, Agranoff BW, Minoshima S, Koeppe RA, Kuhl DE, Shulkin BL, Lucey MR: Cerebral benzodiazepine receptor binding in vivo in patients with recurrent hepatic encephalopathy, Hepatology 1997; 26:277-282

79. Koeppe RA, Frey KA, Kume A, Albin R, Kilbourn MR, Kuhl DE:  Equilibrium versus compartmental analysis for assessment of the vesicular monoamine transporter using (+)-$\alpha$-[11C]dihydrotetrabenazine (DTBZ) and PET.  J Cereb Blood Flow Metab  1997; 17:919-931

80. Frey K, Kilbourn M, Robinson T:  Reduced striatal vesicular monoamine transporters after neurotoxic but not after behaviorally-sensitizing doses of methamphetamine.  Eur J Pharmacol  1997; 334:273-279

81. Zubieta JK, Koeppe RA, Mulholland GK, Kuhl DE, Frey KA:  Quantification of muscarinic cholinergic receptors with [$^{11}$C]NMPB and PET:  Method development and differentiation of tracer delivery from receptor binding.  J Cereb Blood Flow Metab  1998; 18:619-631

82. Murphy KJ, Payne T, Jamadar DA, Beydoun A, Frey KA, Brunberg JA:  Correlation of continuous EEG monitoring with [O-15]H2O positron emission tomography determination of cerebral blood flow during balloon test occlusion of the interanl carotid artery.  Experience in 36 cases.  Intervent Neuroradiol  1998; 4:51-55

83. Murphy KJ, Deveikis JP, Brunberg JA, Jamadar DA, Frey KA:  [O-15]H2O positron emission tomography determination of cerebral blood flow reserve after intravenous acetazolamide during balloon test occlusion of the internal carotid artery.  Intervent Neuroradiol  1998; 4:57-62

84. Kearney JAF, Becker JB, Frey KA, Albin RL:  The role of nigrostriatal dopamine in metabotropic glutamate agonist-induced rotation.  Neuroscience 1998; 87:881-891

(Peer Reviewed Publications, continued)

85. Mulholland GK, Wieland DM, Kilbourn MR, Frey KA, Sherman PS, Carey JE, Kuhl DE: [18F]Fluoroethoxy-benzovesamicol, a PET radiotracer for the vesicular acetylcholine transporter and cholinergic synapses. Synapse 1998; 30:263-274

86. Frey KA, Minoshima S, Kuhl DE: Neurochemical imaging of Alzheimer's disease and other degenerative dementias. Quart J Nucl Med 1998; 42:166-178

87. Frey KA, Wieland DM, Kilbourn MR: Imaging of monoaminergic and cholinergic vesicular transporters in the brain. Adv Pharmacol 1998; 42:269-272

88. Pennell PB, Burdette DE, Ross DA, Henry TR, Albin RL, Sackellares JC, Frey KA: Muscarinic receptor loss and preserved cholinergic terminals in mesial temporal sclerosis. Epilepsia 1999; 40:38-46

89. Bohnen NI, Minoshima S, Giordani B, Frey KA, Kuhl DE: Motor correlates of occipital hypometabolism in Parkinson's disease without dementia. Neurology 1999; 52:541-546

90. Kuhl DE, Koeppe RA, Minoshima S, Snyder SE, Ficaro EP, Foster NL, Frey KA, Kilbourn MR: In vivo mapping of cerebral acetylcholinesterase activity in aging and Alzheimer's disease. Neurology 1999; 52:691-699

91. Bohnen NI, Albin RL, Frey KA, Fink JK: (+)-$\alpha$-[11C]dihydrotetrabenazine PET imaging in familial paroxysmal dystonic choreoathetosis. Neurology 1999; 52:1067-1069

92. Meyer P, Bohnen NI, Minoshima S, Koeppe RA, Wernette K, Kilbourn MR, Kuhl DE, Frey KA, Albin RL: Striatal presynaptic monoaminergic vesicles are not increased in Tourette's syndrome. Neurology 1999; 53:371-374

93. Koeppe RA, Frey KA, Snyder SE, Meyer P, Kilbourn MR, Kuhl DE: Kinetic modeling of N-[11C]methylpiperidyl proprionate: Alternatives for analysis of an irreversible PET tracer for measurement of acetylcholinesterase in human brain. J Cereb Blood Flow Metab 1999; 19:1150-1163

94. Little KY, Zhang L, Desmond T, Frey KA, Dalack GW, Cassin BJ: Striatal dopaminergic abnormalities in human cocaine users. Am J Psychiat 1999; 156:238-245

95. Koeppe RA, Frey KA, Kuhl DE, Kilbourn MR: Assessment of extrastriatal vesicular monoamine transporter binding site density using stereoismoers of [11C]dihydrotetrabenazine. J Cereb Blood Flow Metab 1999; 19:1376-1384

96. Snyder SE, Sherman PS, Desmond TJ, Frey KA, Kilbourn MR: (-)-6',7'-{11C}Dihydroroten-12$\alpha$-ol ((-)-[11C]DHROL for in vivo measurement of mitochondrial complex I. J Label Comp Radiopharm 1999; 42:641-652

(Peer Reviewed Publications, continued)

97. Cowell RM, Kantor L, Keikilani, Hewlett GH, Frey KA, Gnegy ME:  Dopamine transporter antagonists block phorbol ester-induced dopamine release and dopamine transporter phosphorylation in striatal synaptosomes.  Eur J Pharmacol 2000; 389:59-65

98. Bohnen NI, Koeppe RA, Meyer P, Ficaro E, Wernette K, Kilbourn MR, Kuhl DE, Frey KA, Albin RL:  Decreased striatal monoaminergic terminals in Huntington's disease., Neurology 2000; 54:1753-1759

99. Kuhl DE, Minoshima S, Frey KA, Foster NL, Kilbourn MR, Koeppe RA:  Limited donepezil inhibition of acetylcholinesterase measured with positrion emission tomography in living Alzheimer cerebral cortex.  Ann Neurol 2000; 48;391-395

100. Zubieta J-K, Huguelet P, Lombardi U, Ohl LE, Koeppe RA, Kilbourn MR, Carr JM, Giordani BJ, Frey KA: Increases in  vesicular monoamine transporter binding in asymptomatic bipolar I disorder:  Gender differences and cognitive correlates.  Am J Psychiat 2000; 157:1619-1628

101. Albin RL, Koeppe RA, Chervin RD, Consens FB, Wernette K, Frey KA, Aldrich MS:  Decreased striatal dopaminergic innervation in REM sleep behavior disorder.  Neurology 2000; 55:1410-1412

102. Taylor SF, Koeppe RA, Tandon R, Zubieta J-K, Frey KA:  In vivo measurement of the vesicular monoamine transporter in schizophrenia.  Neuropsychopharmacol 2000; 23:667-675

103. Skaddan MB, Kilbourn MR, Snyder SE, Sherman PS, Desmond TJ, Frey KA: Synthesis, (18)F-labeling, and biological evaluation of piperidyl and pyrrolidyl benzilates as in vivo ligands for muscarinic acetylcholine receptors.  J Med Chem 2000; 43:4552-4562

104. Zubieta J-K, Koeppe RA, Frey KA, Kilbourn MR, Mangner TJ, Foster NL, Kuhl DE:  Assessment of muscarinic receptor concentrations in aging and Alzheimer disease with [11C]NMPB and PET.  Synapse 2001; 39:275-287

105. Zubieta J-K, Taylor SF, Huguelet P, Koeppe RA, Kilbourn MR, Frey KA: Vesicular monoamine transporter concentrations in bipolar disorder type I, schizophrenia and healthy subjects.  Biol Psychiat 2001; 49:110-116

106. Suzuki M, Desmond TJ, Albin RL, Frey KA:  Vesicular neurotransmitter transporters in Huntington's disease: Initial observations and comparison with traditional synaptic markers.  Synapse 2001; 41:329-336

107. Minoshima S, Foster N, Sima AAF, Frey KA, Albin RL, Kuhl DE:  Alzheimer's Disease versus Dementia with Lewy Bodies:  Cerebral Metabolic Distinction with Autopsy Confirmation.  Ann Neurol 2001; 50:358-365

108. Shekhar A, McCann UD, Meaney MJ, Blanchard DC, Davis M, Frey KA, Liberzon I, Overall KL, Shear MK, Tecott LH, Winsky L:  Summary of a National Institute of Mental Health workshop:  Developing animal models of anxiety disorders.  Psychopharmacol 2001; 157:327-339

(Peer Reviewed Publications, continued)

109. Gau JT, Steinhilb ML, Kao TC, D'Amato CJ, Gaut JR, Frey KA, Turner RS:
Stable β-secretase activity and presynaptic cholinergic markers during
progressive central nervous system amyloidogenesis in Tg2576 mice.  Am J
Pathol  2002; 160:731-738

110. Suzuki M, Desmond TJ, Albin RL, Frey KA:  Cholinergic vesicular
transporters in progressive supranuclear palsy.  Neurology  2002; 58:1013-
1018

111. Suzuki M, Desmond TJ, Albin RL, Frey KA:  Striatal monoaminergic terminals
in Lewy body and Alzheimer's dementias.  Ann Neurol  2002; 51:767-771

112. Minoshima S, Foster NL, Petrie EC, Albin RL, Frey KA, Kuhl DE:
Neuroimaging in dementia with Lewy Bodies: Metabolism, neurochemistry, and
morphology.  J Geriat Psychiat Neurol  2002; 15:200-209

113. Albin RL, Frey KA:  Initial agonist treatment of Parkinson disease.  A
critique.  Neurology  2003; 60:390-394

114. Albin RL, Cross D, Cornblath WT, Wald JA, Wernette K, Frey KA, Minoshima S:
Diminished Striatal [$^{123}$I]Iodobenzovesamicol Binding in Idiopathic Cervical
Dystonia.  Ann Neurol  2003; 53:528-532

115. Albin RL, Koeppe RA, Bohnen NI, Meyer P, Wernette K, Minoshima S, Kilbourn
MR, Frey KA:  Increased ventral striatal monoaminergic innervation in
Tourette syndrome.  Neurology 2003; 61:310-315

116. Kemmerer ES, Desmond TJ, Albin RL, Kilbourn MR, Frey KA:  Treatment effects
on nigrostriatal projection integrity in partial 6-OHDA lesions: Comparison
of L-DOPA and pramipexole.  Exp Neurol 2003; 183:81-86

117. Brooks DJ, Frey KA, Marek KL, Oakes D, Paty D, Prentice R, Shults CW,
Stoessl AJ: Assessment of neuroimaging techniques as biomarkers of the
progression of Parkinson's disease.  Exp Neurol 2003; 184:S68-S79

Case Reports, Comments and Editorials

1. Frey KA, Agranoff BW, Young AB, Hichwa RD, Ehrenkaufer RLE:  Human brain receptor distribution. (Letter) Science  1986; 232:1269-1270

2. Frey KA: *In vivo* mapping of brain benzodiazepine receptor changes by positron emission tomography after focal ischemia in the anesthetized baboon. (Editorial)  Stroke  1993; 24:2057-2058

3. Meyer MA, Frey KA, Schwaiger M:  Discordance between F-18 fluorodeoxyglucose uptake and contrast enhancement in a brain abscess. Clin Nucl Med  1993; 18:682-684

4. Kuppersmith RB, Disher MJ, Deveikis JP, Frey K, Shulkin BL, Clevens RA, Wolf GT:  Management of an osteogenic sarcoma of the maxilla. (Case Report) Ann Otol Rhinol Laryngol  1994; 103:408-412

5. Dwamena BA, Belcher KK, Dasika N, Frey KA:  Focal hyperemia on RBC blood flow imaging:  A scintigraphic marker of arterioportal venous shunting (AVPS) 'in hepatic cavernous hemangiomas? (Case Report)  Clin Nucl Med 1997; 22:542-545

6. Kirkwood ID, Frey KA:  Bilateral obstructive uropathy and anuria from a single ureteric calculus. (Case Report)  Clin Nucl Med  1998; 23:704-706

7. Minoshima S, Frey KA, Kuhl DE:  Cerebellar metabolic reduction in Alzheimer's disease and data normalization. (Letter)  J Nucl Med  1998; 39:374-375

8. Frey KA:  The neurochemistry of therapeutics:  Levodopa pharmacodynamics in Parkinson's disease. (Editorial)  Ann Neurol  2001; 49:285-287

9. Kuhl DE, Minoshima S, Frey KA, Foster NL, Kilbourn MR, Koeppe RA:  Central acetylcholinesterase inhibition in Alzheimer patients - Reply.  (Letter) Ann Neurol  2001; 49:416-417

10. Frey KA:  Can SPET imaging of dopamine uptake sites replace PET imaging in Parkinson's disease?  Against. (Commentary)  Eur J Nucl Med Molec Imaging 2002; 29:715-717

11. Albin RL, Nichols TE, Frey KA: ˜Brain imaging to assess the effects of dopamine agonists on progression of Parkinson's disease. (Letter) JAMA 2002; 288:311-312

<u>Non-Peer Reviewed</u>

1. Agranoff BW, Frey KA:  A regional metabolic contrast method for the study of brain pathology.  Ann Neurol  1984; 15(Suppl):S93-S97

2. Agranoff BW, Fisher SK, Heacock AM, Frey KA:  The phosphoinositide-linked CNS muscarinic receptor. (Review)  Adv Exp Med Biol  1988; 236:195-215

3. Bohnen NJ, Minoshima S, Kuhl DE, Frey KA:  The role of [18F]-fluorodeoxyglucose PET and MRI in the diagnosis of Alzheimer's disease. (Review)  Neurosci News  1998; 1:26-33

4. Donohoe KJ, Frey KA, Gerbaudo VH, Mariani G, Nagel JS, Shulkin B: Procedure guideline for brain death scintigraphy.  J Nucl Med  2003; 44:846-851

Articles Accepted for Publication
===

Peer Reviewed
===

1. Lucignani G, Panzacchi A, Bosio L, Ravasi L, Moresco RM, Coppa I, Chiumello G, Frey K, Koeppe R, Fazio F:  $GABA_A$  receptor abnormalities in Prader-Willi syndrome assessed with positron emission tomography and $[^{11}C]$flumazenil. Neuroimage 2003; in press

2. Maren S, Ferrario C, Corcoran KA, Desmond TJ, Frey KA:  Protein synthesis in the amygdale, but not the auditory thalamus, is required for consolidation of Pavlovian fear conditioning in rats.  Eur J Neurosci 2003; 18:in press

Non-Peer Reviewed
===

None

Articles Submitted for Publication
===

Peer Reviewed
===

1. Meador-Woodruff JH, Clinton SM, Ibrahim H, Frey KA, Davis KL, Haroutunian V:  Dopaminergic abnormalities in the thalamus in schizophrenia involve the intracellular signal integrating proteins calcyon and spinophilin.  Am J Psychiat 2003; submitted

2. Frey KA, Murman DL, Minoshima S, Buchtel HA, Foster NL, Casey K, Knesper D, Kuhl DE:  Cerebral Glucose Metabolic Imaging in the Assessment of Possible Dementia: A Prospective Clinical Study.  Mol Imaging Biol  2003; submitted

Non-Peer Reviewed
===

None

Books
===

None

## Chapters in Books

1. Agranoff BW, Boast CA, Frey KA, Altenau LL:  Evaluation of regional brain metabolism by a sequential double-label 2-deoxyglucose method.  In: Passonneau JV, Hawkins RA, Lust WD, Welsh FA, eds.  Cerebral Metabolism and Neural Function.  Williams and Wilkins; 1980

2. Washburn LC, Sun TT, Byrd BL, Rafter JJ, Hayes RL, Frey KA, Agranoff BW: 11C-ACHC, a potential agent for positron tomographic measurement of brain amino acid transport.  In:  Raynaud C, ed.  Nuclear Medicine and Biology Advances:  Proceedings of the Third World Congress of Nuclear Medicine and Biology, 1st Edition.  Paris, France:  Pergamon Press; 1983:642-645

3. Young AB, Frey KA, Agranoff BW:  Receptor assays:  *In vitro* and *in vivo*. In:  Phelps ME, Mazziotta JC, Schelbert HR, eds.  Positron Emission Tomography and Autoradiography.  New York:  Raven Press; 1986:73-111

4. Frey KA, Agranoff BW:  Quantitative *in vivo* receptor binding.  In:  Boast C, Snowhill EW, Altar CA, eds.  Quantitative Receptor Autoradiography.  New York:  Alan R. Liss; 1986

5. Frey KA:  Positron emission tomography.  In:  Siegel GJ, Agranoff B, Albers RW, Molinoff P, eds.  Basic Neurochemistry:  Molecular, Cellular, and Medical Aspects, 4th Edition.  New York:  Raven Press; 1989:839-855

6. Frey KA:  Synaptic neurochemistry:  Potential targets for the development of new tracer imaging methods.  In:  Kuhl DE, ed.  *In Vivo* Imaging of Neurotransmitter Functions in Brain, Heart and Tumors (Frontiers in nuclear medicine: 4).  Washington, D.C.:  American College of Nuclear Physicians; 1991:9-28

7. Frey KA, Koeppe RA, Kuhl DE:  Neurochemistry of Alzheimer's disease and related dementias:  Results of metabolic imaging and future application of ligand binding methods.  In:  Kuhl DE, ed.  *In Vivo* Imaging of Neurotransmitter Functions in Brain, Heart and Tumors (Frontiers in nuclear medicine: 4).  Washington, D.C.:  American College of Nuclear Physicians; 1991:205-222

8. Frey KA:  Panel discussion:  Clinical PET neurotransmitter metabolism and receptor binding studies of brain.  In:  Kuhl DE, ed.  *In Vivo* Imaging of Neurotransmitter Functions in Brain, Heart and Tumors (Frontiers in nuclear medicine: 4).  Washington, D.C.:  American College of Nuclear Physicians; 1991:237-240

9. Sisson JC, Wieland DM, Koeppe RA, Frey KA, Normolle DP:  Defining beta adrenoreceptors in the living heart with iodocyanopindolol.  In:  Kuhl DE, ed.  *In Vivo* Imaging of Neurotransmitter Functions in Brain, Heart and Tumors (Frontiers in nuclear medicine: 4).  Washington, D.C.:  American College of Nuclear Physicians; 1991:349-362

10. Frey KA:  Positron emission tomography.  In:  Siegel GJ, Agranoff B, Albers RW, Molinoff P, eds.  Basic Neurochemistry:  Molecular, Cellular, and Medical Aspects, 5th Edition.  New York:  Raven Press; 1994:935-955

(Book Chapters, continued)

11. Frey KA, Koeppe RA, Holthoff VA:  *In vivo* imaging of benzodiazepine
    receptors with positron emission tomography.  In:  Biegon A, Volkow N, eds.
    Sites of Drug Action in the Human Brain.  Boca Raton, FL:  CRC Press;
    1995:29-47

12. Kim B, Frey KA, Mukhopadhyay S, Ross BD, Meyer CR:  Co-registration of MRI
    and autoradiography of rat brain.  In:  Ayache N, ed.  Lecture Notes in
    Computer Science.  Berlin:  Springer-Verlag; 1995: 905:262-266

13. Casey KL, Minoshima S, Morrow TJ, Koeppe RA, Frey KA:  Imaging the brain in
    pain - Potentials, limitations, and implications.  In:  Advances in Pain
    Research and Therapy, vol 22; 1995:201-211

13. Albin RL, Frey KA:  Chemical neurotransmission.  In:  Albin MS, ed.
    Textbook of Neuroanesthesia:  With Neurosurgical and Neuroscience
    Perspectives.  New York, NY:  McGraw-Hill; 1996:521-540

14. Minoshima, S, Frey KA, Foster NL, Kuhl DE:  Diagnostic applications of PET
    in dementia.  In:  Fujibayashi, Yonekura Y, Fujibayash Y, et al., eds.
    Proceedings of the International workshop on Biomedical Imaging:  MR and
    PET/SPECT.  Amsterdam:  Elsevier; 1996:103-107

15. Kim B, Boes J, Frey KA, Meyer CR:  Mutual information for automatic
    multimodal image warping.  In:  Visualization in Biomedical Computing.
    Lecture Notes in Computer Science.  Berlin:  Springer-Verlag; 1996:
    1131:349-354

16. Minoshima S, Frey KA, Kuhl DE:  Dementia.  In:  Trizuka K, Ido T, Endo K,
    et al., eds.  Clinical PET:  Guidelines for clinical applications.  Tokyo:
    Advanced Medical Technology; 1997:68-76

17. Frey KA, Albin RL:  Receptor binding techniques.  Unit 1.4 In:  Crawley J,
    Gerfen C, McKay R, Rogawski M, Sibley D, Skolnick P, eds.  Current
    Protocols in Neuroscience.  New York, NY:  John Wiley & Sons; 1997: 1.4.1-
    1.4.14. 19

18. Frey KA:  Positron emission tomography.  In:  Siegel GJ, Agranoff B, Albers
    RW, Fisher SK, Uhler MD, eds.  Basic Neurochemistry:  Molecular, Cellular,
    and Medical Aspects, 6th Edition.  New York, NY:  Lippincott-Raven;
    1998:1109-1131

19. Frey KA:  Radiotracers and Analytical Approaches in Positron and Single-
    Photon Emission Tomography.  In:  Henry TR, Duncan JS, Berkovic SF, eds.
    Advances in Neurology, v. 83, Functional Imaging in the Epilepsies.
    Philadelphia, PA: Lippincott Williams & Wilkins; 2000:61-68

20. Frey KA:  Neuroimaging in Suspected Neurotoxic Disorders.  In:  Albers JW,
    Berent S, eds.  Neurologic Clinics, 18:3.  Clinical Neurobehavioral
    Toxicology.  Philadelphia, PA:  W.B. Saunders Co.; 2000:615-629

21. Frey KA, Koeppe RA, Kilbourn MR:  Imaging the Vesicular Monoamine
    Transporter.  In: Calne D, Calne SM, eds.  Advances in Neurology, v. 86,
    Parkinson's Disease.  Philadelphia, PA: Lippincott Williams & Wilkins;
    2001:237-247

(Book Chapters, continued)

22. **Frey KA:** Neurochemical Systems. In: Valk PE, Bailey DL, Townsend DW, Maisey MN, eds. Positron Emission Tomography. Basic Science and Clinical Practice. London: Springer-Verlag; 2003:309-327

## Abstracts

1. Agranoff BW, Boast CA, Dudzinski B, Frey KA, Wieland D: The feasibility of a radiochemical myelin stain. Int Soc for Neurochem 1979

2. Frey KA, Boast CA, Wieland D, Brown L, Dudzinski B Agranoff BW: 125I-Iodobenzene as a radiochemical myelin marker. Soc Neurosci Abstr 1979; 5:87

3. Dauth G, Gilman S, Frey K, Penney J Agranoff BW: 14C-2-Deoxyglucose uptake in monkeys with hypotonic hemiplegia after precentral cortical ablation. Soc Neurosci Abstr 1979; 5:367

4. Young AB, Frey KA Penney JB: Quantitative receptor autoradiography using tritium sensitive film. Trans Am Soc Neurochem 1981

5. Gilman S, Dauth G, Frey K, Penney J: Asymmetries of glucose utilization in the basal ganglia of hypotonic and hypertonic monkeys after precentral cortical ablation. Neurology 1981; 31(Suppl 2):150

6. Fisher SK, Frey KA, Agranoff BW: A postsynaptic locus for the stimulation of phospholipid labeling by muscarinic agonists in synaptosomes derived from the hippocampus. Int Soc for Neurochem 1981

7. Frey KA, Agranoff BW: Regional brain glucose metabolism and protein synthesis following ibotenic acid lesions of the striatum. Soc Neurosci Abstr 1981; 7:774

8. Fisher SK, Frey KA, Agranoff BW: Ibotenic acid lesions of the hippocampus result in a loss of muscarinic receptors linked to phospholipid turnover. Soc Neurosci Abstr 1981; 7:705

9. Gilman S, Dauth G, Frey K, Penney J: Effects of precentral cortical lesions on glucose utilization in the deep cerebellar and related nuclei in the monkey. Soc Neurosci Abstr 1981; 7:785

10. Dauth G, Frey K, Gilman S: A low cost microcomputer based densitometer for quantitative autoradiography. Soc Neurosci Abstr 1981; 7:501

11. Frey KA, Agranoff BW: Neurochemical correlates of denervation of the substantia nigra. Trans Am Soc Neurochem 1982; 13:180

12. Frey KA, Agranoff BW: 2-DG uptake in lesioned brain: Anesthesia provides a metabolic contrast technique. Soc Neurosci Abstr 1982; 8:1002

13. Frey KA, Ehrenkaufer RL, Agranoff BW: In vivo muscarinic receptor binding. Soc Neurosci Abstr 1983; 9:725

14. Frey KA, Hichwa RD, Ehrenkaufer RLE, Agranoff BW: Kinetic analysis of in vivo muscarinic receptor binding. Soc Neurosci Abstr 1984; 10:506

(Abstracts, continued)

15. Olds JL, Frey KA, Ehrenkaufer RL, Patoki J, Agranoff BW: Sequential double label FDG autoradiography of rat brain. Soc Neurosci Abstr 1984; 10:1002

16. Olds JL, Frey KA, Agranoff BW: Autoradiographic approaches to a double-label 2-deoxyglucose method. Trans Am Soc Neurochem 1985; 16:148

17. Frey KA, Ciliax B, Wieland D, Agranoff BW: In vivo quantitation of free muscarinic receptor density: Effects of DFP and of atropine. Soc Neurosci Abstr 1985; 11:1054

18. Olds JL, Frey KA, Bay CA, Agranoff BW: Demonstration of unilateral activation of the rat somatosensory system by means of a sequential double-label autoradiographic method. Soc Neurosci Abstr 1985; 11:1124

19. Shimoyama I, Dauth GW, Gilman S, Frey KA, Penney JB: Local glucose metabolic rates in primate thalamus during recovery from unilateral ablation of cerebral cortical areas 4 & 6. Soc Neurosci Abstr 1985; 11:1089

20. Junck L, Vanderspek A, Gilman S, Hichwa RD, Agranoff BW, Frey KA: The barbiturate contrast method for detection of brain infarcts by positron emission tomography. Neurology 1986; 4(Suppl 1):229

21. Koeppe RA, Frey KA, Agranoff BW: Feasibility of static and dynamic protocols for PET studies of muscarinic cholinergic receptor binding. J Nucl Med 1986; 27:936-937

22. Olds JL, Frey KA, Richfield EK, Agranoff BW: Analysis of regional cerebral metabolic variability in the rat by means of a sequential double-label method. Soc Neurosci Abstr 1986; 12:179

23. Frey KA, Koeppe RA, Jewett DM, Mulholland GK, Hichwa RD, Kuhl DE, Agranoff BW: The in vivo distribution of [11C]scopolamine in human brain determined by positron emission tomography. Soc Neurosci Abstr 1987; 13:1658

24. Koeppe RA, Frey KA, Kuhl DE, Agranoff BW: Tracer kinetic analysis of [11C]scopolamine binding in human brain. Soc Neurosci Abstr 1987; 13:1658

25. Agranoff BW, Frey KA: Strategies in design of a muscarinic probe for non-invasive imaging of brain receptors. American College for Neuropsychopharmacology 1987

26. Frey KA, Koeppe RA, Mulholland GK, Jewett DM, Hichwa RD, Agranoff BW, Kuhl DE: Muscarinic receptor imaging in human brain using [C-11]scopolamine and positron emission tomography. J Nucl Med 1988; 29:808-809

(Abstracts, continued)

27. Mulholland GK, Otto CA, Jewett DM, Kilbourn MR, Sherman PS, Koeppe RA, Wieland DM, Frey KA, Kuhl DE: Synthesis and preliminary evaluation of [C-11]-(+)-2-α-tropanyl benzilate (C-11 TRB) as a ligand for the muscarinic receptor. J Nucl Med 1988; 29:932

28. Mulholland GK, Otto CA, Jewett DM, Kilbourn MR, Sherman PS, Koeppe RA, Frey KA, Kuhl DE: Radiosynthesis and comparisons in the biodistribution of carbon-11 labeled muscarinic antagonists: (+) 2 Alpha-tropanyl benzilate and n-methyl-4-piperidyl benzilate. 7th International Symposium on Radiopharmaceutical Chemistry 1988

29. Schwartz DR, Schacht J, Altschuler RA, Frey K, Miller JP: Activation of the auditory brain stem of deafened guinea pigs with cochlear stimulation: A [14C]-2-deoxyglucose study. Soc Neurosci Abstr 1989; 15:742

30. Frey KA, Howland MM, Agranoff BW: Muscarinic receptor regulation: Regional and subtype-specific effects following cholinesterase inhibition. Soc Neurosci Abstr 1989; 15:1304

31. Koeppe RA, Frey KA, Mulholland GK, Kuhl DE: Modeling alternatives for receptor ligands: A kinetic analysis of [C-11]tropanyl benzilate binding to muscarinic cholinergic receptors. J Nucl Med 1990; 31:709

32. Koeppe RA, Kilbourn MR, Frey KA, Penney JB, Haka MS, Kuhl DE: Imaging and kinetic modeling of [F-18]GBR 12909, a dopamine uptake inhibitor. J Nucl Med 1990; 31:720

33. Frey KA, Koeppe RA, Mulholland GK, Kuhl DE: Quantification of regional cerebral muscarinic receptors in human brain with the use of [C-11]tropanyl benzilate and positron emission tomography. J Nucl Med 1990; 31:779

34. Taylor S, Frey KA, McBride W, Baldwin RM, Papadopoulis S, Sucharski LA, Petry NA, Rogers WL, Kuhl DE: Brain uptake and retention of [Tc-99m]T691: A potential new tracer of local cerebral blood flow. J Nucl Med 1990; 31:885

35. Kilbourn MR, Jung Y-W, Haka MS, Gildersleeve D, Buck F, Frey KA, Wieland DM: Carbon-11 labeled 5-(N-methylamino)benzovesamicol, a marker of presynaptic cholinergic neurons. Soc Neurosci Abstr 1990; 16:688

36. Frey KA, Holthoff V, Koeppe RA, Jewett D, Mangner TJ, Kuhl DE: *In vivo* benzodiazepine receptor binding in human brain: Compartmental analysis of [11C]flumazenil distribution as determined by positron emission tomography. Soc Neurosci Abstr 1990; 16:689

37. Howland MM, Higgins DS, Albin RL, Frey KA: Autoradiographic analysis of pre- and post-synaptic muscarinic cholinergic pathways in bat, shrew and rat brain. Soc Neurosci Abstr 1990; 16:1058

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 36

(Abstracts, continued)

38. Aldrich MS, Frey K, Albin RL, Penney, JB:  Muscarinic receptor autoradiographic studies of postmortem human narcoleptic brain.  Sleep Res 1990; 19:179

39. Hermanowicz NS, Frey KA, Penney JB Jr:  Quantitative autoradiography of [3H]vesamicol binding to synaptic vesicle uptake sites for acetylcholine in Alzheimer's disease.  Neurology 1991; 41:118

40. Young AB, Holthoff VA, Koeppe RA, Frey KA, Penney JB, Paradise A, Kuhl DE:  PET measures of benzodiazepine receptors in Huntington's disease.  Neurology  1991; 41:290

41. Truong, DD Frey, K:  Local cerebral glucose metabolism in an animal model of myoclonus.  Neurology 1991; 41:327

42. Buck, A, Frey, KA, Mulholland, GK, Papadopoulos, SM Kuhl, DE:  Multi-compartmental analysis following intra-carotid tracer injection:  Application to neuroreceptor ligands.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S152

43. Gilman, S, Holthoff, VA, Koeppe, RA, Frey, KA, Junck, L, Kluin, KJ Brunberg, JA:  Decreased cerebellar GABA/benzodiazepine receptor binding in OPCA studied with [11C]flumazenil and PET.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S230

44. Henry, TR, Sackellares, JC, Gilman, S, Holthoff, VA, Frey, KA, Koeppe, RA, Brunberg, JA, Berent, S, Young, AB Kuhl, DE:  Decreased mesial temporal [11C]flumazenil binding with mesiolateral temporal hypometabolism in temporal lobe epilepsy.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S412

45. Holthoff, VA, Koeppe, RA, Frey, KA, Jewett, D, Paradise, A Kuhl, DE:  Differentation of radioligand delivery and binding in the brain:  Validation of a two-compartment model for [11C]flumazenil.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S614

46. Koeppe, RA, Holthoff, VA, Frey, KA, Kilbourn, MR Kuhl, DE:  Compartmental analysis of [11C]flumazenil kinetics for the estimation of ligand transport rate and receptor distribution.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S615

47. Lee, KS, Frey, KA, Koeppe, RA, Mulholland, GK, Buck, A, Kilbourn, MR Kuhl, DE:  *In vivo* quantification of muscarinic cholinergic receptors in human aging:  Positron tomography suggests preferential cortical decline.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S790

48. Holthoff, VA, Young, AB, Koeppe, RA, Frey, KA, Penney, JB, Paradise, A Kuhl, DE:  Benzodiazepine receptor changes in Huntington's disease.  J Cereb Blood Flow Metab 1991; 11(Suppl 2):S810

49. Frey, KA, Henry, TR, Holthoff, VA, Koeppe, RA, Sackellares, JC, Brunberg, JA, Berent, S, Gilman, S Kuhl, DE:  Comparison of regional glucose metabolism and *in vivo* benzodiazepine receptor binding in refractory temporal lobe epilepsy.  J Nucl Med 1991; 32(5):912

(Abstracts, continued)

50. Lee, KS, Frey, KA, Koeppe, RA, Buck, A, Mulholland, GK, Foster, NL Kuhl, DE: Quantification of muscarinic cholinergic receptors in aging and Alzheimer's disease. J Nucl Med 1991; 32(5):942-943

51. Koeppe, RA, Holthoff, VA, Frey, KA, Kilbourn, MR, Paradise, A Kuhl, DE: Analysis of [C-11]flumazenil kinetics: Validation of model for differentiation between ligand delivery and binding. J Nucl Med 1991; 32(5):980

52. Mulholland, GK, Buck, F, Sherman, PS, Pisani, TL, Jung, Y-W, Frey, KA, Kuhl, DE Kilbourn, MR: 4-[18F]fluorobenzyl-ABV: A new potential marker for central cholinergic presynaptic sites. J Nucl Med 1991; 32(5):994

53. Giordani, B, Berent, S, Koeppe, R, Foster, NL, Buchtel, HA, Kuhl, DE, Frey, KA Lehtinen, SJ: PET-FDG cerebral metabolic indices of memory impairment. Biol Psychiatry 1991; 29(11):683S

54. Frey, KA, Koeppe, RA, Holthoff, VA Kuhl, DE: Quantitative imaging of cerebral benzodiazepine receptors in human brain with [11C]flumazenil and positron emission tomography. J Neurochem 1991; S38

55. Frey, KA Zubieta, JK: Effects of DFP treatment on $m_3$ receptors: An autoradiographic analysis. Soc Neurosci Abstr 1991; 17:586

56. Zubieta, JK Frey, KA: Autoradiographic characterization of $m_3$ muscarinic cholinergic receptors in rat brain. Soc Neurosci Abstr 1991; 17:586

57. Minoshima, S, Berger, BS, Koeppe, RA, Frey, KA, Mintun, MA Kuhl, DE: Automated registration and standardization of functional brain images: New diagnostic tool for brain PET study. Radiology 1991; 181(P):101

58. Minoshima, S, Frey, KA, Koeppe, RA, Berger, KL, Greenough, R Kuhl, DE: Stereotactic metabolic atlas of the brain as a new diagnostic tool for functional brain imaging. J Nucl Med 1992; 33(5):858

59. Koeppe, RA, Frey, KA, Zubieta, JK, Fessler, JA, Mulholland, GK, Kilbourn, MR, Mangner, TJ Kuhl, DE: Tracer kinetic analysis of [C-11]N-methyl-4-piperidyl benzilate binding to muscarinic cholinergic receptors. J Nucl Med 1992; 33(5):882

60. Meyer, MA, Koeppe, RA, Frey, KA, Foster, NL Kuhl, DE: Benzodiazepine receptors are unaltered in hypometabolic parietal cortex in Alzheimer's disease. J Nucl Med 1992; 33(5):887

61. Gad, M, Frey, KA, Minoshima, S, Henry, TR Kuhl, DE: Analysis of temporal lobe metabolism in refractory epilepsy: Quantification of asymmetry in PET FDG scans. J Nucl Med 1992; 33(5):928-929

(Abstracts, continued)

62. Minoshima, S, Koeppe, RA, Frey, KA, Berger, KL Kuhl, DE:  Automated method
    for anatomical standardization of three-dimensional functional brain
    images.  J Nucl Med 1992; 33(5):1003

63. Henry, TR, Frey, KA, Sackellares, JC, Ross, DA, Koeppe, RA, Buchtel, HA,
    Brunberg, JA, Gilman, S, Berent, S Kuhl, DE:  Anterior mesial temporal
    benzodiazepine receptor decrease on [11C]flumazenil PET agrees with
    multimodal localization of epileptogenesis in refractory complex partial
    seizures.  Neurology 1992; 42(Suppl 3):297-298

64. Zubieta, JK, Frey, KA, Mulholland, GK, Koeppe, RA Kuhl, DE:  Development of
    a PET method for muscarinic receptor quantification with [11C]N-methyl
    piperidyl benzilate.  Biol Psychiatry 1992; 31(5A):224A

65. Buck A, Frey KA, Mulholland GK, Kuhl DE:  Unchanged muscarinic receptor
    density after 1 week administration of tetrahydroaminoacridine in Alzheimer
    patients.  Eur J Nucl Med  1992; 19(Suppl):736

66. Frey, KA, Desmond, T Levey, AI:  Differential down-regulation of striatal
    m4 muscarinic receptors detected by subtype-specific receptor
    immunoprecipitation.  Soc Neurosci Abstr 1992; 18:255

67. Casey, KL, Minoshima, S, Berger, KL, Koeppe, RA, Morrow, TJ Frey, KA:  PET
    analysis of brain structures differentially activated by noxious thermal
    stimuli.  Soc Neurosci Abstr 1992; 18:833

68. Mulholland, GK, Sherman, PS, Kilbourn, MR, Jung, Y-W, Frey, KA, Wieland, DM
    Kuhl, DE:  Mouse brain localization of new
    [F-18]benzo-vesamicol tracer is not changed by pre-treatment with sigma
    ligands haldol, 3-PPP, or E2020.  Soc Neurosci Abstr 1992; 18:1467

69. Henry TR, Frey KA, Sackellares JC, Gilman S, Koeppe RA, Brunberg JA, Ross
    DA, Berent S, Young AB, Kuhl DE:  Decreased in vivo glucose metabolism and
    central benzodiazepine binding in mesial temporal-lobe epilepsy.  Ann
    Neurol  1992; 32:245

70. Minoshima, S, Frey, KA, Koeppe, RA, Berger, KL, Fessler, JA, Kuhl, DE
    Casey, KL:  PET localization of response to thermal stimuli in human.  J
    Cereb Blood Flow Metab 1993; 13(Suppl 1):S260

71. Minoshima, S, Frey, KA, Koeppe, RA Kuhl, DE:  Summation analysis of PET
    receptor images:  Assessment of age differences in [11C]flumazenil
    distribution in the human brain.  J Cereb Blood Flow Metab 1993; 13(Suppl
    1):S411

72. Kilbourn, MR, DaSilva, JN, Frey, KA, Koeppe, RA, Domino, EF Kuhl, DE:
    [11C]Tetrabenazine:  A potential in vivo imaging agent for monoaminergic
    nerve terminals.  J Cereb Blood Flow Metab 1993; 13(Suppl 1):S615

73. Frey, KA, Groom, GN, Koeppe, RA Kuhl, DE:  Comparison of kinetic and
    equilibrium PET measurements of [11C]flumazenil binding to human
    benzodiazepine receptors.  J Cereb Blood Flow Metab 1993; 13(Suppl 1):S794

(Abstracts, continued)

74. Minoshima, S, Frey, KA, Henry, TR, Koeppe, RA, Sackellares, JC Kuhl, DE: Regional alteration of benzodiazepine receptor distribution in refractory temporal lobe epilepsy revealed by group averaging techniques. J Nucl Med 1993; 34(5):22P-23P

75. Kilbourn, MR, Frey, KA, Koeppe, RA, DaSilva, JN, Mangner, TJ Kuhl, DE: *In vivo* human imaging of monoaminergic nerve terminals using [C-11]tetrabenazine ([C-11]TBZ) and positron emission tomography. J Nucl Med 1993; 34(5):25P

76. Kuhl, DE, Koeppe, RA, Fessler, JA, Minoshima, S, Ackermann, RJ, Carey, JE, Frey, KA Wieland, DM: *In vivo* mapping of cholinergic neurons in the human brain using SPECT and (-)-5-[I-123] iodobenzovesamicol (IBVM). J Nucl Med 1993; 34(5):25P-26P

77. Minoshima, S, Frey, KA, Koeppe, RA, Berger, KL, Morrow, TJ, Kuhl, DE Casey, KL: Functional intercorrelations among multi-focal cerebral responses to thermal pain in humans. J Nucl Med 1993; 34(5):56P-57P

78. Zubieta, JK, Frey, KA, Koeppe, RA Kuhl, DE: Quantification of muscarinic receptors *in vivo* with [C-11]NMPB and PET: Distinction of ligand delivery and binding. J Nucl Med 1993; 34(5):108P

79. Frey, KA, Groom, GN, Minoshima, S, Koeppe, RA Kuhl, DE: True equilibrium quantification of human cerebral benzodiazepine receptors with the use of [11-C]flumazenil and positron tomography. J Nucl Med 1993; 34(5):108P

80. Groom, GN, Junck, L, Foster, NL, Frey, KA Kuhl, DE: Positron emission tomography of [C-11]PK 11195 binding to peripheral benzodiazepine receptors in Alzheimer's disease. J Nucl Med 1993; 34(5):116P-117P

81. Mulholland, GK, Sherman, PS, Mukhopadhyay, S, Frey, KA, Wieland, DM, Jung, Y-W, Carey, JE, Kilbourn, MR Kuhl, DE: Preclinical studies of (-)-[F-18]fluoroethoxybenzovesamicol (FEOBV). A vesicular tracer for mapping central cholinergic neurons *in vivo*. J Nucl Med 1993; 34(5):123P

82. Minoshima, S, Frey, KA, Koeppe, RA, Chimowitz, MI, McCune, WJ: Kuhl, DE: Regional discordance between benzodiazepine receptor distribution and glucose metabolism in ischemic cerebral vascular diseases. J Nucl Med 1993; 34(5):207P

83. Henry, TR, McKeever, PE, Ross, DA, Frey, KA, Gilman, S, Koeppe, RA, Brunberg, JA, Berent, S, Kuhl, DE Sackellares JC: Hippocampal decreases in central benzodiazepine binding detected with [11C]flumazenil positron emission tomography in hippocampal sclerosis. Epilepsia 1993; 34(Suppl 6):126-127

84. Cho, K, Ishihara, M, Minoshima, S, Kuhl, DE Frey, KA: Distinction of Alzheimer diseases on the basis of cerebral metabolic deficits: Comparison of quantitative functional image analysis strategies. Radiology 1993; 189(P):254

85. Aldrich, MS, Desmond, T Frey, KA: Muscarinic receptor autoradiography of human narcoleptic brainstem. Sleep Res 1994; 23:215

(Abstracts, continued)

86. Zubieta, JK, Frey, KA, Koeppe, RA, Kilbourn, MR, Mulholland, GK, Foster, NL Kuhl, DE: Muscarinic receptor binding in aging and Alzheimer's disease determined with [C-11]n-methyl-4-piperidyl benzilate and PET. J Nucl Med 1994; 35(5):20P

87. Minoshima, S, Frey, KA, Koeppe, RA, Morrow, TJ, Kuhl, DE Casey, KL: Temporal modulation of cerebral involvement in pain perception revealed by [O-15]water PET in humans. J Nucl Med 1994; 35(5):33P

88. Kuhl, DE, Fessler, JA, Minoshima, S, Cho, K, Frey, KA, Wieland, DM Koeppe, RA *In vivo* mapping of cholinergic neurons in aging and Alzheimer's disease using SPECT and (-)-5-[I-123] iodobenzovesamicol (IBVM). J Nucl Med 1994; 35(5):68P

89  Jung, Y-W, Mukhopadhyay, S, Sherman, PS, Frey, KA Wieland, DM:  Sigma receptor mapping.  J Nucl Med 1994; 35(5):93P

90. Cho K, Frey KA, Minoshima S, Ishihara M, Kuhl DE:  Diagnostic criteria for Alzheimer's disease based on [F-18]FDG cerebral metabolic deficits.  J Nucl Med  1994; 35(5):119P

91. Vander Borght TM, Desmond TJ, Kilbourn MR, Albin RL, Koeppe RA, Kuhl DE, Frey KA:  Evaluation of methoxytetrabenazine as an *in vivo* tracer of monoamine nerve terminal integrity.  J Nucl Med  1994; 35(5):121P

92. Minoshima S, Koeppe RA, Mukhopadhyay S, Jewett D, Kuhl DE, Kilbourn MR, Frey KA:  Equilibrium measurement of [C-11]raclopride distribution volume in the brain using a continuous infusion technique.  J Nucl Med  1994; 35(5):140P

93. Ishihara M, Cameron O, Minoshima S, Drury I, Kuhl DE, Frey KA:  PET determinations of benzodiazepine receptor occupancy by unlabeled drugs.  J Nucl Med  1994; 35(5):141P

94. Pennell PB, Burdette DE, Henry TR, Ross DA, Sackellares JC, Albin RL, Frey KA:  Hippocampal muscarinic receptor binding in mesial temporal lobe epilepsy.  Neurology 1994; 44(Suppl 2):A176-A177

95. Drury I, Beydoun A, Cameron O, Minoshima S, Domer P, Ishihara M, Frey K:  Effect of high-dose flumazenil on EEG spectral parameters.  Neurology 1994; 44(Suppl 2):A234

96. Murman DL, Desmond TJ, Higgins DS, Hermanowicz NS, Penney JB Jr, Frey KA:  Autoradiographic quantification of the vesamicol receptor in Alzheimer's disease.  Neurology  1994; 44(Suppl 2):A389

97. MacDonald GA, Frey KA, Agranoff BW, Kuhl DE, Shulkin BL, Lucey MR:  Benzodiazepine receptor distribution in recurrent hepatic encephalopathy.  Gastroenterology 1994; 106(4, Part 2):A936

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 41

(Abstracts, continued)

98. Kilbourn MR, Jewett DM, Vander Borght T, Koeppe RA, Lee L, Frey KA, Kuhl DE: Radioligands for PET imaging of vesicular monoamine transporters in human brain. Eur J Nucl Med 1994; 21:S83

99. Murman DL, Frey KA, Knesper DJ, Giodani B, Berent S, Kuhl DE, Foster NL: Clinical and neuropsychometric predictors of progression in patients with complaints of memory loss. Ann Neurol 1994; 36:311

100. Kim B, Frey KA, Mukhopadhyay S, Ross BD, Meyer CR: Three-dimensional registration of MRI and volumetric autoradiography. Radiology 1994; 193(P):363

101. Frey KA, Desmond T, Augelli-Szafran CE, Jaen J, Schwarz RD: Autoradiographic distinction of high and low affinity muscarinc receptors by the m1-selective ligand PD150714. Life Sci 1995; 56:1036

102. Chen R, Rothstein JD, Frey KA, Tevaarwerk GJ, Hahn AF: Idiopathic recurring stupor - A new syndrome. Neurology 1995; 45(Suppl 4):A177

103. Brown RS, Leung JY, Fisher SJ, Frey KA, Ethier SP, Wahl RL: The intratumoral distribution of [H-3]FDG and expression of glucose transporter-1 (GLUT-1) are correlated in syngeneic breast carcinoma. J Nucl Med 1995; 36(5):61P

104. Koeppe RA, Frey KA, Vander Borght TM, Kilbourn MR, Jewett DM, Lee LC, Kuhl DE: Kinetic evaluation of α-[11-C]dihydrotetrabenazine (DTBZ): A PET ligand for assessing the vesicular monoamine transporter. J Nucl Med 1995; 36(5):118P

105. Kilbourn MR, Lee LC, Jewett DM, Vander Borght T, Frey KA, Koeppe RA: Stereospecificity of in vitro and in vivo binding of isomers of α-[C-11]dihydrotetrabenazine (α-[C-11]DTBZ) to vesicular monoamine transporters. J Nucl Med 1995; 36(5):123P

106. Kilbourn MR, Charalambous A, Sherman P, Frey KA: Demonstration of in vivo binding of [C-11]dihydrorotenol to mitochondrial complex I: Inhibition by MPP[+] J Nucl Med 1995; 36(5):152P

107. Kilbourn MR, Vander Borght T, Frey KA: In vivo [C-11]dihydrotetrabenazine ([C-11]DTBZ) binding is unaffected by chronic L-DOPA or deprenyl treatments. J Nucl Med 1995; 36(5):153P

108. Koeppe RA, Mukhopadyhyay S, Botti LE, Frey KA: Simplified estimation of metabolite corrected arterial plasma input function for [C-11]flumazenil. J Nucl Med 1995; 36(5):175P

109. Minoshima S, Frey KA, Burdette JH, Vander Borght T, Koeppe RA, Kuhl DE: Interpretation of metabolic abnormalities in Alzheimer's disease using three-dimensional stereotactic surface projections (3D-SSP) and normal database. J Nucl Med 1995; 36(5):237P

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 42

(Abstracts, continued)

110. Frey KA, Koeppe RA, Kilbourn MR, Vander Borght TM, Albin RL, Gilman S, Kuhl DE: Reduction of presynaptic monoaminergic vesicles in the striata of parkinsonian patients and in normal human aging. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S38

111. Kuhl DE, Ferssler JA, Minoshima S, Frey KA, Foster NL, Ficaro EP, Wieland DM, Kopeep RA: *In vivo* mapping of the vesicular acetylcholine transporter in aging and Alzheimer's disease. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S132

112. Kilbourn MR, Charalambous A, Frey KA, Higgins DS, Greenamyre TJ: Intrastriatal MPP$^+$ blocks *in vivo* uptake of [11C]dihydrorotenol, a radioligand for mitochondrial complex I. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S482

113. Kilbourn MR, Lee LC, Jewett DM, Vander Borght TM, Koeppe RA, Frey KA: *In vitro* and *in vivo* binding of α-dihydrotetrabenazine to the vesicular monoamine transporter is stereospecific. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S650

114. Koeppe RA, Frey KA, Vander Borght TM, Kilbourn MR, Jewett DM, Lee LC, Kuhl DE: Kinetic evaluation of [C-11]dihydrotetrabenazine (DTBZ) by dynamic PET: A marker for the vesicular monoamine transporter. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S651

115. Gilman S, Frey KA, Koeppe RA, Junck L, Little R, Vander Borght T, Lohmann M, Martorello S, Lee LC, Jewett DM, Kilbourn MR: Decreased striatal monoaminergic presynaptic terminals in OPCA and MSA demonstrated with [11C]dihydrotetrabenazine and PET. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S752

116. Vander Borght TM, Kilbourn MR, Desmond TJ, Kuhl DE, Frey KA: The vesicular monoamine transporter is not regulated by dopaminergic drug treatments. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S753

117. Giordani B, Berent S, Minoshima S, Boivin MJ, Frey KA, Guire KE, Koeppe RA, Kuhl DE: Cortical and subcortical [18F]FDG hypometabolism in nondemented and demented parkinson's patients. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S762

118. Minoshima S, Foster NL, Frey KA, Kuhl DE: Abnormal energy metabolism in the cingulate cortex in Alzheimer's disease. J Cereb Blood Flow Metab 1995; 15(Suppl 1):S790

119. Pennell PB, Henry TR, Koeppe RA, Kilbourn MR, Frey KA: PET imaging of benzodiazepine and muscarinic receptor losses in mesial temporal epilepsy. Epilepsia 1995; 36(Suppl 4):24

120. Kuhl, DE, Koeppe, RA, Snyder, SE, Minoshima, S, Frey, KA, Kilbourn, MR: Mapping acetylcholinesterase in human brain using PET and N-[C-11]methylpiperidinyl proprionate (PMP). J Nucl Med 1996; 37(5):21P

(Abstracts, continued)

121. Koeppe, RA, Frey, KA, Jewett, DM, Kilbourn, MR, Kuhl, DE: Equilibrium versus compartmental analysis for assessment of the vesicular monoamine transporter using (+)-α-[C-11]dihydrotetrabenazine (DTBZ) and PET. J Nucl Med 1996; 37(5):109P

122. Minoshima, S, Giorddani, BL, Berent, S, Frey, KA, Foster, NL, Kuhl, DE: The posterior cingulate cortex: The earliest metabolic reduction in Alzheimer's disease as revealed by PET. J Nucl Med 1996; 37(5):163P

123. Minoshima, S, Frey, Giordani, BL, Foster, NL, Koeppe, RA, Berent, S, Albin, RL, Kuhl, DE: Technical feasibility and initial diagnostic application of functional brain image database system in dementia. J Nucl Med 1996; 37(5):164P

124. Frey, KA, Murman, DL, Minoshima, S, Foster, NL, Buchtel, HA Kuhl, DE: Diagnostic evaluation of [F-18]FDG PET scanning in patients undergoing evaluation for dementia. J Nucl Med 1996; 37(5):270P

125. Boes, JL, Kim, B, Frey, KA, Meyer, CR: MRI-PET head registration via iterative minimization of mutual information. NeuroImage 1996; 3:S149

126. Schwarz, RD, Nelson, CB, Augelli-Szafran, CE, Penvose, JR, Jaen, JC, Wiley, J, Frey, KA: Pharmacological characterization of PD102807: An m4 selective muscarinic antagonist. Life Sci, 1997; 60:10

127. Frey, KA, Wieland, DM, Kilbourn, MR: Imaging of vesicular monoaminergic and cholinergic transporters in the brain. Exp Neurol, in press.

128. Schwarz, RD, Nelson, CB, Augelli-Szafran, CE, Penvose, JR, Jaen, JC, Wiley, J and Frey, KA: Pharmacological characterization of PD102807: An m4 selective muscarinic antagonist. Soc Neurosci Abstr 1996; in press

129. Murphy KJ, Deveikis JP, Jamadar DA, Brunberg JA, Frey KA: [O-15]H2O PET determination of cerebral blood flow after intravenous acetazolamide during balloon test occlusion of the internal carotid artery. Radiology 1996; 201(P):281

130. Meyer CR, Boes JL, Kim B, Frey KA, Wahl RL: Automatic multimodality gray-scale registration through mutual information. Radiology 1996; 201(P):403

131. Minoshima S, Foster NL, Frey KA, Wahl RL, Burdette JH, Kuhl DE: Can FDG PET distinguish dementia patients with cortical Lewy bodies from pure alzheimer's disease? J Nucl Med 1997; 38:70P

132. Bohnen NI, Minoshima S, Giordani B, Frey KA, Kuhl DE: Clinical correlates of occipital hypometabolism in Parkinson's disease. J Nucl Med 1997; 38:139P

133. Frey KA, Koeppe RA, Kilbourn MR, Snyder SE, Kuhl DE: PET quantification of cortical acetylcholinesterase inhibition in monkey and human. J Nucl Med 1997; 38:146P

(Abstracts, continued)

134. Koeppe RA, Frey KA, Snyder SA, Kilbourn MR, hl DE: Kinetic analysis alternatives for assessing AChE activity with [C-11]methylpiperidinyl proprionate (PMP): To constrain or not to constrain? J Nucl Med 1997; 38:198P

135. Junck L, Minoshima S, Kuhl DE, Frey KA: Normal pressure hydrocephalus: Use of PET FDG scans in the preduction of shunt response. J Cereb Blood Flow Metab 1997; 17:S225

136. Frey KA, Koeppe RA, Kilbourn MR, Snyder SE, Schwarz R, Callahan MJ, Kuhl DE: PET quantification of acetylcholinesterase activity in monkey brain without blood sampling: Methodology and effect of THA. J Cereb Blood Flow Metab 1997; 17:S328

137. Koeppe RA, Frey KA, Snyder SE, Kilbourn MR, Kuhl DE: Evaluation of two distinct kinetic analyses for use with [C-11]PMP: An irreversibel tracer for mapping AChE activity. J Cereb Blood Flow Metab 1997; 17:S329

138. Minoshima S, Foster NL, Frey KA, Albin RL, Sima AA, Berent S, Kuhl DE: Metabolic differences in Alzheimer's disease with and without cortical Lewy bodies as revealed by PET. J Cereb Blood Flow Metab 1997; 17:S437

139. Minoshima S, Ficaro EP, Frey KA, Kuhl DE: Data extraction from brain PET images using three-dimensional stereotactic surface projections (3D-SSP). Neuroimage 1997; 5:B20

140. Turner RS, Chervin RD, Frey KA, Minoshima S,Kuhl DE: Probable difuse Lewy body disease presenting as rapid eye movement sleep behavior disorder. Ann Neurol 1997; 42:410

141. Bianchi MT, Desmond TJ, Frey KA: Expression ot the vesicular acetylcholine transporter is unaltered by pharmacological interventionsin cholinergic transmission. Soc Neurosci Abstr 1997; 23:695

142. Schwarz RD, Nelson CB, Augelli-Szafran CE, Penvose JR, Jaen J, Wiley J, Frey KA: Pharmacological characterization of PD182807: An m4 subtype selective muscarinic antagonist. Life Sci 1997; 60(Suppl):10

143. Bohnen NI, Minoshima S, Giordani B, Rose DS, Frey KA, Kuhl DE: Preclinical evidence of dementia in patients with mild to moderate Parkinson's disease studied by [18F]fluorodeoxyglucose (FDG) positron emission tomography. Neurology 1998; 50(Suppl 4):S13003

144. Frey KA, Bohnen NI, Meyer P, Minoshima S, Wernette K, Koeppe RA, Kilbourn MR, Kuhl DE: Presynaptic monoaminergic vesicles in normal aging studied by (+)-[C-11]DTBZ PET. J Nucl Med 1998; 39(Suppl):15P

145. Bohnen NI, Meyer P, Albin RL, Minoshima S, Wernette K, Koeppe RA, Kilbourn MR, Kuhl DE: Clincal correlates of striatal (+)-[C-11]DTBZ binding to VMAT2 in Parkinson's disease. J Nucl Med 1998; 39(Suppl):15P

146. Minoshima S, Giordani B, Berent S, Frey KA, Foster NL, Kuhl DE: [F-18]FDG PET predicts the development of Alzheimer's disease in memory impaired patients without dementia. J Nucl Med 1998; 39(Suppl):96P

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 45

(Abstracts, continued)

147. Bohnen NI, Meyer P, Koeppe RA, Kilbourn MR, Kuhl DE, Frey KA, Albin RA:
Decreased striatal monoaminergic terminals in Huntington's disease
demonstrated with (+)-{c-11}DTBZ PET. J Nucl Med 1998; 39(Suppl):125P

148. Meyer P, Bohnen NI, Minoshima S, Wernette K, Koeppe RA, Kilbourn MR, Kuhl
DE, Frey KA, Albin RL: Presynaptic monoaminergic vesicles in Tourette
syndrome studied by (+)-[C-11]DTBZ PET. J Nucl Med 1998; 39(Suppl):202P

149. Frey KA, Bohnen NI, Meyer P, Elmer L, Albin RL, Koeppe RA, Kilbourn MR,
Kuhl DE: (+)-[C-11]DTBZ PET imaging of presynaptic monoaminergic vesicles
in isolated postural tremor. J Nucl Med 1998; 39(Suppl):210P

150. Rose DS, Minoshima S, Nishimura S, Frey KA, Young S, Kuhl DE: Age-adjusted
normal image database for the interpretation of functional brain images. J
Nucl Med 1998; 39(Suppl):211P

151. Frey K, Albin R: Quantification of nigrostriatal projection integrity in
Parkinson's disease and other movement disorders with PET imaging of VMAT-
2. Movement Disord 1998; 13:858

152. Frey KA, Bohnen NI, Elmer LW, Koeppe RA, Kilbourn MR: Striatal
monoaminergic vesicular transporter imaging in Parkinson's disease,
essential tremor and normal aging. Movement Disord 1998; 13:858

153. Taylor SF, Tandon R, Zubieta JK, Huguelet P, Frey KA: In vivo measurement
of pre-synaptic dopamine innervation in schizophrenia. Biol Psychiat
1998; 43(Suppl 8):85

154. Zubieta JK, Huguelet P, Ohl LE, Kilbourn MR, Koeppe RA, Frey KA: PET
measures of monoaminergic synaptic density in bipolar I disorder:
Relationship with age of onset. Biol Psychiat 1998; 43(Suppl 8):240

155. Bohnen NI, Minoshima S, Kilbourn MR, Koeppe RA, Frey KA, Kuhl DE, Albin RL:
Presynaptic monoaminergic vesicular transporter imaging in Tourette
syndrome using (+)-α-[11C]DTBZ PET. Neurology 1999; 52(Suppl 2):A176

156. Frey KA, Koeppe RA, Suzuki M, Minoshima S: Altered cerebral function and
nigrostriatal integrity in Parkinson's disease: A regional factor analysis
of [11C]DTBZ transport coefficients. J Cereb Blood Flow Metab 1999;
19(Suppl 1):S98

157. Giordani B, Berent S, Minoshima S, Carr JM, Frey KA, Albin RA, Guire KE,
Koeppe RA, Kuhl DE: Increasing age of onset predicts greater
hypometabolism and cognitive impairment in Parkinson's disease. J Cereb
Blood Flow Metab 1999; 19(Suppl 1):S107

158. Koeppe RA, Kilbourn MR, Taylor SF, Meador-Woodruff JM, Frey KA, Kuhl DE:
Evaluation of specific binding of [11C]dihydrotetrabenazine using active
(+) and inactive (-) enantiomers. J Cereb Blood Flow Metab 1999; 19(Suppl
1):S798

159. Henry TR, Sackellares JC, Ross DA, Minoshima S, Koeppe RA, Frey KA:
Central benzodiazepine receptor imaging and long-term temporal lobectomy
outcome of refractory complex partial seizures. Epilepsia 1999; 40:155

(Abstracts, continued)

160. Giordani B, Berent S, Carr JM, Ryan KA, Minoshima S, Frey KA, Albin RL, Guire KE, Koeppe RA, Kuhl DE.  Older age of Parkinson's disease onset associated with increased cognitive impairment, even in patients without dementia.  Arch Clin Neuropsych  1999; 14:633

161. Little KY, Patel U, McFinton P, Zhang L, Gilman S, Desmond T, Frey K, Cassin BJ:  Decreased striatal dopaminergic terminals in alcoholics?  Accelerated aging.  Biol Psychiat  1999; 45(Suppl 8):390

162. Zubieta JK, Huguelet P, Koeppe RA, Kilbourn MR, Carr JM, Giordani BJ, Frey KA:  Regional increases in vesicular monoamine transporter in asymptomatic bipolar disorder type I.  J Nucl Med  2000; 41 (Suppl):136P

163. Frey KA, Albin RL, Koeppe RA, Kuhl DE, Kilbourn MR:  Assessment of Parkinson's disease progression with VMAT2 PET.  J Nucl Med  2000; 41 (Suppl):137P

164. Meyer P, Bohnen NI, Steele JM, Koeppe RA, Anzai Y, Kuhl DE, Frey KA, Albin RL:  Increased VMAT2 binding in nasal associated lymphoid tissue (NALT) in Tourette syndrome studied with (+)-α-[11C]DTBZ PET.  J Nucl Med  2000; 41 (Suppl):216P

165. Cameron O, Huang G, Frey K, Minoshima S, Rose D:  Brain benzodiazepine binding sites in panic dosorder.  Neuroimage 2000; 5(Part 2):S185

166. Frey KA, Koeppe RA, Albin RL, Kilbourn MR:  Losses of VMAT2 in Parkinson's disease and its progression.  Eur J Nucl Med  2000; 27(Suppl):927

167. Elmer LW, Frey KA, Meyer P, Koeppe RA, Kilbourn MR, Kuhl DE:  Monitoring progression in Parkinson's disease using striatal monoaminergic vesicular transporter imaging.  Mov Disord  2000; 15(Suppl 3):219-220

168. Kilbourn MR, Frey KA, Bankiewicz LN, Domino ED:  Persistent MPTP induced hemiparkinsonian lesions in monkeys 9-11 years later: [11C]dihydrotetrabenazine as an in vivo PET ligand.  Soc Neurosci Abstr 2000; 26:1228

169. Suzuki M, Albin RL, Desmond TJ, Frey KA:  Transmitter receptors and vesicular transporters in Huntington's disease.  Soc Neurosci Abstr  2000; 26:1296

170. Gau JT, Desmond, TJ, Frey KA, Turner RS:  Vesicular acetylcholine transporter binding is preserved in hAPPswe transgenic mouse brain.  Soc Neurosci Abstr 2000; 26:2044

171. Meador-Woodruff JH, Desmond T, Frey K, Haroutunian V, Davis KL, Watson SJ: Decreased vesicular monoamine transporter density in schizophrenic prefrontal cortex.  Biol Psychiat  2000; 47(Suppl):158

172. Huang GC, Cameron OG, Frey KA, Rose D, Minoshima S:  Brain benzodiazepine binding sites in panic disorder.  Psychosomat Med  2000; 62:1035

173. Kemmerer ES, Desmond TJ, Kilbourn MR, Frey KA:  Treatment effects on partial 6-OHDA lesions: Comparison of L-DOPA and pramipexole.  Soc Neurosci Abstr 2001; 27:1147

(Abstracts, continued)

174. Turner RS, Gau JT, Steinhilb ML, Kao TC, D'Amato CJ, Gaut JR, Frey KA:
     Stable β-secretase activity and presynaptic cholinergic function during
     progressive CNS amyloidogenesis in Tg2576 mice.  Soc Neurosci Abstr 2001;
     27:1788

175. Suzuki M, Desmond TJ, Albin RL, Gilman S, Frey KA:  Presynaptic cholinergic
     and dopaminergic markers in Lewy body dementia.  Soc Neurosci Abstr 2001;
     27:2566

176. Gau JT, Desmond TJ, Austin LL, Lu Y, Cherian K, D'Amato CJ, Frey KA, Turner
     RS:  Progressive CNS amyloidogenesis in aging human amyloid precursor
     protein Swedish mutation transgenic mice does not induce cholinergic
     deficits.  J Am Geriat Soc  2001; 49(Suppl):A4

177. Cameron OG, Frey KA, Ishihara M, Minoshima S, Koeppe RA.  Benzodiazepine
     binding site occupany in normal human brain: In vivo assessment with
     positron emission tomography.  Psychosomat Med  2001; 63:1012

178. Frey KA, Kilbourn MR, Minoshima S, Koeppe RA:  GABA-A/benzodiazepine
     binding sites are elevated in the cerebellum of essential tremor patients.
     J Nucl Med  2002;  43 (Suppl):20P

179. Frey K, Cameron O, Huang G, Minoshima S, Kilbourn M, Nichols T, Koeppe R:
     Reduced GABAA receptor/benzodiazepine binding sites in insular cortex of
     panic disorder patients.  Neuroimage 2002; 16 (Suppl):S65

180. Kuhl DE, Frey KA, Foster NL, Kilbourn MR, Koeppe RA, Minoshima S:  PET
     response to treatment in Alzheimar's disease.  Neurobiol Aging 2002;
     23(Suppl 1):S563

181. Gau JT, Steinhilb M, Gaut J, Frey K, Turner RS, Kao TC, D'Amato C:  Stable
     beta-secretase activity and presynaptic cholinergic markers during
     progressive CNS amyloidogenesis in Tg2576 mice.  Neurobiol Aging 2002;
     23(Suppl 1):S937

182. Frey KA, Koeppe RA, Little R, An H, Junck L, Heumann M, Gilman S:  VMAT2
     PET imaging distinguishes Alzheimer's disease and dementia with Lewy
     bodies.  Eur J Nucl Med  2002; 29(Suppl 1):S152

183. Albin RL, Frey KA, Kilbourn M, Koeppe RA.  Dopaminergic and cholinergic
     vesicular imaging in hyperkinetic movement disorders.  Dopamine 2002:195

184. Kemmerer ES, Frey KA, Desmond TJ, Csete ME.  Variable neuroprotective
     effects of erythropoietin (EPO) in two models of Parkinson's disease (PD).
     Soc Neurosci Abstr 2002; 28:#487.8

185. Bui C, Shulkin BL, Frey KA, Mody R, Strouse PH, Castle VP.  FDG-PET imaging
     in sarcomas in pediatric and young adult patients.  Radiology 2002; 225:275

186. Liberzon I, Phan KL, Koeppe RA, Britton JC, Frey KA.  GABA-A benzodiazepine
     receptor binding in PTSD.  American College of Neuropsychopharmacology
     Scientific Abstracts 2002; 41st Annual Meeting:239

Kirk A. Frey, M.D., Ph.D.
1 November 2003
Page 48

187. Koeppe RA, Raffel DE, Snyder SE, Frey KA, Kilbourn MR, Kuhl DE.
Interventional studies for validation of dual-[11C]tracer single-
acquisition PET.  J Cereb Blood Flow Metab 2003; 23(Suppl 1):625

188. Frey KA, Koeppe RA, Little R, An H, Junck L, Heumann M, Gilman S.
Vesicular monoamine transporter imaging in neurodegenerative disorders:
Striatal binding of {11C]DTBZ in Parkinson's disease, Alzheimer's disease
and dementia with Lewy bodies.  J Cereb Blood Flow Metab 2003; 23(Suppl
1):630

189. Kilbourn MR, Sherman PS, Desmond TJ, Frey KA.  Scopolamine differentiallt
alters radioligand binding to the dopamine transporter (DAT) and vesicular
monoamine transporter (VMAT2).  J Cereb Blood Flow Metab 2003; 23(Suppl
1):638