```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
 2              WESTERN DIVISION AT CINCINNATI
 3   ERIC L. JEFFRIES,
 4            Plaintiff,
     vs.                              Case No. C-1-02-351
 5
     CENTRE LIFE INSURANCE COMPANY, ET AL.,
 6
              Defendants.
 7   _____/
 8
 9
10       DEPOSITION OF:   BYRON MARSHALL HYDE
                          121 Iona Street
11                        Ottawa, Canada, K1Y 3M1
12       DATE:            October 10, 2003
13       TIME:            10:00 a.m. to 1:30 p.m.
14       LOCATION:        Office of Dr. Hyde
                          121 Iona Street
15                        Ottawa, Canada, K1Y 3M1
16       TAKEN BY:        Counsel for the Defendants
17
18
19                                         ORIGINAL
20
21
22
23
```

**Associated Reporters Int'l., Inc.**
(800) 523-7887  e-mail Courtsteno@aol.com

Case 1:02-cv-00351-MRB-TSH    Document 116-4    Filed 12/12/2003    Page 2 of 3

800.523.7887          10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,    Associated Reporters Int'l., Inc.

Page 8

1   didn't keep all of them, but I did keep some of

2   them. So, in that respect, there is no way I would

3   have everything that the patient sent me.

4         Q.    Okay. Would you have your notes from

5   each of the patient' visits?

6         A.    I would have notes from each of the

7   patient's visits.

8         Q.    And would you have any medical test

9   results?

10        A.    I would have -- I would have all medical

11  test reports that I ordered that were completed.

12        Q.    You had earlier a rather thick file of

13  material, was that your file on Eric Jeffries?

14        A.    That was part of it.

15        Q.    Okay. What -- in addition to that thick

16  folder, what other parts of the file would be in

17  existence?

18        A.    I -- I honestly have not itemized this

19  file. So, I can't tell you specifically what it

20  does or it does not contain, other than I would

21  have -- all test results that I had received would

22  be there; I would have my interpretations of these;

23  I would have any communications from the patient or

Case 1:02-cv-00351-MRB-TSH   Document 116-4   Filed 12/12/2003   Page 3 of 3

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 56

1    details than the scan -- the color printout that

2    you have there - with Dr. Navier.  Or in California

3    I spent frequent hours with Dr. Ismail Menna

4    (phonetic spelling), who is the chief at U.C.L.A.

5    I have also met with the present chief at U.C.L.A.,

6    but only once.

7        Q.    **But is the answer is that you've had no**

8    **formal training in it but, you get to work with the**

9    **doctors --**

10       A.    Exactly.

11       Q.    **-- who have the training?**

12       A.    Exactly.

13       Q.    **All right.  With regard to --.**

14       A.    But I would say that they are the

15   experts, not me.

16       Q.    **Right.**

17       A.    What -- what is different about the

18   reading is I can say, "this looks like there may be

19   a problem in the subcortex and you didn't mention

20   this."  Sometimes the neuroradiologist just reports

21   on the obvious, and we now have the ability to give

22   computer printouts of the subcortex in different

23   organelles of the brain, and very frequently they