IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) : | CASE NO. C-1-02-351 |
| Plaintiff, | ) : | JUDGE BECKWITH |
| | | Magistrate Judge Hogan |
| v. | ) : | |
| CENTRE LIFE INSURANCE CO., et. al., | ) : | |
| Defendants. | ) | |

**MOTION FOR CONTINUANCE OF TIME TO DEPOSE DR. KIRK FREY AND FILE A MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF DR. FREY**

The plaintiff, Eric L. Jeffries, hereby moves for extension of time to both depose Dr. Kirk Frey and file a motion *in limine* to preclude the purported expert testimony of Dr. Kirk Frey. A memorandum and Declaration in support are attached.

Respectfully submitted,

OF COUNSEL

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

/s Michael A. Roberts
Michael A. Roberts, Esq.  (0047129)
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 (fax)
email:mroberts@graydon.com

## Memorandum In Support

The defendant was required to provide plaintiff with defendant's expert reports on August 30, 2003. On that day, the defendant identified Dr. Kirk Frey as an expert and represented that Dr. Frey had the information needed to generate a report and that his report would be forthcoming shortly. (*See*, Doc. 105).

The defendant did not provide Dr. Frey's report to plaintiff until almost 3 months later, November 17, 2003. (*See, Declaration of Plaintiff's Counsel, attached*). Plaintiff then requested the opportunity to depose Dr. Frey. On November 24, 2003, in an email, defendant's counsel stated: "I will call Dr. Frey tomorrow and try to get an agreeable date [for his requested deposition]."

Plaintiff heard nothing further from defendant's counsel until December 4, 2003. On that day, while counsel for the parties were in New York City for a deposition, plaintiff again asked defendant's counsel for a time to depose Dr. Frey. Defendant's counsel could not supply a date. The cutoff for taking depositions of experts expired on December 5, 2003.

On Thursday, December 11, 2003, defendant finally responded to plaintiff's request for a date to depose Dr. Frey. Defendant stated that Dr. Frey cannot commit to a deposition date until his return to Michigan on or about December 15, 2003. (*See*, Attached). Now, trial commitments in other matters prevent plaintiff's counsel from taking Dr. Frey's deposition prior to January 1, 2003.

Accordingly, the plaintiff asks that the Court extend the time to take Dr. Frey's deposition, which is necessary before plaintiff can file a *Daubert* motion relative to his testimony and extend the time plaintiff has to file the appropriate *Daubert* motion concerning Dr. Frey's opinions.

                                              Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | /s Michael A. Roberts_____ |
| | Michael A. Roberts, Esq.  (0047129) |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 511 Walnut Street, Suite 1900 |
| 511 Walnut Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | (513) 629-2799 |
| (513) 621-6464 | (513) 651-3836 (fax) |
| | email:mroberts@graydon.com |

## CERTIFICATE OF SERVICE

      The foregoing was delivered, via regular U. S. Mail to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 12th day of December, 2003.

                                              /s Michael A. Roberts_____

365424.1