| | |
|---|---|
| **From:** | "William R. Ellis" <WREllis@WoodLamping.com> |
| **To:** | "Michael Roberts" <mroberts@Graydon.com> |
| **Date:** | 11/24/03 4:47PM |
| **Subject:** | RE: Scheduling |

I agree that the proper date for Daubert motions is the 12th. We can either call the court together or we can file a joint motion. Your choice. I will call Dr. Frey tomorrow and try to get an agreeable date for his deposition.

-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Monday, November 24, 2003 4:33 PM
To: William R. Ellis
Cc: Michael Roberts
Subject: Scheduling


I need a date to take Frey's depo. Also, the Court's Order sets Dec 2 as the date for filing Daubert Motions. The date should be December 12. How do you want to address this?

Mike

Michael A. Roberts
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
Direct Dial (513) 629-2799
Fax (513) 651-3836
mroberts@graydon.com
www.graydon.com

# WOOD & LAMPING LLP

SINCE 1927

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

December 11, 2003
Direct Dial: (513) 852-6017

**VIA FACSIMILE AND U.S. MAIL**
Ms. Cynthia Campanello
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

      Re: **Eric L. Jeffries v. Centre Life Insurance Company, et al.**
          **Case No. C-1-02-351**

Dear Cindy:

  This letter serves as confirmation of the voice mail message I left for you earlier today regarding Dr. Fry. Dr. Fry is currently out of the country and will return on Monday, December 15. We have left several messages for him regarding availability for his deposition, in the event he is checking in. Please advise as to whether Mr. Roberts has any time or date conflicts during the week of December 15, so that we may arrange this deposition as soon as possible.

  Please do not hesitate to contact me should you have any questions regarding this matter.

          Very Truly Yours,

          Christine L. Zerges
          Paralegal