WILLIAM R. ELLIS<br>
DIRECT DIAL: 513-852-6067<br>
E-MAIL: wrellis@woodlamping.com

August 29, 2003

**Via Hand Delivery**

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

    Re:    **Eric L. Jeffries v. Centre Life Insurance Company, et al.**
              **Case No. C-1-02-351**

Dear Mike:

    I am writing to advise you that Defendants will call the following experts at the trial of this case:

    1.    Michael Hartings, Ph.D.;
    2.    Dr. Newton Bullard;
    3.    Dr. Kirk Frey; and
    4.    Mitchell Clionsky, Ph.D.

    You already have the reports of Dr. Hartings and Dr. Bullard as well as the opinions of Dr. Clionsky contained in the claims file. Enclosed is the May 5, 2003 review of Drs. Hartings and Bullard's reports by Dr. Cliorsky. We have submitted Dr. Pretorius' information to Dr. Frey and expect to have a report back from him shortly. We will forward it to you upon receipt.

                                          Sincerely,

                                          William R. Ellis

WRE/smk

Michael A. Roberts, Esq.
August 20, 2003
Page 2

bcc: Carrie Barnes, Esq.
     Peter M. Burrell, Esq.
     Amy Gasser Callow, Esq.

185062.1