**AMERICAN BOARD of INTERNAL MEDICINE**

Home | Certification | Recertification: CPD | Verification of Certification | Online Diplomate Directory | Online Services

## Verification of Certification Status

The Board provides information on certification status as certified and not certified.

Help with searching

Information Reported

**Dr. Newton Hudson Bullard III**

Certified in Internal Medicine in 1979
Certificate valid indefinitely

**End of list**

The results of this verification search serve as primary source verification of credentials by the ABIM. It is y responsibility to provide sufficient identifiers to assure the person reported by the verification system is the physician you seek.

About ABIM | Examination Data and Statistics | Subspecialties | What's New | Publications | Liaisons | Contact Us