```
                                                           1

 1              IN THE UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF OHIO

 3                        WESTERN DIVISION

 4

 5

 6     _____
                                          )
       ERIC L. JEFFRIES,                  )
 7                                        )
              Plaintiff,                  )
 8                                        )  CASE NO.
                    vs.                   )  C-1-02-351
 9                                        )
       CENTRE LIFE INSURANCE CO.,         )
10     et al.,                            )
                                          )
11            Defendants.                 )
                                          )
12     _____)

13

14        Deposition of:    MICHAEL F. HARTINGS, Ph.D.

15        Pursuant to:      Notice

16        Date and Time:    Monday, October 27, 2003
                            9:55 a.m.
17
          Place:            Graydon, Head & Ritchey, LLP
18                          1900 Fifth Third Center
                            511 Walnut Street
19                          Cincinnati, Ohio  45202

20        Reporter:         Patti Stachler, RMR, CRR
                            Notary Public - State of Ohio
21

22

23

24

25


                     Elite Reporting Agency
                         513-632-5344
```

42

1    A.   I will say true.  But I must explain, again,
2    that the DSM-IV does not contain every possible variety
3    of obsessive compulsive manifestation that there could
4    ever be among human beings and that I selected that
5    diagnosis as the closest approximation to what I viewed
6    as a obsession in Mr. Jeffries and what I viewed as a
7    obsessive ruminative pattern of thinking.
8    Q.   Okay.  When did this obsessive compulsive
9    disorder like begin?
10   A.   I don't know.
11   Q.   Aren't personality disorders something that
12   should begin or show themselves in adolescence, at
13   least?
14   A.   They do, yes.  They can.
15   Q.   And what do you know about the exhibition of
16   obsessive compulsive personality disorder in
17   Mr. Jeffries prior to 1997 when he was 36 years old?
18   A.   Nothing, because my attempts to obtain that
19   kind of information were blocked.
20   Q.   Okay.  You say that your attempts to obtain
21   that information were blocked.  Is a psychologist -- is
22   it the practice and custom that they obtain that type
23   of information in the clinical interview of someone
24   presenting?
25   A.   Yes, that's one source.

1   A.   I asked him such questions at the initial
2   interview and -- I asked him such questions at the
3   initial interview.
4   Q.   Okay.  Did Mr. Jeffries refuse to answer
5   those in any of the interviews that you conducted?
6   A.   No.
7   Q.   Okay.  So your testimony was that you were
8   blocked.  You don't have any information about
9   Mr. Jeffries prior to 1997 that would help you
10  understand whether he's had obsessive compulsive
11  disorder over a long period of time because that
12  information was blocked from you?
13  A.   Right.
14  Q.   That doesn't -- that's not suggested by the
15  notes that you took?
16  A.   Mr. Jeffries suffers from what we
17  psychologists call denial.  And one would not expect to
18  induce such information from Mr. Jeffries, which is why
19  I asked to interview his wife.
20  Q.   So you chose to simply not ask Mr. Jeffries
21  those questions at all?
22  A.   No, I asked him.
23  Q.   Well, both -- do you know who Dr. Shear is?
24  Have you seen her report?
25  A.   Yes.

138

1  I turn to page 46 of the DSM-IV and there I have
2  300.81.
3      A.  Right.
4      Q.  Did I do something wrong?
5      A.  Yes.
6      Q.  Okay.  What did I do wrong?
7      A.  If I can have a minute, I'll show you.  The
8  300.81 that I used for the diagnosis is right there.
9      Q.  You used -- you're handing me another page
10 from your materials that I've not been provided
11 earlier.  I need to make a copy of that file, too,
12 since we've pulled out a couple things that don't exist
13 in the file that was given to me previously.
14     A.  And the reason for that is that, as I said
15 before, I continue to work on the file and things get
16 added.
17     Q.  Okay.
18     A.  If you want a copy, you're most welcome.
19     Q.  That would be wonderful.
20         You pulled this out and you highlighted this.
21 What's the highlighting for on -- let's mark this.
22     A.  It's to highlight the basis upon which I made
23 the diagnosis of 300.81.
24     Q.  Okay.  This is going to be Exhibit 83.
25         MR. ROBERTS:  Mr. Ellis, could I please have

139

1       my book back?
2              MR. ELLIS:  You bet.
3              MR. ROBERTS:  Great guy.
4              MR. ELLIS:  I know.
5         Q.   Okay.  Now, my Exhibit 80 is copies of page
6    446, 447, 448, 449 and 450 of the DSM-IV?
7         A.   Right.
8         Q.   And we've marked as Exhibit 83 page 451 and
9    452 of the same book?
10        A.   Apparently not.
11        Q.   Well, mine goes 446 to 450.  And it goes
12   300.81 to 300.82.  Yours picks up at 451 and goes to
13   452.  So it's not the same book?
14        A.   Apparently not.  I think this might help
15   clarify --
16        Q.   Okay.
17        A.   -- the discrepancy.  If you look here,
18   300.82, undifferentiated somatoform disorder.
19   Apparently in some edition of the DSM-III, the powers
20   that be increased this digit by one, but it's the same
21   diagnosis.
22        Q.   DSM-III?
23        A.   Or IV, excuse me.
24        Q.   You didn't clarify things for me.  Your 301.4
25   here -- excuse me, your 300.81, your axis I diagnosis

1   on March 15 of 2003, that's not a 300.81 that's Exhibit
2   80?
3       A.  No.
4       Q.  You're talking about something else?
5       A.  I'm talking about 300.81 that is in this
6   book, which apparently is listed in your book as
7   300.82.
8       Q.  You have a -- you are basing your report on a
9   version of the DSM that predates the one that I've been
10  using?
11      A.  That I have in my office, yes.
12      Q.  A prior edition to the one that I shared with
13  you?
14      A.  It's a DSM-IV. I don't know.
15          MR. ELLIS:  It may be subsequent, Mike.  I
16      don't know whether it's DSM-IVR or what.  There
17      are multiple versions of that book.
18      A.  Yes.
19      Q.  You say in your report that it's somatization
20  disorder, which is what my Exhibit 80 calls 300.81?
21      A.  Right.
22      Q.  You're saying your report should really say
23  300.82, undifferentiated somatoform disorder?
24      A.  Well, yes.
25      Q.  It's a different diagnosis to a different

1   number?

2       A.  No, it's the same number.  It's the same
3   number in my book.  It's a different kind of
4   somatization disorder, and this is the one that
5   Mr. Jeffries --

6       Q.  But you don't say --

7       A.  No, I didn't say it in there.

8       Q.  You don't say undifferentiated somatoform
9   disorder in your report?

10      A.  I don't, no.

11      Q.  You use the exact same terminology that
12  corresponds with 300.81 in my book?

13      A.  Okay.  That's true.

14      Q.  Have you changed your diagnosis since March
15  2003?

16      A.  Not at all.

17      Q.  So I just throw my Exhibit 80, 300.81, out?
18  It doesn't mean anything in Mr. Jeffries' case?

19      A.  300.82 is the one that means something in
20  Mr. Jeffries' case.

21          MR. ELLIS:  In your book.

22      A.  In your book.

23      Q.  Okay.  May I look at your --

24      A.  Sure.

25      Q.  Have you reviewed Dr. Shear's report prior to

142

1   today?

2       A.   Several times.

3       Q.   Okay.  Have you spoken to Mr. Ellis about her
4   report?

5       A.   Once.

6       Q.   Okay.  Did you ever give him your written
7   impressions of her report?

8       A.   Yes.

9       Q.   You know that she commented that your
10  diagnosis of 300.81 is -- just can't be because
11  Mr. Jeffries doesn't have any sexual symptoms, right?
12  You're mindful of that criticism?

13      A.   I know that's what she says, based upon her
14  assumption of a DSM description that I didn't use.
15  That's the one that describes Mr. Jeffries.

16      Q.   Okay.  She assumed that when you say he
17  suffers from 300.81, as a psychologist you're up on the
18  new versions of DSM-IV, and so when you write a report
19  in March 2003 saying that a person has 300.81, another
20  psychologist should reasonably rely on that to mean
21  300.81, the most recent version, right?

22          MR. ELLIS:  Objection.

23      A.   I can't be accountable for what she relies on
24  or doesn't rely on.

25      Q.   Well, she was more up to speed than you were,

Elite Reporting Agency
513-632-5344

Hartings, Michael, Ph.D.                         Page 142

1  sir?

2  A.  That may be.  She may have the latest,
3  hottest, off-the-press version of DSM-IV TRR
4  whatever.

5  Q.  So she was mistaken, then, to take your
6  report and read it for what it says and that is that
7  you were diagnosing 300.81 when really you were
8  diagnosing 300.82?

9      MR. ELLIS:  Objection to form.

10 Q.  Is that right?

11 A.  I was diagnosing out of the manual I have in
12 my office, 300.81 somatoform disorder, as described
13 there and as fits Mr. Jeffries like a glove.

14 Q.  Okay.  What's the age of onset for this
15 glove-fitting new diagnosis that you have?

16 A.  Can be any time.

17     MR. ELLIS:  Objection to form, new.  Not what
18     he testified.

19     MR. ROBERTS:  Well, it's new to me as of
20     about five minutes ago.

21 A.  It specifically does not have to occur before
22 the age of 30.

23 Q.  That's convenient.

24 A.  It's true, too.

25     MR. ELLIS:  Objection to counsel's comments