Cindi Palmer 2/20/2003
Eric Jeffries v. Centre Life Insurance Company

Page 1

1              Volume:    I

2              Pages:    1 - 76

3              Exhibits: None Marked

4       UNITED STATES DISTRICT COURT

5         SOUTHERN DISTRICT OF OHIO

6      WESTERN DIVISION, AT CINCINNATI

7   ---------------------------------x

8   ERIC JEFFRIES,

9            Plaintiff,              Case No. C-1-02351

10       v.

11  CENTRE LIFE INSURANCE COMPANY,

12  et al,

13           Defendants.

14  ---------------------------------x

15

16      TELEPHONIC DEPOSITION of CINDI PALMER, a witness

17  called for examination by the Plaintiff, taken

18  pursuant to the Applicable Rules of the State of

19  Ohio, before Laurie K. Langer, Registered

20  Professional Reporter and Notary Public in and for

21  the Commonwealth of Massachusetts, at the Colonnade

22  Hotel, Huntington Avenue, Boston, Massachusetts, on

23  Thursday, February 20, 2003, commencing at 1:00 p.m.

24

Cindi Palmer 2/20/2003
Eric Jeffries v. Centre Life Insurance Company

Page 62

1  Q. K-a-t-z.
2  A. I don't recall ever speaking to a Dr. Katz as related
3     to the claim, no.
4  Q. Have you ever spoken to Dr. Grubbs?
5  A. Again, who? Could you spell that.
6  Q. G-r-u-b-b-s.
7  A. I don't recall ever speaking to a Dr. Grubbs relating
8     to the Jeffries claim.
9  Q. Is it your understanding that vaccinations may
10    sometimes lead a recipient to suffer an autoimmune
11    reaction?
12 A. I believe that there is some literature that suggests
13    that some people have had some kind of reaction to
14    vaccinations. And whether it's autoimmune or not I
15    can't answer that right now, I don't know.
16 Q. In your career have you ever seen records of an
17    individual making the claim or suggesting that a
18    vaccination has caused him or her to suffer an
19    adverse reaction?
20 A. In my career that they've made a claim that the
21    vaccination that they received caused them to suffer
22    an adverse reaction? The only one I can recall is
23    Mr. Jeffries making that claim.
24 Q. Have you ever spoken to, listened to, overheard or

Page 63

1     corresponded with any medical professional who has
2     suggested that they believe that vaccinations may
3     cause adverse reactions?
4  A. Well, I spoke to and read the report of Dr. James
5     Garb which is one of the exhibits and he had spoken
6     to, according to his report, Dr. Donald Craven from
7     Boston who understands there may be, as he put it,
8     quote, a relationship between the hepatitis B vaccine
9     and rare autoimmune illnesses, however, the risk is
10    very low, unquote.
11 Q. Do you understand that the United States Congress has
12    developed the National Vaccine Injury Compensation
13    Program?
14    MR. ELLIS: Objection.
15 A. I don't really think I can speak about that because I
16    don't, I don't know the answer to that.
17 Q. You don't know if such a program exists or not?
18    MR. ELLIS: Was that a question?
19 Q. Question mark.
20 A. I recall when I spoke to Mr. Jeffries which was, my
21    conversation was documented in a memo to the file
22    dated September 30, 1999, that he told me about
23    something called the VAERS which I believe stood for
24    Vaccine Adverse Event Reporting System. Are you

Page 64

1     talking about that, Mr. Roberts?
2  Q. No, I am not, Miss Palmer.
3  A. Would you like to repeat your question.
4  Q. Are you mindful that there is a program called the
5     National Vaccine Injury Compensation Program?
6  A. No.
7  Q. Do manufacturers of vaccines provide literature with
8     the vaccination that gets sent to physicians or
9     medical care professionals who administer the
10    vaccine?
11 A. I would assume there is literature included with
12    vaccinations and vaccines to physicians.
13 Q. Would the literature set forth the potential adverse
14    reactions that may result?
15 A. Medical literature from pharmaceutical companies
16    usually include the potential adverse reactions.
17 Q. Can you turn to Exhibit 9, please, for me, please,
18    ma'am.
19 A. I have what is Exhibit 9 before me.
20 Q. Have you ever seen this document before?
21 A. Well, what I'm looking at is something that says at
22    the top of page 1 of 3, U.S. prescribing information
23    for Energec/B and it's three pages and I don't
24    remember that I ever saw this before.

Page 65

1  Q. Based on being a nurse for 32 or 31 years do you have
2     an understanding of what this might be?
3  A. I'm going to just guess that this was something that
4     perhaps was included with a vaccine preparation,
5     perhaps in the package vaccine.
6     MR. ELLIS: You've guessing that?
7  A. I am guessing because I don't know.
8     MR. ELLIS: Well, all right. Probably not a
9     good idea to guess under oath.
10 A. Okay, then I don't know what this is.
11 Q. Can you turn to Exhibit 12 for me, please, ma'am.
12 A. I have two pages that I'm assuming are Exhibit 12.
13 Q. Are you -- have you ever seen color images of a brain
14    image -- have you ever seen the color copies of
15    documents that are at Exhibit 12?
16 A. I don't know that I've ever seen these documents
17    before, so I don't believe I've ever seen color
18    images of these documents.
19 Q. Very well. Has any employee of DMS suggested to you
20    that Mr. Jeffries' claim is not legitimate?
21 A. The last conversation when I was involved in the
22    claim I believe were at the time they were paying the
23    claim and thus had accepted the claim and so
24    therefore I'm of the opinion that they were at least

17 (Pages 62 to 65)