ARTHRITIS & RHEUMATISM
Vol. 48, No. 2, February 2003, pp 569–572
© 2003, American College of Rheumatology

# CONCISE COMMUNICATIONS

DOI 10.1002/art.10740

### Chronic fatigue syndrome in patients with macrophagic myofasciitis

Macrophagic myofasciitis (MMF), a condition first reported in France in 1998, is defined by the presence of a stereotyped and immunologically active lesion at deltoid muscle biopsy (1,2). It was recently demonstrated that this lesion is an indicator of long-term persistence of the immunologic adjuvant aluminum hydroxide within the cytoplasm of macrophages at the site of previous intramuscular (IM) injection (2). MMF is typically detected in patients with diffuse arthromyalgias that have appeared subsequent to aluminum hydroxide administration in the absence of a clearly defined anatomic substratum (2). Patients also report unexplained chronic fatigue (1). These manifestations are reminiscent of the so-called chronic fatigue syndrome (CFS), a poorly understood condition manifesting as disabling fatigue, musculoskeletal pain, sleep disturbance, impaired concentration, and headaches (3). The present study was conducted to determine the proportion of MMF patients fulfilling international criteria for CFS.

Thirty unselected consecutive patients with biopsy-proven MMF identified in Créteil and Bordeaux were retrospectively included, regardless of symptoms that led to indication of muscle biopsy. As previously described (2), MMF was assessed by 1) well-circumscribed sheets of densely-packed, large, nonepithelioid macrophages with a finely granular, periodic acid–Schiff-positive content, in the connective structures of deltoid muscle; 2) lymphocytic infiltrates intermingled with macrophages and forming microvascular cuffs; and 3) absence of significant muscle fiber injury (see Figure 1). In each patient, we determined, through both chart review and either direct patient questioning or telephone interview, 1) the presence of chronic fatigue of >6 months' duration, 2) the alleged severity of fatigue, and 3) the presence of CFS according to Centers for Disease Control and Prevention (CDC) criteria (1994) (4) or Oxford criteria (1991) (5). In addition, in 20 patients, we retrospectively evaluated history of immunization as well as prevalence of fever and neurologic features suggestive of central nervous system demyelinating disease; laboratory findings, including erythrocyte sedimentation rate, creatine kinase levels, and $^{67}$Ga scintigraphy; and responsiveness to steroids.

The male:female ratio was 1:2. The mean age of patients was 52 years (range 12–78 years). Chronic fatigue was found in 28 of 30 patients (93%) and was considered disabling in 26 of 30 patients (87%). Sixteen patients (53%) fulfilled CFS criteria from either the CDC (14 of 30 patients, 47%) or Oxford (12 of 30 patients, 40%), 11 of 30 patients (37%) fulfilled both CDC and Oxford criteria. Other symptoms, laboratory findings, and steroid responsiveness are detailed in Table 1. $^{67}$Ga scintigraphy was performed in 5 patients and showed increased levels of $^{67}$Ga uptake in muscle and paraarticular areas, mainly in lower limbs. A history of vaccination was available for 19 of 20 patients. All 19 patients had received IM administration of aluminum-containing vaccine prior to the onset of CFS symptoms, and the delay from the last vaccination to the first manifestations ranged from 1 month to 72 months (median 12 months).

We have previously determined that myalgias are a major symptom in patients with MMF. The prevalence of myalgias was much higher in such patients than in other patients who had undergone deltoid muscle biopsies at the same time in the same centers (85% versus 45%; $P < 0.0001$ by Fisher's exact test) (2). We show now that chronic disabling fatigue is a symptom as frequent as diffuse myalgias in patients with MMF (87%), a finding also noted in the French Institut de Veille Sanitaire exploratory investigation report (6). More than half of the patients also reported other manifestations of CFS. Therefore, MMF should be alternatively considered as a cause of CFS or as an additional exclusion criterion, along with rheumatoid arthritis, lupus, and other diseases, for the diagnosis of idiopathic CFS (4). Consequently, we suggest that patients with CFS should be carefully checked for a history of IM administration of aluminum hydroxide, and, if there is consistent chronology, a muscle biopsy to search for MMF at the site of injection should be considered, even many years after onset of symptoms.

Pathophysiology of CFS is still fiercely debated by psychologists, neuroendocrinologists, and immunologists. Chronic immune stimulation that fails to switch off has been previously reported as a possible cause of CFS (7–9), and such a situation may very well result from persistence of the immunologic adjuvant aluminum hydroxide within antigen-presenting cells (2,10). Therefore, MMF may well represent a paradigm for CFS of immunologic origin. We believe that clarification of MMF pathophysiology would significantly contribute to the understanding of the whole spectrum of chronic fatigue and its syndromes.

Supported by the Association Française contre les Myopathies (AFM).

François-Jérôme Authier, MD, PhD
Stéphane Sauvat, MD
Julien Champey, MD
Irène Drogou, MD
Michèle Coquet, MD
Romain K. Gherardi, MD
INSERM E 0011
Faculté de Médecine de Créteil–Paris XII
Créteil, France

1. Gherardi RK, Coquet M, Chérin P, Authier F-J, Laforêt P, Belec L, et al. Macrophagic myofasciitis: an emerging entity. Lancet 1998;352:347–52.
2. Gherardi RK, Coquet M, Chérin P, Belec L, Moretto P, Dreyfus PA, et al. Macrophagic myofasciitis lesions assess long-term persistence of vaccine-derived aluminum hydroxide in muscle. Brain 2001;124:1821–31.
3. Reid S, Chalder T, Cleare A, Hotopf M, Wessely S. Chronic fatigue syndrome. BMJ 2000;320:292–6.

570                                                                                      CONCISE COMMUNICATIONS



Figure 1. Deltoid muscle biopsy samples from patients with macrophagic myofasciitis (MMF). A, Tightly packed, large, basophilic macrophages intermingled with lymphocytes in perifascicular endomysium (frozen section, hematoxylin and eosin stained; original magnification ×400). B, MMF lesion in perimuscular adipose tissue showing immunolocalization of the macrophage marker CD68 (paraffin section, immunoperoxidase procedure; original magnification ×400). C, Adjacent section of the same biopsy sample showing immunolocalization of the T cell marker CD3 (paraffin section, immunoperoxidase procedure; original magnification ×400).

Table 1. Clinical and laboratory findings in patients with macrophagic myofasciitis*

| | |
|---|---|
| Chronic fatigue† | 28/30 (93) |
| Severe and disabling | 26/30 (87) |
| Of new onset | 25/30 (83) |
| Leading to substantial reduction in previous levels of activity | 24/30 (80) |
| Present for >50% of the time | 19/30 (63) |
| Not a result of ongoing exertion | 18/30 (60) |
| Affecting both physical and mental functioning | 16/30 (53) |
| Not substantially alleviated by rest | 13/30 (43) |
| Other symptoms† | |
| Muscle pain | 26/30 (87) |
| Joint pain | 17/30 (57) |
| Sleep disturbance | 16/30 (53) |
| Mood disturbance | 16/30 (53) |
| Subjective memory impairment | 15/30 (50) |
| Headache | 14/30 (47) |
| Unrefreshing sleep | 14/30 (47) |
| CFS criteria fulfilled | 16/30 (53) |
| CDC (1994) (see ref. 4) | 14/30 (47) |
| Oxford (1991) (see ref. 5) | 12/30 (40) |
| Neurologic features suggestive of CNS demyelinating disease | 2/20 (10) |
| Fever | 2/20 (10) |
| Abnormal laboratory findings | |
| ESR >40 mm/hour | 2/14 (14) |
| CK level >200 IU/liter | 4/14 (29) |
| $^{67}$Ga scintigraphy | 5/5 (100) |
| Responsive to steroids‡ | 10/10 (100) |

* Values are the number (%) of patients. CFS = chronic fatigue syndrome; CDC = Centers for Disease Control and Prevention; CNS = central nervous system; ESR = erythrocyte sedimentation rate; CK = creatine kinase.
† Part of diagnostic criteria for CFS.
‡ Improvement of both fatigue and myalgias. One patient received intravenous methylprednisolone without significant effect.

4. Fukuda K, Straus S, Hickie I, Sharpe M, Dobbins J, Komaroff A. The chronic fatigue syndrome: a comprehensive approach to its definition and study. Ann Intern Med 1994;121:953–9.
5. Sharpe M, Archard LC, Banatvala JE. A report-chronic fatigue syndrome: guidelines for research. J R Soc Med 1991;84:118–21.
6. Institut de Veille Sanitaire. Myofasciite à macrophages: rapport d'investigation exploratoire. March 2001. Accessed May 21, 2001. URL: http://www.invs.sante.fr.
7. Landay AL, Jessop C, Lennette ET, Levy JA. Chronic fatigue syndrome: clinical condition associated with immune activation. Lancet 1991;338:707–12.
8. Konstantinov K, von Mikecz A, Buchwald D, Jones J, Gerace L, Tan EM. Autoantibodies to nuclear envelope antigens in chronic fatigue syndrome. J Clin Invest 1996;98:1888–96.
9. Hassan IS, Bannister BA, Akbar A, Weir W, Bofill M. A study of the immunology of the chronic fatigue syndrome: correlation of immunologic parameters to health dysfunction. Clin Immunol Immunopathol 1998;87:60–7.
10. Gherardi RK, Plonquet A, André C, Intrator L, Poron F, Coquet M, et al. Macrophagic myofasciitis: evidence for chronic local and systemic immune activation associated with persistence of aluminum hydroxide-loaded macrophages in muscle [abstract]. Neurology 2001;56 Suppl 3:A62.