IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | JUDGE BECKWITH |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING OF EXHIBITS 18 and 23

Please take notice that because of their voluminous nature, Exhibits 18 and 23 to Plaintiff's Memorandum Opposing Defendant's *Daubert* Motion and Memorandum Regarding Hepatitis b Vaccination Causation Expert Testimony, are being filed manually pursuant to Section IV A of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio. The memorandum and the additional exhibits, however, are being filed electronically.

Respectfully submitted this 14th day of January, 2004.

Respectfully submitted,

OF COUNSEL

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 fax
email: mroberts@graydon.com

1

2

**CERTIFICATE OF SERVICE**

The foregoing was delivered, via regular U.S. Mail William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 14th day of January, 2004.

/s Michael A. Roberts