Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 650 | Hughes, P.J.; Saadeh, I.K.; et al | Hepatitis A | Probable post-Hepatitis A Vaccination encephalopathy | The Lancet (July 31): Vol. 342 302 | 1993 |
| 651 | Noel, I.; Galloway, A.; et al | Autoimmunity | Hypersensitivity to thiomersal in Hepatitis B Vaccine | The Lancet (Sept. 14): Vol. 338 705 | 1991 |
| 652 | Di Giusto, Carol A.; Bernhard, Jeffrey D. | Rheumatology | Erythema Nodosum Provoked by Hepatitis B Vaccine | The Lancet (Nov. 1) 1042 | 1986 |
| 653 | Kumar, R. Kishore | Aluminium | How Safe is Hepatitis B Vaccination at Birth? | J. Paediatr. Child Health Vol 36 611-613 | 2000 |
| 655 | Mac-Moune Lai, F.; To, K.F.; et al | Vascular | Hepatitis B Virus-Related Nephropathy and Lupus Nephritis: Morpholgic Similarities of Two Clinical Entities | Modern Pathology Vol 13, No. 2 166-172 | 2000 |
| 668 | Lampert, Peter W. | Autoimmunity | Autoimmune and Virus-Induced Demyelinating Diseases | American Journal of Pathology Vol 91, No. 1 176-207 | 1978 |
| 700 | Laoussadi, S.; Sayag-Bourkis, V.; et al | Rheumatology | Severe Rheumatic Disorders Associated with Hepatitis B Virus (HBV) Vaccination | Lupus & R.A. Abstract: 1185 | 1998 |
| 701 | Carbajo, Lasheras; Palacios Diez, M.; et al | Cytology | A Case of Intense Cytolis Following the Administration of a Hepatitis B Vaccine | Rev Clin Esp Vol 1 49-50 | 1999 |
| 704 | Lasky, Tamar; Terracciano, Gina J.; et al | Peripheral Nervous System | The Guillain-Barre Syndrome and the 1992-1993 and 1993-1994 Influenza Vaccines | The Journal of New England Medecine Vol 339, No. 25 1797-1799 | 1998 |
| 708 | Morley, Sarah L.; Cole, Michelle J.; et al | General | Immunogenicity of a Serogroup B Meningococcal Vaccine Against Multiple Neisseria Meningitidis Strains in Infants | Pediatr Infect Dis J Vol 20, No. 11 1054 | 2001 |
| 709 | Ballinger, A.B. | Hepatic (liver) | Severe Acute Hepatitis B Infection After Vaccinations | The Lancet Vol 344 1292 | 1994 |
| 709 | Lilic, Desa | Hepatic (liver) | Liver Dysfunction and DNA Antibodies After Hepatitis B Vaccination | The Lancet Vol 344 1292-1293 | 1994 |
| 710 | Poullin, P.; Gabriel, B. | Haemotology | Thrombocytopenic Purpura After Recombinant Hepatitis B Vaccine | The Lancet Vol 344 1293 | 1994 |
| 711 | Linder, Nehama; Raz, Meirav; et al | Hypersensitivity | Unexplained Fever in Neonates May be Associated with Hepatitis B Vaccine | Arch Dis Child Fetal Neonatal Ed Vol 81 206-207 | 1999 |

Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 713 | Loche, F.; Schwarze, H.P.; et al | Dermatology | Erythema Multiforme Associated with Hepatitis B Immunization | Clinical and Experimental Dermatology Vol 25  167-168 | 2000 |
| 715 | Lohiya, Ghanshyam | Allergy | Asthma and Urticaria After Hepatitis B Vaccination | The Western Journal of Medecine Vol 147, No. 3  341 | 1987 |
| 716 | London, W. Thomas | General | Hepatitis B Virus and Antigen-Antibody Complex Diseases | The New England Journal of Medecine Vol 296, No. 26  1528-1529 | 1977 |
| 721 | Lunn, Eric R.; Hoggarth, Bernard J.; et al | Antigenemia | Prolonged Hepatitis B Surface Antigemia After Vaccination | Pediatrics Vol 105, No. 6  1-2 | 2000 |
| 723 | Lyons, Jeri-Anne; San, Manuel; et al | General | B Cells are Critical to Induction of Experimental Allergic Encephalomyelitis by Protein but not by a Short Encephalitogenic Peptide | Eur. J. Immunol Vol 29  3432-3439 | 1999 |
| 731 | Macario, F.; Freitas, L.; et al | Vascular | Nephrotic Syndrome After Recombinant Hepatitis B Vaccine | Clinical Nephrology Vol 43, No. 5  349 | 1995 |
| 735 | Mac-Moune Lai, Fernand; Lai, Kar-Neng; et al | General | Hepatitis B Virus-Related Glomerulopathy in Patients with Systemic Lupus Erythematosus | A.J.C.P. (October)  412-420 | 1987 |
| 745 | Maibach, Howard | Mercury | Acute Laryngeal Obstruction presumed secondary to Thiomersal (Merthiolate) delayed Hypersensitivity | Contact Dermatitis: 1  221-222 | 1975 |
| 746 | Maillefert, Jean-Francis; Tavenier, Christian; et al | Vascular | Exacerbation of Systemic Lupus Erythematosus after Hepatitis B Vaccination: Comment on the article by Battafarano et al and the letter by Senecal et al | Arthritis & Rheumatism :Vol. 43. No. 2 (February)  468 | 2000 |
| 746 | Maillefert, Jean-Francis; Tavenier, Christian; et al | Vascular | Reply | Arthritis & Rheumatism :Vol. 43. No. 2(February)  468 | 2000 |
| 748 | Maillefer, Jean-Francis; Parge, Pierre; et al | Peripheral Nervous System, Rheumatology | Mental Nerve Neuropathy as a result of Hepatitis B Vaccination | Oral Surgery Oral Medicine Oral Pathology (june)  663-664 | 1997 |
| 750 | Maillefert, J.F.; Sibilia, J.; et al | Rheumatology | Rheumatic Disorders developed after Hepatitis B Vaccination | Lupus & R.A. (November 10)  3-5 | 1998 |
| 762 | Niu, Manette T., Salive, Marcel E.; et al | Neo-natal death | Neonatal Deaths after Hepatitis B Vaccine | Arch Pediatr Adolesc Med/Vol. 153, Dec. 1279-1282 | 1999 |

Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of Illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 766 | Tomiya, Tomoaki; Hayashi, Shigeki; et al | Hepatitis C | Circulating Immune complex of Hepatitis Virus C in Patients with acute and chronic Hepatitis C | Journal of Hepatology: 24; 764 | 1996 |
| 766 | Manna, Raffaele; De Santis, Antonella; et al | Central Nervous System | Leucoencephalitis after recombinant Hepatitis B Vaccine | Journal of Hepatology: 24; 764-765 | 1996 |
| 768 | Marrack, Philippa, Kappler, John; et al | Autoimmune disease | Autoimmune Disease: why and where it occurs | Nature Medicine: Vol. 7, No. 8 (August) 899-905 | 2001 |
| 781 | Marshall, Eliot | Autoimmunity | A Shadow falls on Hepatitis B Vaccination effort | Science - News Focus: Vol. 281 (31 July) 630-631 | 1998 |
| 783 | Martinez, Esteban; Domingo, Pere | Haemotology | Evan's Syndrome triggered by Recombinant Hepatitis B Vaccine | Clinical Infectious Diseases; 15 (December) 1051 | 1992 |
| 784 | Marwick, Charles; Mitka, Mike | Vaccine injury | Debate revived on Hepatitis B Vaccine Value | JAMA; Vol. 282, No. 1(July 7) 15-17 | 1999 |
| 787 | Masse, I; Descoffres, M.C. | Vasculitis | Hypersensitivity Vasculitis after Hepatitis B Vaccination | Presse Med; 27(20) (June) 965-966 | 1998 |
| 790 | Mathieu, Emmanuel; Fain, Olivier; et al | Haemotology | Cryoglobulinemia after Hepatitis B Vaccination | Volume 335, No. 5 355 | |
| 791 | McIntyre, Paul G. | Hepatitis | Acute Hepatitis B infection after Vaccination | The Lancet; Vol. 345 (January 28) 261-263 | 1995 |
| 794 | McKenna, K.E. | Dermatology | Eczematous reaction to Hepatitis B Vaccine | Contact Dermatitis; 40 158-159 | 1999 |
| 799 | Merelli, E.; Casoni, F. | Peripheral Nervous System | Prognostic factors in multiple sclerosis: Role of intercurrent infections and vaccinations against influenza and Hepatitis B | Neurol Sci; 21 5853-5854 | 2000 |
| 804 | Lear, J.T. | Autoimmunity | Anaphylaxis after Hepatitis B Vaccination | The Lancet; Vol. 345 (May 13) 1249 | 1995 |
| 811 | Leroux-Roels, Geert, Desombere, Isabelle; et al | General | Hepatitis B Vaccine containing surface antigen and selected preS1 and preS2 sequences | Vaccine; Vol. 15, No. 16 1724-1731 | 1997 |
| 825 | Merigou, D.; Leaute-Labreze, C.; et al | Dermatology | Lichen planus in children: role of the campaign for Hepatitis B Vaccination | Ann Dermatol Venereol; 25 (July) 399-403 | 1998 |
| 831 | Meyboom, R.H.B.; Fucik, H.; et al | Haemotology | Thrombocytopenia reported in association with Hepatitis B and A Vaccines | The Lancet; | |

Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 832 | Miller, Frederick W. | General | Vaccines and Immune-Mediated Diseases | The 3rd Annual Conference on Vaccines Research (2 May)  832-853 | 2000 |
| 854 | Milstien, Julie B.; Kuritsky, Joel N.; et al | Dermatology | Erythema Multiforme and Hepatitis B Immunization | Arch Dermatol; Vol. 122 (May)  511-512 | 1986 |
| 864 | Montinari, Massimo G.; Favoino, Biagio; et al | General | Diagnostic role of Immunogenetics in Post-Vaccine Diseases of the Central Nervous System (CNS): Preliminary Results | Med. J. Surg. 2  69-72 | 1996 |
| 868 | Muller, A.; Kertzscher, F.; et al | Haemotology | Thrombocytopenic purpura: adverse reaction to a combined immunisation (recombinant Hepatitis B and measles-mumps-rubella-vaccine) and after therapy with Co-Trimoxazole | Eur J. Pediatr; 158 (Suppl 3)  S209-S210 | 1999 |
| 870 | Murthy, J.M.K. | Peripheral Nervous System | Guillain-Barre Syndrome following specific Viral Infections - an appraisal | JAPI; Vol. 42, No. 1  27-29 | 1994 |
| 873 | Nagafuchi, Seiho; Tokiyama, Kunjihiro; et al | Haemotology | Eosinophilla after intradermal Hepatitis B Vaccination | The Lancet; Vol. 342 (October 16)  998 | 1993 |
| 874 | Neau, Didier; Bonnet, Fabrice; et al | Haemotology | Immune Thrombocytopenic Purpura after Recombinant Hepatitis B Vaccine: Retrospective Study of Seven Cases | Scand J Infect Dis; 30  115-118 | 1998 |
| 878 | Ng, P.L.; Powell, L.W.; et al | Peripheral Nervous System | Guillain Barre Syndrome during the Pre-icteric Phase of Acute Type B Viral Hepatitis | Aust. N.Z. J. Med.; 5  367-369 | 1975 |
| 881 | Ng, P.L. | Peripheral Nervous System | Guillain-Barre Syndrome in acute Hepatitis | British Medical Journal (6 March) | 1976 |
| 890 | Niu, Manette T.; Salive, Marcel E.; et al | Neo-natal death | Neonatal Deaths after Hepatitis B Vaccine | Arch Pediatr Adolesc Med/Vol. 153 (Dec.) 1279-1282 | 1999 |
| 904 | Noel, I.; Galloway, A.; et al | Mercury | Hypersensitivity to thiomersal in Hepatitis B Vaccine | The Lancet; Vol. 338 (Sept. 14)  705 | 1991 |
| 916 | Nunez, Diego; Menendez, Gonzalez | General | Vaccination against Hepatitis B and Multiple Sclerosis | An Esp Pediatr (January); 50(1)  97 | 1999 |
| 924 | Older, Steven A.; Battafarano, Daniel F.; et al | Immunology | Can Immunization precipitate Connective Tissue Disease? | Seminars in Arthritis and Rheumatism; Vol. 29, No. 3 (December)  131-139 | 1999 |

Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 934 | Onion, Daniel K.; Clyde, M.D.; et al | General | Arthritis of Hepatitis associated with Australia Antigen | Annals of Internal Medicine 75  29-33 | 1971 |
| 939 | Orlando, M.P.; Masieri, S.; et al | Central Nervous System | Sudden Hearing Loss in Childhood consequent to Hepatitis B Vaccination: A Case Report | Annals New York Academy of Sciences  319-321 | |
| 943 | Osawa, Junko; Kitamura, Kazuro; et al | Mercury | A probable role for vaccines containing thimerosal in thimerosal hypersensitivity | Contact Dermatitis: 24   178-182 | 1991 |
| 947 | Ott, Mary Jane; Aruda, Mary | Fatigue | Hepatitis B Vaccine | Journal of Pediatric Health Care (Sept./Oct.) 211-216 | 1999 |
| 953 | | General | Exacerbations of Multiple Sclerosis in patients treated with Gamma Interferon | The Lancet (April 18)  893-895 | 1987 |
| 960 | Paus, Tomas; Zijdenbos, Alex; et al | General | Structural Maturation of Neural Pathways in Children and Adolescents: in Vivo Study | Science: Vol. 283 (19 March)  1908-1911 | 1999 |
| 964 | Pease, C.; Keat, A. | Rheumatology | Arthritis as the main or only symptom of Hepatitis B Infection | Postgraduate Medical Journal: 61   545-547 | 1985 |
| 967 | Penner, E.; Maida, E.; et al | General | Serum and Cerebrospinal Fluid Immune Complexes containing Hepatitis B Surface Antigen in Guillain-Barre Syndrome | Gastroenterology: 82   576-580 | 1982 |
| 972 | Pennesi, Marco; Torre, Giuliano; et al | Vascular | Glomerulonephritis after Recombinant Hepatitis B Vaccine | The Pediatric Infectious Disease Journal: Vol. 21, No. 2 (February)  172-173 | 2002 |
| 974 | Perseghin, P.; Balduini, C.L.; et al | Peripheral Nervous System | Guillain-Barre Syndrome with autoimmune hemolytic anemia following acute viral Hepatitis | Ital. J. Neurol Sci. 6  447-450 | 1985 |
| 978 | Pirmohamed, Munir; Winstanley, Peter | Peripheral Nervous System | Hepatitis B Vaccine and Neurotoxicity | 462-463 | 1996 |
| 980 | Pless, Robert; Risher, John F. | Mercury | Mercury, infant neurodevelopment, and vaccination | Pediatr: 136   571-573 | 2000 |
| 982 | Nizar, N. | General | TT Virus Infection: An emerging pathogen in search of its identity | The Journal of Pediatrics: Vol. 136, No. 5  573 | |
| 983 | Pol, Stanislas; Nalpas, Bertrand; et al | General | Efficacy and limitations of a specific immunotherapy in chronic Hepatitis B | Journal of Hepatology 34   917-921 | 2001 |

Hepatitis B Immunization - Medical Bibliography

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 988 | Pope, Janet E.; Stevens, Adam; et al | Rheumatology | The Development of Rheumatoid Arthritis after Recombinant Hepatitis B Vaccination | The Journal of Rheumatology: 25:9  1687-1693 | 1998 |
| 995 | Poser, Charles M. | Central Nervous System | Neurologic Syndromes that arise unpredictably | Consultant (January)  45-55 | 1987 |
| 1004 | Poulin, P.; Gabriel, B. | Haemotology | Thrombocytopenic purpura after recombinant Hepatitis B Vaccine | The Lancet: Vol. 344 (Nov. 5)  1293 | 1994 |
| 1005 | Poulton, James K.; Kauffman, Catharine Lisa; et al | Haemotology | Solitary Mastocytoma arising at a Hepatitis B Vaccination Site | Vol. 63 (January)  37-40 | 1999 |
| 1009 | Pride, Michael W.; Shi, Hong; et al | Molecular mimicry | Molecular Mimicry of Hepatitis B Surface Antigen by an Anti-Idiotype-Derived Synthetic Peptide | JSTOR: Vol. 89, Issue 23 (Dec. 15)  11900-11904 | 1992 |
| 1015 | Rabaud, Christian; Barbaud, Annick; et al | Myalgia | First Case of Erythermalgia related to Hepatitis B Vaccination | The Journal of Rheumatology: 26-1  233-234 | 1999 |
| 1017 | Ranieri, V.M.; Dell'Erba, A.; et al | Autoimmunity | Liver inflammation and acute respiratory distress syndrome in a patient receiving Hepatitis B Vaccine: A possible relationship? | Intensive Care Med: 23  119-121 | 1997 |
| 1025 | Rebora, Alfredo | Dermatology | Hepatitis Viruses and Lichen Planus | Arch Dermatol/Vol. 130 (Oct.)  1328-1329 | 1994 |
| 1026 | | Dermatology | Lichen Planus following Hepatitis B Vaccination | Arch Dermatol/Vol. 130 (Oct.)  1328-1329 | 1994 |
| 1027 | Rebora, Alfredo | Dermatology | Lichen Planus as a side effect of HBV Vaccination | Dermatology: 198  1-2 | 1999 |
| 1029 | Reik, Louis | Central Nervous System | Disseminated Vasculomyelinopathy: An immune complex disease | Annals of Neurology: Vol. 7, No. 4 (April)  291-296 | 1980 |
| 1035 | Renard, J.L.; Guillamo, J.S.; et al | Central Nervous System | Acute transverse cervical myelitis following Hepatitis B Vaccination.  Evolution of anti-HBs antibodies | Press Med July 3-10; 28(24)  1290-1292 | 1999 |
| 1045 | Reutens, David C.; Dunne, John W.; et al | Myopathy | Neuralgic Amyotrophy following recombinant DNA Hepatitis B Vaccination | Muscle & Nerve (May)  461 | 1990 |
| 1046 | Rieckmann, P.; Moriabadi, N.; et al | General | Comment on the contribution by F. Zipp and K.P. Wandinger.  Current recommendations for vaccinations in multiple sclerosis | Nervenarzt: Dec; 72(12)  972 | 2001 |
| 1048 | Rietschel, Robert L.; Adams, Robert M. | Mercury | Reactions to Thimerosal in Hepatitis B Vaccines | Dermatologic Clinics: Vol. 8, No. 1n (January)  161-164 | 1990 |

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 1052 | | Rheumatology | Hepatitis B Vaccine associated with erythema nodosum and polyarthritis | BMJ: Aug. 11: 301(6747): 345 | 1990 |
| 1053 | Ronchi, F.; Cecchi, P.; et al | Haemotology | Thrombocytopenic purpura as adverse reaction to recombinant Hepatitis B Vaccine | ADC Online - Archives of Disease in Childhood 78: (March)  273-274 | 1998 |
| 1057 | Roy, Michael J.; Wu, Mary S.; et al | Immunology | Induction of antigen-specific CDS + T cells, T helper cells and protective levels of antibody in humans by particle-mediated administration of a Hepatitis B Virus DNA vaccine | Vaccine 19  764-778 | 2001 |
| 1074 | Saywell, Christina A.; Wittal, Richard A.; et al | Dermatology | Lichenoid reaction to Hepatitis B Vaccination | Australasian Journal of Dermatology: 58  152-154 | 1997 |
| 1077 | Schupp, P.; Vente, C.; et al | Dermatology | Lichen planus following Hepatitis B Vaccination | International Journal of Dermatology: 38  799-800 | 1998 |
| 1079 | Senecal, Jean-Luc; Bertrand, Carole; et al | Vascular | Severe exacerbation of systemic lupus erythematosus after Hepatitis B Vaccination and importance of pneumococcal vaccination in patients with autosplenectomy: comment on the article by Battafarano et al | Arthritis and Rheumatism: Vol. 42, No. 6 (June) 1-3 | 1999 |
| 1082 | Sepkowitz, Samuel; Wise, Robert P.; et al | Alopecia | Hair Loss after Immunization | The Journla of the American Medical Association: Vol. 279, No. 2 (Jan. 14)  117 | 1998 |
| 1085 | Seppa, Nathan | General | The Dark Side of Immunizations? | Science News: Vol. 152 (Nov. 22)  332-333 | 1997 |
| 1087 | Shapiro, E. | Autoimmunity | Comment on the Article "Can Immunization Precipitate Connective Tissue Disease? Report of 5 Cases of Systemic Lupus Erythematosus and Review of the Literature | Seminars in Arthritis & Rheumatism: Vol. 30, No. 3 (December)  215-216 | 2000 |
| 1105 | Shoenfeld, Y.; Aron-Maor, A. | Autoimmunity | Vaccination and Autoimmunity - 'Vaccinosis': A Dangerous Liaison? | Journal of Autoimmunity: 14   1-10 | 2000 |
| 1115 | Shoenfeld, Y.; Aharon-Maor, A. | Autoimmunity | Vaccination as an additional player in the mosaic of atoimmunity | Clinical and Experimental Rheumatology: 18  181-184 | 2000 |
| 1119 | Sindern, E.; Schroder, J.M.; et al | Central Nervous System, Death | Inflammatory polyradiculoneuropathy with spinal cord involvement and letal outcome after Hepatitis B Vaccination | Journal of the Neurological Sciences 186  81-85 | 2001 |

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 1124 | Sinsawaiwong, Suwanna; Thampanitchawong, Pornpen | Peripheral Nervous System | Guillain - Barre' Syndrome following recombinant Hepatitis B Vaccine and Literature Review | J Med Assoc Thai; 83   1124-1126 | 2000 |
| 1127 | Snider, Gordon B.; et al | Peripheral Nervous System | A possible Systemic Reaction to Hepatitis B Vaccine | JAMA: Vol. 253, No. 9 (March 1)  1260-1261 | 1985 |
| 1129 | Song, Hong-Ki; Hyoung-Cheol Ki; et al | Peripheral Nervous System | Acute Myelitis after Hepatitis B Vaccination | JKMS; 12  249-251 | 1997 |
| 1149 | Stajichj, Gregory V.; Lopez, Gaylord P.; et al | Mercury | Iatrogenic exposure to mercury after Hepatitis B Vaccination in preterm infants | The Journal of Pediatrics: Vol. 136, No. 5  679-681 | 2000 |
| 1152 | Stewart, Owen; Chang, Bernard; et al | Opthalmology, Central Nervous System | Simultaneous administration of Hepatitis B and polio vaccines associated with bilateral optic neuritis | 1200-1201 | 1999 |
| 1154 | Stratton, Kathleen R.; Howe Johnson, Cynthia; et al | General | Adverse Events associated with Childhood Vaccines other than Pertussis and Rubella | JAMA (May 25) - Vol.271, No. 20   1602-1605 | 1994 |
| 1158 | Studer, Constance | Vascular | Body Language - Melting Pain into Song | AJN (January): Vol. 102, No. 1 | 2002 |
| 1167 | Tabor, Edward | General | Guillain-Barre Syndrome and other Neurologic Syndromes in Hepatitis A, B, and Non-A, Non-B | Journal of Medical Virology 21   207-216 | 1987 |
| 1177 | Tartaglino, Lisa M.; Heiman-Patterson, Terry; et al | Central Nervous System | MR Imaging in a case of Postvaccination Myelitis | American Society of Neuroradiology   581-582 | 1995 |
| 1179 | Toft, Jens; Larsen, Susanne; et al | Thyroid | Subacute Thyroiditis after Hepatitis B Vaccination | | |
| 1180 | Tosti, A.; Melino, M.; et al | Mercury | Systemic reactions due to thiomersal | 187-188 | |
| 1182 | Tourbah, A.; Gout, O.; et al | Central Nervous System | Encephalitis after Hepatitis B Vaccination | Neurology  396-401 | 1999 |
| 1189 | Trevisani, Franco; Gattinara, Guido Castelli;et al | Central Nervous System | Transverse myelitis following Hepatitis B Vaccination | Letters to the Editor   317-318 | |

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 1196 | Tsukada, Naoyuki; Koh, Chang-Sung; et al | Peripheral Nervous System | Demyelinating neuropathy associated with Hepatitis B virus infection | Journal of the Neurological Sciencesm 77 203-216 | 1987 |
| 1211 | Guiserix, Jose | Vascular | Systemic Lupus erythematosus following Hepatitis B Vaccine | Nephron: 74  441 | 1996 |
| 1212 | Tuohy, G. | Peripheral Nervous System | Guillain-Barre Syndrome following immunisation with synthetic Hepatitis B Vaccine | New Zealand Medical Journal (March) 114-115 | 1989 |
| 1214 | Usman, Adil; Kimyai-Asadi, Arash; et al | Dermatology | Lichenoid eruption following Hepatitis B Vaccination: First North American Case report | Pediatric Dermatology: Vol. 18, No. 2  123-126 | 2001 |
| 1242 | Vanoli, Massimo; Gambini, Donatella; et al | Vasculitis | A case of Churg-Strauss vasculitis after Hepatitis B Vaccination | | |
| 1244 | Vautier, G.; Carty, J.E. | Rheumatology | Acute Sero-positive Rheumatoid Arthritis occuring after Hepatitis Vaccination | British Journal of Rheumatology; 33  991 | 1994 |
| 1245 | Viallard, Jean-Francois; Boiron, Jean-Michel; et al | Haemotology | Severe pancytopenia triggered by recombinant Hepatitis B Vaccine | British Journal of Haematology:110  230-233 | 2000 |
| 1249 | Waisbren Sr., Burton A | Central Nervous System | CASE REPORTS: Postvaccinal Encephalomyelitis following Hepatitis B Vaccination | CASE REPORTS    1-30 | |
| 1279 | Waisbren, Burton A. | Central Nervous System | Perspectives on Hepatitis B Vaccination | JAMA (April 9); Vol. 277, No. 14  1124 | 1997 |
| 1280 | Waisbren, Burton A. | Central Nervous System | Universal Hepatitis B Vaccinations | Wisconsin Medical Journal (March)  148 | 1996 |
| 1281 | Waisbren, Burton A. | Central Nervous System | New Therapies for Multiple Sclerosis - - When? | Wisconsin Medical Journal (August)  448-450 | 1993 |
| 1285 | Waisbren, Burton A. | Central Nervous System | Other Side of the Coin | Letters to the Editor | |
| 1286 | Wakeel, R.A.; White, Marion I. | Autoimmunity | Erythema Multiforme Associated with Hepatitis B Vaccine | 94 | |
| 1288 | Wands, J.R.; Mann, E.; et al | General | The Pathogenesis of Arthritis Associated with Acute Hepatitis-B Surface Antigen-Positive Hepatitis | The Journal of Clinical Investigation Vol 55 930-936 | 1975 |
| 1295 | Waubant, Emmanuelle; Stuve, Olaf | Central Nervous System | Suspected Mechanisms Involved in Multiple Sclerosis and Putative Role of Hepatitis B Vaccine in Multiple Sclerosis | UCSF MS Center  March 2002  1-40 | 2002 |

| Page | Author's Name | Types of illness or abnormal response related to HBV immunization | Article Title | Publication, Volume, Page(s) | Date |
|---|---|---|---|---|---|
| 1335 | Waubant, Emmanuelle; Stuve, Olaf | Central Nervous System | Suspected Mechanisms Involved in Multiple Sclerosis and Putative Role of Hepatitis B Vaccine in Multiple Sclerosis | UCSF MS Center March 2002 1-40 | 2002 |
| 1377 | Weintraub, Zalman; Khamaysi, Naif; et al | Antigenemia | Transient Surfact Antigenemia in Newborn Infants Vaccinated with Engerix B: Occurrence and Duration | The Pediatric Infectious Disease Journal Vol 13, No. 10 931-933 | 1994 |
| 1380 | Westall, Fred C.; Root-Bernstein, Robert | General | Cause and Prevention of Postinfectious and Postvaccinal Neuropathies in Light of a New Theory of Autoimmunity | The Lancet August 2, 1986 1-5 | 1986 |
| 1385 | Wise, Robert P.; Kiminiyo, Kitonga P.; et al | General | Hair Loss After Routine Immunizations | JAMA Vol 278, No. 14 1175-1178 | 1997 |
| 1388 | Wu, Z.; Wu, H.; et al | General | A Case-Control Study on Guillain-Barre Syndrome in Children of North China | Zhonghua Yu Fang Yi Xue Za Zhi Vol 33, No. 5 279-281 | 1999 |
| 1413 | Zaas, Aimee; Scheel, Paul; et al | Vasculitis | Large Artery Vasculitis Following Recombinant Hepatitis B Vaccination: 2 Cases | The Journal of Rheumatology Vol 28, No. 5 1116-1120 | 2001 |
| 1430 | Zuckerman, Arie J. | General | Hepatitis Vaccine: A Note of Caution | Nature Vol 255 104-105 | 1975 |