1

CURRICULUM VITAE
(August 1, 2001)

Name:              Charles Marcel Poser
Office Address:    Department of Neurology
                   Beth Israel Deaconess Medical Center, East Campus
                   330 Brookline Avenue, Boston, MA 02215
                   Tel: 617-667-2063  Fax: 617-667-5216
                   e-mail: cposer@caregroup.harvard.edu
Home Address:      11 Rutland Square, Boston, MA 02118
                   Tel: 617-536-8459  Fax: 617-536-9517
Date of Birth:     December 30, 1923
Place of Birth:    Antwerp, Belgium
Citizenship:       U.S.(Derivative)


Education
1947       B.S. College of the City of New York
1951       M.D. College of Physicians and Surgeons, Columbia
                University, New York, N.Y.


Postdoctoral Training
1951-1952  Internship, Roosevelt Hospital, New York, N.Y.
1952-1955  Assistant Resident and Chief Resident in
                Neurology, The Neurological Institute of the
                Columbia-Presbyterian Medical Center, New York,
                N.Y. (Prof. H. Houston Merritt)
July, 1955-January, 1956 Fulbright Scholar in Neuropathology,
                Institute Bunge, (Dr. Ludo van Bogaert) Antwerp,
                Belgium


Licensure  Massachusetts

Certification
1957       Neurology, American Board of Psychiatry and
                Neurology
1969       Child Neurology, American Board of Psychiatry and
                Neurology

Academic Appointments
1954-1955  Assistant in Neurology, Columbia University, New
                York
1955-1964  Instructor, Assistant Professor and Associate
                Professor of Medicine (Neurology), University of
                Kansas School of Medicine, Kansas City, Kansas.
1959-1964  Head, Section of Experimental Neurology,
                University of Kansas School of Medicine, Kansas
                City, Kansas.
1962-1964  Associate Professor of Neurology, University of
                Missouri School of Medicine, Kansas City,
                Missouri.
1964-1968  Professor and Head, Division of Neurology,

CLAIM 01039

|  | University of Missouri School of Medicine, Kansas City, Missouri. |
|---|---|
| 1968-1981 | Professor and Chairman, Department of Neurology, University of Vermont College of Medicine, Burlington, Vermont. |
| 1981-1984 | Professor of Neurology, Boston University School of Medicine, Boston. |
| 1981-1990 | Consulting Professor Medical-Surgical Neurology, Texas Tech University School of Medicine, Lubbock, TX. |
| " | Lecturer in Neurology, Tufts University School of Medicine, Boston. |
| 1981-1996 | Lecturer on Neurology, Harvard Medical School, Boston. |
| 1984- | Lecturer in Neurology, Boston University School of Medicine, Boston. |
| 1996- | Visiting Professor of Neurology, Harvard Medical School, Boston. |

Other Professional Positions

| 1959-1960 | Medical Executive Officer, World Federation of Neurology |
|---|---|
| 1962-1971 | Consultant, Epidemiology Branch, National Institute of Neurological Diseases and Blindness |
| 1963- | Consultant in Neurology, Office of the Surgeon General, United States Army |
| 1967-1982 | Consultant in Neurology, Health Bureau, Panama Canal Company |
| 1977- | Consultant in Neurology, Office of the Surgeon General, United States Navy |
| 1984- | Consultant, Veterans Administration Medical Center and VA Outpatient Clinic, Boston |
| 1985-1990 | Consultant, Children's Hospital, Boston |

Awards and Honors

| 1947 | Phi Beta Kappa |
|---|---|
| 1951 | Zabriskie Prize in Neurology, Columbia University |
| 1958 | Sigma Xi |
| 1967 | Silver Bicentennial Medal, College of Physicians and Surgeons, Columbia University |
| 1967 | Officer, Order of Leopold II of Belgium |
| 1973 | AOA, University of Vermont |
| 1973 | Commencement Speaker, College of Medicine, University of Vermont |
| 1979 | Honored Guest, Fifth Asian and Oceanian Congress of Neurology, Manila, Philippines |
| 1979 | Louis Guerrero Memorial Lecturer, University of Santo Tomas, Manila, Philippines |
| 1983 | Wilder Penfield Lecturer, American University of |

CLAIM 01040

3

|      | Beirut, Lebanon |
|------|-----------------|
| 1984 | Supporting Voice Award, Vermont Association for Learning Disabilities |
| 1987 | Kroc Lecturer, MS Center, Rush Medical College, Chicago |
| 1987 | Salmon James Lecturer & Medalist, ARMS, London |
| 1990 | Cross Memorial Lecturer, University of Witwatersrand, Johannesburg, South Africa |
| 1994 | Wu Ho-Su Memorial Lecturer, Taipei, Taiwan. |
| 1995 | Principal speaker, <u>Symposio Charles M. Poser</u>, Sao Paulo and Rio de Janeiro, Brazil |
| 1997 | Oscar Trelles Lecturer, Lima, Peru |
| **2000** | **Doctor of Medicine, Honoris Causa, University of Sassari, Italy** |

Honorary and Corresponding Memberships and Fellowships

| | |
|------|-----------------|
| 1957 | Societe Belge de Neurologie (Brussels) |
| 1959 | Japanese Society of Clinical Neurology (F) |
| 1963 | Philippine College of Physicians (Manila) |
| 1964 | Royal Society of Medicine, London (F) |
| 1967 | Sociedad Neurologica de Colombia (Bogota) |
| 1971 | Sociedad Colombiana de Patologia (Armenia) |
| 1973 | Associacion Colombiana de Medicina Interna |
| 1980 | Societe Francaise de Neurologie (Paris) |
| 1982 | Associacion Colombiana de Neurologia (Bogota) |
| 1982 | Academia Nacional de Medicina de Colombia (Bogota) |
| 1988 | Medical Society of London (F) |
| 1990 | Neurological Society of Iceland |
| 1990 | All-Russian Neurological Scientific Society (USSR) |
| 1991 | Neurological Society of India |
| 1992 | Royal Society of Tropical Medicine and Hygiene, London (F) |
| 1992 | Cuban Society of Neurology and Neurosurgery |
| 1993 | Association of British Neurologists |
| 1994 | Royal College of Physicians of Glasgow (F) |
| 1996 | Dutch Neurological Society |
| 1997 | Yaroslavl Region (Russia) Neurological Society |
|      | Southern Pediatric Neurology Society |
|      | Royal College of Physicians (London) (F) |
| 2000 | Royal College of Physicians, (Edinburgh) (F) |

Major Committee Assignments

| | |
|-----------|-----------------|
| 1959-1989 | Assistant Examiner in Neurology, American Board of Psychiatry and Neurology |
| 1967-1971 | Neurological Sciences Research Training Committee, NINDS, NIH |
| 1968-1974 | In-service examination committee, Joint Education Committee, American Neurological Association, |

CLAIM 01041

4

```
                  American Academy of Neurology
1975-1982    NINCDS Technical Merit Review Committees
                  a.  Comprehensive Epilepsy Centers
             b.  Urban Epilepsy Centers (Chair)
             c.  Stroke Comprehensive Centers
             d.  Recovery from aphasia
             e.  Plasmapheresis in multiple sclerosis (Chair)
             f.  Positron Emission Tomography Centers
             g.  Special Training in Neurological Sciences
                  (Chair)
1977-1982    Written Examination Committee (Neurology),
                  American Board of Psychiatry and Neurology
1978         Chairman, Panel IV (Demyelinating and Degenerative
                  Conditions), Federal Aviation Administration-AMA
                  Study: Guidelines for flying personnel regarding
                  neurological and neurosurgical diseases
1982         Chairman, Workshop on the Diagnosis of Multiple
                  Sclerosis, Washington, D.C.
1982-1984    Executive Committee, Medical Advisory Board,
                  National Multiple Sclerosis Society
1989-        Research Committee on Tropical Neurology, World
                  Federation of Neurology
1992         Doctoral Thesis Committee, University of Iceland,
                  Reykjavik, Iceland: The epidemiology of MS in the
                  Faroe Islands
1992-        Referee, Biomedical Research, Health Research
                  Council of New Zealand
             Organizer and Director, International Workshop on
             the Epidemiology and Genetics of Multiple
             Sclerosis, Alghero (Sardinia) Italy
1994         Chairman, Program Committee, 2nd International
                  Congress of Tropical Neurology, Limoges, France
1995         Organizer and Director, Second International
                  Workshop on the Epidemiology and Genetics of
                  Multiple Sclerosis, Alghero (Sardinia) Italy
1995-        Referee, MS research, Istituto Superiore di Sanita,
                  Rome, Italy
1996-        Referee, New Zealand Neurological Foundation,
                  Auckland, New Zealand
1998         Organizer and Director, Third International Workshop
                  on Multiple Sclerosis, Las Palmas, Canary Islands,
                  Spain

Editorial Boards
1959-1962    Founding Editor in Chief, World Neurology
1961-1971    Editorial Board, Acta Neuropathologica
1989-1992    Editor-in-Chief, Journal of Tropical and
                  Geographical Neurology
```

-4-

CLAIM 01042

| 1990-1994 | Associate Editor, Journal of the Neurological Sciences |
| 1991- | Editorial Board, Neurologia Croatica |
| 1995-1998 | Founding Editor, Neurological Infections and Epidemiology |
| 1997- | Clinical Neurology and Neurosurgery (Amsterdam) |

Journal Referee (ad hoc)
Chest, Ann Neurol, JAMA, J Neuroimaging, Neurology, NEJM , NY State Journal of Medicine, Revue Neurologique (Paris), Clin Neurol Neurosurg (Leiden), J Neurol Neurosurg Psychiatry (London), J Neurosci, J Neurol, Europ J Neurol, J Neurol Sci, Arch Neurol.

Professional Societies (United States)

| 1954 | American Academy of Neurology (Fellow in 1958) |
| | Treasurer 1959-1961 |
| | Student Essay Committee (Chairman) 1975-1977 |
| | S. Weir Mitchell Award Committee (Chairman) |
| 1971-1975 | Joint Education Committee 1975-1981 |
| | Neurology in Government Committee 1975-1981 |
| | Constitution and By-Laws (Chairman) 1977-1983 |
| 1956 | American Medical Association |
| | Association for Research in Nervous and Mental Diseases |
| 1962 | Western Pacific Neurological Society (Founding member, Secretary) |
| | American College of Physicians (Fellow) |
| 1963 | American Neurological Association (Senior Member, 1989) |
| | Long range planning committee 1977-1979 |
| | Education Committee 1975-1981 |
| 1965 | Society of Clinical Neurologists |
| | Secretary-Treasurer 1968-1969 |
| | President-elect 1969-1970 |
| | President 1970-1971 |
| 1965 | Association of University Professors of Neurology |
| | Action Committee (Chairman) 1976-1977 |
| | American Association of Neuropathologists |
| 1967 | American Academy of Pediatrics (Fellow) |
| 1969 | Council on Stroke, American Heart Association (Fellow) |
| 1981 | Boston Society of Neurology and Psychiatry |

Invited Speaker at the Following Postgraduate Courses
Pediatric neurology, Howard University, Washington, D.C. 1966;
Pediatric neurology, Mayo Graduate School, Rochester, MN 1967;
Pediatric neurology, Albert Einstein College of Medicine, Bronx,

-5-

CLAIM 01043

6

NY 1967; Neurology, Louisiana State University, New Orleans, LA
1968; American Academy of Neurology Special courses - Immunology,
1967, Neurochemistry, 1969, 1970, 1971, 1974, Professors Rounds
1976, MS 1982; American College of Physicians, Bogota Colombia,
1972; Developmental Disabilities, University of Kansas, 1978;
Colombian Neurological Association, Bogota, Colombia, 1982;
Montana Association of Neurologists and Neurosurgeons, Big Sky,
MT, 1987; Child Neurology Course, Harvard 1986; Intensive
Neurology Review, Harvard, 1991.


Following is a list of medical schools and teaching hospitals
which I have visited and where I have given one or more lectures
and made clinical rounds, discussed cases or CPCs.  These visits
varied from 3 days to 1 week.

Armed Forces Hospitals
Army: Academy of Health Sciences (San Antonio); William Beaumont
 (El Paso); Brooke (San Antonio); Gorgas (Canal Zone-Panama);
 Letterman (San Francisco); Tripler (Honolulu); Walter Reed
 (Washington, D.C.); Second General Hospital (Landstuhl, Germany)
Navy: National Naval Medical Center (Bethesda); San Diego; Guam;
 Portsmouth (VA).
Air Force: Wilford Hall (San Antonio); Malcolm Grow (Washington,
D.C.).


Medical Schools and Hospitals:
United States: Boston University, Connecticut, Tufts, Harvard,
Yale, Columbia, Albert Einstein, Dartmouth, Rochester NY,
Missouri, Virginia, University of California (Davis, Los Angeles,
San Francisco), Texas (San Antonio) (Dallas), Texas Tech
(Lubbock, El Paso), Medical College of Georgia (Augusta), Rush,
Northwestern, Wisconsin, Minnesota, Mayo, Michigan, Louisiana,
New Mexico, St. Louis, Pittsburgh, Albany, Stanford, Maryland,
Florida, Miami, Vanderbilt, Illinois, New Jersey (Newark),
Case-Western Reserve, Howard, Hawaii, Mt. Sinai (NY), SUNY (Stony
Brook, Syracuse), South Carolina (Columbia), Louisville (KY),
West Virginia, Charleston), Georgetown, Marshall (Huntington,
WV), Kentucky (Lexington), North Dakota (Grand Forks), New York
Medical (Lincoln Hosp), Indiana (Methodist & St. Vincent's Hosp,
Indianapolis), New York University (Manhattan VAMC), Bozeman
Deaconess Hospital, WAMI program, Bozeman, MT, Cornell (New York
Hospital), Tennessee, North Carolina, Kansas (Kansas City and
Wichita), Bay State Medical Center (Springfield, MA),
Humana-Alaska (Anchorage, AK); Mercy Medical Center, Cedar
Rapids, IA, Medical Center, Mayaguez, Puerto Rico, VA Hospital,
Pediatric Hospital and University Hospital, San Juan, Puerto
Rico. VA Medical Center, New Orleans, LA. Good Samaritan, W. Palm
Beach FL. Toledo Hospital, Toledo, OH.

CLAIM 01044

<u>Foreign Countries</u>:
<u>Austria</u>: U. of Vienna, Ost-Donau Hospital, Vienna.
<u>Belgium</u>: Antwerp: U. of Antwerp, Middelheim General Hospital.
Leuven: Catholic University of Leuven.  Brussels: U. of Louvain
(la Neuve), Free U. of Brussels.
<u>Bermuda</u>: King Edward VII Memorial Hospital
<u>Brazil</u>: Sao Paulo: Hospital de Clinicas. Rio de Janeiro:
Hospital de la Lagoa, Federal University Hospital.
<u>Canada</u>: Vancouver: Vancouver General Hospital. Montreal: Montreal
Neurological Institute (McGill U.).  Halifax: Dalhousie
University.
<u>Chile</u>: Vina del Mar: Hospital Naval Alexander Nef.
<u>Colombia</u>: Bogota: National U. Hospital Central Militar, Fundacion
Santa Fe, Neurological Institute.  Medellin: U. of Antioquia.
Barranquilla: U. del Norte.
<u>Croatia</u>: U. of Zagreb (REBRO), U.of Rijeka.
<u>France</u>: Paris: Hopital St. Vincent de Paul, H. des Enfants
Malades (U. of Paris).  Limoges: U. of Limoges.
<u>Hong Kong</u>: Queen Mary Hospital.
<u>Iceland</u>: Reykjavik: U. of Iceland.  Akureyri: North Iceland
Regional Hospital.
<u>India</u>: Bombay: Seth GS Medical College, G.S. Grant Medical
School, Sir JJ Hospital, Jaslok Hospital. Vellore:  Christian
Medical College
<u>Italy</u>: Sassari: U. of Sassari.  Ferrara: U. of Ferrara.
Venice: Ospedale S. Giovanni e Paolo (U. of Padova).  Bologna: U.
of Bologna. Cagliari: U. of Cagliari. Florence: U. of Florence.
<u>Japan</u>: Tokyo: U. of Tokyo. Wakayama: U. of Wakayama
<u>Jordan</u>: Amman: University Hospital, King Hussein Medical
Centre, Medical Syndicate Hospital, Arab Medical Centre.
<u>Korea</u>: Seoul: National University, Scandinavian Mission
Medical Center.
<u>Kuwait</u>: U. of Kuwait.
<u>Lebanon</u>: American U. of Beirut.
<u>Mexico</u>: U. Autonoma, Guadalajara
<u>Norway</u>: U. of Oslo
<u>Philippines</u>: Manila: U. of Santo Tomas
<u>Poland</u>: U. of Warsaw, Lublin, Lodz.
<u>Republic of South Africa</u>: Johannesburg: Johannesburg Hospital (U.
of Witwatersrand), Baragwanath Hospital.  Pretoria: H.F. Vervoerd
Hospital (U. of Pretoria).  Medunsa: Medical U. of South Africa.
Cape Town: Groote Schuur Hospital (U. of Cape Town).
<u>Russia</u>: Moscow: Moscow Medical Academy, Russian State Medical
U., First City Hospital.  St. Petersburg: Post-Graduate Medical
Training Institute.  Yaroslavl: City Hospital #8.
<u>Saudi Arabia</u>: Riyadh: Armed Forces Hospital, King Khalid
University Hospital, King Faisal Specialist Hospital, Kingdom
Hospital. Armed Forces Hospitals, Jeddah and Khamis Mushayt.

CLAIM 01045

8

Singapore: Tan Tock Seng Hospital.
Spain: Las Palmas de Gran Canaria: University Hospital
Taiwan: Taipei: National Defense Medical Center, Chang-Gung
Memorial Hospital, Cathay General Hospital, Taichung: Chinese
Medical College.
Thailand: Bangkok: Siriraj Medical School, Children's Hospital,
Prasat Neurological Institute.
The Netherlands: U. of Leiden, U. of Nijmegen, Free University of
Amsterdam
United Kingdom: London: National Hospital (Queen Square), Maida
Vale, Charing Cross Hospital (Westminster Medical School).
Glasgow: Southern General Hospital (U. of Glasgow). Oxford:
Radcliffe Infirmary (U. of Oxford). Middlesbrough: Middlesbrough
General Hospital.  Newcastle-Upon-Tyne: General Hospital,
Cambridge: Addenbrooke's Hospital (U. of Cambridge). Edinburgh:
Western General Hospital (U. of Edinburgh). U. of Liverpool.
Yugoslavia: U. of Belgrade.

Invited Guest Lectures:

| | |
|---|---|
| 1957 | Belgian Neurological Society |
| 1959 | Norwegian Neurological Society |
| | Danish Neurological Society |
| | Japanese Society of Clinical Neurology, Tokyo |
| 1962 | XII Middle East Medical Assembly Beirut, Lebanon |
| 1971 | Colombian Congress of Pathology, Armenia, Colombia |
| 1978 | American Academy of Psychiatry and the Law, Montreal, Canada |
| 1979 | American Psychiatric Association, Chicago |
| | Societe Francaise de Neurologie, Paris |
| | Fifth Asian and Oceanian Congress of Neurology, Manila, Philippines |
| 1983 | 25th Anniversary, Belgian Group for Research in Multiple Sclerosis, Brussels |
| Sclerosing | First International Symposium on Subacute Panencephalitis, Beirut, Lebanon |
| 1984 | II Interamerican Congress of Infectious Diseases, Barranquilla, Colombia |
| 1985 | Neuroimmunology for Clinicians, Bergen, Norway |
| 1988 | HTLV-I Symposium, Martinique |
| | Neurosciences Symposium, Kuwait |
| 1989 | Neurosciences Symposium, Riyadh, Saudi Arabia |
| Tropical | XIV World Congress of Neurology, Section on Neurology, New Delhi, India |
| | III Intern Symposium on SSPE, Vellore, India |
| 1990 | Symposium on HTLV-I, Paris, France |
| | Symposium on Virology for the Clinician, Kuwait |
| | Symposium on HTLV-I, St. Lucia |
| | XXXth Meeting, Southeast Europe Neuropsychiatric |

CLAIM 01046

Society, Pula, Yugoslavia
Session Moderator, WFN Neuro-Imaging Symposium,
Antwerp, Belgium
1991            Multiple Sclerosis Symposium, Gnocchi Foundation,
Milano, Italy
HTLV-I Seminar. Institute of Neurological
Epidemiology and
Tropical Neurology, Limoges, France
Keynote address: Retroviral Infections in the
Tropics, First
Congress of Tropical Neurology, Limoges, France
1992            Lake Placid Sports Medicine Society, Lake Placid,
NY, January.
Multiple Sclerosis Symposium, Ravenna, Italy
International Congress of Neurology and
Neurosurgery, Havana, Cuba, December.
1993            "A multidisciplinary approach to myelin diseases"
Scientific Affairs Division, NATO and Istituto
Superiore di Sanita, Rome, Italy, March.
Tropical Neurology Symposium, Royal Society of
Tropical Medicine and Hygiene, and World
Federation of Neurology, London, March.
International Workshop on the Epidemiology and
Genetics of Multiple Sclerosis, Alghero, Italy,
June.
Fourth International Congress of Tropical Medicine
(French language) Fort-de-France, Martinique.
1994            First Asian-Oceanian Symposium in Neuroepide-
miology, Taipei, Taiwan.
Symposium on the Chronic Fatigue Syndrome, Dublin,
Ireland, May.
University of Iceland School of Medicine,
Reykjavik, Iceland, September.
International Think-Tank on the Epidemiology of
Multiple Sclerosis, Norwegian Academy of
Sciences, Oslo, Norway, September.
Second International Congress on Tropical
Neurology, Limoges, France. September.
Meeting on research in therapeutic approaches in
multiple sclerosis, Geneva, Switzerland,
September
Brooklyn (NY) Neurological Society, October.
Advances in multiple sclerosis.  University of Las
Palmas, and Spanish Multiple Sclerosis Society,
Las Palmas, Canary Islands, November.
Southern General Hospital, and University of
Glasgow, November.
Western General Hospital and University of
Edinburgh, November.
1995            King Faisal Specialists Hospital, Riyadh, Saudi
Arabia.
Middelheim General Hospital, Wilrijk-Antwerp,

CLAIM 01047

10

Belgium, February.
U. of Nijmegen, The Netherlands, February.
Neuroimmunology Symposium "Charles M. Poser" Sao
   Paulo and Rio de Janeiro, Brazil, March.
Arab Medical Centre, Amman, Jordan, April.
Consensus Conference, MRI in MS, Las Colinas, TX,
   May.
Second International Workshop in Epidemiology and
   Genetics of MS, Alghero, Italy, June.
Neurological Section, Regional Health Authority,
   Emilia-Romagna, Ravenna, Italy, June.
University of Florence, Italy, June.
Aicardi Symposium, Paris, October.
Neuroscience Colloquium, Singapore, October.
Symposium on Tropical Neurology, London, December.

1996    Johannesburg and Baragwanath Hospitals,
           Johannesburg, South Africa, February
        Free University, Amsterdam, The Netherlands, April
           Beaumont Medical History Club, University of
           Vermont, Burlington, VT, April
        Charing Cross Hospital, London UK, May
        Neuropsychology Program, VA Hospital, Boston, May
           and October

1997    City Hospital #8, Yaroslavl, Russia, January
        University Hospital, Leuven, Belgium, January
        General Hospital Middelheim, Wilrijk-Antwerp,
           Belgium, February
        Seminar in Neuroimaging, VA Hospital Boston,
           February
        South African Neurological Congress, Malelane,
           South Africa, March
        Charing Cross Hospital, London, June
        University of Aberdeen, Scotland, June
        Peruvian Neurological Society, Lima Peru,
           September
        Danube International Symposium, Dubrovnik,
           Croatia, October

1998    International Symposium on MS, Las Palmas, Gran
           Canaria,Canary Islands, Spain, February
           Symposium on MS, Projeto Atlantico Sul, Rio de
           Janeiro and Sao Paulo, Brazil, May
           International Symposium on MS, Havana and MS
           meeting Cienfuegos, Cuba, July
           XVIII Congress, Brazilian Neurological Society,
           Sao Paulo, Brazil, July.
           Projeto Atlantico Sul meeting, Rio de Janeiro,
           Brazil, July
           Second European Congress of Tropical Medicine,
           Liverpool, September.
           University of Liverpool, September
           Third International Congress of Tropical
           Neurology, Fort de France, Martinique, November

CLAIM 01048

Universities of Zagreb (REBRO) and Rijeka, Croatia, December

1999
Neuropsychology Program, Boston U-VAH, March
International Workshop on MS, Montevideo, Uruguay, March
Federal University Hospital and Hospital da Lagoa, Rio de Janeiro, Brazil, March
Second International Workshop on MS of the South Atlantic Project, Cuiaba, Brazil, March
Beaumont Medical History Series, U of VT, April
Neuroradiological aspects of MS, U. of Sassari, Italy, June
Brain Research Institute. Vienna, Austria, July
Association of French-speaking non-academic neurologists, Tours, France, September
Neuropidemiology, Limoges, France, September
International MS Symposium, Rio de Janeiro, Brazil, October
Ost-Donau Hospital, Vienna, Austria, November
Austrian Society of Tropical Medicine and Parasitology, Innsbruck, Austria, November
Department of Neurology, Georgetown University Hospital, Washington DC, December
Departments of Medicine and Neurology, Walter Reed Army Medical Center, Washington DC, December

2000
Department of Neurology, University of Sassari, Italy, January
Department of Medicine, Middelheim General Hospital, Wilrijk-Antwerp, Belgium, February
Neurology-Neurosurgery Symposium, Santiago de Cuba, March
Institute of Neurology and Neurosurgery, Havana, Cuba, March
Epidemiology of MS, San Juan, Puerto Rico, April
Department of Neurology, University of Puerto Rico, San Juan PR, April
IIIrd International Conference on Multiple Sclerosis, Alghero, Italy, May
United States Naval Medical Clinic, London, June
40th Southeast European Neuropsychiatric Symposium, Pula, Croatia, June
Department of Neurology, Universities of Warsaw, Lublin and Lodz, Poland, August
Department of Neurology, Georgetown University Washington DC, November
Doctoral Lecture, University of Sassari, Italy
Hopital Universitaire St Luc, U of Louvian, Brussels, Belgium, December

2001
Kingdom Hospital, Riyadh, Saudi Arabia,

CLAIM 01049

12

February
                International Symposium on MS, Dubrovnik, Croatia,
May
                All Russian Neurological Congress, Kazan, May
                World Congrdss of Neurology, WFN meeting,
London,
                June
                Neurological consultations, Ministry of Health,
Moscow, Russia, July
                International Symposium on Auto-Immune
Demyelinating diseases,
                Rio de Janeiro, Brazil, August
                Epidemiology of migrants, Sarreguemines,
France, September

Principal Clinical and Hospital Responsibilities
1956-1964       University of Kansas Medical Center, Attending
                Neurologist
1964-1968       Chief of Neurology, Kansas City General Hospital
                and Children's Mercy Hospital
1968-1981       Chief of Neurology, Medical Center Hospital of
                Vermont
1981-1984       Attending Neurologist, University Hospital,
                Veterans Administration Medical Center (Jamaica
                Plain) and VA Outpatient Clinic, Boston
1984-1985       Attending Neurologist, Beth Israel Hospital,
                Boston
1986-           Senior Neurologist, Beth Israel Hospital, Boston

Principal Administrative Responsibilities
1958-1964       Director, Residency Training Program in Neurology,
                University of Kansas Medical Center, Kansas
                City, KS
1959-1964       Head, Section of Experimental Neurology,
                Department of Medicine, University of Kansas
                Medical Center
1964-1968       Head, Section of Neurology, Department of
                Medicine, University of Missouri School of
                Medicine, Kansas City, MO
                Chief, Neurology Service, Kansas City General
                Hospital, Kansas Citry, MO
                Director, Mental Retardation Laboratory, Kansas
                City General Hospital and Western Missouri
                Mental Health Center, Kansas City, MO
                Chief, Neurology Service, Children's Mercy
                Hospital, Kansas City, Missouri
1968-1981       Chairman, Department of Neurology, University of
                Vermont, College of Medicine Chief, Neurology
                Service, Medical Center Hospital of Vermont
                Burlington VT
1971-1980       Director, Center for Disorders of Communications,
                Medical Center Hospital of Vermont

CLAIM 01050

# PUBLICATIONS

## Original Reports

1.    Walsh F, Poser CM and Carter S  Infectious mononucleosis encephalitis. Pediatrics 1954; 13:536-543.
2.    Poser CM, Scheinberg L and Walsh F  Hydranencephaly. Neurology 1955; 5:284-289.
3.    Poser CM and Taveras J  Clinical aspects of cerebral angiography in children.  Pediatrics 1955; 16:73-80.
4.    Poser CM and van Bogaert L  Natural history and evolution of the concept of Schilder's diffuse sclerosis.  Acta Neurol. Psychiat. Scand. 1956; 31:285- 331.
5.    Poser CM  Diffuse-disseminated sclerosis in the adult.  J. Neuropath. 1957; 16:61-78.
6.    van Bogaert L, Van Miert E, Radermecker J, Poser CM and Edgar G. Sur une sclerose degenerative simple.  Rev. Neurol. 1956; 94:423.
7.    Poser CM, Dewulf A and van Bogaert L  Atypical cerebellar degeneration associated with leucodystrophy.  J. Neuropathol. 1957; 16:209-237.
8.    Poser CM and Radermecker J  Subacute sclerosing leukoencephalitis.  J. Pediat. 1957; 50:408-425.
9.    Poser CM and Taveras J  Cerebral angiography in encephalotrigeminal angiomatosis.  Radiology 1957; 68:327-336.
10.   White H and Poser CM  Myotonia.  J. Kans. Med. Soc. 1957; 58: 293-296.
11.   Jordan R and Poser CM  Medical management of thrombotic and embolic cerebrovascular disease.  J. Kans. Med. Soc. 1957; 58:152-155.
12.   Poser CM  Focal encephalopathy following the administration of tetanus antitoxin.  JAMA 1957; 164:871-873.
13.   Poser CM  Leucodystrophy as an example of dysmyelinating disease.  Proc. IIIrd Intern. Cong. Neuropath. Brussels 1957; 106-111.
14.   Poser CM  Management of tic douloureux.  Lancet 1958; 78:29-33.
15.   Poser CM  Electroencephalographic changes and hyperammonemia.  EEG Clin. Neurophysiol. 1958; 10:51-62.
16.   Poser CM and Miller F  Premature cranial suture closure. J. Kans. Med. Soc. 1958; 59:303-307.
17.   Poser CM and Miller F  Mental deficiency:  a proposal for care and prevention.  J. Kans. Med. Soc. 1958; 59:356-358.
18.    Poser CM  Le syndrome d'insuffisance vasculaire du systeme arteriel basilaire.  Acta Neurol. Psychiat. Belg. 1958; 58:420-435.
19.   Poser CM  Valeur diagnostique de l'angiographie carotidienne dans les syndromes d'hypertension cranienne sans signes de localisation.  Acta Neurol. Psychiat. Belg. 1958; 58:436-445.
20.   Poser CM and Ziegler D  Clinical significance of 14 and 6 per second positive spike complexes.  Neurology 1958; 8:903-912.
21.    Poser CM and Curran G  Cerebrospinal fluid free cholesterol

CLAIM 01051

as index of activity of multiple sclerosis and allied diseases.
AMA Arch. Neurol. Psychiat. 1958; 80:304-313.
22.  Fitzpatrick M, Rubin H and Poser CM  The treatment of
cryptococcal meningitis with amphotericin B, a new fungicidal
agent. Ann. Int. Med. 1958; 49:249-259.
23.  Poser CM and Jordan R  Basilar artery insufficiency.
Med.Times 1959; 87:293-301.
24.  Poser CM  The clinical significance of spinal fluid
examination. Am. J. Med. Technol. 1959; 18:189-193.
25.  Poser CM  Cerebral palsy:  the need for re-evaluation of
obsolete concepts. J. Kans. Med. Soc. 1959; 60:131-134.
26.  Poser CM and van Bogaert L  Neuropathological observations
in phenylketonuria.  Brain 1959; 83:1-9.
27.  Poser CM  Undergraduate attitudes towards neurology as a
specialty. Neurology 1959; 9:682-688.
28.  Taveras J and Poser CM  Roentgenologic aspects of cerebral
angiography in children. Am. J. Roentgenol. 1959; 82:371-391.
29.  Poser CM  Differential diagnosis of severe neurologic
disease in children. Clin. Med. 1960; 7:257-264.
30.  Poser CM  The specialty of neurology:  role and scope of
neurological practice in the United States. Lancet 1960;
80:93-98.
31.  Hunt T, Poser CM and Williamson W  Lymphoma of nerve
root. J. Neurosurg. 1960; 17:342-346.
32.  Fitzpatrick MJ and Poser CM  Management of cryptococcal
meningitis. AMA Arch. Int. Med. 1960; 106:261-270.
33.  Diedrich W and Poser CM  Language and mentation of two
phenylketonuric children.  J. Speech and Hearing Disorders 1960;
25:124-134.
34.  Poser CM  Trends in neurological training and education.
Clin. Neurol. (Japan) 1960; 1:26-35.
35.  Poser CM and Low NL  Autopsy findings in three cases of
hypsarhythmia. (Infantile spasms with mental retardation).  Acta
Pediat. 1960; 49:695-706.
36.  Poser CM and van Bogaert L  Leuco-et polioencephalopathies
symetriques necrosantes. Rev. Neurol. 1960; 103:3-11.
37.  Poser CM and Youmans RA  The electroencephalogram:  its
value in the clinical management of the epileptic patient.  J.
Kans. Med. Soc. 1960; 61:394-396.

38.  Radermecker J and Poser CM  The significance of repetitive
paroxysmal electroencephalographic patterns.  World Neurol. 1960;
1:422-433.
39.  Poser CM  Differential diagnosis of diffuse sclerosis in
children.  Am. J. Dis. Child. 1960; 100:380-388.
40.  Poser CM  Leucodystrophies and the concept of
dysmyelination.  Arch. Neurol. 1961; 4:323-332.
41.  Blair GO and Poser CM  Dystrophia myotonica:  a review of
present concepts of therapy.  World Neurol. 1961; 2:546-552.
42.  Poser CM and Ziegler D  Temporary amnesia as a
manifestation of cerebrovascular insufficiency.  Trans. A.N.A.
1960; 221-223.

CLAIM 01052

43.    Poser CM and Reinecke R  Selected studies with electro-oculograms.  Part II: Subjective evaluation of ocular proprioception monitored with the use of electro-oculograms. Arch. Ophth. 1961; 66:130-132.
44.    Attwood W and Poser CM  Neurologic complications of Sjogren's syndrome. Neurology 1961; 11:1034-1041.
45.    Poser CM  International dictionary of drugs used in neurology and psychiatry. World Neurol. 1961; 2:801-836.
46.    Poser CM and Ziegler D  Temporary amnesia as a manifestation of cerebrovascular insufficiency.  Neurology (Bombay) 1961; 9:47-52.
47.    Agnew C, Youngstrom K, Poser CM and Hardin C Brachiocephalic angiography in atheromatous disease.  Radiology 1962; 78:246-247.
48.    Poser CM  Management of the epileptic patient.  GP 1962;26:121-129.
49.    Faris AA, Davis J and Poser CM  Iatrogenic electrolyte disturbances with neurologic manifestations.  Neurology 1962; 12:571-576.
50.    Poser CM  Metachromatic Leucoencephalopathy as an Example of Dysmyelinating Disease.  42nd Ross Pediat. Res. Conf. Norman OK 1963; 69- 77.
51.    Poser CM and Faris A  Newer methods of diagnosis in cerebrovascular disease. Proc. XII Middle East Medical Assembly 1962; 1:143-163.
52.    Poser CM, Snodgrass RG and Faris AA  Radiologic visualization of neck vessels in cerebrovascular insufficiency. JAMA 1962; 182:124-129.
53.    Poser CM and Snodgrass RG  Brachial arteriography.  J. Kans. Med. Soc. 1962;63:481-489.
54.    Poser CM and Fowler C  Nosologic situation of the LGB syndrome.  Acta Neurol. Scand. 1963; 39:187-201.
55.    Hardin C and Poser CM  Rotational obstruction of the vertebral artery due to redundancy and extraluminal fascial bands.  Ann. Surg. 1963; 158:133-137.
56.    Poser CM  Epileptic equivalents.  Virginia Med. Monthly 1962; 89:606-610.
57.    Poser CM and Snodgrass RG  Percutaneous brachial arteriography for the study of cerebrovascular insufficiency. Clin. Neurol. (Tokyo) 1963; 3:3-16.
58.    Faris AA, Poser CM, Wilmore D and Agnew C  Radiologic visualization of neck vessels in healthy men.  Neurology 1963; 13:386-396.
59.    Poser CM  Preventable and remediable forms of mental subnormality.  J. Kans. Med. Soc. 1963; 64:392-394.
60.    Poser CM  Management of patients with vascular or migraine headaches. GP 1963; 27:123-130.
61.    Faris AA, Poser CM, Agnew CH and Youngstrom K Electroencephalographic monitoring during brachiocephalic angiography.  Neurology 1963; 13:739-745.
62.    Poser CM and Bunch L  Aminoaciduria in familial mental retardation.  Arch. Neurol. 1963; 9:35-46.

CLAIM 01053

63.    Morris JH, MacAulay H and Poser CM  Systemic cryptococcosis and histoplasmosis in the same patient.  Neurology 1964; 14:147-153.

64.    Faris AA and Poser CM  Experimental production of focal neurologic deficit by systemic hyponatremia.  Neurology 1964; 14:206-211.

65.    Goodwin RF and Poser CM  Ophthalmoplegia, ataxia and areflexia: Fisher's syndrome.  JAMA 1963; 186:258-259.

66.    Faris AA, Hardin C and Poser CM  Pathogenesis of hemorrhagic infarction of the brain.  I.  Role of hypertension and of collateral circulation.  Arch. Neurol. 1963;9:468-472.

67.    Hardin C, Hendren T, Faris AA and Poser CM  Ibid. II. Protective effect of low molecular weight dextran.  Arch. Neurol. 1963; 9:473-476.

68.    Francisco CB, Davidson K, Youngstrom K, Schoolman A and Poser CM  Transfemoral cervicocephalic angiography in children. Pediatrics 1964;33:19-122.

69.    Poser CM  Practical therapy of epilepsy.  Intern. Med.(Manila) 1964; 1:191-201.

70.    Faris AA, Guth C, Youmans R and Poser CM  Internal carotid artery occlusion in children.  Am. J. Dis. Child. 1964; 107:188-192.

71.    Poser CM  Clinical diagnostic criteria in epidemiological studies of multiple sclerosis.  Ann. NY Acad. Sci. 1965; 122:506-519.

72.    Poser CM, Zosa A and Hardin C  Psychiatric manifestations of cerebrovascular insufficiency.  Dis. Nerv. Syst. 1964; 25:611-616.

73.    Poser CM, Zosa A, Gomez A and Hardin C  Cervicocephalic angiography for cerebrovascular insufficiency.  Acta Neurol. Scand. 1964; 40:321-336.

74.    Poser CM, Johnson M and Bunch L  Amino acid studies in amyotrophic lateral sclerosis.  Tr. Amer. Neurol. A. 1964; 89:245-246.

75.    Poser CM, Johnson M and Bunch L  Familial amyotrophic lateral sclerosis: investigation of serum amino acids in unaffected blood relatives.  Dis. Nerv. Syst. 1965;26:697-701.

76.    Poser CM  Cerebrovascular insufficiency:  the importance of a complete diagnosis.  Heart Bulletin 1965; 14:85-91.

77.    Poser CM, Johnson M and Bunch L  Serum amino acid studies in amyotrophic lateral sclerosis.  I.  Results of arginine tolerance tests.  Arch. Neurol. 1965; 12:604-609.

78.    Poser CM and Bunch L  Serum amino acid studies in amyotrophic lateral sclerosis.  II.  Results of Metrecal-arginine-lysine tolerance tests in U.S. Caucasians and Guam Chamorros.  Arch. Neurol. 1966; 14:305-311.

79.    Poser CM, Presthus J and Horsdal O  Clinical characteristics of autopsy-proved multiple sclerosis. Neurology 1966; 16:791-798.

80.    Poser CM, Ten year follow-up of treatment in two phenylketonuric brothers. Arch. Neurol. 1967; 16:658-662.

81.    Poser CM  Epilepsy and the primary physician.  GP 1968;

CLAIM 01054

37:104-112.
82.    DeJesus PV, Jr and Poser CM  Subdural hematoma:  clinico-pathologic study of 100 cases.  Postgrad. Med. 1968;4:172-177.
83.    Poser CM, Huntley CJ and Poland J  Para-encephalitic parkinsonism:  a review of its etiology and report of a case due to Coxsackie virus type B2. Acta Neurol. Scand. 1969; 45:199-215.
84.    Poser CM  Disseminated vasculomyelinopathy:  a review of the clinical and pathologic reactions of the nervous system in hyperergic diseases.  Acta Neurol. Scand. Vol. 45, Suppl. 37 1969; 1-44.
85.    French JH, Brotz M and Poser CM:  Lipid composition of the brain in infantile Gaucher disease.  Neurology 1969;19:81-86.
86.    Poser CM and Kuiken B  Acute hydrocephalus following H. Influenzae meningitis.  Dis. Nerv. Syst. 1968; 29:823-826.
87.    Espinas OE and Poser CM  Blood hyperosmolality and neurologic deficit: experimental study.  Arch. Neurol. 1969; 20:182-186.
88.    Mukoyama M, Gimple K and Poser CM  Aspergillosis of the central nervous system.  Neurology 1969; 19:967-974.
89.    Poser CM  Medical education in the 1970's:  The demise of clinical scholarship? Modern Medicine 1971; 39:25.
90.    Ciongoli AK and Poser CM  Fat malabsorption neuromyopathy.  Arch. Neurol. 1972;26:403-408.
91.    Ciongoli AK and Poser CM  Pulmonary edema secondary to subarachnoid hemorrhage.  Neurology 1972; 22:867-870.
92.    Poser CM and Ho B  The amino acid composition of spinal fluid protein: preliminary observations.  Arch. Neurol. 1972; 26:502-505.
93.    Poser CM  Demyelination in the nervous system in chronic alcoholism: Central pontine myelinolysis and Marchiafava-Bignami's disease.  Ann. NY Acad. Sci. 1973; 215:373-381.
94.    Poser CM  Hyperglycemia non-ketotic coma:  the role of sodium in the pathogenesis of the neurologic manifestations:  A hypothesis.  Dis. Nerv. Sys. 1972; 33:725-729.
95.    Hopkins EW and Poser CM  Posterior cerebral artery ectasia.  Arch. Neurol. 1973; 29:279-281.
96.    Drayer B and Poser CM  Disseminated intravascular coagulation and head trauma: two case studies.  JAMA 1975; 231:174-175.
97.    Poser CM  Papaverine in prophylactic treatment of migraine.  Lancet 1974; 1:1290.
98.    Poser CM, Sylwester D, Ho B and Alpert A  Amino acid residues of serum and CSF protein in MS:  Clinical application of statistical discriminant analysis.  Arch. Neurol. 1975; 32:308-314.
99.    Poser CM  Facial pain:  Diagnosis and management.  Geriatrics 1975; 30:110-115.
100.   Poser CM  The presenile dementias.  JAMA 1975: 233:81-84.
101.   Alexander M, Goodkin D and Poser CM  Solitary plasmacytoma.  Arch. Neurol. 1975; 32:777-778.
102.   Poser CM  Headache in the elderly.  Geriatrics 1976; 31:103-106.

CLAIM 01055

103.  Fisher M and Poser CM  Syphilitic meningomyelitis.  Arch. Neurol. 1977; 34:785.
104.  Poser CM  Dementia.  Delaware Med. J. 1977; 49:644-653.
105.  Poser CM, Roman G and Emery ES  Recurrent disseminated vasculomyelinopathy.  Arch. Neurol. 1978; 35:166-170.
106.  Poser CM and Edwards K  Monoparesis in acute intermittent porphyria. Arch. Neurol. 1978; 35:550.
107.  Poser CM  Dysmyelination revisited.  Arch. Neurol. 1978; 35:401-408.
108.  Roman G, Fisher M, Perl D and Poser CM  Neurologic manifestations of hereditary hemorrhagic telangiectasia (Rendu-Osler-Weber disease). Report of two cases and review of the literature.  Ann. Neurol. 1978; 4:130-144.
109.  Roman G, Phillips CA and Poser CM  Isolation of parainfluenza virus type 3 from cerebrospinal fluid of a patient with Guillain-Barre syndrome.  JAMA 1978; 240:1613-1615.
110.  Sylwester D and Poser CM  The association of MS, domestic animals and household pets.  Ann. Neuro. 1979; 5:207-208.
111.  Poser CM  Trauma, stress and multiple sclerosis.  Bull. Am. Acad. Psychiat.  Law 1979; 7:209-218.
112.  Poser CM  Sur le role des traumatismes physiques et psychologiques dans la sclerose en plaques.  Rev. Neurol (Paris) 1980; 136:807-814.
113.  Poser CM  A numerical scoring system for the classification of multiple sclerosis.  Acta Neurol. Scand. 1979; 60:100-111.
114.  Peyser J, Edwards K and Poser CM  Psychological profiles in multiple sclerosis patients.  Arch. Neurol. 1980; 37:437-440.
115.  Wood F, Roman-Campos G and Poser CM  Regional blood flow response in a patient with remitted global amnesia.  Brain and Language 1980; 9:123- 128.
116.  Barone D, Lambert D and Poser CM  Steroid-treatment for experimental autoimmune myasthenia gravis.  Arch. Neurol. 1980; 37:663-666.
117.  Poser CM  Exacerbation, activity and progression in multiple sclerosis. Arch. Neurol. 1980; 37:471-474.
118.  Peyser J, Edwards K, Poser CM and Filskov S  Cognitive function in MS patients.  Arch. Neurol. 1980; 37:577-579.
119.  Poser CM, Alter M, Currier RD and Hunter SE  Common demyelinating and degenerative diseases and extrapyramidal disorders (neurological and neurosurgical conditions associated with aviation safety).  Arch. Neurol. 1979; 36: 759-770.
120.  Roman-Campos G, Poser CM and Wood FB  Persistent retrograde memory deficit after transient global amnesia.  Cortex 1980: 16:509-518.
121.  Roman-Campos G, Phillips C and Poser CM  Herpes simplex encephalitis. Lancet 1980: 1:489.
122.  Roman G, Phillips CA and Poser CM  The cerebral vasculopathy of herpes encephalitis.  Neurol. Colomb. 1980; 4:414-419.
123.  Poser CM  Criteria for the diagnosis of the Guillain-Barre syndrome.  J. Neurol. Sci. 1981; 59:191-199.
124. Poser CM and Behan P  Late onset Guillain-Barre syndrome.

CLAIM 01056

J. Neuroimmunol. 1982; 3:27-41.

125. Poser CM  Neurological complications of swine influenza vaccination. Acta.  Neurol. Scand. 1982; 66:413-431.

126. Poser CM  Demyelinating polyradiculitis and multiple sclerosis.  Arch. Neuro. 1982; 39:67.

127. Andrews E, Poser CM and Kessler M  Retrograde amnesia for forty years. Cortex 1982; 18:441-458.

128. Poser CM, Paty D, Scheinberg L, McDonald WI, Davis F, Ebers G, Johnson K, Sibley W, Silberberg D and Tourtellotte W  New diagnostic criteria for multiple sclerosis.  Ann. Neurol. 1983; 13:227-231.

129. Poser CM  Post-vaccinal encephalitis.  Ann. Neurol. 1983; 13:341.

130. Poser CM  Numerical classification of multiple sclerosis. In: Immunological and Clinical Aspects of Multiple Sclerosis, Gonsette R and Delmotte P, ed., Lancaster, England, MTP Press, 1984; 327-332.

131. Poser CM  The Wilder Penfield Lecture:  SSPE -- an historical retrospective.  In:  Proceedings of the First International Symposium on Subacute Sclerosing Panencephalitis. Eds., Haddad FS and Matossian RM, Beirut, Lebanon, Bouheiry Bros Press, 1983; 19-38.

132. Poser CM  Vaccine complications (Letter).  Arch. Neurol. 1983; 40:774.

133. Poser CM  Notes on the epidemiology of transverse myelitis (Letter). Neuroepidemiology 1983; 2:266-269.

134. Poser CM  Clinical studies of influenza vaccines:  Comment (Letter).  Rev. Infect. Dis. 1984; 6:132-133.

135. Poser CM  Total body numbness.  Clini-Pearls (Neurology) 1984; 7:7-8.

136. Poser CM  The course of multiple sclerosis (letter).  Arch. Neurol. 1985; 42: 1035.

137. Poser CM  CT scan vs magnetic resonance imaging (letter). JAMA 1985; 253:3250.

138. Poser CM  Where is Antwerp? (letter).  Ann. Neurol. 1986; 19:97-98.

139. Poser CM, Goutieres F, Carpentier M and Aicardi J Schilder's myelinoclastic diffuse sclerosis.  Pediatrics 1986; 77:107-112.

140. Poser CM, Kassirer MR and Peyser JM:  Benign encephalopathy of pregnancy.  Acta Neurologica Scand. 1986; 73:39-43.

141. Poser CM  Controversies in the pathogenesis of multiple sclerosis.  In: Neuroimmunology for Clinicians, eds., Aarli, J, Behan, W, Behan, P, Oxford, Blackwell, 1987, pp. 179-191.

142. Poser CM  The pathogenesis of multiple sclerosis: a critical reappraisal. Acta Neuropathol. 1987; 71:1-10.

143. Poser CM  Trauma and multiple sclerosis:  an hypothesis.  J Neurol, 1987; 234: 155-159.

144. Poser CM  Der Verlauf der Multiplen Sklerose.  JAMA (Deutsche Ausgabe) 1986; 5:266.

145. Poser CM and Hibberd PL:  Epidemiological studies in multiple sclerosis. Arch Neurol 1987; 44:251-252.

CLAIM 01057

146. Poser CM, Kleefield J, O'Reilly GV and Jolesz F Neuro-imaging and the lesion of multiple sclerosis.  Am J Neuroradiol, 1987; 8:549-552.

147. Poser CM  The peripheral nervous system in multiple sclerosis:  a review and pathogenetic hypothesis.  J Neurol Sci, 1987; 79:83-90.

148. Poser CM  Serogenetische Polyneuritis nach enzymatischer Nucleolyse. Nervenarzt 1986; 57:676.

149. Poser CM  MR in the diagnosis of multiple sclerosis.  Am J Neuroradiol, 1987; 8:733.

150. Poser CM  Multiple sclerosis on islands.  Lancet 1987; 1:1426.

151. Poser CM  Myelopathy, cranial MR and multiple sclerosis. Neurology, 1987; 37:1692.

152. Poser CM  Diagnostic criteria for multiple sclerosis:  an addendum.  Ann Neurol, 1987; 22:773.

153. Poser CM  Neuroimaging and the lesion of multiple sclerosis:  an addendum. AJNR, 1987; 8:1146-1147.

154. Poser CM  Diagnostic criteria for multiple sclerosis.  J. Neurol, Neurosurg Psychiat, 1987; 50:1388.

155. Poser CM  AIDS encephalomyelitis.  Neurology, 1987; 37:1186-1887.

156. Poser CM, Hibberd, PL, Benedikz, J, Gudmundsson, G  An analysis of the "epidemic" of multiple sclerosis in the Faroe Islands.  I.  Clinical and epidemiological aspects. Neuroepidemiology, 1988; 7:168-180.

157. Poser CM, Hibberd PL  An analysis of the "epidemic" of multiple sclerosis in the Faroe Islands.  II.  Biostatistical aspects.  Neuroepidemiology, 1988; 7:181-189.

158. Poser CM  Viruses, multiple sclerosis and HTLV-I.  In: Vernant J, Roman G (eds):  HTLV-I and the Nervous System, New York, Liss, 1989, p. 373-384.

159. Poser CM  Progressive multifocal leukoencephalopathy (PML) in AIDS (letter) Neurology 1988; 38: 1897.

160. Poser CM  Corticotropin is superior to corticosteroids in the treatment of MS (letter) Arch. Neurol. 1989; 46:946.

161. Poser CM, Roman GC, Vermant JC  Multiple sclerosis or HTV-I myelitis? Neurology, 1990; 40: 1020-1022.

162. Poser CM  Magnetic resonance imaging in asymptomatic disseminated vasculomyelinopathy.  J. Neurol. Sci. 1989; 94:69-77.

163. Poser CM  The epidemiology of multiple sclerosis in Africa and Asia.  In: Advances in Neurology Proc. XIV Wld Congr Neurol (New Delhi), Amsterdam, Elsevier, 1990; 309-319.

164. Poser CM  Notes on the pathogenesis of subacute sclerosing panencephalitis.  J. Neurol. Sci. 1990; 95: 219-224.

165. Poser CM, Lowenthal A: Ludo van Bogaert (1897-1989)(obituary) J. Neurol. Sci. 1990; 95:1-2.

166. Poser CM  The pathogenesis of demyelination in subacute sclerosing panencephalitis , Proc III Intern Symp SSPE, Vellore, India, 1991.

167. Poser CM  Macrocytosis and multiplesclerosis (letter).

CLAIM 01058

Lancet 1990; 1:50.

168. Al-Din A, Khogali M, Poser C, Al-Nassar K, Shakir R, Hussain J, Behbahani K, Chadha G  Epidemiology of multiple sclerosis in Arabs in Kuwait:  a comparative study between Kuwaitis and Palestinians.  J. Neurol. Sci, 1990; 100:137-141.

169. Poser CM  White matter lesions of AIDS encephalomyelitis (letter).  Lancet 1990; 336: 757-758.

170. Poser CM  Multiple sclerosis:  facts and fiction. Neurologija (Belgrade) 1991; 40:3-14.

171. Poser CM  Sjogren's syndrome and multiple sclerosis (letter).  Ann Neurol 1991; 29:455.

172. Poser CM  La sclerose en plaques dan les tropiques.  Le HTLV-I en est-il la cause?  Retrovirus 1990; 3:90-103.

173. Poser CM, Roman GC, Vernant JC  MS and HTLV-I (reply). Neurology 1991; 41:610.

174. Benedikz J, Magnusson H, Poser CM, Olafsdottir G, Benedikz E, Gudmundsson G  Multiple sclerosis in Iceland:  an update.  J Trop Geogr Neurol 1991; 1:16-22.

175. Poser CM, Roman GC  Cerebral malaria (letter).  Lancet 1991; 337:1282.

176. Poser CM  The geographical variability of neurological disease.  J Trop Geogr Neurol 1991; 1:1-2.

177. Poser CM  Multiple sclerosis:  observations and reflections: a personal memoir. J Neurol Sci, 1992;107:127-140.

178. Salle J, Hugon J, Tabaraud F, Boulesteix J, Vallet J, Dumas M, Poser CM  Motor evoked potentials in relapsing multiple sclerosis treated with high doses of methylprednisolone. J Neurol Sci 1992;108:184-188.

179. Poser CM,  Les Infections Sous Les Tropiques. In: Dumas M (ed) Neurologie Tropicale. Paris: John Libbey Eurotext, 1993:81-90.

180.  Poser CM, Ronthal M  Exercise and Alzheimer's diseases, Parkinson's Disease and multiple sclerosis. Phys Sports Med 1991; 19:85-92.

181. Poser CM  Neurological complications of infections and vaccinations. Saudi Med 1992;13:379-386.

182. Al-Din ASN, Shakir RA, Poser CM, Khogali M.  Multiple Sclerosis in Arabs. J Trop Geogr Neurol 1992, 2:57-62.

183. Poser CM  Prevalence of multiple sclerosis (letter). Ann Neurol, 1992,32:716-717.

184. Poser CM  Reply to Arnason: "Multiple Sclerosis: Additional thoughts (Editorial). J. Neurol Sci., 1992, 111:234-235.

185. Poser CM, Benedikz J, Hibberd PL  The epidemiology of multiple sclerosis. The Iceland model. Onset-adjusted prevalence rate and other methodological considerations. J. Neurol Sci 1992, 111:143-152.

186.  Poser CM: A prospective study of trauma and multiple sclerosis (Matters arising) J Neurol Neurosurg Psychiat 1992;55:524-525.

187. Poser, CM: The pathogenesis of multiple sclerosis - additional considerations.
J. Neurol. Sci. 1993; 115 (Suppl): S3-S15.

CLAIM 01059

188. Al-Din, A, Poser CM, Shakir R, Khogali M: Risk of multiple sclerosis in Palestinians related to age of arrival in Kuwait. J. Trop Georgr Neurol 1992, 2:166-171.

189. Poser CM: Research in MS (Citation Classic). Current Contents 1993;21:8.

190. Poser CM: The role of the blood-brain barrier in the pathogenesis of multiple sclerosis. In: Salvati S (ed) A multi-disciplinary approach to myelin diseases II. Plenum Publ. Corp, New York, 1994:221-229.

191. Poser, CM: The World Federation of Neurology: the formative period 1955-1961 J. Neurol Sci, 1993; 120;218-227.

192. Poser, CM: MRI of spinal cord in multiple sclerosis. Lancet 1993; 341: 1025.

193. Poser, CM; Multiple Sclerosis: Diagnosis and Treatment. Medical Principles and Practice, 1992-93;3:1-16.

194. Poser, CM: The role of trauma in the pathogenesis of multiple sclerosis. Clin Neurol Neurosurg, 1994;96:103-110.

195. Poser CM: Disseminated sclerosis (observations and reflections) Zh Nevropatol Psikhiatr S S Korsakova 1993;93:77-88. (Published in Russian)

196. Benedikz J, Magnusson H, Poser C, Gudmundsson G: Multiple sclerosis in Iceland. 1 January 1900-31 December 1989: a 90 years total population study. In: Firnhaber W. Lauer K, eds. Mulitple sclerosis in Europe: An epidemiological update. Alsbach/Bergstrasse, LTV Press,1994:41-50.

197. Poser C, Vernant J. La sclérose en plaques dans la race noire.  Bull Soc Path Ex 1993;86:1-5.

198. Poser CM: Physical trauma and multiple sclerosis (letter). Neurology 1994;44:1360-1362.

199. Khan A, Yaqub B, Poser C, Al Deeb S, Bohlega S: Multiphasic disseminated encephalomyelitis presenting as alternating hemiplegia. J. Neurol Neurosurg Psychiat, 1995;59:467-470.

200. Poser CM: Onset symptoms of multiple sclerosis. J Neurol Neurosurg Psychiat, 1995;58:253-254.

201. Poser CM: The pathogenesis of multiple sclerosis. Clinical Neuroscience, 1994;2:258-265.

202. Poser CM: The dissemination of multiple sclerosis: a Viking saga? A historical essay. Ann Neurol, 1994;36(S2):S 180-S 193.

203. Poser CM: Viking Voyages: The origin of multiple sclerosis? Acta Neurol Scand, 1995;91(S161):11-22.

204. Poser CM: The epidemiology of multiple sclerosis. A general overview. Ann Neurol, 1994;36(S2):S 231-S 243.

205. Poser CM: Notes on the epidemiology of multiple sclerosis. Proc. 1st Asian-Oceanian Symp Neuroepidemiol, Taipei, 1994, J Formosan Med Assoc., 1995;94:300-308.

206. Siewert B, Patel M, Mueller M, Gaa J, Darby D, Poser C, Wielopolski P, Edelman R, Warach S: Brain lesions in patients with multiple sclerosis: Detection with echo-planar imaging. Radiology 1995;196:765-771.

207. Poser CM: Myalgic Encephalomyelitis/Chronic Fatigue Syndrome and Multiple Sclerosis:  Differential Diagnosis. EOSJ Immnunol Immunopharmacol 1995; 15: 50-52.

208.  Vernant J, Cabre P, Smadja D, Merle H, Caubarerre I, Mikol, J, <u>Poser CM</u>: Recurrent optic neuromyelitis optica with endocrinopathies: a new syndrome. Neurology 1997;48:58-64.
209.  Orrell R, Shakir R, Lane R, Kinnard C, <u>Poser, C</u>: Distinguishing acute disseminated encephalomyelitis from multiple sclerosis. Brit Med J 1996; 313:802-804
210.  Poser, CM.  Management of multiple sclerosis from clinical criteria to new therapies.  Adv. Neuroimmunol 1996;3:3-12.
211.  Poser, CM Schilder's myelinoclastic diffuse sclerosis.  In Arzimanoglou A, Goutieres F. <u>Trends</u> in <u>Child Neurology</u>, Paris: John Libbey 1996: 199-204.
212.  Poser, CM  Fulminating form of Multiple Sclerosis simulating brain tumor, (letter) Arq Neuropsichiat (Brazil) 1995:54:165.
213.  Poser, CM Fatigue in multiple sclerosis (letter) Neurology 1996:47:1351.
214.  Cabre P, Smadja D, Merle H, Vernant J-C, <u>Poser CM</u> Multiphasic encephalomyelitis after electrical injury. Neurol Infect Epidemiol 1997; 2: 135-139
215.  Poser CM Intravenous immunoglobulin for multiple sclerosis.  (letter) Lancet 1997;349:1177-1178
216.  Poser CM Misdiagnosis of multiple sclerosis and B-interferon (letter). Lancet 1997:349:1915
217.  Poser CM Virion-associated MSRV-DNA in Multiple Sclerosis (letter). Lancet 1998;351:755.
218.  Poser CM Serial magnetization transfer imaging to characterize the early evolution of new MS lesions. (letter) Neurology 1999;52:1717.
219.  Poser CM Reflexions sur la pathogenie et le traitement de la sclerose en plaques. La Lettre du Neurologue, Sept 1999
220.  Poser CM The relationship of MS to physical trauma. (letter) Neurology 2000; 54: 1393.
221.  Poser CM Trauma to the nervous system may result in formation or enlargement of multiple sclerosis plaques. Arch Neurol 2000; 57: 1074-76.
222.  Poser CM, Brinar VV Pathogenic considerations in multiple sclerosis, Neurol Croat 2000: 49: 3-19, 77-92 (in Croat)
223.  Poser CM, Brinar VV Diagnostic Criteria for Multiple Sclerosis. Neurol Croat 2000; 49: 21-42, 93-114 (in Croat).
224.  Brinar VV, <u>Poser CM</u> Laboratory Diagnosis of Multiple Sclerosis. Neurol Croat 2000; 49: 43-64, 115-136 (in Croat)
225.  Poser CM  The pathogenesis of multiple sclerosis: a commentary Clin Neurol Neurosurg 2000; 102:191-194
226.  Poser CM The differential diagnosis of CFS and MS. CFS Res Rev 2000; 1: 6-8.
227.  Poser CM Treatment of clinically isolated syndrome of MS. NEJM (letter) 2001; 344: 229.
228.  Poser CM, Brinar VV Diagnostic criteria for multiple sclerosis. Clin Neurol Neurosurg 2001; 103: 1-11.

Reviews, Chapters, Etc.
1. Poser CM  Neuropathologic findings in three cases of infantile

spasms. In: Molecules and Mental Health, Gibbs, FA, ed.,
Philadelphia, JB Lippincott, 1959:150.

2. Poser CM  A cooperative effort in international neurology.
(Editorial)  W. Neurol. 1960; 1:4.

3. Poser CM  Research in Neurology (Editorial)  W. Neurol. 1961;
2:1.

4. Poser CM  Concepts of Dysmyelination - Symposium on
Sphingolipidoses. Aronson S and Volk B, ed., New York, Academic
Press, 1962:141-164.

5. Poser CM  Diseases of the myelin sheath.  In:  Pathology of
the Nervous System.  Minckler J, ed., New York, McGraw-Hill,
1968: Vol. 1, 767-821.

6. Poser CM  Friedreich's ataxia, etc. In:  Medical Aspects of
Mental Retardation, ed., Carter CH, Springfield, III., Charles C
Thomas, 1965:856-877.

7. Poser CM  Multiple sclerosis:  Present day considerations.
Jubilee Volume for Prof E. Hermann. Lodz, Poland.  In:
Neurological problems. ed., Chorobski J, Oxford, Pergamon Press,
1967.

8. Poser CM  Mental retardation:  the need for changing
concepts.  Modern Treatment, July-September 1967.

9. Poser CM  Myelinoclastic diffuse and transitional sclerosis.
In:  Handbook of Clinical Neurology, ed., Vinken and Bruyn,
Amsterdam, North Holland Publ. Co., 1970:469-484.

10. Poser CM  Myasthenia gravis.  In:  Current Therapy, ed., Conn
H, Philadelphia, Saunders 1969:77-712.

11. Poser CM  General principles of diagnosis and management of
mental retardation.  In:  Treatment of Mental Retardation, ed.,
Poser CM, New York, Hoeber Paul, 1969:1-13.

12. Poser CM and Huntley CJ  Neurologic evaluation of the infant
and child.  In: Treatment of Mental Retardation, ed., Poser CM,
New York, Hoeber, 1969:14-38.

13. Poser CM  Degenerative disease of the brain causing mental
retardation.  In: Treatment of Mental Retardation, ed., Poser CM,
New York, Hoeber, 1969:232-240.

14. Poser CM  Diseases of the Myelin Sheath.  In:  Textbook of
Neurology, ed., Merritt HH, 5th Ed., Philadelphia, Lea & Febiger,
1973:683-727.

15. Poser CM  Recent Advances in Multiple Sclerosis.  In:  Med.
Clin. N. Amer. 1972; 56:1343-1362.

16. Poser CM  Hyperglycemic Non-Ketotic Coma:  The role of sodium
in its pathogenesis.  In:  Present Concepts of Internal Medicine,
Letterman Army General Hospital (San Francisco), 1971; 4:855-870.

17. Poser CM  The Diffuse Scleroses of Childhood.  In:  Medical
Aspects of Mental Retardation. ed., Carter CH, 2nd Ed.,
Springfield, III., CC Thomas, 1977:573-586.

18. Poser CM  Subacute Sclerosing Panencephalitis.  In:  Medical
Aspects of Mental Retardation. ed., Carter CH, end Ed.,
Springfield, Ill., CC Thomas, 1977:587-590.

19. Poser CM  Infections of the Nervous System:  General
principles and epidemiology.  In:  Infecciones del Sistema
Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM,

CLAIM 01062

Fondo Educativo Interamericano and Addison-Wesley Press, 1978:3-8.
20. Poser CM and Drayer B  Diagnosis of Infections of the CNS. In:  Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:9-17.
21. Poser CM and Drayer B  Cytomegalic Inclusion Disease of the CNS.  In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:172-175.
22. Drayer B and Poser CM  Poliomyelitis.  In:  Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:131-137.
23. Drayer B and Poser CM  Treatment of Central Nervous System Infections. In:  Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison- Wesley Press, 1978:24-35.
24. Poser CM  Multiple Sclerosis.  In:  The Nervous System ed., Tower DB, Vol. 2, The Clinical Neurosciences, New York, Raven Press, 1975:337-345.
25. Poser CM  Diseases of the Myelin Sheath (other than multiple sclerosis).  In: Current Diagnosis, eds., Conn HF and Conn RB, Jr., Philadelphia, Saunders, 1977:979-984.
26. Poser CM  Diseases of the Myelin Sheath.  In:  Clinical Neurology, eds., Baker AB and Baker L, New York, Harper and Row, 1978, Vol 2, Chapter 25; 1-188.
27. Poser CM  Diseases of the Myelin Sheath.  In:  Textbook of Neurology. Merritt HH 6th ed., Philadelphia, Lea and Febiger, 1979:767-824.
28. Poser CM  Multiple sclerosis:  A critical update.  Med. Clin. N. Amer. 1979; 63:727-743.
29. Poser CM  Syringomyelia: Another look.  In:  Houston Merritt Memorial Volume, ed., Yahr, MD, New York, Raven Press, 1983:45-79.
30. Poser CM  Chronic neck pain.  Consultant 1980; 20:156-162.
31. Poser CM  Diagnostic techniques in multiple sclerosis.  Surv. Ophthalmol. 1980; 25:91-101.
32. Poser CM  La sclerose en plaques.  Semper (Brussels) No 41, February 1980:18-56.
33. Poser CM  The diagnosis of multiple sclerosis.  GEIGY 1980.
34. Poser CM  Epilepsie.  Semper (Brussels) No 45, July 1980.
35. Poser CM  The management of multiple sclerosis.  Comp. Ther. 1981; 7:53- 59.
36. Poser CM  La retardation mentale.  Semper (Brussels) No 57, October 1981.
37. Poser CM  The diagnosis of multiple sclerosis.  In:  Multiple Sclerosis: a manual for patients and their family. ed., Scheinberg L, New York, Raven Press, 1983:17-33.
38. Poser CM  Amyotrophic lateral sclerosis.  In:  Neurogenetic Directory, Part I Handbook of Clinical Neurology, Vol. 42, 1981:65-67.

CLAIM 01063

39. Poser CM  Multiple Sclerosis.  In:  Neurogenetic Directory, Part I Handbook of Clinical Neurology, Vol. 42, 1981:495-497.

40. Poser CM  Familial dysautonomia.  In:  Neurogenetic Directory, Part II Handbook of Clinical Neurology, Vol. 43, 1981:58-60.

41. Poser CM, Alter M, Sibley W and Scheinberg L  Multiple Sclerosis:  In: Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:593-611.

42. Poser CM  Diffuse and transitional sclerosis.  In:  Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:445-448.

43. Poser CM  Adrenoleukodystrophy.  In:  Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:449.

44. Poser CM  Marchiafava-Bignami Disease.  In:  Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:612-614.

45. Poser CM  Sclerose en plaques:  le point.  Semper (Brussels) June 1983:42-46.

46. Poser CM  Multiple sclerosis. In: Medicine: Essentials of clinical practice. eds, Wilkins RW and Levinsky NG, 3rd edition, Boston, Little, Brown and Co., 1983:878-879.

47. Poser CM  Medical aspects of rehabilitation.  Seminars in Neurology 1983; 3:101-108.

48. Poser CM, Paty D, Scheinberg L, McDonald WI, Davis F, Ebers G, Johnson K, Sibley W, Silberberg D and Tourtellotte W  New diagnostic criteria for multiple sclerosis.  In:  The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:225-229.

49. Scheinberg L, Kalb R, LaRocca N, Giesser B, Slater R and Poser CM  The doctor-patient relationship in multiple sclerosis. In:  The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:205-215.

50. Paty D, Poser CM  Clinical symptoms and signs in multiple sclerosis.  In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984: 27-43.

51. Poser CM, Poser S and Paty D  A revised numerical scoring system for multiple sclerosis.  In:  The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:234-241.

52. Poser CM and Blaivas J  Sexual dysfunction in multiple sclerosis.  In:  The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:94-100.

53. Poser CM  Multiple sclerosis and other diseases of myelin. In:  Current Diagnosis, ed., Conn R, Philadelphia, Saunders, 1984; 996-1006.

54. Poser CM  Landry-Guillain-Barre Syndrome and Facial Diplegia (Q & A). JAMA 1983; 250:2983.

55. Poser CM  A 41 year old woman with spastic tetraparesis and short stature (Case Records of the M.G.H.).  New Engl. J. Med., 1983; 309:1109-1117.

56. Poser CM  The Dysmyelinating Diseases.  In:  Clinical

Neurology, Vol. 3, eds., Baker AB and Baker LH, Philadelphia, Harper & Row, 1983; Ch. 34:1-70.
57. Peyser J, Poser CM  Multiple sclerosis.  In:  Handbook of Clinical Neuropsychology, Vol. II, eds., Filskov SB and Boll TJ, New York, Wiley, 1986, pp 364-397.
58. Poser CM  Taxonomy and Diagnostic Parameters.  Ann. NY Acad. Sci. 1985; 436:233-245.
59. Poser CM  The Diagnostic Process in Multiple Sclerosis.  In: The Diagnosis of Multiple Sclerosis, eds., Poser CM, Paty D, Scheinberg L et al., New York, Thieme-Stratton, 1984:3-13.
60. Poser CM  The Treatment of Multiple Sclerosis.  In:  Conn's Current Therapy, ed., Rakel R, Philadelphia, Saunders, 1985; 753-757.
61. Poser CM  Myelinoclastic Diffuse Sclerosis.  In:  Handbook of Clinical Neurology, vol. 3 (47): Demyelinating diseases, ed. Koetsier, J., Amsterdam, Elsevier 1985; 419-428.
62. Poser CM  Swine flu vaccination:  Truth or Consequences (Controversies). Arch. Neurol., 1985; 42:1090-1092.
63. Poser CM  Treating neck muscle disorder.  Consultant 1984; 24:21.
64. Poser CM  Multiple sclerosis.  In:  Neurology:  The Physician's Guide, Feldman RG, ed. New York, Thieme-Stratton, 1984:163-177.
65. Poser CM  When to treat paralysis agitans.  Consultant 1985:25:15.
66. Poser CM, Aisen M  The diagnosis of multiple sclerosis.  In: Multiple Sclerosis:  a manual for patients and their families, 2nd edition, ed. Scheinberg L, New York, Raven Press 1987, pp. 25-42.
67. Poser CM  Epidemiology and genetics of multiple sclerosis. In:  Multiple Sclerosis:  A manual for patients and their families, 2nd edition, ed. Scheinberg L, New York, Raven Press 1987, pp. 3-11.
68. Poser CM:  Demyelinating conditions other than multiple sclerosis.  Neurol Neurosurg Update, 1986; 7: Nr. 8:1-8.
69. Poser CM:  Neurological complications of infections and vaccinations. Consultant, 1987; 27:45-55.
70. Poser CM  Meig's syndrome.  Consultant 1986; 26:24-25.
71. Poser CM  Neurological disorders.  In:  Medical conditions affecting drivers, ed. Doege TC, Engelberg AL, Chicago Amer Med Assoc 1986 pp 29-35.
72. Poser CM  Panencefalitis esclerosante subaguda:  La solucion de un acertigo.  Salud Uninorte.  Barranquilla 1986; 3:107-113.
73. Poser CM  Diffuse and transitional sclerosis.  In:  Merritt's Textbook of Neurology, 8th edition, ed. Rowland LP, Philadelphia, Lea & Febiger, 1989; 564-567.
74. Poser CM:  Marchiafava-Bignami Disease.  In:  Merritt's Textbook of Neurology, 8th edition, ed. Rowland L, Philadelphia, Lea & Febiger, 1989; pp. 761-763.
75. Paty DW, Poser CM, Shapiro RT:  Recognizing multiple sclerosis.  Patient Care 1989; 23:62-75.
76. Poser CM  Notes on the diagnosis of multiple sclerosis.

CLAIM 01065

Neuroscience Newsletter (Riyadh, Saudi Arabia) 1990; 4 (Feb.): 9-11.
77. Poser CM, Hibberd PL  Comments on Sibley W et al. A prospective study of physical trauma and multiple sclerosis. Neurol Chronicle 1992;2:4-5.
78. Poser CM: Automobile driving fitness and the neurological impairment.  J Neuropsychiat Clin Neurosci, 1993;5:342-348.
79. Poser CM: The differential diagnosis between multiple sclerosis and chronic fatigue post-viral syndrome. In: The clinical and scientific basis of myalgic encephalomyelitis chronic fatigue syndrome, ed Hyde, B. Ottawa Ont., Canada, Nightingale Research Foundation, 1992 pp 387-394.
80. Poser CM: Cause of recurring headaches.  Consultant 1993;33:32.
81. Poser CM, Dumas M, Spina-Franca A: History of Tropical Neurology, In Tropical Neurology, In: Shakir R, Newman P, Poser C. (eds) London; Saunders 1995, pp.1-4.
82. Poser CM: Multiple sclerosis in tropical and subtropical countries. In Tropical Neurology, Shakir R, Newman P, Poser C. (eds) London, Saunders 1995, pp 437-455.
83. Poser CM:  Multiple Sclerosis and HTLV-I paraparesis in Zaninovic V:  HTLV: Truths and Questions.  Cali, Colombia:  Fundacion MAR 1996: p. 283-291.
84. Poser CM, Brinar VV: Diagnostic Criteria for Multiple Sclerosis. In Multiple Sclerosis, Nogles, ed. Santiago, Chile in press.

Books
I. AUTHOR
1. Poser CM  The relationship between syringomyelia and neoplasm. Charles C Thomas, Springfield, IL 1956.
2. Poser CM  International Dictionary of Drugs Used in Neurology and Psychiatry.  Charles C Thomas, Springfield, IL, 1962.
3. Poser CM  An Atlas of Multiple Sclerosis, London: Parthenon Publishing Group, Carnforth, UK, and Pearl River, NY, 1998
4. Poser C, Bruyn G An Illustrated History of Malaria. Parthenon Publishing Group, Carnforth, UK, and Pearl River, NY, 1999

II. EDITOR
1. Treatment of Mental Retardation. Paul Hoeber, New York, 1969.
2. Rehabilitation of the neurologically impaired.  eds., Poser CM and Feldman, RG, Seminars in Neurology, June 1983.
3. Infecciones del Sistema Nervioso Central.  eds., Toro G, Vergara I, Saravia J and Poser CM. Fondo Educativo Interamericanoand Addison-Wesley Press, 1978.
4. The Diagnosis of Multiple Sclerosis.  eds, Poser CM, Paty DW, Scheinberg L, McDonald WI and Ebers G, New York, Thieme-Stratton, 1984.
5. Tropical Neurology. eds Shakir R, Newman P, Poser C. London, Saunders 1995.

CLAIM 01066

Abstracts
1. Clayman D, Goldstein S and Poser CM: A Social Learning
Approach to the Treatment of Certain Convulsive Disorders.   2nd
Annual Meeting, International Neuropsychology Society.
2. Poser C, Benedikz J, Hibberd P, Gudmundsson G:  MS epidemics,
a reappraisal. Research Group on Neuroepidemiology, World
Federation of Neurology,Annual meeting, New Orleans, LA, May,
1986.
3. Benedikz J, Magnusson H, Poser C, Gudmundsson G,
Olafsdottir G, Benedikz E  MS in Iceland over 80 years
(1900-1985).  Scandinavian Congress of Neurology,
Reykjavik July 1991.
4. Poser C, Hibberd P, Benedikz J,  Incidence and prevalence of
multiple sclerosis in Iceland.  Neuroepidemiol 1991; 10:102.
5. Poser C, Roman G, Vernant J-C Sclérose en plaques et
paraplégie associée au HTLV-1. Caraibes Medical 1990;26:188.
6. Poser C, Infections Retrovirales dans les Tropiques. Congrès
International de Neurologie Tropicale, Limoges, France, September
27, 1991.
7. Poser, C, Multiple Sclerosis North and South.  Symposium on
Tropical Neurology, London, March 26, 1993.
8. Benedikz J, Magnusson H, Gudmundsson C, Poser C,  Multiple
Sclerosis in Iceland 1900-1989: A total population
study.  The epidemiology of multiple sclerosis in
Europe, Darmstadt, Germany, April 1993.
9. Benedikz J, Magnusson H, Poser C, Benign multiple sclerosis in
Iceland. 9th Congress of the European Committee for the Treatment
and Research in Multiple Sclerosis, Florence, Italy, Oct. 31-
Nov.2, 1993.
10. Benedikz J, Magnusson H, Poser C, Multiple sclerosis: age of
onset, disease duration and disability. European Federation of
Neurological Societies, Berlin, Germany, Dec. 8-1, 1993.
11. Poser C, La sclérose en plaques chez les Noirs, 4e Congrès
International de Médecine Tropicale de Langue Française, Fort-de-
France, Martinique, November  1993.
12. Poser C, Methodological problems in the epidemiology of
multiple sclerosis.  First Asian-Oceanian Symposium on
Neuroepidemiology, Taipei, Taiwan, January 1994.
13. Poser C, The world distribution of multiple sclerosis, ibid.
14. Benedikz J. Magnusson H, Poser C, Gudmundsson G.  The 1939-
1945 postwar multiple sclerosis epidemic in Iceland: a requiem.
Fourth Meeting of the European Neurological Society.  Barcelona,
Spain, June 28-20, 1994.
15. Poser C. The MRI in Multiple Sclerosis, 1997 Danube
International Symposium, Dubrovnik, Croatia, October,
1997.
16. Poser C. The Epidemiology of MS. XVIII Congress of the
Brazilian Neurological Society. Sao Paulo, Brazil,
September 1998.

*.*.*.*.*

CLAIM 01067