IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERIC JEFFRIES, | ) | Case No. 99-670 V |
| Petitioner, | ) | |
| | : | Special Master French |
| v. | ) | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) | DECLARATION OF DONALD NUNLIST-YOUNG, M.D. |
| Respondent. | : | |

Upon oath, the Declarant states as follows pursuant to the provisions of 28 U.S.C. §746:

1. I, Donald G. Nunlist-Young, M.D., am a physician and am licensed to practice medicine in the State of Ohio. My curriculum vitae is attached as Exhibit 1.

2. From approximately 1992 through mid-1998, I served as the primary care physician for Mr. Eric L. Jeffries, the Petitioner in the above styled action. The records of my treatment and care of Mr. Jeffries for that period are attached as Exhibit 2.

3. Based on my personal involvement in the care of Mr. Jeffries and my recent review of his medical records for the period 1992 – June 1997, it is my opinion to a reasonable degree of medical certainty that as of June 1997, when the initial hepatitis vaccination was administered to Mr. Jeffries, he was not suffering from and did not have any condition which can explain, account for, or which could have caused the myalgias, arthralgias, and cognitive deficits which Mr. Jeffries suffered for the first time as far as I am aware in the time period following the vaccination.

4. During the year following Mr. Jeffries' hepatitis vaccination, I continued to provide care for his maladies. During that time, I first discontinued any further vaccinations in the hepatitis series because I felt it was prudent in light of Mr. Jeffries' apparent initial adverse reaction. During the year following the vaccination I also considered whether the vaccine caused Mr. Jeffries' illness post-dating the vaccine.

I declare the foregoing to be true and correct to the best of my knowledge and belief, upon penalty of perjury.

Dated: September 12, 2003

_____
Donald G. Nunlist-Young, M.D.