CURRICULUM VITAE

| | |
|---|---|
| **Name** | Mark Robin Geier |
| **Address** | 14 Redgate Court<br>Silver Spring, MD 20905 |
| **Date of Birth** | ▇▇▇ 1948 |
| **Place of Birth** | Washington, D.C. |
| **Marital Status** | Married (Anne Watson Geier)<br>Son - David (born ▇▇▇/80) |

**Education**

    1970 B.S. George Washington University, Washington, D.C.

    1970-1971 Graduate Student Dept. of Human Genetics and Development, Columbia University, N.Y.C., N.Y.

    1973 Ph.D. Genetics, George Washington University, Washington, D.C.

    1978 M.D. George Washington University, Washington, D.C.

**Work Experience**

    1969-1970 Research (Student) at the National Institutes for Health

    1970-1971 NIH Traineeship at Columbia University, Department of Human Genetics and Development, N.Y.C.

    1971-1973 Research Geneticist, Laboratory of General and Comparative Biochemistry, NIMH, NIH

    1973-1974 Staff Fellow, Laboratory of General and Comparative Biochemistry, NIMH, NIMH, NIH

    1974-1978 On Professional Staff Laboratory of

1

                General and Comparative Biochemistry
                NIMH, NIH

1978-1979 Intern and Fellow, Department of Obstetrics and Gynecology, The Johns Hopkins Hospital, Baltimore

1979-1982 Assistant Professor, Department of Gynecology and Obstetrics, The Johns Hopkins School of Medicine, Baltimore

1980-1982 Guest worker Laboratory of General and Comparative Biochemistry, NIMH, NIH

1981-1984 Assistant Research Prof. Psych. Dept. U.S.U.H.S., Bethesda, Md.

1988-1994 Director of Genetics of Maryland Medical Laboratory, Inc. Baltimore, Md.

1989-1994 Member of the Substance Abuse and Doping Committee and the Sports Medicine and Science Committee of the U.S. Bobsled and Skeleton Federation (Olympic Committee)

**State Licensure:** Maryland, September 1979-present; Virginia, October 1992-present

**Board Certification:** American Board of Medical Genetics, 1987
Associate Member of the American College of Medical Genetics, 1993
Board Certified by the American Board of Forensic Examiners 1996
Diplomate of the American Board of Forensic Medicine 1996

**Other Positions:** 1980-present co-director of Genetic Consultants, Bethesda, MD.
1980-present Laboratory Director Molecular

2

|  |  |
|---|---|
| Immuno-Counseling Genetic Center | Medicine, Md.<br>1981-present Director of Institute of Oncology and Genetics, Md.<br>1986-present President of Genetic and Research, Inc., T/A The Baltimore, Md.<br>1997-present President of Genetic Counseling and Research, Inc. T/A The Ultrasound Institute of Baltimore<br>1997-present President of The Genetic Centers Of America<br>2001 Host of one hour weekly medical talk show "The Dr. Mark Geier Show" on KFNX in Phoenix, Arizona, WALE in Provident, Rhode Island and on the World Wide Web.<br>2001 Clinical and Experimental Rheumatology Journal Peer-Reviewer<br>2002 Environmental Health Perspectives Journal Peer-Reviewer<br>2002 Expert Review of Vaccines Journal Peer-Reviewer |
| Professional Societies: | Sigma Psi<br>American Association for Advancement of Science<br>National Board of Medical Examiners, Diplomat<br>American Society of Human Genetics<br>Montgomery County Medical Society<br>American Fertility Society<br>In Who's Who in America 1992-present |

Publications:

1. Merril CR, Geier MR. The effect of freezing and DEAE-D in spheroplast assays. Virology 1970;42:780-2.

2. Merril CR, Geier MR, Petricciani J. Bacterial virus gene expression in human cells. Nature 1971;233:398-400.

3. Geier MR, Merril CR. Lambda phage transcription in human fibroblasts. Virology 1972;47:638-43.

4. Petricciani JC, Binder MK, Merril CR, Geier MR. Galactose utilization in galactosemia. Science 1972;175:1368-70.

5. Binder MK, Petricciani JC, Merril CR, Geier MR. Aspects of galactose metabolism in normal and galactosemic cell cultures. Med Ann D.C. 1972;41:228-30.

6. Merril CR, Friedman TB, Attallah A, Krell K, Geier MR, Yarkin R. Isolation of bacteriophages from commercial sera'' In Vitro 1972;8:91-3.

7. Merril CR, Geier MR, Petricciani JC. Bacterial gene expression in mammalian cells. Advances in the Bio-Sciences 8:229-342, (1972).

8. Geier MR, Trigg ME, Merril CR. The fate of bacteriophage lambda in non-immune germfree mice. Nature 1973;246:221-2.

9. Geier MR. The Effect of Prokaryotic Genes in Eukaryotes. Ph.D. Dissertation submitted to The George Washington University 1973.

10. Geier MR. Abstract of the Effect of Prokaryotic Genes in eukaryotes'' DAI 34 (1973):5. George Washington U.

11. Geier MR, Trigg ME, Merril CR. A model system for the evaluation of the fate of phage in contaminated vaccines: Physiologic disposition of bacteriophage in mice. Proceedings of the Workshop of Problems of Phage Contamination FDA, 1973.

12. Trigg ME, Geier MR, Merril CR. Screening for genetic disease. N Eng J Med 1973;289:755.

13. Merril CR, Geier MR, Trigg ME. Transduction in mammalian cells'' Proceedings of The Fourth International Conference of Birth Defects. A.G. Mutlusky and W. Lentz (Eds). Excerpta Medica, Amsterdam, pp 81-91, (1973).

14. Geier MR, LaPolla, RJ. Cholesterol degradation in human serum in vitro by cell-free *Nocardia erythropolis* extracts. International Research Communications Systems 1974;2:1380.

15. Geier MR, LaPolla RJ. Degradation of cholesterol in human serum. Biochemical Medicine 1974;11:290-4.

16. Trigg ME, Geier MR, Merril CR. Trapping of antigen in spleen. N Eng J Med 1975;292:214.

17. Geier MR, Attalah A, Merril CR. Characterization of *Escherichia coli* bacterial viruses in commercial sera. In Vitro 1975;11:55-8.

18. Trigg ME, Geier MR, Merril CR. Comparative distribution and splenic accumulation of bacteriophage lambda in conventional mice. International Research Communications System 1975;3:261.

19. LaPolla RJ, Geier MR, Friedman TB, Merril CR. $CO_2$ production from galactose-1-phosphate uridyl transferase-deficient \E. Coli\. Journal of Bacteriology 1975;124:558-61.

20. Trigg ME, Geier MR, LaPolla RJ, Kamerow HN, Merril CR. Addition of leucine precursors to the diet of leucine-starved mice. Journal of Clinical Nutrition 1975;28:947-9.

21. Geier MR, Kamerow HM, Merril CR. The effect of large and small rubber particles on the distribution of bacteriophage in conventional mice.'' International Research Communications System 1975;3:493.

22. Merril CR, Geier MR, Rolfe BC. Characteristics of bacterial gene expression in human fibroblasts. The Eukaryotic Chromosome. W.J. Peacock and R.D. Brock (Eds.), Australian National University Press, Canberra, pp. 459-71, 1976.

23. Geier MR, Stanbro H, Merril CR. Endotoxins in commercial vaccine. Applied and Environmental Microbiology 1978;36:445-9.

24. Trigg ME, Hitchens J, Hutchinson G, Geier MR. Low maternal serum AFP and Down Syndrome. Lancet 1984;2:161.

25. Geier MR. Maternal serum alpha-fetoprotein screening in the private sector. American Journal of Human Genetics 1984;36(Supplement 4):1895.

26. Geier MR. Endotoxin in DPT vaccines. The committee to review the adverse consequences of pertussis and rubella vaccines. The Institute of Medicine of The National Academy of Sciences. Jan. 10, 1990.

27. Geier MR, Young JL, Kessler DK. Too much of too little science in sex selection techniques? Fertility & Sterility 1990;53(6):1111-2.

28. Geier MR. Implications for evaluating possible neurotoxic consequences of pertussis or rubella vaccine. The Institute of Medicine of The National Academy of Sciences. May 14, 1990.

29. Geier MR. High cutoffs for maternal serum alpha-fetoprotein screening by using sample percentiles. The American Journal of Human Genetics. 1/V 47(#3) Suppl A1081.

30. Geier MR, Young JL. Criticism on update of MSAFP policy statement from the ASHG. The American Journal of Human Genetics 1990;47:740-1.

31. Geier MR. Rubella vaccination. Fertility & Sterility 1992;56(1):229.

32. Geier MR, Trigg ME. On the relationship between academic and private genetic services. The American Journal of Human Genetics 1992;51:890-1.

33. Trigg ME, Geier MR. University of Maryland's experience chronic villus sampling: A different view of this questionable procedure. Maryland Medical Journal 1993;42(1):20-3.


34. Geier MR. The Conquest of Polio. Health Section Washington Post. Pg. 4, (October 25, 1994).

35. Geier MR. Early amino vs. late amino vs. CVS. Structural Fetal Problems the Total Picture. Baltimore Ultrasound Education & Research, Trust, Inc. (May 30 - June 2, 1996).

36. Kao-Shan CS, Aronoff AR, Trigg MG, Geier MR. Chromosomal instability in a patient with Nijmegen breakage syndrome. American Journal of Human Genetics 1996;59(4):A121.

37. Geier MR. Universal CF & Fragile X screening & the future of genetic counseling. Structural Fetal Problems The Total Picture. Baltimore Ultrasound Education Research, Trust, Inc. (May 28 - 31, 1998).

38. Geier MR, Geier DA. Hepatitis B vaccine and arthritic reactions: An analysis of the Vaccine Adverse Events Reporting System, (VAERS), from 1990 through 1997. Clin Exp Rheumatol 2000;18:789-90.

39. Geier MR, Geier DA. Hepatitis B vaccine and gastroenterological adverse reactions. Hepatogastroenterology 2001;48(37).

40. Geier MR, Geier DA. Immunological reactions and hepatitis B vaccine. Ann Intern Med 2001;134:1155.

41. Abrams DJ, Aronoff AR, Berend SA, Roa BB, Shaffer LG, Geier MR. Prenatal diagnosis of a homologous Robertsonian translocation involving chromosome 15. Prenatal Diagnosis 2001;21:676-9.

42. Geier MR, Geier DA. On Smallpox, Cipro and stockpiling. Editorial Section Washington Post. Pg A30, (October 25, 2001).

43. Geier DA, Geier MR. Rubella vaccine and arthritic adverse reactions: An analysis of the Vaccine Adverse Events Reporting System (VAERS) database from 1991 through 1998. Clin Exp Rheumatol 2001;19:724-6.

44. Geier MR, Geier DA. Hepatitis B vaccination safety. Ann Pharmacother 2002;36:370-4.

45. Geier DA, Geier MR. An analysis of the occurrence of convulsions and death after childhood vaccination. Toxicology Mechanisms & Methods 2002;12:71-8.

46. Geier DA, Geier MR. Hepatitis B vaccination and arthritic adverse reactions: A follow-up analysis of the Vaccine Adverse Events Reporting System (VAERS) database. Clin Exp Rheumatol 2002;20:119.

47. Geier MR, Geier DA. Disease. Colonization and Settlement (1608-1760). Editor Nash GB, Facts on File Encyclopedia of American History Series, Vol. 2:90-3, 2003.

48. Geier MR, Geier DA. Epidemiology of the Vaccine Adverse Events

Reporting System (VAERS): Proof of causation in various cases. Mealey Publications & Conference Group, Vaccine Litigation Conference: pp 407-17, 2002.

49. Geier DA, Geier MR. Clinical implications of endotoxin concentrations in vaccines. Ann Pharmacother 2002;36:776-80.

50. Geier DA, Geier MR. Comparison of Lyme disease vaccine adverse Event reports and comparison to other vaccine results. Lyme Disease Foundation & College of Physicians and Surgeons of Columbia University, 15th International Scientific Conference on Lyme Disease and Other Tick-Borne Disorders: pp 1-20, 2002.

51. Geier DA, Geier MR. Anthrax vaccination and joint related adverse reactions in light of biological warfare scenarios. Clin Exp Rheumatol 2002;20:217-20.

52. Geier DA, Geier MR. Cutaneous immunologic reactions to hepatitis B virus vaccine. Ann Intern Med 2002;136:780-1.

53. Geier MR, Geier DA. The state of polio vaccination in the world today: The case for continuing routine vaccination. Toxicology Mechanisms & Methods 2002;12:221-8.

54. Geier DA, Geier MR. Hepatitis B vaccination and adult associated gastrointestinal reactions: A follow up analysis. Hepatogastroenterology. 2002;49:1571-5.

55. Geier DA, Geier MR. An analysis of the reactivity of vaccines administered in Texas from 1991 through 1999: Based upon the Vaccine Adverse Events Reporting System (VAERS) database. Tex Med 2002;98:50-4.

56. Geier DA, Geier MR. The true story of pertussis vaccination: A sordid legacy? J Hist Med Allied Sci 2002;57:249-84.

57. Geier DA, Geier MR. The VAERS and CDC Reportable Disease databases are new tools for those in vaccine related forensic medicine. A case in point: Adult hepatitis B vaccine. The Forensic Examiner 2002;11(7-8):21-8.

58. Geier MR, Geier DA. Gastrointestinal adverse reactions following anthrax vaccination: An analysis of the Vaccine Adverse Events Reporting System (VAERS) database. Hepatogastroenterology (in press).

59. Geier DA, Geier MR. Gastrointestinal reactions and Rotavirus vaccination based upon analysis of the Vaccine Adverse Events Reporting System (VAERS) database for 1999. A model of the calculation of the incidence rates and statistical significance of adverse events following immunization. Hepatogastroenterology (in press).

60. Geier DA, Geier MR. Smallpox and Anthrax in the United States. Emerging Drugs & Devices 2002;7(8):27-31.

61. Geier MR, Geier DA. Vaccine causation of selected adverse reactions: Epidemiology of the Vaccine Adverse Event Reporting System (VAERS). Thimerosal & Vaccines 2002;1(1):32-42.

62. Geier DA, Geier MR. Lyme vaccination safety. Journal of Spirochetal and Other Tick-Borne Diseases 2002;9:16-22.

63. Geier DA, Geier MR. Reply: Hepatitis B vaccination safety. Ann Pharmacother 2002;36:1649-50.

64. Geier DA, Geier MR. Reply: Clinical implications of endotoxin concentrations in vaccines. Ann Pharmacother 2002;36:1650-1.

65. Geier DA, Geier MR. Chronic reactions associated with hepatitis B vaccination. Ann Pharmacother 2002;36:1970-1.

66. Geier DA, Geier MR. A one year followup of chronic arthritis following adult rubella and hepatitis B vaccination: Based upon analysis of the Vaccine Adverse Events Reporting System (VAERS) database. Clin Exp Rheumatol 2002;20:767-71.

67. Geier DA, Geier MR. Serious neurological conditions following pertussis immunization: An analysis of endotoxin levels, the Vaccine Adverse Events Reporting System (VAERS) database and literature review. Pediatr Rehabil 2002;5:177-82.

68. Geier MR, Geier DA. Neurodevelopmental disorders following thimerosal-containing vaccines: a brief communication. Exp Biol & Med 2003;228:660-4.

69. Geier MR, Geier DA. Thimerosal in childhood vaccines, neurodevelopment disorders, and heart disease in the United States. J Am Phys Surg 2003;8(1):6-11.

70. Geier MR, Geier DA, Zahalsky AC. Influenza vaccination and Guillain Barre Syndrome. Clin Immunol 2003;107:116-21.

71. Geier MR, Geier DA, Zahalsky AC. A review of hepatitis B vaccination. Expert Opinion on Drug Safety 2003;2:113-22.

72. Geier DA, Geier MR. An assessment of the impact of thimerosal on childhood neurodevelopmental disorders. Pediatr Rehabil 2003;6:97-102.

73. Geier MR, Geier DA. Pediatric MMR vaccination safety. International Pediatrics 2003;18:108-13.

74. Geier MR, Geier DA. Response to critics on the adverse effects of thimerosal in childhood vaccines. J Am Phys Surg 2003;8:68-70.

75. Bradstreet J, Geier DA, Kartzinel JJ, Adams JB, Geier MR. A case-control study of mercury burden in children with autistic spectrum disorders. J Am Phys Surg 2003;8:76-9.

76. Geier DA, Geier MR. Response to comments by J.R. Mann. Exp Biol Med 2003;228:993-4.

77. Geier DA, Geier MR. An evaluation of serious neurological disorders following immunization: a comparison of whole-cell and acellular pertussis vaccines. Brain Dev (in press).

78. Geier MR, Geier DA. A follow-up examination of Lyme vaccination safety. Journal of Spirochetal and Other Tick-Borne Diseases (in press).

79. Geier DA, Geier MR. A comparative evaluation of the effects of MMR vaccination and mercury doses from thimerosal-containing childhood vaccines on the population prevalence of autism. Med Sci Monit (in press).