### Statement of Michael McClellan, M. D.

State of Ohio         )
                      )   ss.
County of Hamilton    )

    I, Michael McClellan, M.D., after being duly cautioned and sworn state the following on the basis of my own personal knowledge.

    1.    I am a physician specializing in the practice of internal medicine and am licensed to practice medicine in the State of Ohio. My curriculum vitae is attached.

    2.    Over the past twelve months I have served as Mr. Eric Jeffries' primary care physician and have seen Mr. Jeffries frequently concerning his difficulties with myalgias, polyarthralgias, abdominal pains, severe headaches, eye problems, rashes, fatigue, lethargy, disorientation, and various other body aches.

    3.    After seeing Mr. Jeffries many times and spending hours evaluating his symptoms, I am as certain as I can possibly be that Mr. Jeffries' symptoms are real and have a significant debilitating effect on Mr. Jeffries. I believe he is disabled even though specific diagnostic tests have failed to yield a precise diagnosis or common name for his illness. This inability to name Mr. Jeffries' illness is unfortunately not uncommon. In Mr. Jeffries' case, several diseases have been considered including Bechet's disease, porphyria, autoimmune disorders, and paraxismol nocturnal hemoglobin urea.

    4.    Mr. Jeffries began to experience these symptoms shortly after receipt of a hepatitis B vaccination and I suspect that Mr. Jeffries suffered some enigmatic autoimmune reaction to the immunization. Vaccinations are known to trigger a person's immune system and tests on Mr. Jeffries do show an elevated level of immune system activity.

    5.    While it is uncommon to be unable to diagnose autoimmune disorders in general, it is not altogether surprising in this case given that the specific trigger (the Hepatitis B vaccine) would not be expected to evoke other common markers for autoimmune diseases.

    6.    It is my opinion that irrespective of the inability to precisely diagnose Mr. Jeffries' condition, the effects of his illness make him unable to perform the material and substantial duties of his occupation of a merchant banker.

Further Affiant Sayeth Naught.

_____
Michael McClellan, M.D.

### Notary Public

    Before me appeared Michael McClellan, M. D., who after being duly cautioned and sworn, signed his name above.

Notary Public, State of Ohio
My Commission Expires 6-4-2001

_____
Gracia L Kendrick

_____
10/26/99

CLAIM 00066

# CURRICULUM VITAE

**MICHAEL M. MCCLELLAN, M.D.**
5553 Wasigo Drive
Cincinnati, OH 45230-1262
(513) 232-2656

| | |
|---|---|
| **Business Address:** | 2727 Madison Road, Suite 208 |
| | Cincinnati, OH 45209 |
| **Phone:** | (513) 321-0833 |
| **Date of Birth:** | [redacted] |
| **Social Security Number:** | [redacted] |
| **Family Data:** | Married (Lynn Powers) |
| | Four children (David, Katie, Andrew, Kevin) |

**EDUCATION:**

| | |
|---|---|
| 1975 – 1979 | Duke University, Durham, North Carolina |
| | Degree earned: AB |
| | Honors earned: Graduated Magna Cum Laude |
| 1979 – 1981 | Manhattan School of Music, New York, New York |
| | Degree earned: MM |
| 1984 – 1988 | University of Cincinnati College of Medicine |
| | Cincinnati, Ohio |
| | Degree earned: MD |
| | Honors earned: Elected member of Alpha Omega Alpha |

**POSTGRADUATE MEDICAL EDUCATION:**

| | |
|---|---|
| 6/28/88 – 6/27/89 | The Christ Hospital, Cincinnati, Ohio |
| | Internship, Internal Medicine |
| 6/28/89 – 6/27/91 | The Christ Hospital, Cincinnati, Ohio |
| | Residency, Internal Medicine |
| | A. William Schreiner, M.D., Chairman, |
| | Department of Internal Medicine |
| | Corwin R. Dunn, M.D., Program Director |

| | |
|---|---|
| **CERTIFICATIONS:** | National Board of Medical Examiners |
| | State Medical Board of Ohio, License #058680, 9/89 |
| | Board certified, Internal Medicine |
| | (September 1991 exam) |
| **PROFESSIONAL ASSOCIATIONS AFFILIATIONS:** | Member, American College of Physicians |
| | Member, Cincinnati Society of Internal Medicine |

TOTAL P.02

CLAIM 00067