<u>See</u>, Exh. 18
to Document 131, Filed Manually
Due to Volume