1

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF OHIO

3              WESTERN DIVISION

4    - - - - - - - - - - - - - - -
     ERIC L. JEFFRIES,              :
5                                   :
              Plaintiff,            :
6       vs.                         :  Case No. C-1-02-351
                                    :
7    CENTRE LIFE INSURANCE          :
     COMPANY, et al.,               :
8                                   :
              Defendants.           :
9                                   :
     - - - - - - - - - - - - - - -

10

11

12         Deposition of DONALD NUNLIST-YOUNG, MD, a

13   witness herein, called by the defendants for

14   cross-examination, pursuant to the Federal Rules of

15   Civil Procedure, taken before me, Connie Dupps, a

16   Registered Professional Reporter and Notary Public

17   in and for the State of Ohio, at the offices of

18   Donald Nunlist-Young, MD, 2567 Erie Avenue,

19   Cincinnati, Ohio, on Thursday, September 11, 2003,

20   at 5:30 PM.

21

22

23                          Pages:  1 - 124

24

5

1   that you would have seen Mr. Jeffries?

2       A.    January 25th, 1993.

3       Q.    And what was the occasion that you came to

4   see him January of 1993?

5       A.    He complained of prostate problems.

6       Q.    And did you record the history that he

7   gave you at that time?

8       A.    Yes.

9       Q.    What was the history?

10      A.    He had developed a prostate problem in

11  November of 1992 and also had a bladder infection in

12  the past.  He was now feeling somewhat swollen and

13  tender in the rectal area and had some urinary

14  hesitation.

15            And had seen Dr. Mulvaney, M U L V A N E

16  Y, who had treated him with an antibiotic in the

17  past, that was Bactrim twice a day, and had several

18  evaluations that made him dizzy.

19            But at this time he was having no fever

20  and no blood in the urine, but had one episode of

21  blood in the stool, but his urine was dark.  He was

22  now somewhat better after the antibiotic.  That was

23  the history.

24      Q.    When you say he had several evaluations,

7

1   abdomen.  And his rectal exam revealed that the

2   prostate was soft and smooth.  It was not tender and

3   there were no palpable hemorrhoids, so that was

4   basically a normal examination.

5        Q.   Soft, smooth, and nontender is normal?

6        A.   Yes.  Prostatitis would be tender.

7        Q.   Okay.  So basically a negative objective

8   evaluation in spite of the subjective complaints?

9             MR. ROBERTS:  Objection.  Go ahead.

10       Q.   Is that correct?

11       A.   That examination was unremarkable, yes.

12       Q.   All right.  And your assessment?

13       A.   My assessment was that he had a resolving

14   prostatitis, he had the symptoms and that they had

15   improved.  That he did have some hemorrhoids, but,

16   by history, but they weren't palpable.  And he

17   developed some mild acne on the abdomen with his

18   antibiotic treatment.

19       Q.   Okay.  Would the hemorrhoids have

20   accounted for blood in the stool potentially had

21   they been there?

22       A.   Yes.

23       Q.   Okay.  And your plan of treatment?

24       A.   Was we did a urinalysis, checked the urine

**Nunlist-Young, Donald M.D.**                    **Page 7**

1          His neck was unremarkable.  His chest was

2    clear to both percussion and auscultation.  And he

3    exhibited a dry cough with some occasional wheezing

4    at the time of the cough.

5        Q.    What were you able to conclude as your

6    assessment at that time?

7        A.    My diagnosis was an acute bronchitis and I

8    questioned in the chart whether it was a viral,

9    bacterial, or histoplasmosis.

10       Q.    I'm sorry.  A viral, bacterial, or what?

11       A.    Histoplasmosis which is common in the Ohio

12   River Valley.

13       Q.    What is histoplasmosis?

14       A.    It's in the same family of germs as TB and

15   often results in a little scarring that we often see

16   on chest x-rays by the time people get to be my age,

17   in their 50's.

18       Q.    And your plan for that one?

19       A.    We wanted to make sure there was no

20   pneumonia.  We ordered a chest x-ray and gave him

21   Erythromycin and Ceftin, 2 different antibiotics to

22   cover different possibilities, and a cough syrup

23   containing codeine.  His chest x-ray was normal as

24   reported on August 2nd on the next encounter.

16

1     Q.   And did that situation resolve or did you

2  have to see him again?

3     A.   I did not see him again until September

4  2nd of '93.

5     Q.   Okay.  Let's talk about the cough and the

6  phone calls that came in in August.  Did you receive

7  any phone calls from him on August 3rd?

8     A.   No, I have August 2nd.

9     Q.   Okay.  Like I said, I have difficulty

10  reading some of these.  August 2nd?

11     A.   Yes.

12     Q.   And what was the nature of the phone

13  conversation?

14     A.   He was inquiring the results of the chest

15  x-ray that had been done, that was normal, so it

16  confirmed there was no pneumonia.  And the diagnosis

17  by exclusion at that time would be a bronchitis.

18     Q.   Did he call you again on the 3rd?

19     A.   I don't have any documentation of that,

20  no -- oh, I'm sorry.  It's out of order.  There was

21  a phone call on August 3rd.

22     Q.   He called on the 2nd and found out that

23  his chest x-ray was normal and called you again on

24  the 3rd?

17

1      A.    Correct.

2      Q.    And what happened on the 3rd?

3      A.    He was still feeling ill, not feeling any

4  better, still had a dry cough, dry throat, chest

5  congestion, wanted something more to relieve his

6  symptoms.

7            And at that point since the antibiotics

8  were not helping we -- I treated him for

9  bronchospasm or some asthmatic type reaction to the

10  bronchitis, and so I prescribed him Proventil and

11  Azmacort, which are two inhalers that we use for

12  wheezing and bronchospasm which may contribute to

13  cough, and we also continued the Ceftin and

14  Erythromycin.

15      Q.    When did you next see or hear from Mr.

16  Jeffries?

17      A.    Let's see, August 28th he was still

18  coughing and --

19      Q.    Did you change prescriptions on that day?

20      A.    Yes, yes. He was still coughing, stating

21  that the antibiotics and inhalers were not

22  effective.  That chest pain was gradually improving,

23  but he was still feeling fatigued.  We asked him to

24  come back to see me and also prescribed in the

18

1   meantime some cortisone tablets, Prednisone.

2        Q.    Prednisone being a steroidal

3   anti-inflammatory?

4        A.    It's a cortisone steroid.

5        Q.    Did he describe the fatigue to you or was

6   it simply that he was feeling tired?

7        A.    Simply described that he was feeling

8   tired.

9        Q.    All right.  Did you have him visit you in

10  a follow-up visit after the phone call of the 28th?

11       A.    Yes, he came back on September 2nd.

12       Q.    And can you, since I cannot unfortunately

13  read your notes, at that time tell me what the

14  history is?

15       A.    His complaints to my nurse was the cough

16  was now lasting for six weeks.  And when he and I

17  discussed, we confirmed that the cough had persisted

18  now and he was having some spasms with the cough.

19       Q.    Spasms of what?

20       A.    Spasms of coughing, prolonged episodes of

21  coughing.

22       Q.    Okay.  What are the first two words of

23  your note there under S?

24       A.    Persistent cough with spasms of cough.

19

1    Q.    Okay.  Thank you.

2    A.    And feels to be in the chest as opposed to

3  up in the throat.  We were trying to distinguish

4  whether or not it was a dry, irritated throat

5  triggering cough or whether it was in his chest.

6  And I was clarifying with him in this note it was

7  coming from his chest, and he was producing a small

8  amount of clear sputum.

9    Q.    Was there anything else he gave you as

10  history there?

11    A.    He was not sleeping well.  The cortisone

12  tablets, the Prednisone, were interfering with his

13  sleep as was the cough.  The inhalers weren't doing

14  much with the cough, just confirmed that again in my

15  note.  That was the history.

16    Q.    Okay.  What were your observations at that

17  time?

18    A.    His head, eyes, nose, and throat were

19  unremarkable.  The neck revealed no lymph nodes.

20  His chest was clear to percussion and auscultation.

21  So the exam was normal at that time.

22    Q.    Did it show in effect the complaints were

23  that he was continuing to have the cough, but there

24  was no evidence or problem with the chest, throat,

20

1  eyes, nose that would suggest there was a dry

2  irritated throat or whatever causing it?

3          MR. ROBERTS:  Objection.

4     A.   Yes.

5     Q.   Were you able to determine why he was

6  coughing at that time from an objective standpoint?

7     A.   No, not from an objective standpoint.

8     Q.   What was your assessment?

9     A.   Well, from a subjective and objective

10 viewpoint, I felt that his history was consistent

11 with a now somewhat chronic bronchitis with

12 bronchospasm that was giving him episodes of

13 bronchospasm of the bronchial airway that resulted

14 in episodes of cough primarily as opposed to

15 wheezing.  In other words, he was showing an asthma

16 where you cough as opposed to a wheeze.

17    Q.   Just as a side here.  If someone has a

18 cough that starts to subside and they continue to

19 use an albuterol, for example, inhaler, that can

20 cause a paradoxical bronchospasm, can it not?

21         MR. ROBERTS:  Objection.

22    A.   I'm not aware of that.  I have not seen

23 that myself.

24    Q.   Okay.  Now, your diagnosis at that time

**Nunlist-Young, Donald M.D.**                    **Page 20**

66

1  visit?

2      A.    His ear exam was unremarkable with normal

3  tympanic membranes.  His eyes were unremarkable.

4  His nose unremarkable.  His throat was mildly red

5  with no exudate or pus.  His neck did not show any

6  lymph nodes.  His chest was clear to examination.

7  And his skin showed no rash.  His temperature was

8  97.8.

9      Q.    Basically a normal exam except for the

10  slight redness in the throat?

11      A.    Yes, we did a rapid strep screen, which

12  was negative for strep in the office lab to reassure

13  that he didn't have strep throat.

14      Q.    Did he suggest that maybe he thought it

15  was strep or was that just taken on your own?

16      A.    He was exposed to somebody with scarlet

17  fever, and strep is the germ responsible for scarlet

18  fever.

19      Q.    And he wanted to be sure that he didn't

20  have it or you did?

21      A.    I did.

22      Q.    Okay.  You assured him that his strep was

23  negative?

24      A.    Correct.

67

1     Q.    What about the -- what treatment, if any,

2  did you render at that time?

3     A.    Well, I thought, again, he had either

4  allergic or viral pharyngitis, but I wanted to cover

5  him for any bacterias, so I gave him Amoxicillin

6  three times a day and also give him the Claritin,

7  antihistamine, and recommended lozenges, and lots of

8  fluids.

9     Q.    Again, we're getting into the summer

10  season when he starts to have the difficulties with

11  his throat?

12           MR. ROBERTS:  Objection.  Go ahead.

13     A.    That was June 16th.

14     Q.    Was there any further findings or

15  treatments from that visit on June 16th?

16     A.    He received a hepatitis B vaccine on --

17  this is '97, right?

18     Q.    Yes.

19     A.    At his request he then received a

20  hepatitis B vaccine on June 18th and hepatitis A

21  vaccine on June 18th at our office.

22     Q.    So he made a return visit to have those

23  shots?

24     A.    Right, two days later.

68

1    Q.   When he returned were there any symptoms

2   or was it solely for the purpose of acquiring the

3   shots he sought?

4    A.   He saw the nurse.  There was no

5   documentation of any symptoms.

6    Q.   What was the next contact you had with Mr.

7   Jeffries?

8    A.   It was a phone conversation on June 24th.

9   He complained of achy joints, nausea, and the

10  symptoms dated since the hepatitis A and hepatitis B

11  shots.

12       I recommended Tylenol and clear liquids to

13  go easy on the stomach with the nausea, and

14  recommended he come see me if he didn't feel better.

15   Q.   Is that note on a different page than your

16  office visits of 6/16 and 6/29?

17   A.   The phone call?

18   Q.   Yes.

19   A.   I don't have an office visit for 6/29.  I

20  think I'm interpreting that as a 24 and you're

21  interpreting it as a 29, and I think that's a phone

22  call that we just -- most phone calls are documented

23  on these little cheat sheets that the nurses

24  develop, but if I take the call directly I just

69

```
 1   start writing in the chart because I don't need the

 2   nurse to pass that stuff onto me.

 3        Q.   Okay.

 4        A.   So that's my note.

 5        Q.   So that note --

 6        A.   That's a phone call.

 7        Q.   I see.  Now I understand.  That note

 8   you're saying is the 24th and I'm misreading the

 9   date.  And it says?

10        A.   Arthralgia, nausea.

11        Q.   The next word?

12        A.   Symptoms since hepatitis A and B.

13        Q.   Okay.  And you prescribed Tylenol and what

14   else?

15        A.   Clear liquids, recommended that he come

16   see me if he's not better.

17        Q.   All right.  And did he then come see you?

18        A.   He returned to the office on June 30th,

19   1997.

20        Q.   Was there a phone call on the 27th of June

21   as well?

22        A.   Next page I have a phone call, yes.  Let's

23   see, phone call was that he had received the

24   hepatitis A and B vaccine the prior week and was now
```

70

1  having severe pain in the joints and also had night

2  sweats, and thought it was an allergic reaction.  He

3  was going out of town, but had appointment the

4  following Monday to discuss it.

5      Q.   The following Monday, which would have

6  been the 30th, of course?

7      A.   I believe.  I don't have a calendar, but I

8  assume that's what it was.

9      Q.   Was there a second phone call?

10     A.   Second phone call was with Smithkline

11  Beecham.  The nurse who gave him the shot contacted

12  them reporting his possible reaction to the shot.

13     Q.   And such reaction did she say begin or

14  last for 10 to 14 days?

15          MR. ROBERTS:  Objection.  Go ahead.

16     A.   Her note says hepatitis B does have

17  reported serum sickness reactions 10 to 14 days

18  after immunization, so your question was what again?

19     Q.   Whether the note means that the reactions

20  last 10 or 14 days or begin 10 or 14 days after?

21     A.   The onset of them would be within the 10

22  or 14 day time zone after the shot was given.

23     Q.   All right.  And what does the rest of that

24  note say?

71

```
 1      A.    If the MD determines that serum sickness

 2   is a possibility, no further A or B vaccines should

 3   be administered.

 4      Q.    All right.  And then you saw him on the

 5   30th; is that right, is that the next contact?

 6      A.    Yes.

 7      Q.    Of any kind?

 8      A.    Yes.  Can we just take a break for a

 9   minute?

10      Q.    Absolutely.

11                      (Brief recess.)

12      Q.    Now, we left off with the -- he was coming

13   in to see you again on the 30th of June, 1997,

14   correct?

15      A.    Yes.

16      Q.    At that time he complained that he had a

17   terrible sore throat that comes and goes, he also

18   had pain that seemed to be in different joints in

19   his body; is that right?

20      A.    Correct.

21      Q.    He gave some additional history to you,

22   what does that say?

23      A.    His history was that, again, he was

24   exposed to scarlet fever about June 1st, which
```

72

1  refers to the previous note that we already

2  discussed.  Then had a sore throat for 3 weeks.  He

3  was seen for the sore throat on June 16th.  Then he

4  had a bitter taste of bile in the throat that night.

5      Q.    What night would that be, bitter taste of

6  bile in his throat?

7      A.    Had a bitter taste of bile in throat that

8  night meaning the 16th.

9      Q.    Okay.

10     A.    Next sentence, had an odd pain in his

11  stomach, sharp at times, no vomiting or diarrhea.

12  His joint pains began approximately June 25th of '97

13  and were now feeling better, but still having pain

14  on the edge.

15          I believe I'm saying the lateral edge of

16  the foot, and the knees, and the shoulders, and the

17  tips of the fingers, and in the tibial area, that is

18  the shin area, clarifying they were very brief and

19  transient, lasting moments -- lasting minutes to

20  seconds.  Some sensation of dullness in the right

21  hand, was still having a sore throat persisting.

22          He told me that he did not take the

23  Amoxicillin given on June 16th.  Hand at times --

24  I'm sorry, head at times feels a fullness.  He was

73

1  having night sweats and photophobia, that is light

2  hurt his eyes.  He felt light-headed and disoriented

3  at times.  His temperature at home varied from 97.5

4  to 98.5.  He had no rash.  He was having some

5  insomnia.

6      Q.    Anything else he gave you in history on

7  that visit?

8      A.    I believe that was all the history.

9      Q.    What were your objective observations?

10     A.    His temperature was 98.0.  He was alert.

11 He did not appear in any distress, but he was

12 worried, his facial affect was a worry.  His pulse

13 was 80 and regular.  His skin did not show any rash.

14          He did not have any chorea.  Chorea is a

15 term used to describe movements typical of strep

16 infections where you get rheumatic fever, and so I'm

17 just trying to clarify by that that he was not

18 showing one of the signs of this possible scarlet

19 fever infection to give him scarlet fever.

20     Q.    Can you just give me an idea what these

21 movements would be like, is it stiffness in the

22 joint or --

23     A.    It's like this (indicating).  Kind of like

24 doing a slow --

74

1  Q. A floating motion with your arms?

2  A. Which dance would you like me to describe

3 it as.  It's a slow dance like movement of all four

4 extremities.

5  Q. Okay.

6  A. It used to be called St. Vitus's dance.

7  Q. That's absent?

8  A. That was absent.

9  Q. All right.

10  A. Pulse was 80.  Skin, no rash, no chorea.

11 His joints showed no tenderness in the hands, but he

12 complained of having some pain.  In other words,

13 when I've actually squeezed and compressed the

14 hands, it didn't elicit pain, but he just felt they

15 were uncomfortable.  No splinter hemorrhages, which

16 are little blood hemorrhages that occur under the

17 fingernails.

18  I made some note about the skin on his

19 shoulder.  There was some patchy skin on the

20 shoulder that appeared to be normal, something

21 normal sebaceous appearance.  I guess I was trying

22 to reassure him about something on the shoulder

23 there.

24  Q. Okay.  He had some concern about some

77

 1     A.   Next blood tests I have are from October

 2  17th, which seems late.  I'm not sure when this is,

 3  but that's -- his blood count came back from October

 4  -- wait a minute, let me check.  I don't have

 5  anything dated from June of '97 for those test

 6  results.

 7     Q.   Okay.

 8     A.   I believe my next test results are October

 9  of '97.

10     Q.   All right.  Let's move on to the next

11  contact with Mr. Jeffries then.  Phone call a couple

12  days later, July 2nd?

13     A.   July 2nd, '97 he called and --

14     Q.   What did he tell you?

15     A.   Let's see, I think -- okay.  He stated the

16  weird pains were not getting any better and actually

17  were getting worse.  And reported that his three

18  year old was complaining of joint pain as well.  The

19  child was actually having joint pains in the ankles.

20          We then were concerned, we referred him to

21  try to get him in to see an arthritis specialist.

22  David Greenblatt was our first try, he was booked

23  up.  We then recommended Dr. Houk and one of his

24  associates, and question of Dr. Stanberry from

78

1  infectious disease came up.  There was some

2  difficulty trying to get him in to see a specialist.

3      Q.    Was the infectious disease reference

4  because the similar pains were being experienced by

5  his three year old?

6      A.    No, I'm still trying to clarify in my mind

7  whether or not the patient has rheumatic fever or

8  not.

9      Q.    Did you ultimately get him in to see

10 someone or did you see him next yourself?

11     A.    I saw him on July 7th.  I don't have any

12 information from a specialist before that point, I

13 don't believe.

14     Q.    Okay.  Tell me about his complaints to you

15 on July the 7th?

16     A.    We had asked him to come back in a week.

17 And he continued with joint pain.  They were

18 migratory, that is they were going from joint to

19 joint, and they were now more simultaneous in

20 multiple joints.  He was having headache.

21         And he was having a sharp epigastric

22 abdominal pain with no nausea, vomiting, or

23 diarrhea, and a right earache and sore throat, but

24 no rash.  And he denied any exposure to ticks, which

79

1    would be pertinent to questioning whether or not he

2    had Rocky Mountain Spotted Fever.  Let me take a

3    minute.

4        Q.    Yes.

5                        (Off the record.)

6        Q.    We were on July 7th.  And the history you

7    indicated he did not have ticks.  Did he tell you he

8    had a history of Rocky Mountain Spotted Fever as a

9    child?

10                MR. ROBERTS:  July 2nd.  Go ahead.  I'm

11        sorry.

12        A.    That history of Rocky Mountain Spotted

13    Fever was documented in the chart at age four, and I

14    believe that was taken on my initial history and

15    physical.

16        Q.    Okay.  Was there any other history on July

17    7th other than these migratory, now simultaneous

18    joint pains, headache, return of stomach pain, and

19    sore throat, right earache?

20        A.    That was the history.

21        Q.    Pardon?

22        A.    That was the complete history at that

23    point.

24        Q.    All right.  What were your objective

80

1 findings at that time or your observations?

2     A.   His skin showed some fading spots in the

3 left scapula, and I believe that was a reference to

4 the patchy areas that I noted on the shoulders on

5 the previous visit, seemed to be fading.

6          His ears were unremarkable.  The tympanic

7 membranes were normal.  Eyes were unremarkable

8 without any conjunctivitis.  His nose was

9 unremarkable.  His throat was clear.  His neck was

10 supple and he had no lymph nodes.

11          His chest was clear to examination.  His

12 cardiac exam showed a regular rhythm at 80 with no

13 murmur and no gallop, and extremities showed no

14 edema.

15     Q.   Was there anything of consequence related

16 to the patchy appearance of the skin?

17     A.   Well, there are some -- there are lots of

18 infections that can cause rashes on the skin, so in

19 my assessment I am wanting to make sure he doesn't

20 have Lyme disease, or mononucleosis, and hepatitis,

21 and I'm still thinking that this is an arthritis

22 related to a viral infection.

23     Q.   The skin was indicative of that?

24     A.   Many viral infections can give you a rash.

83

1    starting to affect his son who was having

2    arthralgias in the ankle, so I wanted to know if the

3    symptoms were better or were still as bad or worse

4    than when he talked to you five days before on the

5    2nd?

6           MR. ROBERTS:  Objection.  Asked and

7        answered.

8        A.    He didn't clarify whether the intensity

9    was worse, but I was noting that the pattern of them

10   had become more of a migratory pain which fits with

11   a real arthritis.  I'm determining in my note --

12       Q.    Okay.

13       A.    -- that there's some significance to

14   having pain that's migratory as opposed to pain in

15   one joint that you would experience with an injury

16   or wear and tear type arthritis in that joint.

17       Q.    Your next contact with him?

18       A.    He called on July 9th and stated he was

19   feeling fine.  He was changing insurance companies

20   and he wants these recent episodes explained as an

21   allergic reaction, that was a request.  And I wrote

22   a letter stating an allergic reaction was a

23   possibility.

24       Q.    Okay.  He was asking you to advise the new

84

```
 1  insurance company that this was a simple allergic
 2  reaction to a vaccination?
 3       A.   Yes.
 4            MR. ROBERTS:  Objection.
 5       Q.   Pardon?
 6       A.   Yes.
 7            MR. ROBERTS:  Objection.
 8       Q.   And you complied with that request?
 9       A.   I complied in that I stated it was a
10  possibility, but not a certainty.
11       Q.   Okay.  Did he tell you when he talked to
12  you on the 9th that he had been to see Dr. Dunn on
13  the 8th with complaints of sore throat, pains in the
14  abdomen, sore muscles, and joints?
15       A.   No, I believe that's my nurse's writing
16  and I did not speak with him.
17       Q.   On the 9th?
18       A.   On the 9th.
19       Q.   Did you ever become aware he had seen Dr.
20  Dunn on the 8th with complaints of significant sore
21  throat, pains in the abdomen, sore muscles, and
22  joints?
23       A.   I became aware of that through a note from
24  another arthritis specialist that he subsequently
```