```
                                                        1

 1
 2              UNITED STATES DISTRICT COURT
 3               SOUTHERN DISTRICT OF OHIO
 4                   WESTERN DIVISION
 5    - - - - - - - - - - - - - -
      ERIC L. JEFFRIES,           :
 6                                :
                Plaintiff,        :
 7                                : Case No. C-1-02-351
      CENTRE LIFE INSURANCE       :
 8    COMPANY, et al.,            : (Judge Beckwith)
                                  :
 9              Defendants.       :
      - - - - - - - - - - - - - -
10
11         Deposition of MICHAEL E. LUGGEN, M.D,
12    a witness herein, called by the Defendants for
13    direct examination, pursuant to the Federal Rules of
14    Civil Procedure, taken before me, Angie Portune, a
15    Registered Merit Reporter and Notary Public in and
16    for the State of Ohio, at the offices of Wood &
17    Lamping, Cincinnati, Ohio, on Friday, September 12,
18    2003, at 10:00 AM.
19
20
21
22
23
24
```

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

```
                                                              4
09:48:34  1                  MICHAEL E. LUGGEN, M.D.
          2   being first duly sworn, testified as follows:
          3                    DIRECT EXAMINATION
          4   BY MR. ELLIS:
09:48:35  5       Q    Doctor, would you identify yourself for the
          6   record, please.
          7       A    I'm Dr. Michael E. Luggen.  I'm a
          8   rheumatologist.
          9       Q    Your offices are where here?
09:49:03 10       A    I have offices at the Cincinnati Arthritis
         11   Associates, which is 2123 Auburn Avenue, Suite 630.
         12   I also have offices at Deaconess Arthritis Center,
         13   311 Straight Street, and I am an Associate Professor
         14   of Clinical Medicine at the University of Cincinnati
09:49:37 15   in the division of immunology.
         16       Q    Thank you.  Doctor, during the course of
         17   your practice, the records that we have received
         18   indicate you had occasion to consult with
         19   Dr. Nunlist-Young and others concerning the care of
09:49:56 20   Eric Jeffries; is that correct?
         21       A    That's true.
         22       Q    First of all, you have that set of records
         23   in front of you which were provided by my office at
         24   your request, is that right?
```

6

| | | |
|---|---|---|
| 09:53:56 | 1 | A    I had two subsequent visits with |
| | 2 | Mr. Jeffries at that facility.  The practices are |
| | 3 | actually different, so that there is not that single |
| | 4 | record.  So the record that I accumulated or was |
| 09:54:20 | 5 | developed with Mr. Jeffries at the one location was |
| | 6 | not transferred to the other.  And so I don't know |
| | 7 | that anyone has the subsequent records.  Although |
| | 8 | they're not particularly informative, from my point |
| | 9 | of view.  But I have it with me.  I just realized |
| 09:54:58 | 10 | that last night. |
| | 11 | Q    Okay.  We can make copies of those right |
| | 12 | now. |
| | 13 | MR. ROBERTS:  Could you have a copy of |
| | 14 | these made for me? |
| 09:55:25 | 15 | MR. BLASKE:  Sure.  No problem. |
| | 16 | Q    Wait a minute, because the Doctor has some |
| | 17 | other records. |
| | 18 | A    Yeah. So subsequent to the last date |
| | 19 | there, which I think was sometime in '99.  Look for a |
| 09:55:53 | 20 | second here.  Last visit 4/4/0- -- oh.  That was -- |
| | 21 | no. I'm sorry. Last visit at the University I don't |
| | 22 | have the record here anymore.  But I have the first |
| | 23 | visit at the other office as of 12/23/99, and there |
| | 24 | were three visits.  The last was on 4/4/00.  I did |

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

9

```
10:00:52   1   limitation of flexion of motion of his lumbar spine.
           2        Q    The limitation, looking at your notes, you
           3   say there's some voluntary limitation of flexion of
           4   motion.  Why the voluntary?
10:02:19   5        A    I think what I meant to suggest is that it
           6   was limited perhaps by pain more than structural
           7   abnormality.  Meaning that perhaps it was possibly a
           8   variable to that certain extent.
           9        Q    Okay.  There didn't appear to be a
10:02:51  10   consistent limitation?
          11        A    Yes.
          12        Q    Your conclusion at that time was possible
          13   autoimmune disorder with an unclear cause and no
          14   objective abnormalities.  I assume there was no work
10:03:58  15   done at that time with regard to his blood work and
          16   so forth, no lab work.
          17        A    No.
          18        Q    All right.  The next time you saw him was a
          19   couple of months later in February.  I noted that
10:04:15  20   there was no return visits scheduled at the time --
          21   yeah.  There was a return visit in two months which
          22   he kept in February of 2000.
          23        A    Mm-hmm.
          24        Q    Before I get there, back in December notes
```

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

```
                                                           10
10:04:38   1   again, he makes reference to sending that DNA sample
           2   to some laboratory in Berkley.
           3       A    Yes.
           4       Q    What was the nature of that discussion?
10:04:51   5   What was the purpose of that?
           6       A    You know, I'm not sure.  I believe it had
           7   to do with a possibility that he might have been
           8   predisposed to develop a side effect or complication
           9   of hepatitis B immunization, because there had been
10:05:25  10   some suggestion in the literature that certain
          11   genetic types may be more susceptible.  But I don't
          12   know anything about it directly.  Never received a
          13   report or a communication.
          14       Q    Okay.  Did you do the search in the
10:05:51  15   literature to find that this was a viable medical
          16   possibility?
          17       A    No.
          18       Q    How did it come about?
          19       A    It was suggested to me by Mr. Jeffries.
10:06:05  20       Q    During the course of your treatment, did
          21   Mr. Jeffries seem to be focused on his illness and
          22   its possible causes?
          23       A    Yes.
          24       Q    When you saw him in February of 2000, did
```

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

12

| | | | |
|---|---|---|---|
| 10:08:38 | 1 | A | Correct. |
| | 2 | Q | In that, according to your note, the studies included thyroid studies, serum protein, electrophoresis? |
| 10:09:02 | 5 | A | Mm-hmm. |
| | 6 | Q | Immunoglobulins, immune complex assays, what is an NK cell reactivity? |
| | 8 | A | It's a type of blood lymphocyte, and responsible for defending against some types of infection. |
| 10:10:01 | 10 | | |
| | 11 | Q | Okay. Antithyroid microsomal antibodies and Ig antibodies to benzene. |
| | 13 | A | (Witness nodded head.) |
| | 14 | Q | And according to your note, all of these were abnormal; is that right? |
| 10:11:02 | 15 | | |
| | 16 | A | That's what my note says. And in reviewing it, that's actually not true. |
| | 18 | Q | Okay. |
| | 19 | A | Immunoelectrophoresis seems to be normal. The thyroid antibodies, antithyroid antibodies would be abnormal. |
| 10:11:25 | 20 | | |
| | 22 | Q | Would that be true if someone had a thyroidectomy for cancer or had thyroid cancer? |
| | 24 | A | I'm not certain. |

| | | | |
|---|---|---|---|
| 10:29:31 | 1 | A | I don't recall. I'd have to look to see if |
| | 2 | | this is in fact in here. I'm sorry, we're talking -- |
| | 3 | Q | It's in the third paragraph of the |
| | 4 | | February 24th. |
| 10:29:48 | 5 | A | February 24th. Wrong note. Oh. What it |
| | 6 | | says is that he had difficulty managing the illness |
| | 7 | | and wanted to do better, and asked for a referral for |
| | 8 | | psychiatric or psychological counseling. |
| | 9 | Q | Had you discussed with him the potential |
| 10:37:42 | 10 | | that there was some psychosomatic component to his |
| | 11 | | illness -- |
| | 12 | | MR. ROBERTS: Objection. |
| | 13 | Q | -- over the course of your treatment? |
| | 14 | | MR. ROBERTS: Objection. |
| 10:37:54 | 15 | A | Not that I recall. |
| | 16 | Q | Did you refer him to that psychologist or |
| | 17 | | psychiatrist -- |
| | 18 | A | Not that I -- |
| | 19 | Q | -- in February? |
| 10:38:06 | 20 | A | Not that I recall. |
| | 21 | Q | He came back to see you two months later, |
| | 22 | | apparently, in April of 2000. |
| | 23 | A | Yes. |
| | 24 | Q | And at which time he brought some reprints |

```
                                                    20
10:49:39   1      Q    One of his predominant complaints was right
           2   upper quadrant or abdominal pain; is that right?
           3           MR. POWERS:  Objection.
           4      A    Yes.
10:49:51   5      Q    Were you aware that that had been a
           6   long-standing problem treated by Dr. Nunlist-Young
           7   back into the early '90s?
           8           MR. ROBERTS:  Objection.
           9      A    No.
10:50:09  10      Q    Was Mr. Jeffries trying to suggest to you
          11   that this stomach pain was the result of that
          12   hepatitis B shot?
          13           MR. ROBERTS:  Objection.
          14      A    I think he was suggesting it was part of
10:50:45  15   the clinical picture that he was presenting at this
          16   time.
          17      Q    If we go back to your first visit.
          18      A    Mm-hmm.
          19      Q    Mr. Jeffries came to you apparently in
10:51:00  20   early October of 1998; is that right?
          21      A    Correct.
          22      Q    And at the time he gave you a history.
          23      A    Yes.
          24      Q    And the history was one of arthralgias and
```

23

| | | |
|---|---|---|
| 10:55:31 | 1 | know if there was another reason that that came up as |
| | 2 | if it might be somehow related to symptoms. To tell |
| | 3 | you the truth, I would have to review to see. But I |
| | 4 | did not, at least from my notes, explore in any |
| 10:55:57 | 5 | detail his habits with regard to alcohol. |
| | 6 | Q    You suggested that his past history was |
| | 7 | unremarkable. Was the suggestion made to you that he |
| | 8 | did not, prior to the time of the hepatitis B shot, |
| | 9 | have a need for medical care of consequence? |
| 10:56:26 | 10 | MR. ROBERTS:  Objection. |
| | 11 | A    I would probably say that he had no need |
| | 12 | for ongoing medical care. |
| | 13 | Q    Did he give you a history of having had the |
| | 14 | right upper quadrant pain for a long period of time? |
| 10:56:41 | 15 | MR. ROBERTS:  Objection. |
| | 16 | A    Not to my recollection. |
| | 17 | Q    Did he give you a history of being treated |
| | 18 | for herpes over a period of time? |
| | 19 | MR. ROBERTS:  Objection. |
| 10:57:02 | 20 | A    Not to my recollection. |
| | 21 | Q    Did he give you a history of having |
| | 22 | epididymitis or prostate or testicle problems over |
| | 23 | the period of time? |
| | 24 | MR. ROBERTS:  Objection. |

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

26

| | | | |
|---|---|---|---|
| 11:01:12 | 1 | Q | Okay. In the October the 3rd letter, you |
| | 2 | | said the cause of these joint and muscle pains was |
| | 3 | | unclear. He has severe pain, he had the exams |
| | 4 | | completely normal, as are the lab tests; correct? |
| 11:02:32 | 5 | A | Correct. |
| | 6 | Q | You also suggest in there at least that |
| | 7 | | Mr. Jeffries was arguing to you that the problem may |
| | 8 | | have stemmed from a hepatitis B immunization? |
| | 9 | | MR. ROBERTS: Objection. |
| 11:02:49 | 10 | A | Yes. |
| | 11 | Q | Again, was Mr. Jeffries, at the time of |
| | 12 | | your first visit, focused on his symptoms and the |
| | 13 | | potential cause? |
| | 14 | | MR. ROBERTS: Objection. |
| 11:03:01 | 15 | A | Yes. |
| | 16 | Q | You saw him a couple of weeks later? |
| | 17 | A | Yes. |
| | 18 | Q | And at that time he was telling you that he |
| | 19 | | was feeling worse and having more trouble, but once |
| 11:03:17 | 20 | | again the objective examination and lab work didn't |
| | 21 | | suggest any real change; is that right? |
| | 22 | | MR. ROBERTS: Objection. |
| | 23 | A | Correct. |
| | 24 | Q | They remained normal? |

Merit
602 Main Street, Suite 703, Cincinnati, OH 45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

27

```
11:03:32   1              MR. ROBERTS:  Objection.
           2        A     Correct.
           3        Q     And you also noted in there that
           4   Mr. Jeffries would alter his medications, such as
11:03:46   5   stopping Amitriptyline if he felt that was fair.  And
           6   I think at one point you recommended that he taper
           7   Prednisone and he elected to do the opposite and
           8   continue on the Prednisone.  Do you recall those
           9   events?
11:05:32  10              MR. ROBERTS:  Objection.
          11        A     Are you referring to a specific visit date?
          12        Q     I wish I could tell you, but -- I'll do it
          13   later.
          14        A     Okay.
11:05:46  15        Q     In any event, at this point he did stop
          16   Amitriptyline on his own; correct?
          17              MR. ROBERTS:  Objection.
          18        A     Did stop his Amitriptyline.  This was from
          19   10/26/98.  It does say that.  It doesn't say
11:06:19  20   specifically why or how, or why it was stopped.  I do
          21   recall however in answer to the Prednisone, he would
          22   adjust the dose to what he felt, or what he felt
          23   might be beneficial.
          24        Q     Was it recommended that perhaps he
```

Merit
602 Main Street, Suite 703, Cincinnati, OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

30

| | | | |
|---|---|---|---|
| 11:10:21 | 1 | | for your review? |
| | 2 | A | He did. |
| | 3 | Q | Did he try to secure your agreement in his |
| | 4 | | assessment of both cause and nature of his disease? |
| 11:10:35 | 5 | | MR. ROBERTS:  Objection. |
| | 6 | A | Umm, I'm not sure I would quite put it that |
| | 7 | | way. |
| | 8 | Q | How would you put it? |
| | 9 | A | I would put it that he believed that this |
| 11:10:44 | 10 | | was a real possibility, and he wanted my opinion as |
| | 11 | | to whether or not I thought this was also the case. |
| | 12 | | But not to necessary -- well, by virtue of him |
| | 13 | | bringing in articles that suggested this was a |
| | 14 | | possibility, I think he was in a sense attempting to |
| 11:11:15 | 15 | | persuade but also to inform, and asking my opinion as |
| | 16 | | to its value. |
| | 17 | Q | Were you made aware that he would travel to |
| | 18 | | Canada, England, Brussels, Texas, Alabama, |
| | 19 | | California, to explore and try various and sundry |
| 11:12:05 | 20 | | tests and treatments and so forth for this disease? |
| | 21 | | MR. ROBERTS:  Objection. |
| | 22 | A | Yes. |
| | 23 | Q | And do so primarily at his own expense? |
| | 24 | A | I don't know about the payment source. |

31

```
11:12:23   1       Q    Okay.
           2       A    But I do know that he did travel, because I
           3   received from most, if not all of the consultants,
           4   opinions.  Or many, if not all.
11:12:40   5       Q    Did you ever see any objective verification
           6   of a recognizable disease in the entire course of
           7   treatment with Mr. Jeffries other than the thyroid
           8   cancer that he did have and was rectified?
           9            MR. ROBERTS:  Objection.
11:13:03  10       A    Nothing that I could diagnose.
          11       Q    Would the symptoms, coupled with the
          12   examinations and physical findings, and the
          13   activities of Mr. Jeffries in the way he approached
          14   the disease process, suggest potentially a somatic or
11:13:33  15   psychosomatic source and then an obsession with
          16   finding that illness or source?
          17            MR. ROBERTS:  Objection.  Foundation.
          18       A    I'm not sure I can comment one way or the
          19   other on that.
11:13:50  20       Q    Would you have any reason to suggest that
          21   there is not a psychosomatic component to
          22   Mr. Jeffries' course?
          23            MR. ROBERTS:  Objection.  Same.
          24       A    I think the fact that he was persistent and
```

32

| | | |
|---|---|---|
| 11:14:12 | 1 | consistent in his symptomatology, for the most part |
| | 2 | suggested to me that there was something, something |
| | 3 | responsible for it.  What that was, was certainly |
| | 4 | beyond me. |
| 11:14:27 | 5 | Q  Did he bring you photographs of his |
| | 6 | genitals or his stools as assistance to your |
| | 7 | diagnosis? |
| | 8 | A  I believe he did. |
| | 9 | Q  Have you ever had any other patient go to |
| 11:14:50 | 10 | the extremes that Mr. Jeffries did in the search for |
| | 11 | an illness? |
| | 12 | MR. ROBERTS:  Objection. |
| | 13 | A  Not many, but yes.  I have had pictures |
| | 14 | before which were striking, shall we say. |
| 11:16:49 | 15 | Q  How about traveling to different countries |
| | 16 | and all over the United States seeking sort of fringe |
| | 17 | medicine? |
| | 18 | MR. ROBERTS:  Objection. |
| | 19 | A  I guess I can answer all these questions. |
| 11:17:05 | 20 | Q  Sure. |
| | 21 | A  To a lesser extent, I've had patients |
| | 22 | travel abroad to other practitioners with and without |
| | 23 | any suggestion or recommendation.  But I don't think |
| | 24 | I have seen anyone who has been so persistent as |

33

```
11:17:26  1  Mr. Jeffries.
          2      Q   You have made mention on a number of
          3  occasions of the potential diagnosis of chronic
          4  fatigue syndrome; is that right?
11:17:35  5      A   (Witness nodded head.)
          6      Q   Is that a disease, a definitive disease, or
          7  is this something we're still trying to figure out
          8  from the medical standpoint as to whether it's
          9  psychological or physical in nature?
11:18:22 10          MR. ROBERTS:  Objection.
         11      A   I believe that it's a syndrome, a
         12  constellation of symptoms, without an identifiable
         13  explanation as to the cause or the pathogenesis, and
         14  without specific therapy.  I believe it is recognized
11:18:57 15  as a syndrome appearing in a significant minority of
         16  the population.  Such that there has been efforts
         17  made to define the case definition for research that
         18  is by the CDC and other organizations.  So I don't
         19  believe it has been elucidated as yet.
11:20:12 20      Q   As to exactly what it is.
         21      A   Correct.
         22      Q   Or whether it's psychological or physical.
         23      A   Correct.
         24      Q   From the physical standpoint, however, you
```

36

| | | | |
|---|---|---|---|
| 11:25:02 | 1 | A | Not that I was able to determine, but I was |
| | 2 | | not focused on that area, quite honestly. |
| | 3 | Q | At any time during the course of your |
| | 4 | | treatment, did Mr. Jeffries display to you in any way |
| 11:25:15 | 5 | | a cognitive insufficiency? |
| | 6 | | MR. ROBERTS:  Objection. |
| | 7 | Q | Or cognitive problem? |
| | 8 | A | No. |
| | 9 | Q | Did you receive some information from the |
| 11:25:30 | 10 | | Cleveland Clinic Foundation from Dr. Calabrese? |
| | 11 | A | I did. |
| | 12 | Q | Dr. Calabrese, again, was a consultant that |
| | 13 | | saw Mr. Jeffries.  Did he also have a dearth of any |
| | 14 | | objective physical findings to explain the symptoms |
| 11:26:01 | 15 | | being complained of? |
| | 16 | | MR. ROBERTS:  Objection. |
| | 17 | A | I don't believe he found anything of |
| | 18 | | significance on his clinical exam or on the |
| | 19 | | laboratory testing. |
| 11:26:18 | 20 | Q | In his report, did he suggest to you that |
| | 21 | | the longer he remains inactive and the more he |
| | 22 | | deconditions, the longer time it's going to take him |
| | 23 | | to get back? |
| | 24 | A | He did say that. |