## Statement of Michael E. Luggen, M. D.

State of Ohio          )
                       )   ss.
County of Hamilton     )

I, Michael E. Luggen, M.D., after being duly cautioned and sworn state the following on the basis of my own personal knowledge.

1. I am a physician specializing in the practice of rheumatology. I am licensed to practice medicine in the State of Ohio. My curriculum vitae is attached.

2. Over the past twelve months I have seen Mr. Eric Jeffries on several occasions concerning his difficulties with myalgias, polyarthralgias, abdominal pains, severe headaches, eye problems, rashes, fatigue, lethargy, disorientation, and various other body aches.

3. Specific diagnostic testing has failed to yield a precise diagnosis of Mr. Jeffries' illness. Several diseases have been considered including Bechet's, porphyria, other autoimmune disorders, Reiter's, and undifferentiated connective tissue disease.

4. I am reasonably certain that many of Mr. Jeffries' symptoms are real and have a debilitating effect on Mr. Jeffries. I believe he suffers from substantial pain even though diagnostic test results to date have not focused on any one disease.

5. It is my opinion that irrespective of my inability to precisely diagnose Mr. Jeffries' condition, the effects of his illness make him unable to function in a consistent manner, and he is unable to function professionally without interruption.

Further Affiant Sayeth Naught.

_____, M.D.
Michael E. Luggen,, M. D.

### Notary Public

Before me appeared Michael E. Luggen, M. D., who after being duly cautioned and sworn signed his name above.

Mary I. Platter   11/9/99
NOTARY

MARY I. PLATTER
Notary Public, State of Ohio
My Commission Expires Mar. 23, 2000

CLAIM 00762