```
                                                          1

 1            IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF OHIO
 3                     WESTERN DIVISION
 4
 5
 6    _____
                                 )
      ERIC L. JEFFRIES,          )
 7                               )
              Plaintiff,         )
 8                               )   CASE NO.
                  vs.            )   C-1-02-351
 9                               )
      CENTRE LIFE INSURANCE CO., )
10    et al.,                    )
                                 )
11            Defendants.        )
                                 )
12    _____)
13
14       Deposition of:    MICHAEL F. HARTINGS, Ph.D.
15       Pursuant to:      Notice
16       Date and Time:    Monday, October 27, 2003
                           9:55 a.m.
17
         Place:            Graydon, Head & Ritchey, LLP
18                         1900 Fifth Third Center
                           511 Walnut Street
19                         Cincinnati, Ohio  45202
20       Reporter:         Patti Stachler, RMR, CRR
                           Notary Public - State of Ohio
21
22
23
24
25
```

Elite Reporting Agency
513-632-5344

143

1  sir?

2  A.  That may be.  She may have the latest,
3  hottest, off-the-press version of DSM-IV TRR
4  whatever.

5  Q.  So she was mistaken, then, to take your
6  report and read it for what it says and that is that
7  you were diagnosing 300.81 when really you were
8  diagnosing 300.82?

9  MR. ELLIS:  Objection to form.

10  Q.  Is that right?

11  A.  I was diagnosing out of the manual I have in
12  my office, 300.81 somatoform disorder, as described
13  there and as fits Mr. Jeffries like a glove.

14  Q.  Okay.  What's the age of onset for this
15  glove-fitting new diagnosis that you have?

16  A.  Can be any time.

17  MR. ELLIS:  Objection to form, new.  Not what
18  he testified.

19  MR. ROBERTS:  Well, it's new to me as of
20  about five minutes ago.

21  A.  It specifically does not have to occur before
22  the age of 30.

23  Q.  That's convenient.

24  A.  It's true, too.

25  MR. ELLIS:  Objection to counsel's comments