UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | |
| | : | Case No. C-1-02-351 |
| Plaintiff, | : | |
| | : | (Judge Beckwith) |
| vs. | : | (Magistrate Judge Hogan) |
| | : | |
| CENTRE LIFE INSURANCE COMPANY, | : | **NOTICE OF FILING CORRECTED** |
| et al., | : | **EXHIBIT** |
| | : | |
| Defendants. | : | |

    Now comes Defendant Centre Life Insurance Company by and through its counsel, and files the following corrected Exhibit J to its Motion for Summary Judgment. Exhibit J to Centre Life's Motion for Summary Judgment is relevant pages of the deposition of Dr. Michael McClellan. Pages 111, 112, and 113 were inadvertently omitted. A corrected Exhibit J is attached.

    Respectfully submitted,

s/Amy Gasser Callow
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087

Attorneys for Defendants
Massachusetts Casualty Insurance Company
and Disability Management Services, Inc.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 23rd day of January 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            s/Amy Gasser Callow
                                            Amy Gasser Callow, Esq.

197445.1