FILED
JAMES BONINI
CLERK

04 JAN 29 PM 1:23

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | JUDGE BECKWITH |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION SEEKING LIMITED ADMISSION OF CLIFFORD J. SHOEMAKER, ESQ. TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF

Michael A. Roberts, trial attorney for the plaintiff, Eric L. Jeffries, Esq., hereby moves this Court for an order granting Clifford J. Shoemaker, Esq. limited admission to appear before this court to assist counsel in representing the plaintiff, Eric L. Jeffries. In support, movant states as follows:

1. Clifford J. Shoemaker, Esq. was admitted to the Iowa State Bar in 1973 and to the Virginia State and District of Columbia Bars in 1977. He is also admitted to practice in the following courts: Supreme Court of Virginia; U.S. District Court, E.D. Virginia; U. S. District Court, W.D. Virginia; U. S. Court of Appeals, 4th Circuit; U. S. Court of Federal Claims; U.S. Court of Appeals For The Federal Circuit; and the U.S. District Court for the District of Columbia. He is in good standing and eligible to practice in all of said courts. A current certificate of good standing by the Virginia State Bar is attached.

2. Clifford J. Shoemaker, Esq. is a Partner in the law firm of Shoemaker & Horn. The address and contact information for Mr. Shoemaker are: Clifford J. Shoemaker, Esq.,

SHOEMAKER & HORN, 9711 Meadowlark Road, Vienna, Virginia 22182, Tel: (703) 281-6395, Fax: (703) 281-5807, Website: www.attorneyaccess.net, Email: cliff@attorneyaccess.net.

3. In order to be adequately represented, the plaintiff will, from time to time, rely on Clifford J. Shoemaker, Esq. to make certain court appearances before this Court.

4. A Declaration of Clifford J. Shoemaker, Esq. is attached hereto and submitted in support of this motion.

Therefore, the plaintiff requests that Clifford J. Shoemaker, Esq. be entitled to appear in this action *pro hac vice*.

Respectfully submitted,

OF COUNSEL:

GRAYDON, HEAD & RITCHEY LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, Ohio 45201
(513) 621-6464

Michael A. Roberts (0047129)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, Ohio 45201
(513) 621-6464
(513) 651-3836
email:mroberts@graydon.com
*Trial Attorney For Plaintiff*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed, via U.S. mail, postage prepaid, to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 29 day of January, 2004.