UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | JUDGE BECKWITH |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| Defendants. | ) | |

DECLARATION OF CLIFFORD J. SHOEMAKER, ESQ. IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE*

CLIFFORD J. SHOEMAKER, ESQ. declares as follows:

1. I make this declaration in support of my application for admission *pro hac vice* in this action pursuant to Local Rule 83.5(d).

2. My office address is: Clifford J. Shoemaker, Esq., SHOEMAKER & HORN, 9711 Meadowlark Road, Vienna, Virginia 22182, Tel: (703) 281-6395, Fax: (703) 281-5807, Website: www.attorneyaccess.net, Email: cliff@attorneyaccess.net.

3. I was/am admitted to the Iowa State Bar in 1973 and to the Virginia State and District of Columbia Bars in 1977. I was/am also admitted to practice in the following courts: Supreme Court of Virginia; U.S. District Court, E.D. Virginia; U. S. District Court, W.D. Virginia; U. S. Court of Appeals, 4th Circuit; U. S. Court of Federal Claims; U.S. Court of Appeals For The Federal Circuit; and the U.S. District Court for the District of Columbia. I am in good standing and eligible to practice in all of said courts. A current certificate of good standing by the Virginia State Bar is attached.

4.   I am in good standing and eligible to practice in all of said courts. A current certificate of good standing by the Virginia State Bar is attached.

5.   I am not currently suspended or disbarred in any court.

6.   I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of January, 2004

_____

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was mailed, via U.S. mail, postage prepaid, to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 29 day of January, 2004.

_____

Jeannie P. Dahnk, President
P.O. Box 207
Fredericksburg, Virginia 22404-0207
Telephone: (540) 373-8600

David P. Bobzien, President-elect
P.O. Box 8695
Reston, Virginia 20195-8695
Telephone: (703) 324-2603

Bernard J. DiMuro, Immediate Past President
DiMuro, Ginsberg and Mook, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314-3018
Telephone: (703) 684-4333

Barbara Ann Williams
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*January 21, 2004*

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **CLIFFORD JOHN SHOEMAKER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. SHOEMAKER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON SEPTEMBER 23, 1977, AFTER** SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,



THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

Thu Jan 29 13:06:15 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 421748
Cashier       kj1

Tender Type  CHECK

Check Number: 55606

Transaction Type   C

Case No./Def No.  1:04-LB-ATTY  /  1

DO Code    Div No     Acct
4661         1        6855XX

Amount              $    50.00

GRAYDON HEAD & RITCHEY LLP

PRO HAC VICE C-1-02-351

Thu Jan 29 13:06:15 2004

Check No. 55606
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661