UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,
    Plaintiff

v.                                        Case No.  1:02-cv-351

Centre Life Insurance Company,
et al.,
    Defendants

**ORDER**

      This matter is before the Court on Plaintiff's Motion for Admission of attorney Clifford J. Shoemaker (Doc. 142).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Clifford J. Shoemaker is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Toni Alkire, 614.719.3043**, **to register for Electronic Case Filing as soon as practicable.**

January 29, 2004                           s/Sandra S. Beckwith
Date                                             Sandra S. Beckwith
                                                United States District Judge