# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351          **DATE:** THURSDAY, JAN. 29, 2004
**TITLE:** Jeffries v. Centre Life Insurance, et al.
**RE:** Arguments on Docs. 116 & 117
                           (1:42 pm – 5:55 pm)

Honorable Sandra S. Beckwith
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

| **Attorney for Plaintiff(s)** | **Attorney for Defendant(s)** |
|---|---|
| Michael Roberts | |
| Clifford Shoemaker | |

## WITNESSES

Dr. Kirk A. Frey, PhD. (2:06 – 5:19)
(Cross: 4:20 – 4:36)
(Recross: 5:04 – 5:19)

## PROCEEDINGS

π moves for Admission (Pro Hac) of Atty. Shoemaker – Granted if Mot. is in order. Opening Statements. ∆ calls witness Dr. Frey. Due to time constraints, π offers not to call Dr. Poser, but to supplement his report. (Both Drs. Frey & Poser are unable to be here to testify tomorrow) – Granted. π proceeds with cross of Dr. Frey. [Permitted to supplement Dr. Frey's report due to the court having to cut short direct exam.] ∆ mentions whether recusal is appropriate based on π being represented by the law firm of Graydon Head & Ritchey. ∆ makes formal motion of recusal. Motion taken under submission. Hrng. Cont'd to 1/30 @ 1:30 p.m.