IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) : | CASE NO. C-1-02-351 |
| Plaintiff, | ) : | JUDGE BECKWITH |
| v. | ) : | Magistrate Judge Hogan |
| CENTRE LIFE INSURANCE CO., | ) : | |
| Defendant. | ) | |

## DECLARATION OF MARK GEIER, M.D.

Upon oath, the Declarant states as follows pursuant to the provisions of 28 U.S.C. §746:

1. My name is Mark R. Geier, M.D. I have been retained by plaintiff to offer and have offered expert opinions in the above matter.

2. The valid scientific basis for my previously stated opinions (in my affidavits, supplemental affidavits, and deposition) is confirmed by and my opinions are supported by the attached: (i) article from the January 2004 peer reviewed periodical, *Molecular Psychiatry*; and (ii) the attached confirmation of an article to-be-published in *Pediatrics*.

I declare the foregoing to be true and correct to the best of my knowledge and belief, upon penalty of perjury.

Dated: January 30, 2004

*/s/ Mark R. Geier*
Mark R. Geier, M. D.

## CERTIFICATE OF SERVICE

The foregoing was electronically filed and thereby delivered to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 30th day of January, 2004.

/s Michael A. Roberts

371347.1