1

```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3    -------------------------------------x
 4    ERIC L. JEFFRIES,
 5                      Plaintiff,
 6    v.                  No. C-1-02-351
 7    CENTRE LIFE INSURANCE COMPANY, ET AL.,
 8                      Defendants.
 9    -------------------------------------x
10    Volume: I            Pages: 1-79
11
12
13         DEPOSITION OF CHARLES POSER, M.D., a
14    witness called on behalf of the Defendant,
15    taken pursuant to the provisions of the
16    Massachusetts Rules of Civil Procedure,
17    before Linda Bernis, a Registered
18    Professional Reporter and Notary Public in
19    and for the Commonwealth of Massachusetts,
20    held at the Beth Israel Hospital,
21    330 Brookline Avenue, Boston, Massachusetts,
22    on Tuesday, July 8, 2003, commencing at
23    2:00 p.m.
24
```

O'BRIEN & LEVINE COURT REPORTING
617-254-2909

```
 1   Q.   My name is Bill Ellis.
 2   A.   I saw him on two occasions.  I saw him on
 3        June 7, 2000 -- I saw him three times.
 4        February 1, 2001 -- no, I'm sorry.  That was
 5        a telephone conversation.  I saw him on
 6        May 22, 2002.
 7   Q.   Was he referred to you by anyone, to your
 8        knowledge, for the June 2000 visit?
 9   A.   Yes.  He was referred to me by Dr. Byron
10        Hyde, H Y D E, of Ottawa.
11   Q.   How is it that you know Dr. Hyde or Dr. Hyde
12        knows you?
13   A.   We've corresponded for quite a while
14        regarding this particular disease, chronic
15        fatigue syndrome.  I met him at a meeting in
16        Dublin on chronic fatigue syndrome which had
17        been organized by Professor Behine several
18        years ago.  I think he's referred me, at
19        least, one other case, as I remember.  So
20        I've known him for, I don't know, six or
21        seven years probably.
22   Q.   I also have been provided with two reports
23        that you've prepared with regard to Mr. --
24   A.   My original report was to Dr. Hyde on
```

17

```
 1          an ophthalmic specialist and an
 2          endocrinologist, correct?
 3     A.   Yes.
 4     Q.   Did you, in your history, seek to acquire
 5          any medical information concerning
 6          Mr. Jeffries prior to June of 1997?
 7     A.   Except later on, I found out that he had had
 8          a football injury 20 years previous, but
 9          that was it.  No, otherwise, I did not make
10          any attempt to obtain medical information
11          prior to 1997 or '98, no.
12     Q.   The football injury was an injury that dealt
13          with C4, C5 and C6?
14     A.   Yes.  He had an MRI of the cervical spine,
15          which, as far as I know, did not show
16          anything particularly significant; at least
17          not in relationship to his complaints.
18     Q.   That MRI would have been taken at the time
19          of the injury back in --
20     A.   No.
21     Q.   It was subsequent?
22     A.   They didn't have MRI then.  MRI came out in
23          general use in the later eighties.
24     Q.   Do you know what the date of the MRI was?
```

```
 1         that's number seven.  Hearing is number
 2         eight.  Nine is swallowing.  10, he sticks
 3         out his tongue.  11, you check his masteroid
 4         by pushing against his jaw while he pushes
 5         against your hand.  12 is sticking out his
 6         tongue.  13 is his speech, which sounded
 7         perfectly normal.  That's it.  Very simple;
 8         very quick.  It takes about 30 seconds to do
 9         that.
10    Q.   Cranial nerve functions were also all
11         normal?
12    A.   Yes.
13    Q.   Equilibrium was normal?
14    A.   His entire neurological examination was
15         normal.
16    Q.   That will save us going through each one
17         individually.
18              Neurologically, he was normal and
19         intact as of the time you saw him?
20    A.   Yes.
21    Q.   What else did you do besides the
22         neurological examination?
23    A.   I talked to him a great deal about what he
24         was doing, what his problems were, and, in
```

23

```
 1        computed tomography?
 2   A.   Something like that.
 3   Q.   Basically, what happens is, they inject an
 4        isotone into the patient and some time later
 5        they have the patient lie down and they scan
 6        him with something that picks up a
 7        single-photon emission computed tomography
 8        coming from the blood flow in the brain; is
 9        that right?
10   A.   Right.
11   Q.   And he finds that, or he concluded that the
12        brain scan, or the spec scan, rather, the
13        type of spec scan that he reviewed has been
14        described in relation to different
15        conditions including chronic fatigue; is
16        that right?
17   A.   Yes.
18   Q.   Now, there is no medical literature which
19        suggests that chronic fatigue is, sorry,
20        that spec scans are diagnostic of chronic
21        fatigue; is that right?
22   A.   I really don't know.  I don't know.  This is
23        something that I have not pursued.  This is
24        quite beyond my expertise.  I've never used
```

```
 1         it.  I never referred a patient for a SPECT
 2         scan so I don't know.  I can't answer that.
 3    Q.   In addition to the SPECT scan, he had a PECK
 4         scan, which is a photon emission topography?
 5    A.   Which I know even less about, to put it
 6         bluntly.
 7    Q.   Did you ask Dr. Hyde, or anyone else, what
 8         other conditions are consistent with the
 9         readings in these PECK and SPECT scans?
10    A.   No, I really didn't for the very simple
11         reason, I made my diagnosis of chronic
12         fatigue syndrome based purely on clinical
13         considerations, and the findings on PECK
14         scan and SPECT scan, I would say, are very
15         interesting.  How convincing they are, I
16         just don't know.  This is not something that
17         I really know much about.
18    Q.   All right.
19    A.   I will not testify about that anyway.
20    Q.   Did you rely upon them in evaluating your
21         diagnosis?
22    A.   No.
23    Q.   We can pass on that.
24              The next thing you received was
```

```
 1         criteria here.  No.
 2  Q.     Can you check them off for me, the criteria
 3         that you would use?
 4  A.     That I would use?
 5  Q.     Yes.  Your criteria?
 6  A.     My criteria?
 7  Q.     Yes.
 8  A.     Okay.  I divide them into major symptoms
 9         which include fatigue, micro-myalgia,
10         migratory myalgia, migratory painful
11         paresthesia, memory and cognitive
12         disturbance.  Those are the major.
13  Q.     I don't write as fast as you talk.
14  A.     They are right here.
15  Q.     Okay.  You can keep this.
16             You have major and minor symptoms
17         that you expect to see in a person with true
18         chronic fatigue syndrome?
19  A.     I can't remember how many of each.
20  Q.     We'll look at them.  Major fatigue is one?
21  A.     Yes, obviously.
22  Q.     That fits the definition and diagnosis and
23         the name?
24  A.     Right.
```

```
 1   Q.   Let's talk about Mr. Jeffries specifically.
 2        We know that he complained of fatigue,
 3        correct?
 4   A.   Yes.  Muscle pain.
 5   Q.   He complained of muscle pain moving from
 6        muscle to muscle?
 7   A.   Right.
 8   Q.   He complained of arthralgia.  He complained
 9        of the painful paresthesia, and he
10        complained that he had memory and cognitive
11        disturbance?
12   A.   And sleep problems.  And he is allergic to
13        Sulpha.
14   Q.   He is allergic to certain drugs.
15             Did he tell you also that he had
16        apudoma?
17   A.   No, not specifically.  Maybe he missed that
18        or maybe I didn't ask him or both.
19   Q.   Basically, he had all the major symptoms and
20        at least two of the minors?
21   A.   Yes.
22   Q.   And that would be the medications and the
23        sleep disturbance?
24   A.   Yes.  And the memory cognitive problems,
```

45

1      which were a big problem for him.
2  Q.  That's one of the majors?
3  A.  Yes.
4  Q.  We know he complained of all the majors
5      right down the line?
6  A.  Yes. But he had not read my paper.
7  Q.  Are you sure?
8  A.  Well, yes.
9  Q.  Are you aware that Mr. Jeffries spends, or
10     had been spending at the time, seven or
11     eight hours at a time researching various
12     illnesses on the Internet?
13 A.  Yes, I do. I'm aware of that. But, you
14     know, that paper was just published. It's
15     not a journal that you will find on
16     everybody's shelf.
17 Q.  No, but you would find it if you went to the
18     Internet on chronic fatigue syndrome and
19     looked up the articles?
20         MR. SHOEMAKER: Are you talking
21     about before or after he had the symptoms?
22 Q.  I'm talking about, obviously, after the
23     vaccination.
24 A.  I don't know if you could find it on the

```
 1         to the clinical aspects.
 2    Q.   Tell me about your preferred term, or
 3         Dr. Behine preferred myalgia encephalitis?
 4    A.   Because, I think, the disease is a, I
 5         hesitate to term it mild, but, I think, it's
 6         a variant of posin infection and posin
 7         encephalomyelitis, which means an allergic
 8         reaction of the nervous system to the
 9         antigen or antigens containing vaccines.
10         As I mentioned to you earlier, the classic
11         disease that precipitates infectious mono.
12         Infectious mono is due to an invasion by the
13         enzyme, but it's not clear if it's due to
14         the invasion of the virus itself or if it's
15         a reaction to the virus, an immune reaction
16         to it.  My impression is more that it's an
17         immune response to the virus.
18              So because of that and because of
19         the fact that in some instances, not Mr.
20         Jeffries, there are changes in the MRI,
21         which are very similar to what you see in a
22         post-infectious or myelitis, like the
23         measles or after vaccination.  It's a
24         variety.
```

53

```
 1         As I mentioned before, Mr. Jeffries had
 2         mentioned that the symptoms were
 3         intermittent.  I never did discover what the
 4         shortest or longest period of time was, and
 5         I don't remember if he testified to that or
 6         not.  I just don't know.  But he did mention
 7         the fact that they were intermittent.
 8              He quit working, as I remember, in
 9         September of '98.  So it was about a year
10         after the vaccination, at which time
11         apparently the symptoms became severe
12         enough.  That's as far as I know.
13    Q.   In the medical community, do the debates
14         continue as to the viability of chronic
15         fatigue syndrome, fibromyalgia, whatever you
16         call it, as a viable illness as opposed to
17         complaints?
18    A.   Oh, yes.
19    Q.   Of other illnesses?
20    A.   It's been recognized by the CDC.  It's been
21         recognized by the VA.  I don't know what
22         other.
23    Q.   But it's like a disease of exclusion as far
24         as diagnosis is concerned?
```

54

1  A.  I don't think so.

2  Q.  You don't think so?

3  A.  No. People always get my goat when they say
4      MS is disease of exclusion. Not to me it
5      isn't. I think that you can make the
6      diagnosis on the basis of very specific
7      criteria which we have.

8           I once made myself very popular
9      when I gave a talk on chronic fatigue
10     syndrome to a bunch of psychiatrists and I
11     didn't realize there were patients in the
12     audience. I made the statement that, in my
13     opinion, 90 percent of patients with chronic
14     fatigue syndrome are crocks. That was not a
15     very popular statement. It happened to be
16     something that I believed, which, of course,
17     makes life very difficult for people like
18     Mr. Jeffries. It's not a disease of
19     exclusion. Now, people think it is and they
20     go through all kinds of things to rule it
21     out.

22          As you mentioned before, Shea
23     disease, Munchhausen syndrome, that's
24     nonsense; absolute nonsense. It costs a lot

55

```
 1          of money to do that.  It's not necessary.
 2                    What people don't know how to do,
 3          Mr. Ellis, is take a history.  We don't
 4          teach that anymore.  MRI is much easier.
 5    Q.    Well, the fact remains that the symptoms
 6          that fit your criteria are, in fact, in
 7          order to fit your criteria are subjective
 8          symptoms, the ones the patient has to
 9          describe to you?
10    A.    That is the definition of a symptom.  You
11          mean, they have no signs?
12    Q.    They have no signs.
13    A.    That's correct.
14    Q.    So, basically, we have a complaint without
15          an objective physiological finding to
16          support it?
17    A.    Right.
18    Q.    And that's true of each of the major and
19          minor symptoms that you described?
20    A.    You're absolutely correct.
21    Q.    I thought that we had an objective sign on
22          one of your minors when we talked about
23          tandem walking, but you said objectively
24          they can do it but subjectively they feel
```

60

```
1    Q.   Is there anything dramatic, in your opinion,
2         doctor, about a fellow who travels from
3         coast to coast, north to south and up to
4         Canada and over to England seeking medical
5         opinion after medical opinion after medical
6         opinion, having the doctors write down
7         opinions but never seeking treatment?
8    A.   He came to me.
9    Q.   Did you provide treatment?
10   A.   Sure.
11   Q.   What was your treatment, doctor?
12   A.   I gave him Myxidium and I gave him
13        Neurotone.  At that time, we didn't have
14        Motiphino, the other drug which is much more
15        useful for fatigue.
16             Yes, I did treat him.  I told Byron
17        that I treated him.
18   Q.   Has he continued with the treatment?
19   A.   That's not dramatic.
20   Q.   Has he continued the treatment?
21   A.   No idea.
22   Q.   Has he improved at all?
23   A.   I don't know.
24   Q.   If you coupled an somatization form disorder
```

| | | |
|---|---|---|
| 1 | | their problem. |
| 2 | Q. | And that criteria is the one that would |
| 3 | | permit, as you put it, 90 percent of people |
| 4 | | complaining of CFS who don't actually have |
| 5 | | it to be diagnosed with it? |
| 6 | A. | Yes, but that is my personal opinion. |
| 7 | Q. | I understand that. |
| 8 | | And the criteria that you identify |
| 9 | | are your criteria for making the diagnosis? |
| 10 | A. | I used -- |
| 11 | Q. | Not necessarily accepted by the medical |
| 12 | | profession? |
| 13 | A. | I have no idea.  Nor do I care. |
| 14 | Q. | Right.  I'm with you. |
| 15 | | In your experience, do you believe |
| 16 | | that patients such as Mr. Jeffries with |
| 17 | | chronic fatigue diagnosed by your criteria |
| 18 | | will deteriorate over time or do they reach |
| 19 | | a plateau and just stay that way forever? |
| 20 | A. | Some patients recover.  It's not very |
| 21 | | common.  Most patients reach a plateau. |
| 22 | | I can also tell you, again, in my |
| 23 | | experience, the disease is more common in |
| 24 | | women, which is another reason why it's |