Page 1

1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
2            WESTERN DIVISION AT CINCINNATI

3   ERIC L. JEFFRIES,

4            Plaintiff,

    vs.                              Case No. C-1-02-351

5

    CENTRE LIFE INSURANCE COMPANY, ET AL.,

6

             Defendants.

7   _____/

8

9

10  DEPOSITION OF:   BYRON MARSHALL HYDE
                     121 Iona Street
11                   Ottawa, Canada, K1Y 3M1

12  DATE:            October 10, 2003

13  TIME:            10:00 a.m. to 1:30 p.m.

14  LOCATION:        Office of Dr. Hyde
                     121 Iona Street
15                   Ottawa, Canada, K1Y 3M1

16  TAKEN BY:        Counsel for the Defendants

17

18
                                      COPY
19

20

21

22
                 **Associated Reporters Int'l., Inc.**
23             (800) 523-7887 e-mail Courtsteno@aol.com

Case 1:02-cv-00351-MRB-TSH   Document 146-3   Filed 01/30/2004   Page 2 of 12

800.523.7887   10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 13

1    an address later.

2            MR. ELLIS:  All right.  The doctor

3    is going to provide those to the court

4    reporter, who will duplicate the file for

5    us.

6            Mike, did you get copies of the

7    SPECT scans that were done in Montreal?

8            MR. ROBERTS:  The only color copies

9    of anything I have, I gave to you that

10   Praetorius (phonetic spelling) had given

11   to me.  And the other color copies of

12   anything I have were included in the

13   petition I made on behalf of Eric in 2001

14   or 2002.

15           MR. ELLIS:  That would be Dr. Wu's

16   PET Scan?

17           MR. ROBERTS:  I -- if that's what

18   you say, but those are the only colored

19   documents I have of anything related to

20   the case.

21  BY MR. ELLIS:  (Cont'g.)

22       Q.  All right.  When you first saw Mr.

23  Jeffries, Doctor, May 31st, or around May 31st of

Case 1:02-cv-00351-MRB-TSH    Document 146-3    Filed 01/30/2004    Page 3 of 12

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,  Associated Reporters Int'l., Inc.

Page 14

1    2000, what was the event that caused him to come

2    see you and what was done?

3        A.    I have no idea what is the event that

4    caused him to come to see me.  I -- recollect that

5    he had seen a physician in Newcastle in the North

6    of England and it is possible because I speak there

7    every year, he may have referred, but I have no

8    idea.

9        Q.    Okay.  Would that be the doctor who

10   specializes in Becketts (phonetic spelling)?

11       A.    I don't -- I -- I can't tell you.

12       Q.    All right.  Do you have notes from the

13   first visit of Mr. Jeffries?

14       A.    I do have.

15       Q.    All right.  Would you tell me please

16   with reference to those notes, what history you

17   took from him at the time?

18       A.    Normally when I see a patient for the

19   first time, I just listen to him and tell him what

20   kind of work I do, and does he really want to go on

21   with this?  And then depending on what the patient

22   says, I then refer them for any appropriate tests

23   that I may think maybe relevant in that particular

Case 1:02-cv-00351-MRB-TSH    Document 146-3    Filed 01/30/2004    Page 4 of 12

800.523.7887    10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,  Associated Reporters Int'l., Inc.

Page 15

1   case.

2           I tend to do the equivalent of total
3   body mapping on a patient, and I tend not to come
4   to any conclusions for as long as possible, because
5   until you have all the information on the table you
6   may be running into a red herring and be
7   misdirected.

8           Most -- most -- most -- to compare me
9   with most physicians, most physicians see a patient
10  for three-quarters of an hour or less, make a snap
11  diagnosis, and -- and sometimes these diagnosis are
12  quite adequate and quite correct, sometimes they're
13  not.  My diagnosis are primarily a combination of
14  historical physical, a routine physical, plus very
15  technical examinations of the patient.  And I try
16  not to come to any conclusions until I have as much
17  data on the table as possible.

18  Q.   **And I -- and I appreciate that, what I**
19  **am asking you to do is recount for me from your**
20  **notes, the first meeting you had with Mr. Jeffries**
21  **and what exactly you did?**
22  A.   When he came, I did not examine him the
23  first day.  I did examined him on the second visit,

Case 1:02-cv-00351-MRB-TSH   Document 146-3   Filed 01/30/2004   Page 5 of 12

800.523.7887   10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 16

1  I believe, or third. I sent him for a battery of
2  tests, both here and in Montreal. I didn't review
3  any of the voluminous notes that he had on various
4  tests until much later -- a later visit.
5     Q.   Doctor, what I'm trying to get to is:
6  He came to see you and -- and you began a file for
7  this patient; is that right?
8     A.   That's true.
9     Q.   I'd like you to look at that file and
10 tell me from the first visit what his complaints
11 were, and what tests you sent him for, and where
12 you sent him, and exactly what you did?
13    A.   Well, I can tell you why he came, he
14 came because he had received two immunizations, a
15 hepatitis B and a hepatitis C immunization, and
16 shortly after, approximately five or so days later,
17 he appeared, in his opinion, to have a reaction to
18 that, which initially caused rather significant
19 problems, but then later, these problems slowly
20 increased.
21         And the problems were quite specific, he
22 had problems with memory, he had problems with
23 speech, he had problems with motor control, he had

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 19

1   the two SPECT scans, I can provide Mr.
2   Farmer at this moment, and he can -- with
3   the color copies, and he can --.
4           MR. ROBERTS:  Oh, what's that?  I'm
5   sorry.
6           THE WITNESS:  I do have the colored
7   copies of the two SPECT scans done in
8   Montreal.  And I can give those to Mr.
9   Farmer for copying.
10          MR. ROBERTS:  Thank you.
11          THE WITNESS:  I have my notes here
12   from June the 8th, 2000.
13  BY MR. ELLIS:  (Cont'g.)
14      Q.   Okay.  Pursuant to your notes of June
15  8th, 2000, did you take a history from Mr. Jeffries
16  at that time?
17      A.   It wouldn't be on this page.
18      Q.   Okay.  What do those notes reflect?
19      A.   Those notes reflect just my
20  conversations with Mr. Jeffries that particular
21  day.
22      Q.   Okay, tell me about those conversations
23  with Mr. Jeffries?

Case 1:02-cv-00351-MRB-TSH   Document 146-3   Filed 01/30/2004   Page 7 of 12

800.523.7887      10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 35

1  an expert in the area of fatigue syndrome.  And I
2  know most of the physicians -- well, not most, but
3  I used to know all of the physician in the United
4  States who investigated this kind of problem, but
5  the field has expanded so much lately, I don't know
6  even a small percentage of them now.  So, I tended
7  to refer these patients off to American physicians,
8  because it's usually covered by their insurances.
9       **Q.    Is chronic fatigue syndrome the**
10      **diagnosis that you placed on Mr. Jeffries?**
11      A.    I don't essentially believe in chronic
12  fatigue syndrome.  I've edited and published what
13  may have been the most major textbook on chronic
14  fatigue syndrome, but what I believe is that most
15  chronic-fatigue-syndrome cases, it's -- it's a
16  legitimate diagnosis, but I like to go behind the
17  diagnosis and find out what actually can be
18  documented from scientific tests on a patients.
19  And what -- once we have these, it often explains
20  the fatigue syndrome.
21            It's -- I mean there's, you know, the
22  general chronic fatigue syndrome in front of me,
23  it's a legitimate diagnosis, but I like to --

Case 1:02-cv-00351-MRB-TSH    Document 146-3    Filed 01/30/2004    Page 8 of 12

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,    Associated Reporters Int'l., Inc.

Page 55

1    THE WITNESS: Oh, can you hear me?

2    MR. ELLIS: Sorry, I asked the

3    doctor, if he relies upon the reports of

4    the reader or if he reads them himself,

5    he said he does both.

6    MR. ROBERTS: Thank you.

7    A.    For instance, I --.

8    BY MR. ELLIS: (Cont'g.)

9    Q.    That's all right, let me ask you the

10   next question.

11   A.    Okay.

12   Q.    Do you have specific training in this

13   nuclear medicine to either perform or read these

14   tests?

15   A.    I have certainly not the experience or

16   the ability to perform the test. I have some

17   ability in reading them.

18   Q.    Where were you trained to read them?

19   A.    I did my internship at Hotel-Dieu, the

20   same place that this machine is -- but I did it

21   before this machine. I routinely go down there

22   and -- to Hotel-Dieu to go over these colored

23   scans - and the computer, which actually gives more

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,    Associated Reporters Int'l., Inc.

Page 56

1  details than the scan -- the color printout that
2  you have there - with Dr. Navier.  Or in California
3  I spent frequent hours with Dr. Ismail Menna
4  (phonetic spelling), who is the chief at U.C.L.A.
5  I have also met with the present chief at U.C.L.A.,
6  but only once.
7      Q.    **But is the answer is that you've had no**
8  **formal training in it but, you get to work with the**
9  **doctors --**
10     A.    Exactly.
11     Q.    **-- who have the training?**
12     A.    Exactly.
13     Q.    **All right.  With regard to --.**
14     A.    But I would say that they are the
15  experts, not me.
16     Q.    **Right.**
17     A.    What -- what is different about the
18  reading is I can say, "this looks like there may be
19  a problem in the subcortex and you didn't mention
20  this."  Sometimes the neuroradiologist just reports
21  on the obvious, and we now have the ability to give
22  computer printouts of the subcortex in different
23  organelles of the brain, and very frequently they

Case 1:02-cv-00351-MRB-TSH   Document 146-3   Filed 01/30/2004   Page 10 of 12

800.523.7887          10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 86

1   Q.   Have you made any specific diagnosis
2   with regard to a physical ailment that Mr. Jeffries
3   has?
4   A.   For instance, what?
5   Q.   Well, I'm asking what your diagnosis is
6   of Mr. Jeffries' condition?
7   A.   Central nervous system injury, number
8   one, based on the pathophysiology of the tests we
9   performed.
10  Q.   Okay.  Which one's in specific?
11  A.   SPECT, PET, and in this case the MRI.
12  Individually these tests are not specific, but the
13  more you get showing these changes, you have to
14  believe that there is an encephalopathy going on in
15  this patient.
16  Q.   All right.  So --
17  A.   And I -- I believe that.
18  Q.   -- you're diagnosing an encephalopathy
19  based upon the SPECT scans - several of them, done
20  at different places, different machines - the PET
21  scan and the MRI.
22  A.   With the understanding that the SPECT
23  and PET are active tests, and the MRI is a

Case 1:02-cv-00351-MRB-TSH    Document 146-3    Filed 01/30/2004    Page 11 of 12

800.523.7887        10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,    Associated Reporters Int'l., Inc.

Page 96

1   reports --

2       A.    Yeah.

3       Q.    -- that all of Mr. Jeffries problems are
4   related to this hepatitis B inoculation in 1997.

5       A.    I don't -- did I say that, can you pull
6   that out for me?

7       Q.    Let's see, I think in your most recent
8   report, your summary of diagnosis and conclusions,
9   you begin by discussing -- this is your June 30th,
10  2001.

11      A.    Okay.  I have that document.  What page?

12      Q.    All right.  Right at the beginning,
13  (reading) "Until 1997 Mr. Jeffries was healthy and
14  successful, and in 1997 he had hepatitis A and B
15  shots."  Then you list after that, that he had --
16  lets see, you identify that as the onset of his
17  symptoms on page three.

18      A.    Can we be -- go page by page?  You --.

19      Q.    I don't think I have the time.

20      A.    Oh, well, in the first paragraph that
21  you mentioned, yes, I'm saying that his illness
22  started with the hepatitis A and B immunization.
23  Understanding that for a three-week period, and I'm

Case 1:02-cv-00351-MRB-TSH    Document 146-3    Filed 01/30/2004    Page 12 of 12

800.523.7887          10/10/2003, Ottowa, Canada, Deposition of Byron Marshall Hyde,   Associated Reporters Int'l., Inc.

Page 99

1    seen, yes.

2        Q.    Does that mean you're not rendering that
3    opinion with reasonable scientific certainty, but
4    it looks like it?

5              MR. ROBERTS:  Objection.

6              Go ahead.

7    BY MR. ELLIS:   (Cont'g.)

8        Q.    You can answer.

9        A.    Objection?

10       Q.    You can answer.

11       A.    Oh.  With reasonable scientific
12    certainty?  All we can say is that he had a
13    hepatitis B, and that he has these brain changes,
14    period.

15       Q.    Okay.  Do you have previous --?

16       A.    And this is consistent with other people
17    and patients that have had hepatitis B
18    immunizations that we have examined by SPECT, and
19    often PET but not all, as frequently -- is
20    consistent with post-hepatitis-B-immunization
21    injury.

22       Q.    All right.  And when you say "consistent
23    with" is:  We're not sure, but it looks it.