```
                                               1

 1

 2               UNITED STATES DISTRICT COURT

 3                SOUTHERN DISTRICT OF OHIO

 4                    WESTERN DIVISION

 5   - - - - - - - - - - - - -
     ERIC L. JEFFRIES,         :
 6                             :
              Plaintiff,       :
 7                             : Case No. C-1-02-351)
     CENTRE LIFE INSURANCE     :
 8   COMPANY, et al.,          :
                               :
 9           Defendants.       :
     - - - - - - - - - - - - -
10

11

12           Deposition of ERIC L. JEFFRIES,

13   Plaintiff herein, called by the Defendants for

14   Cross-examination, pursuant to the Federal Rules of

15   Civil Procedure, taken before me, Angie Portune, a

16   Registered Merit Reporter and Notary Public in and

17   for the State of Ohio, at the offices of Wood &

18   Lamping, 600 Vine Street, 2500 Convergys Building,

19   Cincinnati, Ohio, on Wednesday, September 10, 2003,

20   at 9:47 AM.

21

22

23

24
```

                                          112

1    Q.   Okay.
2    A.   You know, I'm not that preoccupied with
3  it.  It's just, so --
4    Q.   Who is your current treating physician?
5    A.   That would be McClellan.
6    Q.   And when was the last time you saw him?
7    A.   I think I've seen him twice this year.  I
8  saw him early in the year and, oh, within the last
9  month or so.  A few weeks or so.
10   Q.   What prompted your visit early this year?
11   A.   I think I was having a bit of a flare up
12 at that time.  And I also had to get tested to make
13 sure that the thyroid thing is -- they do a test and
14 they -- it has to be done on a periodic basis.  To
15 measure it to make sure it's operating, for the
16 drugs they give you are working properly.
17   Q.   Okay.  The medication you're on is what?
18   A.   Levoxyl.
19   Q.   Levoxyl.
20   A.   Levoxyl, L-E-V-O-X-Y-L.  Levoxyl.
21   Q.   And that's basically a thyroid
22 replacement?
23   A.   That's my understanding.  It's a thyroid
24 medicine.

                                                              136

1      Q.   We don't want to get into him because you
2  said that was privileged.
3      A.   But he prescribed a medicine.
4      Q.   Okay.
5      A.   So I think that's the only thing.
6      Q.   What did he prescribe?
7      A.   I don't know what it's called.
8      Q.   Are you taking it?
9      A.   I have.  Yeah.
10     Q.   Hmm?
11     A.   Yes.  I've been taking it.  It's some, I
12 don't know the name of it.  It's some type of blood
13 pressure medicine.  So I don't, have no -- some
14 blood pressure medicine of some sort.  I don't know
15 the name of it.  And he gave me a sample thing,
16 prescription for it, and the sample things got
17 thrown out so I filled the prescription.
18     Q.   Well, it makes it a good question, are you
19 on, other than the thyroid medicine, are you on any
20 other kind of medication right now?
21     A.   I take a medicine called Neurontin.
22     Q.   Mm-hmm.
23     A.   Which is something that Drs. McClellan and
24 Poser recommended.

137

1  Q. Okay. How did you end up getting to
2  Dr. Poser?
3  A. I was referred by somebody I think. I
4  don't know who.
5  Q. One of your treaters or the Internet?
6  MR. ROBERTS: Objection. Go ahead.
7  A. I don't know. I think maybe Dr. Hyde.
8  Q. Dr. Hyde?
9  A. Maybe, I don't know. That comes to mind
10 but it may not be correct. So maybe I just
11 shouldn't say it.
12 Q. Okay. If you're not sure that's all
13 right.
14    Are you on any other meds besides the
15 thyroid med, Neurontin, and whatever this is that
16 Dr. Pretorius gave you?
17 A. No.
18 Q. Who else have you seen for treatment in
19 the last 18 months?
20 A. I think that's it. I can't think of
21 anybody else.
22 Q. Have you been back to see Dr. Luggen?
23 A. No.
24 Q. Dr. Dunn?