```
                                                           1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF OHIO

 3                       WESTERN DIVISION

 4

 5

 6     _____
                                  )
       ERIC L. JEFFRIES,          )
 7                                )
              Plaintiff,          )
 8                                )   CASE NO.
                   vs.            )   C-1-02-351
 9                                )
       CENTRE LIFE INSURANCE CO., )
10     et al.,                    )
                                  )
11            Defendants.         )
                                  )
12     _____)

13

14       Deposition of:     MICHAEL F. HARTINGS, Ph.D.

15       Pursuant to:       Notice

16       Date and Time:     Monday, October 27, 2003
                            9:55 a.m.
17
         Place:             Graydon, Head & Ritchey, LLP
18                          1900 Fifth Third Center
                            511 Walnut Street
19                          Cincinnati, Ohio  45202

20       Reporter:          Patti Stachler, RMR, CRR
                            Notary Public - State of Ohio
21

22

23

24

25



                   Elite Reporting Agency
                      513-632-5344
```

133

1    A.   May I finish?

2    Q.   -- to ignore that Dr. Poser, from the Harvard
3    Medical School, has diagnosed Mr. Jeffries with chronic
4    fatigue syndrome?

5    A.   Again, it is not appropriate for me to ignore
6    the fact that the doctor made the diagnosis.  It may be
7    inappropriate for me to assume that the diagnosis
8    reflects a real medical condition.

9    Q.   Okay.  You don't assume that?  You assume
10   that those diagnoses are incorrect?

11   A.   I know -- I don't assume anything.  I know
12   that the condition that Mr. Jeffries claims to have is
13   one of -- which produces disagreement among highly
14   credentialed medical experts.

15   Q.   Are you talking about his medical
16   condition?

17   A.   His medical condition produces disagreement
18   among highly qualified board certified medical
19   providers.  And now, I am not in a position to evaluate
20   or determine which of those physicians is right or
21   wrong.

22   Q.   Okay.  And the fact that he has, in your
23   opinion, a personality disorder is also something that
24   psychologists don't agree on?

25   A.   Well --