## CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351       **DATE:** Friday, Jan. 30, 2004
**TITLE:** Jeffries v. Centre Life Insurance, et al.
**RE:** Hearing on Docs. 116 & 117 Cont'd.
(1:36 p.m. - 5:50 p.m.)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Michael Roberts
Clifford Shoemaker

**Attorney for Defendant(s)**
William Ellis
Peter Burrell

### WITNESSES

1) Dr. Mark Geier (2:15 p.m. - 3:05, 3:25 -
   Cross: 4:00 - 5:30)

### PROCEEDINGS

Prelim. Matters:
Re: Mot. to Recuse (orally made) yesterday. Mot. is not properly before the Court. Should Deft. choose to file a formal motion, it will be referred to the Chief Judge of this Court. Dr. Frey will not be permitted to supplement his report. Pltf. calls witness Dr. Geier. Hearing Cont'd in progress for a date to be determined. (The Court will give Δ an add'tl 1.5 hours) Cross of Dr. Geier not complete.