**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **ERIC L. JEFFRIES,** ) | |
| : | |
| Plaintiff, ) | |
| : | Case No.  1:02-cv-351 |
| v. ) | |
| : | |
| **CENTRE LIFE INSURANCE CO.,** ) | |
| : | |
| Defendant. ) | |

**AGREED ORDER EXTENDING TIME FOR PLAINTIFF TO FILE
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND SETTING NEW DATE FOR FILING OF REPLY MEMORANDA**

At the October 1, 2003, Scheduling Conference (confirmed in the Court's October 6, 2003, Scheduling Order – *Doc. 94*), the Court scheduled the **Daubert** proceedings for January 8th and 9th, 2004. The Court also stated that it would attempt to resolve the **Daubert** motions prior to the date for the filing of dispositive motions, which the Court set as January 24 2004. On October 1, 2003, the Court also directed that any summary judgment opposition memoranda be filed on or before January 30, 2004, with replies due on February 6, 2004.

Defendant filed its Motion for Summary Judgment on Plaintiff's claims in this matter on January 24, 2004. Plaintiff filed his Motion for Summary Judgment on Defendants' Counterclaim on January 24, 2004.

Defendant responded to Plaintiff's Motion for Summary Judgment on January 30, 2004, but Plaintiff was unable to file its opposition memorandum on that date and for that reason seeks additional time to respond to Defendant's Motion for Summary Judgment.

The parties, therefore, jointly agree and move, and the Court hereby orders Plaintiff to file his Memorandum opposing Summary Judgment on or before February 9, 2004. Any reply memoranda shall be filed on or before February 17, 2004.

**IT IS SO ORDERED.**

Date: February 9, 2004                s/Sandra S. Beckwith
                                      Sandra S. Beckwith
                                      United States District Judge

Agreed:
s/ Michael A. Roberts
Michael Roberts, Esq. (0047129)

Graydon Head & Ritchey, LLP
1900 5th 3rd Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799 telephone
(513) 651-3836 facsimile
email: mroberts@graydon.com

Clifford J. Shoemaker, Esq.
Shoemaker & Horn
9711 Meadowlark Road
Vienna, Virginia 22182
(703) 281-6395 telephone
(703) 281-5807 facsimile
Attorneys for Plaintiff

s/ Peter M. Burrell, by authority (Michael A. Roberts)
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(513) 852-6000 telephone
(513) 852-6087 facsimile

Attorneys for Defendant

- 2 -