Jeffries vs. Centre Life Ins. Co., et al.  
October 28, 2003

MICHAEL McCLELLAN, M.D.  
VOLUME II

Page 88

1  APPEARANCES:
2   On behalf of the Plaintiff:
3     Michael A. Roberts, Esq.
      Graydon, Head & Ritchey
4     1900 Fifth Third Center
      511 Walnut Street
5     Cincinnati, Ohio  45202-3157
      Phone: (513) 621-6464
6
   On behalf of the Defendants:
7
     William R. Ellis, Esq.
8    Wood & Lamping
     2500 Convergys Center
9    600 Vine Street
     Cincinnati, Ohio  45202-2409
10   Phone: (513) 852-6000
11
12              - - -
13        S T I P U L A T I O N S
14   It is stipulated by and between counsel for the
15 respective parties that the deposition of MICHAEL
16 MCCLELLAN, MD, a witness herein, called by the
17 defendants for cross-examination, pursuant to the
18 Federal Rules of Civil Procedure, may be taken at
19 this time by the notary; that said deposition may be
20 reduced to writing in stenotype by the notary, whose
21 notes may then be transcribed out of the presence of
22 the witness; and that proof of the official
23 character and qualifications of the notary is
24 expressly waived.

Page 89

1              I N D E X
2   Cross-Examination (Continued) by:    Page
3   Mr. Ellis                             90
4              - - -

Page 90

1      MR. ELLIS: Doctor, you consider yourself
2  still under oath, don't you?
3      THE WITNESS: I certainly do.
4         MICHAEL MCCLELLAN, MD
5  being by me previously cautioned and sworn, deposes
6  and says as follows:
7         CROSS-EXAMINATION (CONTINUED)
8  BY MR. ELLIS:
9    Q. When we left off last time, Dr. McClellan,
10 we were discussing a number of different potential
11 labels to put on Mr. Jeffries' difficulties, which
12 included myalgic encephalomyelitis, chronic fatigue
13 syndrome, wasn't there a third, autoimmune
14 cerebritis?
15      MR. ROBERTS: Objection. Go ahead.
16   A. I would not call it an autoimmune
17 cerebritis. I think he has an autoimmune-mediated
18 process, which contributes to his muscle pain,
19 weakness, cognitive dysfunctions, and that's on the
20 basis of an immune reaction to the hepatitis
21 vaccine.
22      And different specialists, different
23 physicians, have called it or used -- called it
24 different things, used different terminologies, but

Page 91

1  that's the underlying process.
2    Q. This is the working hypothesis that you
3  currently have?
4      MR. ROBERTS: Objection.
5    A. That's my feeling as to his diagnosis.
6    Q. You recall Dr. Hyde, for example,
7  suggested that he had a parkinsonian appearance, and
8  movement, and so forth?
9      MR. ROBERTS: Objection.
10   Q. Do you recall that?
11     MR. ROBERTS: Objection.
12   A. I believe he said that he had some
13 parkinsonian features, but I would have to look at
14 his note to see his exact wording.
15   Q. All right. In your records of March of
16 2001 you received a referral letter sent to Dr. Hyde
17 by a Dr. Fernandez from Canada?
18   A. I'm sorry, what was the date on that?
19   Q. You were carbon copied on the letter that
20 is dated March 14th. It appears you received it
21 March the 19th perhaps of 2001.
22   A. Yes, I have it.
23   Q. Okay. In the letter, if you look to the
24 second page, in summary the good doctor found that