Barb,

In addition to the enclosed request, we would like to try to obtain information on any Trust's the insured may have. We understand that this information is tracked either by the State or Federal Government. We would like you to check for these trusts for the insured, his wife and children. Please try to obtain this information and the information requested on the attached request ASAP (by today latest Monday).

Eric Jeffries – 
Susan Jeffries –
Reid Jeffries –
Ian Jeffries –

Please call me with questions. Ext. 1804

Thank you.
Bill Gelardi

CLAIM 01637

# Disability Management Services, Inc.

A Third Party Administrator for
**Massachusetts Casualty Insurance Company**
7th Floor 155 Federal Street
Boston, MA 02110
Tel: (800) 462-9897



**fax** t r a n s m i t t a l

| | |
|---|---|
| to: | BARB BAILEY - **URGENT** |
| fax #: | 315-234-4201 |
| from: | BILL GELARDI |
| date: | 01/19/01 |
| re: | DATABASE REQUEST |
| Pages: | 3, including this cover page |

NOTES:

Barb, please see attached database request and enclosure..

Thanks

Confidential
   The documents accompanying this telecopy transmission contain information from Disability Management Services Inc., which is confidential. This information is intended only for the use of the individual and/or entity named on this transmission sheet. Any copying, disclosure or dissemination of the information, or the taking of any action in reliance upon the contents of the information, is strictly prohibited. If you have received this telecopy in error, please notify us immediately so that we can arrange for the return of the documents at no cost to you. Thank you

d/b/a New England Claims Administration Services, Inc. in FL, MD, ME
Licensed as New England Claims Administration Services, Inc. in CA
d/b/a Centre Claims Administration Services in NH

CLAIM 01635