# JEFFRIES

## ERIC L.

Closed
P
2-28-02

CLAIM 02627




# Jeffries, Eric

402696



closed
p
2-28-02

CLAIM 02109



③

# Jeffries, Eric

402696



Closed
P
2-28-02

CLAIM 01591

(4)

[redacted]

# Jeffries
## Eric

402696

Closed
p
2-28-02

CLAIM 01079




Jeffries, Eric

C# 402696



closed
P
2-28-02

CLAIM 00943