2/26/02  V/m Mike Roberts re: V for Mr Jeffers.
5:40 pm.

2/27/02  Jeff called Mike. Left a V/m that V will go out w/ Ron Laznaya. We are evaluating settlement w/ respect to his letter + the decision to not attend IME. Please call. — Joe

2/28/02  C/B from Mike. I explained that upon receiving his letter that the decision to have Mr Jeffers not attend IME was something we needed to evaluate. We have been trying to evaluate the claim, Auth taken away/revoked we cannot conduct investigation. 2nd No attendance to IME. I believe 2nd one. We earlier postponed exam to review info from Dr Bastien 1st.

CLAIM 01169

2/28/02
p. 2 — Considering how old info was + questions we had re: her input. We set up the exam + now he didn't attend. Now we are put into a position that we can't evaluate the claim + we may not be able to continue to pay the claim. But before we make a final determination, I wanted to discuss whether or not our prior attempt to settle/resolve this was gone. Mike said the offer was ridiculous and no counter was to be made. We discussed that issue and came to no agreement. I explained we would then make our decision based upon the info in the file.

Note: ② I did speak w/ Mike about the letter and advised him I felt it was ludicrous + BS. He accused us/the co. of being secretive about info — I told him we have no auth to release any new info.

CLAIM 01170