

**Massachusetts Casualty Insurance Company**
Incorporated 1926

155 Federal Street, 7th Floor
Boston, MA 02110
(800) 462-9897



EXHIBIT
48
2/18/03

## PREMIUM NOTICE
DISABILITY INCOME POLICY

POLICY NUMBER
0641734

AMOUNT AND MODE OF PAYMENT
$ 3,529.14 PRO RATA 13 MONTHS

DUE DATE
3/01/02

PROVIDENT BANK
C/O ROBERT EDWARDS
1055 ST. PAUL PL
CINCINNATI OH 45202

NOTE: THE WAIVER OF PREMIUM PROVIDED BY YOUR POLICY TERMINATED ON 2/25/02. THIS NOTICE COVERS THE PREMIUM NOW DUE ON YOUR POLICY FROM 3/01/02 TO 4/01/03.

AGENCY
MC803
RE: ERIC L. JEFFRIES

*PLEASE INDICATE CHANGES OR CORRECTIONS ON RETURN PORTION OF NOTICE BELOW

NOTICE PRINTED 3/28/02

**PROMPT PAYMENT PROTECTS YOUR FINANCIAL SECURITY**

---

## PLEASE RETURN THIS PORTION OF PREMIUM NOTICE WITH YOUR PAYMENT

YOUR POLICY WILL LAPSE IF THE PREMIUM IS NOT PAID WITHIN 31 DAYS OF THE DUE DATE.

POLICY NUMBER
0641734

AMOUNT AND MODE OF PAYMENT
$ 3,529.14 PRO RATA 13 MONTHS

DUE DATE
3/01/02

PROVIDENT BANK
C/O ROBERT EDWARDS
1055 ST. PAUL PL
CINCINNATI OH 45202

NOTE: THE WAIVER OF PREMIUM PROVIDED BY YOUR POLICY TERMINATED ON 2/25/02. THIS NOTICE COVERS THE PREMIUM NOW DUE ON YOUR POLICY FROM 3/01/02 TO 4/01/03.

*Changes
Name: _____
Address: _____
City: _____

AGENCY

State: _____ Zip: _____

MC803 RE: ERIC L. JEFFRIES
Signature: _____
FILE COPY

NOTICE PRINTED 3/28/02

CLAIM 00944