| task_number | user_id | claim_number | activity_date | activity_id | completed_sw | memo_field | create_date | create_user | last_update_date | last_update_user |
|---|---|---|---|---|---|---|---|---|---|---|
| 138888 | Y133 | 402696 | 03/23/02 | MIS | Y | PER ATTORNEY SEND ALL FUTURE CHECKS TO MIKE ROBERTS OFFICE. 10-1-01 JBG  IME SCHEDULED FOR 2-14-02 (PSYCH TESTING) 1-23-02 JBG | 02/12/99 | Y209 | 02/28/02 | Y133 |
| 141905 | Y046 | 402696 | 01/01/00 | MIS | Y | SET UP IME | 10/06/99 | Y046 | 10/06/99 | Y046 |
| 145570 | Y046 | 402696 | 09/07/00 | MIS | Y | CONTACT CINDY PALMER CALL CINDY RE: THE BOSTON HEP. B DOCTOR SHE WAS GOING TO CONTACT. DID THIS CONTACT TAKE PLACE? | 08/07/00 | Y046 | 09/18/00 | Y046 |
| 147496 | Y046 | 402696 | 02/02/01 | MIS | Y | F/U W/JEFF (SEE ADD. NOTES) LETTER TO INS. ATTORNEY TO BE SENT BY JEFF C. BY 1/26/01. F/U WITH JEFF. | 01/25/01 | Y046 | 02/19/01 | Y046 |
| 155207 | Y133 | 402696 | 03/10/03 | MIS | N | FILE IN LEGAL | 02/13/03 | Y133 | 02/13/03 | Y133 |



**Payment History**

**Client:** ERIC L. JEFFRIES  **Claim PTD:** 2/15/03
**Total Benefit Paid:** $473,187.00

| Reference # | Claim # | Plan | Type | Payment Date | From | To | Gross Payment | Net Payment |
|---|---|---|---|---|---|---|---|---|
| BH12041107 | 402696 | 3077 | DI | 12/4/00 | 10/25/00 | 11/25/00 | $12,133.00 | $12,133.00 |
| BH01223355 | 402696 | 3077 | DI | 1/19/01 | 11/25/00 | 12/25/00 | $12,133.00 | $12,133.00 |
| BH01253611 | 402696 | 3077 | DI | 1/25/01 | 12/25/00 | 1/25/01 | $12,133.00 | $12,133.00 |
| BH02265160 | 402696 | 3077 | DI | 2/26/01 | 1/25/01 | 2/25/01 | $12,133.00 | $12,133.00 |
| BH04037272 | 402696 | 3077 | DI | 4/3/01 | 2/25/01 | 3/25/01 | $12,133.00 | $12,133.00 |
| BH05119068 | 402696 | 3077 | DI | 5/10/01 | 3/25/01 | 4/25/01 | $12,133.00 | $12,133.00 |
| BH05239808 | 402696 | 3077 | DI | 5/22/01 | 4/25/01 | 5/25/01 | $12,133.00 | $12,133.00 |
| BH06211100 | 402696 | 3077 | DI | 6/21/01 | 5/25/01 | 6/25/01 | $12,133.00 | $12,133.00 |
| BH07232636 | 402696 | 3077 | DI | 7/23/01 | 6/25/01 | 7/25/01 | $12,133.00 | $12,133.00 |
| BH08244105 | 402696 | 3077 | DI | 8/23/01 | 7/25/01 | 8/25/01 | $12,133.00 | $12,133.00 |
| BH09215486 | 402696 | 3077 | DI | 9/20/01 | 8/25/01 | 9/25/01 | $12,133.00 | $12,133.00 |
| BH10247031 | 402696 | 3077 | DI | 10/23/01 | 9/25/01 | 10/25/01 | $12,133.00 | $12,133.00 |
| BH11218446 | 402696 | 3077 | DI | 11/21/01 | 10/25/01 | 11/25/01 | $12,133.00 | $12,133.00 |
| BH12209969 | 402696 | 3077 | DI | 12/20/01 | 11/25/01 | 12/25/01 | $12,133.00 | $12,133.00 |
| BH01231353 | 402696 | 3077 | DI | 1/23/02 | 12/25/01 | 1/25/02 | $12,133.00 | $12,133.00 |
| BH02283128 | 402696 | 3077 | DI | 2/27/02 | 1/25/02 | 2/25/02 | $12,133.00 | $12,133.00 |
| BH02130598 | 402696 | 3077 | DI | 2/13/03 | 1/15/03 | 2/15/03 | $12,133.00 | $12,133.00 |

OK

Start | Microsoft Word | Inbox - Microsoft | 1 p - TN3270 Plus | [09]<04:52> - CD | 3:34 PM

3

**Payment History**

Client: ERIC L. JEFFRIES    Claim PTD: 2/15/03
Total Benefit Paid: $473,187.00

| Reference # | Claim # | Plan | Type | Payment Date | From | To | Gross Payment | Net Payment |
|---|---|---|---|---|---|---|---|---|
| KO09105414 | 402696 | 3077 | DI | 9/10/99 | 5/25/99 | 6/25/99 | $2,409.00 | $2,409.00 |
| KO09105416 | 402696 | 3077 | DI | 9/10/99 | 6/25/99 | 7/25/99 | $8,024.50 | $8,024.50 |
| KO09105416 | 402696 | 3077 | DI | 9/10/99 | 6/25/99 | 7/25/99 | $1,699.50 | $1,699.50 |
| KO09105416 | 402696 | 3077 | DI | 9/10/99 | 6/25/99 | 7/25/99 | $2,409.00 | $2,409.00 |
| KO09105418 | 402696 | 3077 | DI | 9/10/99 | 7/25/99 | 8/25/99 | $8,024.50 | $8,024.50 |
| KO09105418 | 402696 | 3077 | DI | 9/10/99 | 7/25/99 | 8/25/99 | $1,699.50 | $1,699.50 |
| KO09105418 | 402696 | 3077 | DI | 9/10/99 | 7/25/99 | 8/25/99 | $2,409.00 | $2,409.00 |
| BH11099088 | 402696 | 3077 | DI | 11/8/99 | 8/25/99 | 10/25/99 | $24,266.00 | $24,266.00 |
| BH12281969 | 402696 | 3077 | DI | 12/28/99 | 10/25/99 | 12/25/99 | $24,266.00 | $24,266.00 |
| BH03096058 | 402696 | 3077 | DI | 3/9/00 | 12/25/99 | 3/25/00 | $36,399.00 | $36,399.00 |
| BH05311079 | 402696 | 3077 | DI | 5/31/00 | 3/25/00 | 5/25/00 | $24,266.00 | $24,266.00 |
| BH06292781 | 402696 | 3077 | DI | 6/27/00 | 5/25/00 | 6/25/00 | $12,133.00 | $12,133.00 |
| JM08245992 | 402696 | 3077 | DI | 8/24/00 | 6/25/00 | 7/25/00 | $12,133.00 | $12,133.00 |
| JM08245993 | 402696 | 3077 | DI | 8/24/00 | 7/25/00 | 8/25/00 | $12,133.00 | $12,133.00 |
| BH11019879 | 402696 | 3077 | DI | 11/9/00 | 8/25/00 | 9/25/00 | $12,133.00 | $12,133.00 |
| BH12041106 | 402696 | 3077 | DI | 12/4/00 | 9/25/00 | 10/25/00 | $12,133.00 | $12,133.00 |
| BH12041107 | 402696 | 3077 | DI | 12/4/00 | 10/25/00 | 11/25/00 | $12,133.00 | $12,133.00 |
| BH01223355 | 402696 | 3077 | DI | 1/19/01 | 11/25/00 | 12/25/00 | $12,133.00 | $12,133.00 |

OK

Start | Microsoft Word | Inbox - Microsoft | 1: p - TN3270 Plus | [09]<06.03> - CD... | 3:33 PM

**Payment History**

Client: ERIC L. JEFFRIES  
Claim PTD: 2/15/03  
Total Benefit Paid: $473,187.00

| Reference # | Claim # | Plan | Type | Payment Date | From | To | Gross Payment | Net Payment |
|---|---|---|---|---|---|---|---|---|
| BH04066118 | 402696 | 3077 | DI | 4/5/99 | 12/25/98 | 1/25/99 | $8,024.50 | $8,024.50 |
| BH04066118 | 402696 | 3077 | DI | 4/5/99 | 12/25/98 | 1/25/99 | $1,699.50 | $1,699.50 |
| BH04066118 | 402696 | 3077 | DI | 4/5/99 | 12/25/98 | 1/25/99 | $2,409.00 | $2,409.00 |
| BH04066120 | 402696 | 3077 | DI | 4/5/99 | 1/25/99 | 2/25/99 | $8,024.50 | $8,024.50 |
| BH04066120 | 402696 | 3077 | DI | 4/5/99 | 1/25/99 | 2/25/99 | $1,699.50 | $1,699.50 |
| BH04066120 | 402696 | 3077 | DI | 4/5/99 | 1/25/99 | 2/25/99 | $2,409.00 | $2,409.00 |
| BH04066123 | 402696 | 3077 | DI | 4/5/99 | 2/25/99 | 3/25/99 | $8,024.50 | $8,024.50 |
| BH04066123 | 402696 | 3077 | DI | 4/5/99 | 2/25/99 | 3/25/99 | $1,699.50 | $1,699.50 |
| BH04066123 | 402696 | 3077 | DI | 4/5/99 | 2/25/99 | 3/25/99 | $2,409.00 | $2,409.00 |
| BH04066127 | 402696 | 3077 | DI | 4/5/99 | 3/25/99 | 4/25/99 | $8,024.50 | $8,024.50 |
| BH04066127 | 402696 | 3077 | DI | 4/5/99 | 3/25/99 | 4/25/99 | $1,699.50 | $1,699.50 |
| BH04066127 | 402696 | 3077 | DI | 4/5/99 | 3/25/99 | 4/25/99 | $2,409.00 | $2,409.00 |
| BH05188590 | 402696 | 3077 | DI | 5/17/99 | 4/25/99 | 5/25/99 | $8,024.50 | $8,024.50 |
| BH05188590 | 402696 | 3077 | DI | 5/17/99 | 4/25/99 | 5/25/99 | $1,699.50 | $1,699.50 |
| BH05188590 | 402696 | 3077 | DI | 5/17/99 | 4/25/99 | 5/25/99 | $2,409.00 | $2,409.00 |
| KD09105414 | 402696 | 3077 | DI | 9/10/99 | 5/25/99 | 6/25/99 | $8,024.50 | $8,024.50 |
| KD09105414 | 402696 | 3077 | DI | 9/10/99 | 5/25/99 | 6/25/99 | $1,699.50 | $1,699.50 |
| KD09105414 | 402696 | 3077 | DI | 9/10/99 | 5/25/99 | 6/25/99 | $2,409.00 | $2,409.00 |

OK