Jeffries vs. Centre Life Ins. Co., et al.
September 14, 2003
MICHAEL McCLELLAN, M.D.
Case 1:02-cv-00351-MRB-TSH    Document 151-6    Filed 02/17/2004    Page 1 of 9

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

| | |
|---|---|
| ERIC L. JEFFRIES, | : |
| | : |
| Plaintiff, | : |
| vs. | : Case No. C-1-02-351 |
| | : (Volume I) |
| CENTRE LIFE INSURANCE | : |
| COMPANY, et al., | : |
| | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - -

Deposition of MICHAEL MCCLELLAN, MD, a witness herein, called by the defendants for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Connie Dupps, a Registered Professional Reporter and Notary Public in and for the State of Ohio, at the offices of Hyde Park Internists, 2727 Madison Road, Cincinnati, Ohio, on Tuesday, October 14, 2003, at 3:00 PM.

Pages:  1 - 86

Jeffries vs. Centre Life Ins. Co., et al.
September 14, 2003
MICHAEL MCCLELLAN, M.D.
Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 2 of 9

Page 2

APPEARANCES:

On behalf of the Plaintiff:

    Michael A. Roberts, Esq.
    Graydon, Head & Ritchey
    1900 Fifth Third Center
    511 Walnut Street
    Cincinnati, Ohio 45202-3157
    Phone: (513) 621-6464

On behalf of the Defendants:

    William R. Ellis, Esq.
    Wood & Lamping
    2500 Convergys Center
    600 Vine Street
    Cincinnati, Ohio 45202-2409
    Phone: (513) 852-6000

---

S T I P U L A T I O N S

It is stipulated by and between counsel for the respective parties that the deposition of MICHAEL MCCLELLAN, MD, a witness herein, called by the defendants for cross-examination, pursuant to the Federal Rules of Civil Procedure, may be taken at this time by the notary; that said deposition may be reduced to writing in stenotype by the notary, whose notes may then be transcribed out of the presence of the witness; and that proof of the official character and qualifications of the notary is

Page 3

expressly waived.

---

I N D E X

Cross-Examination by:    Page
Mr. Ellis    4

---

Page 4

1     (Witness sworn.)
2     MICHAEL MCCLELLAN, MD
3 being by me first duly cautioned and sworn, deposes
4 and says as follows:
5     CROSS-EXAMINATION
6 BY MR. ELLIS:
7     Q. Dr. McClellan, would you give the court
8 reporter your full name, spelling your last name,
9 please.
10     A. Michael McClellan, M C C L E L L A N.
11     Q. Dr. McClellan, have you been through the
12 deposition process before?
13     A. Yes.
14     Q. You understand then if there is any time
15 you don't understand one of my questions, or I
16 misuse a medical term, or whatever, you'll
17 straighten me out I hope?
18     A. I'll do the best I can, sir.
19     Q. In the event you feel any of your answers
20 need an explanation, let me know. I would ask you
21 to answer the question first and then give me any
22 explanation you feel is necessary.
23     MR. ROBERTS: Objection.
24     Q. All right?

Page 5

1     A. Okay.
2     Q. All right. Doctor, last night your office
3 was kind enough to give me a copy of your records in
4 the case of Eric Jeffries. Do you recall Mr.
5 Jeffries as a patient?
6     A. I do.
7     Q. Can you tell me from your records, which I
8 assume you have with you, when the first time you
9 saw him would have been?
10     A. Actually I first saw Eric 5 years ago to
11 the day today, October 14, 1998.
12     Q. What was the occasion of that visit, what
13 brought him to you?
14     A. Mr. Jeffries had been under the primary
15 care of Dr. Donald Nunlist-Young, and at that time
16 was also under the care of several other specialists
17 being evaluated for an, as yet undefined, illness,
18 and he felt that he wanted another primary care
19 opinion from a generalist. He had seen a few
20 different specialists, but wanted someone other than
21 Dr. Nunlist-Young to examine him and give another
22 opinion on his illness.
23     Q. Okay. When you first saw him I assume you
24 made a record of the history that he gave you?

Page 14

1 appropriately and whether there is obstruction to
2 bile duct flow.
3   Q. Were you aware in April of '95 he was seen
4 at both an Urgent Care and an emergency room for
5 upper right quadrant -- right upper quadrant pain,
6 whatever the proper term is?
7     MR. ROBERTS: Objection.
8   A. No, I was not.
9   Q. Do you know whether prior to the event he
10 ever complained of sweats or being foggy, that is
11 mentally foggy?
12     MR. ROBERTS: Objection.
13   A. Prior to when he became more acutely ill?
14   Q. Prior to the injection at all.
15   A. Not to my knowledge, no.
16   Q. Did he tell you he had a recurrent history
17 of upper respiratory infections?
18     MR. ROBERTS: Objection.
19   A. No.
20   Q. Would any of that history have been of
21 importance to you --
22     MR. ROBERTS: Objection.
23   Q. -- in evaluating this patient?
24     MR. ROBERTS: Objection.

Page 15

1   A. I have to answer that in a two part --
2   Q. Surely, any way you like.
3   A. -- answer. One is, of course, we get the
4 best picture of a patient and their longitudinal
5 health by having as complete a history as possible.
6 I prefer that in every possible case when I'm
7 evaluating a patient, new or old.
8     However, many of these historical facts
9 that you bring up, assuming that they're true, I
10 don't have records to indicate them, but I'm sure
11 you do, really would not have changed my approach to
12 his evaluation and my investigation had I known
13 them, nor would they have changed my thought process
14 and the way that I both approached his illness and
15 have treated him since then.
16     And many of them have been evaluated even
17 more fully with additional testing. For example,
18 his right upper quadrant abdominal pain has been
19 more fully evaluated since I've been caring for him
20 and has been ruled out as having been an etiology
21 that would explain his symptom complex.
22   Q. By saying it's been ruled out as an
23 etiology, you're saying that the right upper
24 quadrant pain isn't necessarily indicative of a

Page 16

1 disease process that's causing his overall problem?
2     MR. ROBERTS: Objection.
3   A. Let me say --
4   Q. In your words, yes.
5   A. -- in clarity, all of those areas that I
6 mentioned that might be a cause for right upper
7 quadrant abdominal pain, gallbladder disease, liver
8 disease, disease of the colon, small intestine, and
9 kidney. Those common organ systems that would be a
10 cause for right upper quadrant pain have all been
11 evaluated, looked at, and those organ systems,
12 primary disease entities of those organ systems, are
13 not the cause for Eric's current symptoms.
14   Q. Were you made aware of evaluations by Dr.
15 Robert Reed, for example, at Wellington prior to
16 your taking over his care?
17     MR. ROBERTS: Objection.
18   A. I have received records from Dr. Reed, not
19 prior to when I first saw him, but eventually I did
20 receive records from Dr. Reed.
21   Q. You have worked with Drs. Dunn and Luggen
22 on and off on this case?
23   A. I have.
24   Q. Over the period of time?

Page 17

1   A. Yes.
2   Q. Between Dr. Dunn, Dr. Luggen, and
3 yourself, at least to date, you have not come up
4 with a definitive diagnosis for his symptoms; is
5 that correct?
6   A. I feel that we have a definitive diagnosis
7 as much as that diagnosis can be rendered.
8   Q. Okay. Let me stop you a moment then and
9 ask you have you issued a report to Mr. Roberts or
10 Mr. Jeffries concerning your opinions and the
11 diagnosis that you believe is definitive at this
12 point?
13   A. I have a copy here of a report that I
14 have. Give me just a minute.
15   Q. Surely. To save you some time are you
16 referring by chance to the affidavit that was
17 drafted by Mr. Roberts for your signature?
18   A. Yes.
19   Q. Okay. Other than that have you had any
20 other reports that you've issued in this case to Mr.
21 Roberts or to Mr. Jeffries concerning your
22 diagnosis?
23   A. I was deposed to give testimony before a
24 special judge in Washington DC regarding this case

Jeffries vs. Centre Life Ins. Co., et al.
September 14, 2003
Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 4 of 9
MICHAEL McCLELLAN, M.D.

Page 18

1 and its potential relation to the hepatitis B
2 vaccine that Mr. Jeffries received in a separate
3 legal matter.
4    Q. **You say potential hepatitis B**
5 **relationship, you're saying that hasn't been**
6 **definitively determined?**
7    A. I can't -- I have to go back and listen to
8 what I said, that's what's in question before the
9 judge in Washington DC is whether or not his
10 symptoms are directly and causally related to the
11 hepatitis B vaccine. My personal opinion is that it
12 is directly and causally related to the vaccine.
13    Q. **When did you offer this testimony in**
14 **Washington?**
15    MR. ROBERTS: I'm going to state an
16    objection for the record. Counsel is aware,
17    he's been advised by the Department of Justice,
18    that the proceedings in that action are not
19    discoverable by him.
20    And I'll let this question be answered,
21    but any further questions into the detail of
22    that will come with the instruction not to
23    answer.
24    A. I cannot give you the exact date. I don't

Page 19

1 have that in my records, but --
2    Q. Year?
3    A. -- it was within the last year.
4    Q. **When was it that you came upon this**
5 **definitive diagnosis for Mr. Jeffries' problem?**
6    A. Well, once I began seeing Mr. Jeffries in
7 1998 and in working through, along with many other
8 specialists, the possible list of multiple diagnoses
9 to try to explain his symptom complex, it really
10 took a period of about two years to completely and
11 thoroughly, I think, evaluate all the possibilities.
12 And Mr. Jeffries at his own expense went to see many
13 different specialists around the country and outside
14 of the country.
15    Every time another possible etiology was
16 considered, I would do my own evaluation, but he
17 would often seek out a second opinion from a noted
18 specialist in that area to see if he could get a
19 more definitive answer from a noted expert to rule
20 in or rule out that possibility.
21    So only -- I would say I take a very
22 cautious and measured approach to diagnoses of rare
23 disorders and disorders which are not completely and
24 fully understood in the mainstream medical

Page 20

1 literature, so our evaluation focused on -- focused
2 on trying to exclude any other possible explanation
3 for Mr. Jeffries' symptoms, and finding none, being
4 convinced based on the time frame of the onset of
5 his symptoms, that there was a likely trigger in the
6 hepatitis vaccine that became the leading candidate
7 for his cause of the symptoms.
8    And as I continue to see his illness
9 evolve and continue to see more case reports and
10 more literature in this area, I think that it's very
11 consistent with his illness. There is no definitive
12 test to prove that and so we can only use our best
13 clinical judgment, that's my measured opinion at
14 this time.
15    Q. **And I appreciate that. My question was**
16 **when did you come to this conclusion?**
17    A. Approximately two years after my initial
18 evaluation of him was when I became convinced that
19 this was the -- this was the cause of his symptoms.
20    Q. **So some time after you signed this**
21 **affidavit from Mr. Roberts, which was done October**
22 **of '99?**
23    A. Well, I'll amend my answer then and say
24 approximately one year after my initial evaluation

Page 21

1 of him, by October of '99.
2    Q. **Okay. So this affidavit then reflects,**
3 **even to date, your assessment of Mr. Jeffries'**
4 **medical situation?**
5    A. Right.
6    Q. **In your affidavit you state that it is**
7 **your opinion, irrespective of the inability to**
8 **precisely diagnose Mr. Jeffries' condition, the**
9 **effects of his illness make him unable to perform**
10 **the material and substantial duties of his**
11 **occupation as a merchant banker. That was one of**
12 **your opinions, correct?**
13    A. I would -- I would state that his illness
14 is not defined in terms of a medical test
15 abnormality. I would still conclude that he is
16 unable to perform the duties of his occupation, that
17 he is disabled at this time.
18    I would, were I to be giving a statement
19 now, I would say that -- I would state that maybe in
20 a different way and say that my opinion is that he
21 has a postvaccinal encephalomyalgic process brought
22 on by hepatitis B vaccine, and that we have
23 painstakingly evaluated him for any other potential
24 cause and found none.

Page 22

1 Q. So the diagnosis, if I understand you
2 correctly, is postvaccinal, which would be after he
3 had a vaccine, right?
4 A. Correct.
5 Q. Encephalo?
6 A. Myalgia.
7 Q. Myalgia?
8 A. Or encephalomyelitis, let's use that term,
9 encephalomyelitis.
10 Q. Encephalomyelitis?
11 A. Postvaccinal encephalomyelitis.
12 Q. And encephalomyelitis would be an
13 inflammation of the brain?
14 A. It is an inflammatory process involving
15 the nervous system, the central nervous system in
16 this case.
17 Q. Okay. An inflammation of the central
18 nervous system?
19 A. Correct.
20 Q. What exactly is inflamed in the central
21 nervous system?
22 A. Well, that's where Mr. Jeffries' diagnosis
23 becomes difficult to quantitate in terms of a
24 particular demonstrable area or set of nerves.

Page 23

1 There are PET scans and nuclear medicine SPECT
2 scans, which I'm sure you've seen and reviewed,
3 which showed some areas of abnormality in his
4 cerebral cortex.
5    My own feeling is that the ability to
6 define Mr. Jeffries' illness by either an anatomic
7 scan or a biopsy which shows an abnormal area of
8 muscle or nerve, or a blood test which reveals a
9 specific antibody marker does not, in and of itself,
10 make or break his diagnosis.
11    His diagnosis is, what we call, a clinical
12 diagnosis, that means evaluating all of the facts,
13 the history, the physical examination, the
14 laboratory data, anatomic data that's available,
15 putting it altogether in a way that makes sense,
16 looking at as broad of a possible list of
17 differential possibilities as one can generate, and
18 then systematically trying to exclude or include a
19 diagnosis that makes sense in a setting of his
20 illness.
21    And whether or not he had an abnormality
22 on an MRI scan that said these nerves are inflamed
23 or not, whether or not he had an abnormal SPECT scan
24 or PET scan would not, in and of itself, tell me

Page 24

1 that he did not have this illness and would not also
2 make the diagnosis for me. It's a clinical
3 diagnosis.
4 Q. Does -- I'm sorry. Does this illness have
5 a name that is recognized in the general medical
6 community?
7 A. Not that I'm aware of. There may be
8 experts who are writing on this who have decided on
9 a particular term for this illness, but it is --
10 there is a body of literature that does describe
11 symptoms just as what Mr. Jeffries has following
12 hepatitis vaccination.
13 Q. Case reports?
14 A. Case reports, correct.
15 Q. And then there are studies that
16 definitively identified the cause and effect
17 relationship or even identified exactly what the
18 disease is, correct?
19    MR. ROBERTS: Objection.
20 A. I'm not aware of a designed study to
21 undertake that question.
22 Q. In the majority of cases that have been
23 reported in this postvaccinal development of
24 symptoms, there has either been a development of

Page 25

1 frank rheumatoid arthritis, which is an identifiable
2 disease, correct?
3    MR. ROBERTS: Objection.
4 Q. That's one of the things that people have
5 related, at least, in the literature by case study,
6 correct?
7    MR. ROBERTS: Objection.
8 A. The case reports that I have read talk
9 about rheumatoid arthritis like syndrome. I don't
10 -- I don't know that the vaccine itself is said to
11 cause true rheumatoid arthritis.
12 Q. In the case studies that you read, did the
13 patients who had symptoms of significance also have
14 a hepatitis B antibody that was discoverable?
15 A. Hepatitis B surface antibody?
16 Q. Yes.
17 A. You mean prior to being vaccinated or
18 after vaccination?
19 Q. No, after, when they were being evaluated
20 for the subsequent symptoms.
21 A. I don't know the answer to that. I do
22 know that some case reports were following only one
23 injection of the series of three and some involved
24 more than one vaccination.

Jeffries vs. Centre Life Ins. Co., et al.
September 14, 2003
Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 6 of 9
MICHAEL McCLELLAN, M.D.

Page 58

1 your question.
2     Q. I think I'm with you. What I'm asking you
3 is this. Are you suggesting that people who have a
4 somatoform disorder are manufacturing symptoms as
5 opposed to feeling them?
6     A. No, that's what I'm trying to
7 differentiate between. People with somatoform
8 disorders feel that they have particular symptoms.
9 They have feelings of symptoms.
10     They don't come in and say -- generally in
11 the patients that I see, for example, they come in
12 with abdominal pain. They don't come in and say I
13 think I have a tumor in my belly, although that may
14 be one of their concerns, but they feel that they
15 have a particular subjective complaint in a
16 particular area.
17     Q. Or multiple subjective complaints that
18 they have focused on and continue?
19     A. Um-hmm, some times.
20     Q. In the normal course of events, a person
21 who has a hepatitis B shot, for example, or any type
22 of immunization can have a reaction to the
23 immunization which is generally flu-like symptoms in
24 a short duration, would you agree?

Page 59

1     A. True.
2     Q. If someone however focuses on that normal
3 occurrence, continues to focus on it, they can
4 intermittently recreate those same body of symptoms,
5 correct, not saying voluntarily, I'm saying
6 psychogenically?
7     A. There is a possibility that symptoms could
8 be psychogenic rather than true physical symptoms.
9     Q. And a person who has either obsessive
10 compulsive disorder or obsessive compulsive traits
11 will focus on these ailments and seek the diagnosis,
12 would you agree, he can become obsessed with getting
13 a diagnosis to explain his symptoms that are
14 psychogenically created?
15     A. If someone does have obsessive features
16 and also has a somatization disorder as a separate,
17 they're not one in the same.
18     Q. I agree.
19     A. That is if they have both of those
20 conditions together, then one might see someone
21 become very persistent and obsessed with trying to
22 come up with an explanation for their symptom
23 complex.
24     Q. That would be one potential explanation

Page 60

1 for Mr. Jeffries' peculiar history, would it not?
2     MR. ROBERTS: Objection.
3     A. Having a fair number of obsessive
4 compulsive patients in my practice that I see, and
5 having seen some patients with somatization disorder
6 as well, I would have to say that Mr. Jeffries'
7 presentation would be atypical in the patients that
8 I see.
9     Q. Let me ask you this. Would Mr. Jeffries'
10 presentation be atypical from a physical standpoint
11 as well?
12     A. I don't understand your question. Sorry.
13     Q. Surely. You said as far as potential or
14 considering a potential diagnosis of somatoform
15 disorder with some obsessive traits his presentation
16 to you would be atypical of a patient with that
17 combination, we're right so far, right?
18     A. Correct.
19     Q. My question to you is from a patient
20 coming into you with a physical ailment of some
21 sort, Mr. Jeffries' presentation is also atypical?
22     MR. ROBERTS: Objection.
23     A. Well, if one believes in the entity of a
24 vaccine-induced autoimmune process that has caused

Page 61

1 his symptoms, that's a rare process, but I'm not
2 sure that it's atypical for that process.
3     Q. How many patients like Mr. Jeffries do you
4 have, Doctor?
5     A. I don't have any others, thank the Lord
6 for that.
7     Q. How many patients do you have that have
8 gone to the extent of using their own funds to fly
9 to England, Brussels, Ottawa, Milwaukee, California,
10 Oklahoma, Alabama, Massachusetts, Florida, all for
11 purposes of seeking a diagnosis?
12     A. None. And also say that none of the other
13 patients that I have who I do treat for obsessive
14 compulsive disorder, and who I see with somatization
15 disorder are ever that persistent or that willing to
16 go to that extent, or to risk potential loss of his
17 diagnosis that we have taken so much pains to go to
18 to try to narrow the scope of, by going back out on
19 another limb to chase down another possibility.
20     Only ones who really are interested I
21 would suggest -- I would say that that strikes me as
22 someone who really wants to be well, not someone who
23 wants to continue to focus on his symptoms, which
24 people with somatization disorder prefer to do.

Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 7 of 9

Jeffries vs. Centre Life Ins. Co., et al.
September 14, 2003
MICHAEL McCLELLAN, M.D.

### Page 74

1  Those people are not felt to have a
2 underlying psychiatric DSM-IV diagnosed
3 criteria-meeting psychiatric illness, otherwise they
4 would not meet the diagnostic criteria for
5 fibromyalgia.
6    Q. Because fibromyalgia by definition means
7 you can't have a psychiatric explanation for your
8 symptoms?
9    A. Exactly. And so I would argue in Mr.
10 Jeffries' case that -- and this is where, I suppose,
11 it comes down to what different people want to
12 argue, but my feeling after seeing him for the last
13 five years is that he has real pain, that the pain
14 and the cognitive deficits are disabling him, and
15 that the basis of that is not a psychiatric
16 disorder, but a medical physiologic physical
17 problem.
18    And the best explanation I have for that,
19 given everything that I've done and everything I've
20 looked at and listened to, is that there was a
21 trigger of his immune system caused by the hepatitis
22 B vaccine. If I thought that he had a psychiatric
23 diagnosis, I could not make the other diagnosis.
24    Q. I understand, Doctor, what your feeling is

### Page 75

1 having treated this fellow for five years. The
2 question is can that feeling be substantiated in
3 some way that makes it understandable in the general
4 science of medicine?
5    MR. ROBERTS: Objection.
6    A. Well, I'm not sure what more I can say to
7 you other than what I already have, that's the
8 frustrating part of Eric's illness.
9    Q. We don't know?
10    A. Have no silver bullet, no magic marker, no
11 blood tests, no scan that I can use to, use your own
12 words, substantiate the diagnosis. It's a clinical
13 diagnosis.
14    Q. We're not in disagreement, a person with
15 somatoform disorder has real pain, right?
16    A. Correct.
17    Q. It's just that instead of being caused by
18 the body and received by the mind, it's being caused
19 by the mind and then received back?
20    A. Correct.
21    Q. The pain is just as real, the symptom is
22 just as real?
23    A. The symptom is just as real.
24    Q. In fact, there's been psychogenic

### Page 76

1 pregnancies where a woman has gone all the way
2 through with a bloated belly and everything else and
3 went through delivery and nothing was there?
4    A. I haven't heard of that, but if you say
5 so.
6    Q. So it's not a question of whether or not
7 we believe Mr. Jeffries' symptoms necessarily. The
8 question is can we establish by some means that is
9 understandable what is physically wrong with him or
10 what is psychologically wrong with him that causes
11 him to experience these symptoms, right?
12    A. I think that really is the crux of it,
13 isn't it?
14    Q. Right. And the crux of the question is we
15 can establish, at least from neuropsychological
16 testing, some explanation for it that accounts for
17 the symptoms, whereas on the physical side we cannot
18 do that?
19    A. Well, I'm not an expert in
20 neuropsychiatric testing.
21    Q. We'll let you assume that that's true.
22    A. So I will say that I utilize
23 neuropsychiatric testing occasionally, but I don't
24 rely on it as a complete and infallible diagnostic

### Page 77

1 test.
2    Q. No argument. Question is on the one side
3 of the ledger we at least have some means of
4 testing, measuring, that can be repeated, whereas on
5 the physical side of the ledger that's missing?
6    MR. ROBERTS: Objection.
7    A. I guess I wouldn't completely agree with
8 that. I would say the right-sided physical exam
9 findings that he has developed over time are an
10 evolutionary thing that he did not present with
11 initially, and so there has been some physical
12 examination, evidence, of some decline in function.
13    Q. Let me ask you this --
14    A. Unless you were to suggest that his
15 problems with his right side are not real and that
16 he is faking that symptom, that finding.
17    Q. Let me ask you this. Have these
18 right-sided symptoms, assuming them to be real,
19 assuming them to be exactly as you find them, and
20 assuming that they develop some what now, six years
21 after this injection, are they disabling him in some
22 way from sitting at a desk and being a banker?
23    A. Not in and of themselves. Again, I think
24 they are just another manifestation of the totality

Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 8 of 9

Jeffries vs. Centre Life Ins. Co., et al.
October 28, 2003
MICHAEL McCLELLAN, M.D.
VOLUME II

Page 88

1  APPEARANCES:
2    On behalf of the Plaintiff:
3      Michael A. Roberts, Esq.
       Graydon, Head & Ritchey
4      1900 Fifth Third Center
       511 Walnut Street
5      Cincinnati, Ohio 45202-3157
       Phone: (513) 621-6464
6
     On behalf of the Defendants:
7
       William R. Ellis, Esq.
8      Wood & Lamping
       2500 Convergys Center
9      600 Vine Street
       Cincinnati, Ohio 45202-2409
10     Phone: (513) 852-6000
11
12                     - - -
13          S T I P U L A T I O N S
14    It is stipulated by and between counsel for the
15  respective parties that the deposition of MICHAEL
16  MCCLELLAN, MD, a witness herein, called by the
17  defendants for cross-examination, pursuant to the
18  Federal Rules of Civil Procedure, may be taken at
19  this time by the notary; that said deposition may be
20  reduced to writing in stenotype by the notary, whose
21  notes may then be transcribed out of the presence of
22  the witness; and that proof of the official
23  character and qualifications of the notary is
24  expressly waived.

Page 89

1            I N D E X
2   Cross-Examination (Continued) by:    Page
3   Mr. Ellis                             90

Page 90

1   MR. ELLIS: Doctor, you consider yourself
2   still under oath, don't you?
3   THE WITNESS: I certainly do.
4       MICHAEL MCCLELLAN, MD
5  being by me previously cautioned and sworn, deposes
6  and says as follows:
7       CROSS-EXAMINATION (CONTINUED)
8  BY MR. ELLIS:
9   Q. When we left off last time, Dr. McClellan,
10  we were discussing a number of different potential
11  labels to put on Mr. Jeffries' difficulties, which
12  included myalgic encephalomyelitis, chronic fatigue
13  syndrome, wasn't there a third, autoimmune
14  cerebritis?
15      MR. ROBERTS: Objection. Go ahead.
16   A. I would not call it an autoimmune
17  cerebritis. I think he has an autoimmune-mediated
18  process, which contributes to his muscle pain,
19  weakness, cognitive dysfunctions, and that's on the
20  basis of an immune reaction to the hepatitis
21  vaccine.
22      And different specialists, different
23  physicians, have called it or used -- called it
24  different things, used different terminologies, but

Page 91

1  that's the underlying process.
2   Q. This is the working hypothesis that you
3  currently have?
4      MR. ROBERTS: Objection.
5   A. That's my feeling as to his diagnosis.
6   Q. You recall Dr. Hyde, for example,
7  suggested that he had a parkinsonian appearance, and
8  movement, and so forth?
9      MR. ROBERTS: Objection.
10   Q. Do you recall that?
11     MR. ROBERTS: Objection.
12   A. I believe he said that he had some
13  parkinsonian features, but I would have to look at
14  his note to see his exact wording.
15   Q. All right. In your records of March of
16  2001 you received a referral letter sent to Dr. Hyde
17  by a Dr. Fernandez from Canada?
18   A. I'm sorry, what was the date on that?
19   Q. You were carbon copied on the letter that
20  is dated March 14th. It appears you received it
21  March the 19th perhaps of 2001.
22   A. Yes, I have it.
23   Q. Okay. In the letter, if you look to the
24  second page, in summary the good doctor found that

Case 1:02-cv-00351-MRB-TSH   Document 151-6   Filed 02/17/2004   Page 9 of 9

Jeffries vs. Centre Life Ins. Co., et al.
October 28, 2003

MICHAEL McCLELLAN, M.D.
VOLUME II

Page 104

1  And I certainly considered that along the
2  way. And many of the consultants who Mr. Jeffries
3  saw at various times I'm sure considered that as a
4  part of his differential list of possible
5  explanations.
6      Q. Do you still believe that the psychiatric
7  aspect of his disease may be a major factor in the
8  functional irritation to his life or the functional
9  limitations of his life?
10     MR. ROBERTS: Objection.
11     A. I'm sorry. You'll have to rephrase that
12 for me or give that to me again, what your question
13 was.
14     Q. Yes. Do you still believe that the
15 psychiatric overlay or aspect of his illness, if
16 it's an illness, may be -- may still be the primary
17 factor in the limitations that he's experiencing?
18     MR. ROBERTS: Objection. He's testified
19  that it's a medical illness. What are you
20  trying to suggest?
21     A. No, what I would suggest is that it is not
22 the factor. I would clarify your question, if I
23 may.
24     Q. Please.

Page 105

1      A. To say that, because I think I said
2  before, that I considered that as a possibility, but
3  my position and my feeling is that Mr. Jeffries'
4  symptoms are not psychogenic, do not relate to a
5  primary psychiatric disorder, be it somatization or
6  obsessive compulsive disorder, but that based on
7  many years and multiple interactions with this man,
8  that I think his symptoms relate to a primary
9  medical autoimmune-related disorder that was
10 instigated and began by his hepatitis B vaccine.
11     Q. I understand that that is your belief.
12 Are you suggesting that whether or not that, in
13 fact, exists, that the impact of the depression that
14 you've occasionally observed or other psychiatric
15 problems, are not driving the limitations --
16     MR. ROBERTS: Objection.
17     Q. -- and experiences?
18     MR. ROBERTS: Objection.
19     A. Let me put it another way and see if this
20 gets to the point that I think you're trying to
21 make, which is is there also a superimposed
22 depression or other psychiatric disorder, which may
23 coexist with the medical condition, am I correct?
24     Q. That's where I'm heading, yes.

Page 106

1      A. Let me say this, at times Mr. Jeffries has
2  certainly appeared depressed. At times I have even
3  suggested that he consider antidepressant therapy
4  for episodic depression. At times he has been
5  extremely focused on his symptoms to where he wants
6  to come to a definitive diagnosis and attempt a
7  resolution of his illness.
8       I find that to be entirely appropriate for
9  somebody who, at least as I have been told, was a
10 very high functioning individual, had a wonderful
11 family life where he was involved with his
12 children's activities, enjoyed good health, and
13 suddenly became unable to participate in the routine
14 activities of his daily life and his work.
15      If that were to happen to me, I would
16 certainly experience a reactive type of depression
17 and I might become very focused, in fact one might
18 say obsessed, with trying to come to an
19 understanding of why this has happened to me.
20      I don't consider that to be somatization
21 disorder. I don't consider that to be obsessive
22 compulsive disorder. Nor do I consider that to be
23 primary depression. Those are secondary to what his
24 underlying fundamental medical problem is and

Page 107

1 that's -- and that's the crux of this issue to me.
2      Q. If someone, as you suggest, is leading a
3  relatively normal life, high function, develops an
4  illness and then becomes focused or obsessed on the
5  illness, isn't it possible in your experience that
6  by focusing on the illness they perpetuate it?
7       MR. ROBERTS: Objection.
8       A. I have seen and take care of a good number
9  of people in my practice with obsessive compulsive
10 disorder, and some of them have somatization
11 disorder as well. I have never seen in any of them
12 an acute onset of a problem whereby there have not
13 been, I'll call it, premorbid, or prior to the acute
14 defining incident, premorbid episodes or facets of
15 their behavior which suggested this to be in the
16 background of their -- of their psyche, of their
17 psychological makeup, to where they were predisposed
18 to having some problems in this area.
19      Now, I did not know Mr. Jeffries before
20 his illness, but I think it would be relatively easy
21 to go back through his previous medical records,
22 which I personally have not done, but it would not
23 be a huge burden to go back and look and see if he
24 had multiple episodes of somatization or obsessive