Byron Hyde, M.D.
The Nightingale Research Foundation
121 Iona Street, Ottawa, Canada K1Y 3M1

Tel: (613) 729-8995 • Fax: (613) 720-0148 • E-mail: bhyde@nightingale.ca

Curriculum Vitae, (January 2001)

**Education and University Associations**

Hôpital Sainte Justine, (Pediatric Hospital) Montreal, 2nd Year, General Internship in Allergy, ENT, 1968
Hôtel Dieu, University of Montreal, General Internship in Neurosurgery and Vascular Surgery, 1967
Medical Council of Canada, Medical License, No. 26,028. 1967
University of Ottawa, Doctor of Medicine, 1966,

Founder, Summer School in Tropical Medicine for Canadian Medical Students in Haiti, 1965
Founder Summer School in Northern Medicine, in Inuvik, NWT, 1966
President, Can. Ass. of Med. Students and Interns in charge of International Exchange Students, 1963-65
Extern, University Paris, Hôpital Necker, University of Munich, Frauenklinik
University of Toronto, Forensic Medicine, 1962, Provincial Crime Laboratory, Provincial Police
University of Toronto, BA in Chemistry and Nutrition 1961,
University of Toronto, President of International Student's Association, 1959
Provincial Institute of Mines, Haileybury, Ontario 1957

**Employment**

Subspeciality in Myalgic Encephalomyelitis and Chronic Fatigue Syndrome, 1985-1999
General Practice at 121 Iona Street, Ottawa, 1968-1984
Chief Technician, Electron Microscope Unit, Canada Agriculture, 1962
Chief Technician, Electron Microscope Unit, Hospital For Sick Children, Toronto, 1962
Biochemist, Transplantation Immune Responses, Roscoe B. Jackson, Bar Harbor, Maine, 1961
Geophysical Prospector, Canadian Nickle, Irish Base Metals, Northgate Explorations, 1957-1960

**Volunteer and Charitable Service**

Chairman, Nightingale Research Foundation, 1987-2000
Physician, Laos, 1974
Physician, Dennery, St Lucia, Caribbean, 1972
Chairman, Ottawa West Community Health Services, 1970-1972

**Medical Association Memberships, ongoing**

Canadian Medical Association
Ontario Medical Association
Ottawa, Academy of Medicine
Canadian Medical Protective Association
Chronic Fatigue Association of America, member
Newcastle Research Group, Newcastle UK, member, since 1992
The Neuro-Immunological Society, USA, member, Secretary, since 1996
Genmark, USA, Director, since 1990
Neuro-Immune Dysfunction Syndrome (NIDS) Medical Advisory Board, since 1999
International Journal of Clinical Investigation, Editorial Staff in Medicine, Naples, Italy, since 1999
American Association For Chronic Fatigue Syndrome: Lifetime Member

1

CLAIM 00712

**Publications: Books and Manuals and Magazines, Editor or Principal Author**

1999, October, Medical Post, NeurSPECT techniques in M.E./CFS Evaluation
1994, Pamphlet, <u>The 396 Million Dollar Experiment</u>, (Experiences with Health Canada on Persistant Adverse Reactions and Deaths resulting from Recombinant Hepatitis B Imunization)
1994, <u>Un Guide Pour Médecins, L'Encéphalomyélite Myalgique / Syndrome de Fatigue Chronique</u>
1993, <u>A Physician's Guide to M.E./CFS</u>
1988-1995, Editor, the Nightingale, Biannual Medical Magazine, on Chronic Fatigue Sydrome, and M.E.
1992, <u>The Clinical and Scientific Basis of Myalgic Encephalomyelitis / Chronic Fatigue Syndrome</u>
1984, <u>In Times Past</u>, Literary Work
1965, <u>Illusions</u>, Literary Work
1962, <u>A Laboratory Technician's Guide to Electron Microscopy</u>, Author,
    published by Hospital For Sick Children

**Medical Journal Publications**

2000-2001, B. Hyde, B. Dunbar, S. Bastien in preparation for publication. 3 scientific papers on adverse reactions to Recombinant Hepatitis B.
1988, October 29, Byron Hyde, Sverrir Bergmann, Akureyri Disease (Myalgic Encephalomyelitis), Forty Years Later, The Lancet, Issue 19, November 1988

**Publications, Chapters**

1998, <u>Myalgic Encephalomyelitis</u>, University of Newcastle, Australia, (1) Three Clusters of M.E. in the Form of a Babuska, (2) On the Definition of Myalgic Encephalomyelitis
1991, <u>Post Viral Fatigue Syndrome</u>, Rachel Jenkins and James Mowbray, Chronic Aspects of Akureyri Disease, B. Hyde & S. Bergmann
1989, Sept 28-29, Toronto, Proceedings of a Workshop, Chronic Fatigue Sydnrome, Canada Diseasses Weekly Report, (published january 1991, Vol. 17S1E) Committee Member on Forming a Canadian Definition of CFS

**Symposia, Chief Organizer,**

1993, Workshop on Canadian Research Directions for Myalgic Encephalomyelitis / Chronic Fatigue Syndrome, Funded by Government of Canada, Health and Welfare
1990, Chief Funding Officer and Chairman for the Cambridge (UK) University, England. First International Symposium on Myalgic Encephalomyelitis / Chronic Fatigue Syndrome

**(Recent Symposia Only), Guest Alumni and Speaker,**

2001:    Seattle Washington, Biannual Symposium on Chronic Fatigue Syndrome of American Association of Chronic Fatigue Syndrome, January 26-29, 2001
*2000:  Washington D.C., National Vaccine Information Center, Second International Public Conference on Vaccination, Sept 8-10, 2000 Speaker and panel member
    * 2000 Faculty, Newcastle UK, Newcastle Research Group, 25-27th October 2000, #1: <u>Diagnostic Procedures in the investigation of M.E./CFS</u>; #2: <u>Adverse Reactions to Recombinant Hepatitis B immunization Resembling M.E./CFS</u>
*1999: Faculty, Newcastle UK, Newcastle Research Group, 6-7th October 1999, Viruses, Toxins and Host Response. Paper #1 <u>Distinguishing M.E. from CFS</u>; Paper #2, <u>Immune Abnormalities in a Sub-Group of M.E./CFS Patients with NeuroSPECT Scan Abnormalities</u>; Paper #3. <u>A Drug Trial Treatment for M.E./CFS Patients, Using Immunovir / Isoprinosine</u>
1999: Faculty, Annual Meeting of Alberta and B.C. Respirologists Association, Alberta, September 24-25th, 1999, Paper: <u>Distinguishing M.E. and CFS and an Introduction to the Investigation and Treatment of M.E./CFS</u>

CLAIM 00713

*1999: Faculty Second World Congress on Chronic Fatigue Syndrome, Sept. 9-11, Brussels, Belgium
   Paper #1: A Seven Month Treatment Trial with Immunovir – Isoprinosine; #2. Immune Abnormalities in 16 M.E./CFS Patients; #3. The Technological Investigation of M.E./CFS; #4. The Clinical Investigation of Acute onset CFS and MS Following Recombinant Hepatitis B Immunization
*1998: Faculty Newcastle UK, Newcastle Research Group, November 1998 Paper: Redefining Myalgic Encephalomyelitis and Chronic Fatigue Syndrome as Two Distinct Entities
*1998: Australia Conference on The Clinical and Scientific Basis of CFS, Feb. 11-13, Sydney, Australia. Paper #1 Three Babuska Clusters of M.E./CFS; #2. Causes of M.E./CFS Type Illness in 100 Consecutive Patients.
*1997: Alexandria Virginia, National Vaccine Information Center, First International Public Conference on Vaccination, Sept 13-15, 1997, Paper: Chronic Illnesses Following Recombinant Hepatitis B Immunization
*1997: Newcastle UK, Newcastle Research Group,
   Annual Symposium of Host Immune Factors, Sept. 24, 1997
*1997: San Francisco, Biannual Symposia, on Autoimmune and Viral Diseases, NeuroImmuno Therapeutics Research Foundation

**Expert Witness, Medical Adviser or Significant Presentations**

2000: Successful action against Government of Canada. Canada Disability Pension Board: (M.M) M.E./CFS, (M) Fibromyalgia, (L) M.E./CFS /FS
2000: Successful resolution against insurance companies: (R) M.E./CFS/FS, (AC) M.E./CFS
1999: Successful action against Insurance Company for Hepatitis B immunization injury to CNS
1999: Successful resolution of two post traumatic fibromyalgia MVA cases with Mr. Richard Anka Q.C. Toronto (AF)
1998. Successful resolution re: CFS and Quebec City, Quebec Provincial Disability Board, CFS
1997: Workers Compensation Court, Lancaster Pennsylvania, case of (N G), Law firm, Shertzer Law Offices, pending
1996, Workmen's Compensation Court, Illinois. Successful Action for (E L) V.S. Ferrel Hospital Hepatitis B Immunization Injury.
1992-8 Expert Witness, South Carolina, South Carolina and New York Medical Association Board hearing CFS.
1992: Successful resolution CFS case, (Newby vs Gov. of Canada, Alberta, Supreme Court
1986, Montreal, Provincial Disability Board, CFS

3

CLAIM 00714