# CIVIL MINUTE SHEET

CASE NUMBER: C-1-02-351    DATE: Monday, Feb. 17, 2004
TITLE: Jeffries v. Centre Life Insurance, et al.
RE: Hearing on Docs. 116 & 117 Cont'd in Process from 1/30/04
(1:14 p.m. – 3:55 p.m.)

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Patrick Smith
Court Reporter: Mary Ann Ranz

**Attorney for Plaintiff(s)**
Michael Roberts
Clifford Shoemaker

**Attorney for Defendant(s)**
William Ellis
Amy Callow

## WITNESSES

1) Dr. Mark Geier, M.D. (1:14 p.m. – 2:45 p.m.)

## PROCEEDINGS

Atty. Shoemaker & witness, Dr. Geier by video in Rockville, MD. Cross of Dr. Geier conducted (No re-direct). Δ proffers Dr. Neal Halsey's affidavit along with the scientific literature. π requests argument on S.J. topic — Δ opposes. Oral argument on S.J. & Bad Faith issues set for 2/18/04 @ 10:00 a.m.