# Graydon Head & Ritchey LLP

*Attorneys at Law*

Michael A. Roberts
Direct Dial: (513) 629-2799
E-Mail: mroberts@graydon.com

August 28, 2001

<u>*Via Facsimile Transmission (617) 338-4419*</u>
Mr. John Graff
DISABILITY MANAGEMENT SERVICES, INC.
155 Federal Street, 7th Floor
Boston, Mass. 02110

Re: *Eric Jeffries*

Dear Mr. Graff:

This confirms our phone conversation from this afternoon which followed your review of my letter from earlier today.

As I indicated, Mr. Jeffries recently and voluntarily underwent a neuropsychological examination by a qualified and experienced psychologist who had no prior knowledge of Mr. Jeffries. I provided the detailed results of that examination to DMS over three weeks ago along with a plethora of additional information supporting Mr. Jeffries' disability claim.

In my view, absent some noted shortcoming with the neuropsychological examination already performed, there can be no valid purpose for demanding that Mr. Jeffries undergo another identical evaluation. And based on my conversations with Mr. Champagne last Monday and with you today, I understand that no one at DMS has spent any time or effort assessing or analyzing the neuropsychological examination already performed on Mr. Jeffries. That being the case, it is clear that DMS is not seeking another neuropsychological examination because of any known shortcomings with the earlier examination.

Accordingly, and appropriately I requested both in my letter earlier today and in my subsequent phone conversation with you that DMS share with me the reason it is demanding a second examination. The reason you provided (i.e., "the policy says we can") certainly cannot be the true reason as it has no logical merit. In fact, the only logical reason for demanding a redundant examination when the first examination has not even been reviewed is to harass Mr. Jeffries. This tactic leaves me wondering whether you have reviewed any information supplied in support of Mr. Jeffries' claim.

---

www.graydon.com

*Mailing Address*
P.O. Box 6464
Cincinnati, Ohio 45201-6464

*Cincinnati Office*
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
telephone (513) 621-6464

*Kentucky Office*
8100 Burlington Pike
Suite 460
Florence, Kentucky 41042-1212
telephone (859) 282-8800

CLAIM 01343

Mr. John Graff
August 28, 2001
Page 2

    Regardless of my suspicions regarding your untoward motives, Mr. Jeffries has and will continue to cooperate with his reasonable obligations under the Policy. At present, however, I remain unsatisfied that there exists a valid purpose in having a second neuropsychological exam performed when the first hasn't even been reviewed and a second would be compromised by the "practice effect." I will await to hear further from you but as I understand the matter, the scheduled examination for this Friday will be postponed. I look forward to hearing from you.

                Very truly yours,

                GRAYDON HEAD & RITCHEY LLP

                Michael A. Roberts

MAR/ndc
Copy: Mr. Eric Jeffries

CN_LIB:265210.1

CLAIM 01344