

**University of Cincinnati Medical Center**

Holmes Division
University of Cincinnati
Eden and Bethesda Avenues
PO Box 670405
Cincinnati OH 45267-0405

Phone (513) 584-6877

10-31-02

John Groff
Disability Manager
Fax 617-338-4419

Sir:

This serves to confirm that our office cancelled Mr Eric Jeffries appointment scheduled for 8/8/02 for an IME. This was done as I declined to give my personal information, requested on your forms.
I did not review Mr Jeffries records nor did I come to any conclusions as to his medical diagnoses.

Sincerely

P.A. GRUBBS, MD