# WOOD &amp; LAMPING LLP

*SINCE 1927*

**ATTORNEYS AT LAW**

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

PETER M. BURRELL
DIRECT DIAL: 513-852-6096
E-MAIL: pmburrell@woodlamping.com

September 25, 2002

Michael A. Roberts, Esq.
Graydon, Head &amp; Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

Re:    **Eric L. Jeffries v. Centre Life Insurance Company, et al.**
       **Case No. C-1-02-351**

Dear Mike:

I am writing to follow up on my letter of September 10, 2002 in connection with the IME we had scheduled for your client with Dr. Joel Katz on September 27, 2002. I understand from our telephone conversation yesterday that you did receive that letter, but because you were in trial, did not advise your client of the IME date. For that reason, you asked us to reschedule it.

We are willing to reschedule the IME date, but would like to avoid additional scheduling problems. To that end, I would appreciate it if you could give me dates and times your client would be available to appear for the IME. We will then coordinate with Dr. Katz.

Also, Dr. Hartings still needs to see your client so that he can finalize his report. Let me know how you wish to proceed in that regard. Finally, I am enclosing a copy of our letter dated August 21, 2002 in which we responded to your request to put Mr. Jeffries back on disability benefits. We have not heard back from you in that regard.

Very truly yours,

Peter M. Burrell

PMB/smk
Enclosure
cc:    Carrie Barnes, Esq.
       William R. Ellis, Esq.