## CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351 **DATE:** Wed. Feb. 18, 2004
**TITLE:** Jeffries v. Centre Life Insurance, et al.
**RE:** Hrng. on Docs. 115, 135
(10:00 a.m. – 11:45 a.m.; 1:32 – 3:00)

Honorable Sandra S. Beckwith
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Michael Roberts

**Attorney for Defendant(s)**
William Ellis
Peter Burrell

### WITNESSES

### PROCEEDINGS

Doc. 115 argued. Π's S.J. on Counterclaims (Doc. 135) argued. Δs' S.J. argued (Doc. 136). Hearing continued to Feb. 20 @ 9:00 A.M.