# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351  **DATE:** Thurs, Feb. 19, 2004
**TITLE:** Jeffries v. Centre Life Insurance, et al.
**RE:** Hrng. on docs. 116 & 117 (Cont'd from 2/17) (1:30 p.m. - 5:29)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Michael Roberts

**Attorney for Defendant(s)**
William Ellis
Amy Callow

## WITNESSES

1) Dr. Harold Pretorius (1:33 - 3:10)
1) Dr. Michael Hartings (3:25 - 4:35)
2) Dr. Newton Bullard (4:35 - 5:25)

## PROCEEDINGS

π calls witness Dr. Pretorius. Δs call witnesses Drs. Hartings & Bullard. Δ inquires whether Dr. Bullard has been paid - No. - take matter up with the Mag. Judge.
Hrng. re: bad faith cont'd to 2/20 @ 9:00.