IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| | : | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | : | |
| v. | ) | |
| | : | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| | : | |
| Defendants. | ) | |

**NOTICE OF MANUAL FILING OF THOSE EXHIBITS ATTACHED TO PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 150) WHICH WERE DELETED BY CLERK**

The plaintiff attempted to electronically file 35 exhibits in support of his opposition to defendant's motion for summary judgment. Some of these exhibits had been filed previously in support of prior motions and were not deleted. Regardless, as it regards the filing of Document 150, the Clerk struck the following Exhibits which are now being manually filed with the Court:

| | |
|---|---|
| Exhibit 5: | Report of Dr. Hyde; |
| Exhibit 8: | Report of Dr. Hawkins; |
| Exhibit 9: | Record Of Defendant's Internal Investigations; |
| Exhibit 11: | Surveillance Records – Part 1; |
| Exhibit 12: | Surveillance Records - Part 2; |
| Exhibit 13: | Surveillance Records – Part 3; |
| Exhibit 14: | Surveillance Records – Part 4; |
| Exhibit 16: | Prudential documents; |
| Exhibit 17: | Deposition Of Jennifer Nichols and Prudential Phone Log; |
| Exhibit 19: | Report of Dr. Garb; and |
| Exhibit 20: | Palmer/McClellan Letter. |

Respectfully submitted this 20th day of February, 2004.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | /s Michael A. Roberts |
| | Michael A. Roberts (0047129) |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 1900 Fifth Third Center |
| 511 Walnut Street | 511 Walnut Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 621-6464 | (513) 629-2799 |
| | (513) 651-3836 fax |
| | email: mroberts@graydon.com |

**CERTIFICATE OF SERVICE**

The foregoing was served electronically on William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 20th day of February, 2004.

/s Michael A. Roberts

2