# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351   **DATE:** Friday, Feb. 20, 2004
**TITLE:** Jeffries v. Centre Life Insurance Co., et al
**RE:** Cont'd hearing on bad faith issue
(9:01 a.m. - 10:29)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Michael Roberts

**Attorney for Defendant(s)**
William Ellis
Peter Burrell

## WITNESSES

## PROCEEDINGS

Argument presented. Motion taken under submission. Rulings to be made by 3/3/04 either orally or written.

Conf. scheduled for 3/3 @ 9:00 A.M. to give rulings.