1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3    ---------------------------------x
 4    ERIC L. JEFFRIES,
 5                    Plaintiff,
 6    v.                    No. C-1-02-351
 7    CENTRE LIFE INSURANCE COMPANY, ET AL.,
 8                    Defendants.
 9    ---------------------------------x
10    Volume: I            Pages: 1-79
11
12
13         DEPOSITION OF CHARLES POSER, M.D., a
14    witness called on behalf of the Defendant,
15    taken pursuant to the provisions of the
16    Massachusetts Rules of Civil Procedure,
17    before Linda Bernis, a Registered
18    Professional Reporter and Notary Public in
19    and for the Commonwealth of Massachusetts,
20    held at the Beth Israel Hospital,
21    330 Brookline Avenue, Boston, Massachusetts,
22    on Tuesday, July 8, 2003, commencing at
23    2:00 p.m.
24
```

O'BRIEN & LEVINE COURT REPORTING
617-254-2909

23

```
 1            computed tomography?
 2    A.      Something like that.
 3    Q.      Basically, what happens is, they inject an
 4            isotone into the patient and some time later
 5            they have the patient lie down and they scan
 6            him with something that picks up a
 7            single-photon emission computed tomography
 8            coming from the blood flow in the brain; is
 9            that right?
10    A.      Right.
11    Q.      And he finds that, or he concluded that the
12            brain scan, or the spec scan, rather, the
13            type of spec scan that he reviewed has been
14            described in relation to different
15            conditions including chronic fatigue; is
16            that right?
17    A.      Yes.
18    Q.      Now, there is no medical literature which
19            suggests that chronic fatigue is, sorry,
20            that spec scans are diagnostic of chronic
21            fatigue; is that right?
22    A.      I really don't know.  I don't know.  This is
23            something that I have not pursued.  This is
24            quite beyond my expertise.  I've never used
```

53

```
 1         As I mentioned before, Mr. Jeffries had
 2         mentioned that the symptoms were
 3         intermittent.  I never did discover what the
 4         shortest or longest period of time was, and
 5         I don't remember if he testified to that or
 6         not.  I just don't know.  But he did mention
 7         the fact that they were intermittent.
 8              He quit working, as I remember, in
 9         September of '98.  So it was about a year
10         after the vaccination, at which time
11         apparently the symptoms became severe
12         enough.  That's as far as I know.
13    Q.   In the medical community, do the debates
14         continue as to the viability of chronic
15         fatigue syndrome, fibromyalgia, whatever you
16         call it, as a viable illness as opposed to
17         complaints?
18    A.   Oh, yes.
19    Q.   Of other illnesses?
20    A.   It's been recognized by the CDC.  It's been
21         recognized by the VA.  I don't know what
22         other.
23    Q.   But it's like a disease of exclusion as far
24         as diagnosis is concerned?
```

54

```
 1   A.   I don't think so.
 2   Q.   You don't think so?
 3   A.   No.  People always get my goat when they say
 4        MS is disease of exclusion.  Not to me it
 5        isn't.  I think that you can make the
 6        diagnosis on the basis of very specific
 7        criteria which we have.
 8                  I once made myself very popular
 9        when I gave a talk on chronic fatigue
10        syndrome to a bunch of psychiatrists and I
11        didn't realize there were patients in the
12        audience.  I made the statement that, in my
13        opinion, 90 percent of patients with chronic
14        fatigue syndrome are crocks.  That was not a
15        very popular statement.  It happened to be
16        something that I believed, which, of course,
17        makes life very difficult for people like
18        Mr. Jeffries.  It's not a disease of
19        exclusion.  Now, people think it is and they
20        go through all kinds of things to rule it
21        out.
22                  As you mentioned before, Shea
23        disease, Munchhausen syndrome, that's
24        nonsense; absolute nonsense.  It costs a lot
```

55

|    |    |                                                      |
|----|----|------------------------------------------------------|
| 1  |    | of money to do that.  It's not necessary.            |
| 2  |    | What people don't know how to do,                    |
| 3  |    | Mr. Ellis, is take a history.  We don't              |
| 4  |    | teach that anymore.  MRI is much easier.             |
| 5  | Q. | Well, the fact remains that the symptoms             |
| 6  |    | that fit your criteria are, in fact, in              |
| 7  |    | order to fit your criteria are subjective            |
| 8  |    | symptoms, the ones the patient has to                |
| 9  |    | describe to you?                                     |
| 10 | A. | That is the definition of a symptom.  You            |
| 11 |    | mean, they have no signs?                            |
| 12 | Q. | They have no signs.                                  |
| 13 | A. | That's correct.                                      |
| 14 | Q. | So, basically, we have a complaint without           |
| 15 |    | an objective physiological finding to                |
| 16 |    | support it?                                          |
| 17 | A. | Right.                                               |
| 18 | Q. | And that's true of each of the major and             |
| 19 |    | minor symptoms that you described?                   |
| 20 | A. | You're absolutely correct.                           |
| 21 | Q. | I thought that we had an objective sign on           |
| 22 |    | one of your minors when we talked about              |
| 23 |    | tandem walking, but you said objectively             |
| 24 |    | they can do it but subjectively they feel            |

```
 1       difficulties or some personality
 2       difficulties into physical symptoms,
 3       correct?
 4   A.  Yes.
 5   Q.  And that --
 6   A.  However --
 7   Q.  -- that is an identifiable disease by
 8       objective testing; is it not by
 9       neuropsychological testing?
10   A.  This is a much better way of doing it.  The
11       patient says they can't walk and you think
12       it's a somatization.  You hypnotise them and
13       then you can show that under hypnosis you
14       can do a normal examination.
15                I have a friend when I was a
16       resident that could do that.  However, you
17       have to remember that when there is
18       somatization, as a general rule, it's very
19       dramatic.  This ain't dramatic.  Here's a
20       guy who can't work.  He's tired all the
21       time.  He can't remember anything.  He can't
22       add two and two.  There's nothing dramatic
23       about that.  The somatization is, I can't
24       walk.
```

```
 1        their problem.
 2   Q.   And that criteria is the one that would
 3        permit, as you put it, 90 percent of people
 4        complaining of CFS who don't actually have
 5        it to be diagnosed with it?
 6   A.   Yes, but that is my personal opinion.
 7   Q.   I understand that.
 8             And the criteria that you identify
 9        are your criteria for making the diagnosis?
10   A.   I used --
11   Q.   Not necessarily accepted by the medical
12        profession?
13   A.   I have no idea.  Nor do I care.
14   Q.   Right.  I'm with you.
15             In your experience, do you believe
16        that patients such as Mr. Jeffries with
17        chronic fatigue diagnosed by your criteria
18        will deteriorate over time or do they reach
19        a plateau and just stay that way forever?
20   A.   Some patients recover.  It's not very
21        common.  Most patients reach a plateau.
22             I can also tell you, again, in my
23        experience, the disease is more common in
24        women, which is another reason why it's
```