IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | Magistrate Judge Hogan |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., | ) | |
| Defendant. | ) | |

## DECLARATION OF HAROLD PRETORIUS, M.D.

Upon oath, the Declarant states as follows pursuant to the provisions of 28 U.S.C. §746:

1. My name is Harold T. Pretorius, M.D. I have been retained by plaintiff to offer and have offered expert opinions in the above matter.

2. On February 19, 2004, I testified in the above matter. During that examination, when defendant's counsel asked me if there existed any peer-reviewed articles associating chronic fatigue syndrome ("CFS") and abnormal PET and/or SPECT scans, I responded affirmatively. Defendant's counsel also asked me about peer-reviewed articles relating somatization disorder to abnormal PET and/or SPECT scans. I recalled such literature but could not recite the author or periodical.

3. The articles I mentioned are attached. They are:

   A. Siessmeier 2003 (J Neurol Neurosurg Psychiatry 74:922)(Exhibit 1). In this study, the scans of 12 of 26 CFS patients exhibited hypometabolism in bilateral cingulate gyrus and adjacent mesial cortical areas, of the 12, 5 also showed decreased metabolism in orbitofrontal cortex. Mr. Jeffries' scans too show hypometabolism in the anterior cingulate and orbitofrontal cortex.

1

B.      Tirelli (1998, Am. J. Medicine, 105:545) (Exhibit 2). In his peer-reviewed article, Dr. Tirelli noted that CFS patients showed hypometabolism in the right mediofrontal cortex and brainstem. Mr. Jeffries' scans too show hypometabolism in the right mediofrontal cortex.

C.      Hakala 2002 (Psychol Med 32:1379) (Exhibit 3). In this peer-reviewed article, Dr. Hakala noted that somatoform patients show a decrease in FDG metabolism in left and right caudate, left putamen and right precentral gyrus. Notably, Mr. Jeffries' scans do not exhibit decreased caudate and left putamen.

I declare the foregoing to be true and correct to the best of my knowledge and belief, upon penalty of perjury.

Dated: March 2, 2004

_____
Harold T. Pretoirius, M.D.

### CERTIFICATE OF SERVICE

The foregoing was filed electronically with the court and thereby delivered to counsel for the defendant William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio, 45202, this 27th day of February, 2004.

/s Michael A. Roberts

2