# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351   **DATE:** Wed. March 3, 2004
**TITLE:** Jeffries v. Centre Life Insurance
**RE:** Rulings on pending motions
(9:12 a.m. – 10:07 a.m.)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Mike Roberts

**Attorney for Defendant(s)**
William Ellis
Peter Burrell

## WITNESSES

## PROCEEDINGS

Daubert Motions:
Exclude testimony of: Dr. Geier – Denied; Dr. Pretorius – Granted;
Dr. Hyde – Denied; Dr. Whisken – Denied; Dr. Poser – Denied;
Mary Fuller – Denied. π's sanctions against Δ re Dr. Geier – Denied.
Exclude testimony of: Drs. Hertzing, Clionsky, & Bullard – Denied.
RE: Summary Judgment Motions (Docs. 135 & 136).
π's S.J. re insurance contract & counterclaim – Denied.
Δ's S.J. re bad faith & breach contract – Denied; re invasion of privacy –
Granted; Tortious interference of contract – Granted; Conspiracy – Granted.
The Court orders a summary jury trial before
M.J. Hogan.