

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC JEFFRIES (TT)
~~BRATT ENTERPRISES, INC.~~,            )
                                        )   CASE NO.: C-1-02-351
    Plaintiff,                          )
                                        :   JUDGE BECKWITH
v.                                      )   Magistrate Judge Hogan
                                        )
Centre Life Insurance Co., (TT)         )   NOTICE OF MANUAL FILING
~~NOBLE INTERNATIONAL, LTD.~~, et al.,  )   OF DEPOSITIONS
                                        :
    Defendants.                         )

Please take notice that the following depositions taken on September 22nd and 23rd, 2003 and December 4, 2003 have been manually filed with the Court: Richard Turek, William Gelardi, John Anderson, Mitchell I. Clionsky, Laurie Breitner, Lance Faniel, Eileen M. Sweeney.

|  | Respectfully submitted, |
|---|---|
| Dated: March 8, 2004 | /s/ Michael A. Roberts |
|  | Michael A. Roberts (0047129) |
| OF COUNSEL: | Trial Attorney for Plaintiff |
|  | GRAYDON HEAD & RITCHEY LLP |
|  | 1900 Fifth Third Center |
| Graydon Head & Ritchey LLP | P.O. Box 6464 |
| 1900 Fifth Third Center | Cincinnati OH 45202 |
| 511 Walnut Street | (513) 629-2799 |
| Cincinnati, OH 45202 | Fax: (513) 651-3836 |
| (513) 621-6464 | E-mail: mroberts@graydon.com |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically to William R. Ellis, Esq. Wood & Lamping, LLP 600 Vine Street, Suite 2500, Cincinnati, OH 45202 on this 8th day of March, 2004.

/s/ Michael A. Roberts
Michael A. Roberts

376647.1