# U.S. District Court
## Southern District of Ohio (Cincinnati)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00351-SSB-TSH

3/6/4

Jeffries v. Centre Life Ins Co, et al
Assigned to: Sandra S Beckwith
Referred to: Timothy S Hogan
Demand: $75000
Lead Docket: None
Related Cases: None
Case in other court: Hamilton County, A0203794
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 05/16/02
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**
--------------------------

**Eric L Jeffries**   represented by   **Michael A Roberts**
Graydon Head & Ritchey
1900 Fifth Third Center
511 Walnut St
P O Box 6464
Cincinnati, OH 45201
513-629-2799
Fax : 614-651-3836
Email: mroberts@graydon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clifford J Shoemaker**
Shoemaker & Associates
9711 Meadowlark Road
Vienna, VA 22180
703-281-6395
Fax : 703-281-5807
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
--------------------------

**Centre Life Insurance Company**   represented by   **Amy Gasser Callow**
Wood & Lamping
2500 Cincinnati Commerce Center
600 Vine Street
Cincinnati, OH 45202
Email: agcallow@woodlamping.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*




(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Robert Ellis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
-------------------------

**Centre Life Insurance Company**    represented by **Amy Gasser Callow**
Wood & Lamping
600 Vine Street
Cincinnati, OH 45202
Email: agcallow@woodlamping.com
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
-------------------------

**Eric L Jeffries**    represented by **Michael A Roberts**
Graydon Head & Ritchey
511 Walnut St
P O Box 6464
Cincinnati, OH 45201
513-629-2799
Fax : 614-651-3836
Email: mroberts@graydon.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/16/2002 | 1 | NOTICE OF REMOVAL from Hamilton County Court Of Common Pleas ; Case Number: A0203794 ( no pgs: 5+) (tt) (Entered: 05/17/2002) |
| 05/16/2002 | 2 | CORPORTE DISCLOSURE STATEMENT by defendant Centre Life Ins Co ( no pgs: 2) (tt) (Entered: 05/17/2002) |
| 05/16/2002 | 3 | CORPORTE DISCLOSURE STATEMENT by defendant Disability Mgmt Inc ( no pgs: 2) (tt) (Entered: 05/17/2002) |
| 05/16/2002 | 4 | NOTICE Of Consent To Removal by defendant Disability Mgmt Inc ( no pgs: 2) (tt) (Entered: 05/17/2002) |



| 05/17/2002 | 5 | ORDER by Judge Sandra S. Beckwith Case referred to Mag. Judge Timothy S. Hogan (cc: all counsel) ( no pgs: 2) (tt) (Entered: 05/17/2002) |
| --- | --- | --- |
| 05/17/2002 | 6 | NOTICE to Clerk, Hamilton County, regarding Notice Of Removal [1-1] ( no pgs: 1) (tt) (Entered: 05/17/2002) |
| 05/22/2002 | 7 | MEMORANDUM by defendant Centre Life Ins Co in opposition to motion for tro [0-1] and preliminary injunction [0-2] ( no pgs: 8) (tt) (Entered: 05/22/2002) |
| 05/23/2002 | 8 | CIVIL MINUTES: Arguments presented before Judge Sandra S. Beckwith on pltf's motion for TRO. Oral ruling will be given to counsel by the end of the day. Written order to be filed next week. M.A. Ranz (Official), Ct. Rptr. (no pgs: 1) (mb) (Entered: 05/23/2002) |
| 05/23/2002 | 9 | ANSWER by defendant Centre Life Ins Co with jury demand ( no pgs: 9) (tt) (Entered: 05/24/2002) |
| 05/23/2002 | 10 | ANSWER by defendant Disability Mgmt Inc with jury demand ( no pgs: 9) (tt) (Entered: 05/24/2002) |
| 05/23/2002 | 11 | MOTION by defendant Disability Mgmt Inc to dismiss Counts I and II of plaintiffs Complaint for failure to state a claim upon which relief may be granted ; Proposed Order attached ( no pgs: 15) (tt) (Entered: 05/24/2002) |
| 05/24/2002 | 12 | ORDER by Judge Sandra S. Beckwith denying motion for temporary restraining order [0-1] (cc: all counsel) ( no pgs: 5) (tt) (Entered: 05/24/2002) |
| 06/19/2002 | 13 | NOTICE by Clerk ; Scheduling conference set for 10:00 on 6/24/02 before MJ Timothy S Hogan in Room 706 (cc: all counsel) (tt) (Entered: 06/19/2002) |
| 06/21/2002 | 14 | MOTION by plaintiff for partial summary judgment on the pleadings ( no pgs: 3) (tt) (Entered: 06/24/2002) |
| 06/25/2002 | 15 | CALENDAR ORDER by Mag. Judge Timothy S. Hogan ; Amended Complaint ddl set for 7/24/02 , and ; Pltfs to produce primary reports by 10/18/02 ; Defts rebuttal primary reports due by 11/18/02 ; Notice of Rule 26 Compliance due by 11/29/02 ; Parties to exchange witness lists and summaries by 11/29/02 ; Discovery ddl set for 12/31/02 ; Mtn filing ddl set for 2/28/02 ; Final pretrial conf scheduled for 6/03 ; Specific fptc date to be assigned by the District Court ; Trial scheduled for 7/03 ; Specific trial date to be assigned by the District |



| | | |
|---|---|---|
| | | Court (cc: all counsel) ( no pgs: 1) (tt) (Entered: 06/25/2002) |
| 09/10/2002 | 16 | ORDER by Mag. Judge Timothy S. Hogan setting forth directions regarding discovery issues upon which the parties have been unable to agree (cc: all counsel) ( no pgs: 4) (tt) (Entered: 09/10/2002) |
| 11/01/2002 | 17 | CIVIL MINUTES: Informal discovery conference held on 11/1/02 before Mag. Judge Timothy S. Hogan ; Counsel present ; Order of the Court to follow ; No Court Reporter listed ( no pgs: 1) (tt) (Entered: 11/01/2002) |
| 11/08/2002 | 18 | ORDER by Mag. Judge Timothy S. Hogan directing plaintiff and defendant to respond to discovery requests pursuant to this Order (cc: all counsel) ( no pgs: 3) (tt) (Entered: 11/08/2002) |
| 11/15/2002 | 19 | ORDER TO SHOW CAUSE by Judge Sandra S. Beckwith ; Defendant to show cause for the denial of plaintiffs motion for partial summary judgment [14-1] by 12/2/02 ; Plaintiff may file a reply memorandum by 12/20/02 ; Show cause ddl set for 12/2/02 (cc: all counsel) ( no pgs: 1) (tt) (Entered: 11/15/2002) |
| 11/22/2002 | 20 | MOTION by plaintiff for summary judgment as a matter of law ( no pgs: 28+Exhs) (tt) (Entered: 11/25/2002) |
| 12/02/2002 | 21 | RESPONSE by defendants to motion for partial summary judgment on the pleadings [14-1] AND to the court's show cause order ( no pgs: 3) (mb) (Entered: 12/03/2002) |
| 12/12/2002 | 22 | MOTION by plaintiff to compel discovery (no pgs: 11+Exhs) (tt) (Entered: 12/13/2002) |
| 12/13/2002 | 23 | MEMORANDUM by defendants in opposition to motion for summary judgment as a matter of law [20-1] ; Oral Argument Requested ( no pgs: 14+Exhs) (tt) (Entered: 12/16/2002) |
| 12/20/2002 | 24 | MOTION by defendants to extend discovery ddl from 12/31/02 to 4/30/03 and the dispositive motion ddl from 2/28/02 to 5/29/03 ( no pgs: 10) (tt) (Entered: 12/23/2002) |
| 12/20/2002 | 25 | REPLY by plaintiff to response to motion for partial summary judgment on the pleadings [14-1] ( no pgs: 18+Exhs) (tt) (Entered: 12/23/2002) |
| 01/07/2003 | 26 | CIVIL MINUTES: Proceeding before Mag. Judge Timothy S. Hogan on pltfs motion for partial summary judgment(doc.#14) & dfts motion to extend discovery ddl(doc.#24);Counsel present,Mary Ann Ranz official ct rpt (cc: all counsel) ( no pgs: 1) (wam) (Entered: |