UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 JAN 15 PM 2: 14

U.S. DISTRICT COURT
WEST. DIST. OHIO
CINCINNATI

| | |
|---|---|
| ERIC L. JEFFRIES, PLAINTIFF | CASE NO. C-1-02-351 (BECKWITH, J.) (HOGAN, M.J.) |
| VS. | |
| CENTRE LIFE INSURANCE COMPANY, ET AL., DEFENDANTS | |

### ORDER

Before the Court is Defendant's unopposed Motion to Extend the Discovery Cut-off (Doc. 24), which is, in reality, a Motion to Amend the Calendar Order. The present discovery deadline was December 31, 2002. Neither party has concluded discovery and Plaintiff does not oppose Defendant's request for a four-month extension. The District Judge has not yet scheduled pretrial and trial dates.

The Calendar Order is hereby modified, but this modification may well be the last extension of time that will be permitted. *The new discovery cut-off is April 30, 2003. Dispositive motions shall be filed on or before May 30, 2003. The final pretrial shall take place in September, 2003 and the trial will be in October, 2003.* Specific dates for the final pretrial and trial dates will be scheduled by the District Judge.

There is not a lot of time between the completion of the independent medical examinations and the close of discovery for Defendant to take depositions. The Court would recommend that the deponents be selected and scheduled in advance of the medical reports from the independent medical examinations so as to make the best use of time. The Court would also recommend that the parties schedule an informal discovery conference in the event there are further disagreements relative to when and where Plaintiff's depositions are to occur. There may not be enough time to pursue formal protective orders. The informal discovery conference is also the recommended manner to bring to a head any further problems relative to document discovery.

January 10, 2003

Timothy S. Hogan
United States Magistrate Judge

