UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 JUN 19 PM 3: 15

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

ERIC L. JEFFRIES,
    Plaintiff

vs

CENTRE LIFE INSURANCE COMPANY, et. al.,
    Defendants

Case No. C-1-02-351
(Beckwith, J.)
(Hogan, M.J.)

### ORDER

    This matter was before the Court for an informal discovery conference pursuant to S.D. Ohio Civ. R. 37.1. Defendants' Motion to Extend Discovery Deadline of 4/30/03 (Doc. 46) is **GRANTED**. At the further request of counsel, the previous calendar orders (Docs. 15, 29) shall be amended as follows:

1. Deadline for fact discovery:     **September 1, 2003**

2. Deadline for expert discovery:   **October 15, 2003**

3. Plaintiff's deadline for expert disclosure:   **August 15, 2003**

4. Defendant's deadline for expert disclosure:   **August 30, 2003**

5. Dispositive motions deadline: **November 14, 2003**

6. Final Pretrial Conference:     **March, 2004**

7. Jury Trial: **April, 2004**

June 19, 2003
Date

Timothy S. Hogan
United States Magistrate Judge

63