UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | Case No. C-1-02-351 |
| Plaintiff, | : | (Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan) |
| vs. | : | |
| | : | **AMENDED NOTICE OF TRIAL** |
| CENTRE LIFE INSURANCE COMPANY, | : | **DEPOSITION OF JAMES R.** |
| et al., | : | **GARB, M.D.** |
| | : | |
| Defendants. | : | |
| | : | |

Defendant Centre Life Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of James R. Garb, M.D. will be taken by video and stenographic means and will continue until completed on Wednesday, March 24, 2004, at 1:00 p.m. at Catuogno Court Reporting, 18th Floor, Monarch Building, 1414 Main Street, Springfield, Massachusetts  01144.

    /s William R. Ellis
William R. Ellis, Esq.  (0012279)
Peter M. Burrell, Esq. ( 0044139)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087
Attorney for Defendant
Centre Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon counsel for the plaintiff, Michael A. Roberts, Graydon, Head & Ritchey, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202, via electronic filing and ordinary U.S. Mail, this 19th day of March, 2004.

    /sWilliam R. Ellis_____
William R. Ellis
Trial Attorney for Defendants

88071.1