UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) : | CASE NO. C-1-02-351 |
| Plaintiff, | ) : | JUDGE BECKWITH |
| | ) : | Magistrate Judge Hogan |
| CENTRE LIFE INSURANCE CO., | ) : | NOTICE OF DISCOVERY DEPOSITION OF JAMES GARB |
| Defendant. | ) | |

Please take notice that the counsel for Eric L. Jeffries, pursuant to Fed. R. Civ. P. 30, will take the discovery deposition of James Garb ("Deponent") on Wednesday, March 24, 2004, beginning at 12:59 p.m. at Catougno Reporting, 18th Floor Monarch Building, 1414 Main Street, Springfield, Massachusetts, 01144 (888-228-8646) before a notary public or other officer duly authorized to administer oaths. The deposition will be recording by stenographic means. You may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: March 23, 2004                                          Respectfully submitted,

OF COUNSEL:

                                                                /s Michael A. Roberts
GRAYDON HEAD & RITCHEY LLP              Michael A. Roberts (0047129)
1900 Fifth Third Center                               GRAYDON HEAD & RITCHEY LLP
511 Walnut Street                                       Trial Attorney for Plaintiff
Cincinnati, Ohio 45201                              1900 Fifth Third Center
(513) 621-6464                                          511 Walnut Street
Cincinnati, Ohio 45201                              (513) 629-2799
                                                                (513) 651-3836
                                                                email: mroberts@graydon.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 17th day of March 2004, by email, fax and by first class mail, postage prepaid to William R. Ellis, 600 Vine Street, Suite 2500, Wood & Lamping, Cincinnati, Ohio 45202.

                                                                /s Michael A. Roberts