1

```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


                              - - -


        ERIC L. JEFFRIES,         .  CIVIL ACTION NO. C-1-
02-351                            .
                    Plaintiff,    .  Cincinnati, Ohio
                                  .
               - v -              .  Thursday, February 19,
2004                              .
                                  .  3:22 p.m.   Hearing
        CENTRE LIFE INSURANCE CO.,.
        et al.,                   .
                                  .  Testimony of Michael F.
                    Defendants.   .  Hartings and Newton
        . . . . . . . . . . . . . .  Bullard, M.D.

              TRANSCRIPT OF EXCERPTS OF PROCEEDINGS
           BEFORE THE HONORABLE SANDRA S. BECKWITH,
JUDGE

        TRANSCRIPT ORDERED BY:  Michael A. Roberts, Esq.

        APPEARANCES:

        For the Plaintiff:   GRAYDON, HEAD & RITCHEY, LLP
                             BY:  Michael A. Roberts, Esq.
                             511 Walnut Street
                             Cincinnati, Ohio   45202

        For the Defendants:  WOOD & LAMPING, LLP
                             BY:  William R. Ellis, Esq.
                             and  Amy G. Callow, Esq.
                             600 Vine Street, Suite 2500
                             Cincinnati, Ohio   45202

        Law Clerk:           Patrick J. Smith, Esq.

        Courtroom Clerk:     Mary C. Brown

        Court Reporter:      Mary Ann Ranz

                              - - -
```

HARTINGS - REDIRECT

51

1   A.  I believe Mr. Jeffries -- yes.

2   Q.  Thank you.

3   A.  That's right.  Mr. Jeffries' cognitive style reflects an

4   obsessionalism which interferes with his thinking.

5   Q.  So, while you don't know what amount of the cognitive

6   disorder should be assigned to the autoimmune reaction, you

7   just don't know, you do contend that some of the cognitive

8   disorder I think you -- that Mr. Jeffries exhibits is

9   attributed not to somatomization but to obsessive-compulsive,

10  which isn't even a diagnosis you make?

11  A.  Again, to restate what I said, I believe that Mr.

12  Jeffries' cognitive dysfunction is in part and significantly

13  influenced by an obsessional style of thinking and an

14  obsessional approach to life.

15  Q.  Very well.  When did Mr. Jeffries get his

16  undifferentiated somatoform disorder?

17  A.  I believe it occurred as a traumatic response to the

18  effects of his immunizations.

19  Q.  Undifferentiated somatoform disorder results are

20  associated with a physical illness; right?

21  A.  Yes.  Can be.

22       MR. ROBERTS:  Thank you.