UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | Case No. C-1-02-351 |
| Plaintiff, | : | (Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan) |
| vs. | : | |
| | : | **NOTICE OF TRIAL DEPOSITION** |
| CENTRE LIFE INSURANCE COMPANY, | : | **OF CORWIN DUNN, M.D.** |
| et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Defendant Centre Life Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of Corwin Dunn, M.D. will be taken by video and stenographic means and will continue until completed on Monday, April 12, 2004, at 10:00 a.m. at 2223 Auburn Avenue, Cincinnati, Ohio 45219.

   /s William R. Ellis  
William R. Ellis, Esq.  (0012279)  
Peter M. Burrell, Esq. ( 0044139)  
Wood & Lamping LLP  
600 Vine Street, Suite 2500  
Cincinnati, OH  45202-2491  
(Telephone) (513) 852-6000  
(Facsimile) (513) 852-6087  
Attorney for Defendant  
Centre Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel for the plaintiff, Michael A. Roberts, Graydon, Head & Ritchey, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202, via electronic filing and U.S. mail, this 26th day of March, 2004.

    /sWilliam R. Ellis_____
William R. Ellis
Trial Attorney for Defendants

88071.1