## Opinion of Medical Consultant

| Insured: Jefferies | From: Brian Wentworth |
|---|---|
| Claim Number(s): 402696 | To: Dr. Hall |

3/5/2000

To Medical Resource: Please provide your opinion on the following medical questions or issues after you review and analyze the claim file carefully, focusing on reports, medical records and information provided from sources to give your medical opinion.

Apparently this is a file that you have reviewed. Brian Wentworth would like you to review the additional information and advise if your opinion is the same.
Thanks

File reviewed! From a clinical standpoint, this is a difficult case. The I has had significant symptoms (incl memory impairment, cognitive difficulties, myalgias, arthralgias, intermitt. abd'l pain, rashes, opththam ulcers, etc) for the past 2+ yrs, causually related to a Hep B vaccination on June '97. The I has undergone extensive work-up for his symptoms and has been seen by many physicians in many different locations; however no specific diagnosis has been established (even though many different conditions have been ruled out) and the I has not responded to any of the tried treatments.

Medical Resource                                                      Date

cont'd

CLAIM 02281

A good review in the file is offered by Dr. B. A. Waisbren (9/99) who feels the ⒤ suffers from post-vaccinal encephalomyelitis and acquired [struck through] autoimmunity; however this has not been proven either. Dr. Waisbren does give good references to Hep. B vac. complications and gives 1st hand accounts of two cases that have some similarity to the ⒤'s own clinical situation.

Although the clinical history is consistent with some kind of disorder, most likely autoimmune, it does not indicate that the ⒤ is totally disabled by it (the sx are not constant but rather appear to be intermittent)

Recommend re-evaluating as more medical information becomes available.

[signature]
3/7/00

CLAIM 02282