## OPINION OF MEDICAL CONSULTANT

From: Spencer McNeil

**Name of Insured:** Jeffries

**Dear Dr Hall** : Please provide your medical opinion on the following medical questions or issues after you review and analyze the claim file carefully, focusing on medical reports, medical records and information provided from sources on which you, as a physician, generally can rely. If there is insufficient medical data in the file to do so, please so advise.

Medical Question(s):          **April 8, 1999**

Please comment on the Insured's treatment, Dx, Sx, prognosis, restrictions and limitations, and any other information which would be pertinent to the evaluation of this Insured's claim.

2. Opinion of Consultant -Please specify the FACTS on which you rely in reaching your opinion:

File reviewed! 37 yo ♂ w/ onset of Sx 6/97 and claiming disability effective 9/98. Major Sx have included arthralgias + myalgias, oral ulcers, paresthesias, abd. pain, eye inflammation, etc. Inspite of all these Sx (and their duration) extensive work-ups at multiple centers (University Hospitals, Mayo Cl, Cleveland Clinic, England, etc) have been normal. No Dx has been established. Tx has been symptomatic and apparently ineffective. Restrictions / limitations have been self-imposed.

At this time we have no choice but to follow the case on a monthly basis

over →

Dated: _____  _____
                                                                  Medical Consultant

CLAIM 02988

in the hopes that a Dx will be established and treatment undertaken and will hopefully prove effective.

BH

4/20/99

CLAIM 02989