**Peter M. Burrell**

| | |
|---|---|
| From: | Clifford J. Shoemaker [cliff@attorneyaccess.net] |
| Sent: | Saturday, March 13, 2004 4:02 PM |
| To: | Michael Roberts; Peter M. Burrell; William R. Ellis; Christy L. Zerges |
| Cc: | speedmodel@aol.com |
| Subject: | RE: RE: Dr. Poser's Trial Deposition |

Christine,

Dr. Poser is available on Thursday, the 25th of March. I will be going to Boston to take the deposition. I assume Bill will want to start it early afternoon. We can set it for the Court Reporter's conference room, and it will be videotaped. I will have Mike send out the notice and arrange the reporter. He will give you the location. Thank you for your prompt attention to this.

Cliff

SHOEMAKER & ASSOCIATES
Attorneys & Counselors at Law

Clifford J. Shoemaker, Esq.
9711 Meadowlark Road
Vienna, Virginia 22182
Tel: (703) 281-6395
Fax: (703) 281-5807
www.attorneyaccess.net
cliff@attorneyaccess.net

This transmission and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or any attachment is prohibited. In such case, you should destroy this message and kindly notify the sender by e-mail. Please advise immediately if you or your employer do not consent to this form of communication. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.


---Original Message---
 To: "Michael Roberts" <mroberts@Graydon.com>, "Peter M. Burrell"
<pmburrell@WoodLamping.com>, "William R. Ellis" <WREllis@WoodLamping.com>
 Cc: <speedmodel@aol.com>, <cliff@attorneyaccess.net>
 From: "Christy L. Zerges" <CLZerges@WoodLamping.com>
 Sent: 3/11/2004  5:12PM
 Subject: RE: Dr. Poser's Trial Deposition

>> Bill is available on either 3/24 or 3/25 for the deposition of Dr.
>> Poser.  Please advise if this will work with Dr. Poser's schedule.
>>
>> Thanks,
>>
>> Christine Zerges
>>
>> -----Original Message-----
>> From: Michael Roberts [mailto:mroberts@Graydon.com]
>> Sent: Thursday, March 11, 2004 4:24 PM
>> To: Christy L. Zerges; Peter M. Burrell; William R. Ellis
>> Cc: speedmodel@aol.com; cliff@attorneyaccess.net; Michael Roberts
>> Subject: Dr. Poser's Trial Deposition
>>
>>
>> ** High Priority **
>>
>> Bill,

1

```
>>
>> Due to Dr. Poser's travel schedule, we will be taking his trial
>> deposition in advance of the trial date.  What dates, including
>> Saturdays, between March 22nd and April 5th can you accommodate?
>> Note: Dr. Poser's deposition will need to take place in Boston, Mass,
>> because of his schedule.
>>
>> If I don't hear from you before Monday, March 15th, I will simply
>> notice the deposition for a date and time convenient to Dr. Poser.
>>
>> Sincerely,
>>
>> Mike
>>
>>
>>
```