**Christy L. Zerges**

---

**From:** Christy L. Zerges
**Sent:** Tuesday, March 16, 2004 5:01 PM
**To:** 'Michael Roberts'
**Cc:** William R. Ellis; Peter M. Burrell
**Subject:** RE: Jeffries v. Centre Life

Mike,

We now have Dr. Robert Reed scheduled for 5:00 p.m. on Monday, 4/12 in Cincinnati. Dr. Garb has just confirmed 3:00 p.m. on Wednesday, 3/24 in Springfield, MA. You will be receiving notices and confirmation on these this week and I will continue to update you quickly as additional depositions are confirmed.

Christy


-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Tuesday, March 16, 2004 12:32 PM
To: Christy L. Zerges
Cc: Michael Roberts
Subject: Re: Jeffries v. Centre Life


the 22nd, 23rd, 24th, and the 12th, 13th, 14th are all open now but may not be open by week's end

>>> "Christy L. Zerges" <CLZerges@WoodLamping.com> 03/16/04 11:31AM >>>
Mike and Cliff,

Bill Ellis is planing to take several trial depositions prior to the start of the 4/19 trial, and asked me to determine your availability on the following dates:

    March 22, 23, 24, 29
    April 5, 6, 12, 13 (afternoon only) and 14.

Please let us know if any of these dates will not work, bearing in mind that a majority of the depositions will be taken in Cincinnati.

Sincerely,

Christine L. Zerges

1