**Graydon Head & Ritchey LLP**

*Attorneys at Law*

Michael A. Roberts
Direct Dial: (513) 629-2799
E-Mail: mroberts@graydon.com

MAR 29 2004

March 26, 2004

**Via Facsimile, E-Mail & Regular U.S. Mail**
William R. Ellis, Esq.
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

    Re:   *Jeffries v. Centre Life Insurance Company.*
          *Case No. C-1-02-351*

Dear Bill:

    Pursuant to Judge Hogan's March 23, 2004, Order, we expect immediate reimbursement of the following costs related to the deposition of James Garb:

| | | |
|---|---|---|
| 1. | Airfare: | $1,233.70 |
| 2. | Car Rental: | 170.22 |
| 3. | Parking (S'field): | 7.50 |
| 4. | Hotel: | 317.26 |
| 5. | Hotel Parking: | 34.00 |
| 6. | Airport Parking: | 22.00 |
| 7. | Mileage Home to Airport: | 15.00 (37.5¢ x 40 mi) |
| | **Total Expenses** | **$1,799.68** |

    We will expect your firm's check made payable to Graydon Head & Ritchey LLP by **4:00 p.m., Monday, March 29, 2004.**

                      Sincerely,

                      GRAYDON HEAD & RITCHEY LLP

                      Michael A. Roberts

MAR/csc

www.graydon.com

*Mailing Address*
P.O. Box 6464
Cincinnati, Ohio 45201-6464

*Cincinnati Office*
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
telephone (513) 621-6464
fax (513) 651-3836

*Kentucky Office*
2500 Chamber Center Drive
Suite 300
Ft. Mitchell, Kentucky 41017-7070
telephone (859) 282-8800
fax (859) 525-0214


delta.com



## Passenger Receipt and Itinerary

*Enjoy the fastest way to the gate. Use delta.com's Online Check-in from 24 hours to 30 minutes before departure.*
*For questions, please visit delta.com or call 800-221-1212.*

**MICHAEL ROBERTS**
**39 ARCADIA PL**
**CINCINNATI OH 45208-2802**

Confirmation Number/Record Locator: **PM2OM1**
SkyMiles Number: **2123070472**
This ticket shall expire one year from date of issue.

### RECEIPT INFORMATION

Psgr: MICHAEL ROBERTS     Ticket Number: **00621930957561**     Ticket Issue date: 23MAR04
Not Transferable
Place of Ticket Issue: BOSRES
Issuing Agent Id: DL/VQ

Fare Details: CVG DL BDL546.98YDLUP /-BOS DL CVG583.26YDLUP USD1130.24END ZP CVGBOS XT US 84.76 ZP 6.20 AY 5.00 XF 7.50 CVG4.5BOS3

FARE:   1130.24 USD          Form of Payment
TAX:    103.46 XT
TAX:    84.76 US
TAX:    5.00 AY
TOTAL:  1233.70 USD          Org Tkt 00675882992573
                             Org FOP Check

*This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.*

### TICKETED ITINERARY INFORMATION

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 330 | 24MAR04 | F | OK | DELTA | CINCINNATI | 700A | HARTFORD | 847A | ** FIRST | |
| 567 | 24MAR04 | F | OK | DELTA | BOSTON | 730P | CINCINNATI | 1002P | 4D FIRST | S |

# - Arrival date is 1 day after departure date.                    ** - Check-in required
                                                                   *S$ - Multiple Seats
Please check-in early. Delta recommends the following minimum check-in times:    B  - Breakfast
**Destination**              **Ticket Counter**       **Departure Gate**          L  - Lunch
U.S. Domestic Flights        60 minutes               30 minutes                  D  - Dinner
International Flights        120 minutes              60 minutes                  S  - Snack
                                                                                  F  - Food Available
                                                                                       for Purchase
                                                                                  *** - Multi Meals
                                                                                  M  - Movie

Note: Checked baggage must be presented at least 30 minutes before departure for domestic flights or the bag may be refused. Exception: Passengers originating travel from the Denver International Airport (DEN) or Las Vegas International Airport (LAS) who intend to check baggage must check their bags at least 45 minutes prior to the scheduled departure time of the flight on which the reservation is made or the bag may be refused.

Domestic flights close 15 minutes before departure.
International flights close 45 minutes before departure.

```
>>Return<< RA Document 600824604              Rate I2/F       0 DY 23 HR
CAR# 5 2 2 0 8 9 1   Car Group F                  161 MI @        .00  =
BLK FORD EXPL 4DR CT 976RSX                        23 HR @      23.33  =
                                                    0 DY @      69.99  =
ROBERTS, MICHAEL                                    0 WK @     369.95  =
                                              MIN  1DY/I2/F  100FM   =      69.99
                                              TIME & MILEAGE          =      69.99
Out HARTFORD, CT APT     24MAR04/0913         # 3% SURCHARGE         + =       2.10
In  HARTFORD, CT APT     25MAR04/0837         * $1.00/DAY SURCHARGE  + =       1.00
Miles-Out  8389     Miles-In   8650           **11.11% FEE           + =       7.78
Miles Driven  261   Fuel In 2/8               Subtotal                =      80.87
Method of pay  =    CLUB                      Tax  6.180%            + =       5.00
VISA                                                                  =      84.35
                                              Fuel Service Charge    + =     170.22
                                              Total Charges           =     170.22
                                              AMOUNT DUE    CV   USD  =
                                              * CONNECTICUT STATE TOUR:SM FUND
                                              # CONNECTICUT RENTAL VEHICLE SURCHARG
                                              **CONCESSION RECOVERY FEE


The amount that appears in "Amount Due" has been billed to your VISA Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 860-627-3700.  Thank you for renting from Budget.

3996/0D50/04085/08:37/0
```



**BOSTON HARBOR HOTEL**
AT ROWES WHARF

Rowes Wharf
Boston, Massachusetts 02110
Telephone: 617-439-7000  Facsimile: 617-330-9450
http://www.bhh.com

| Name & Address | |
|---|---|
| ROBERTS, MICHAEL<br>511 WALNUT ST<br>SUITE 1900<br>CINCINNATTI, OH 45202<br>US | |

| | |
|---|---|
| Room | 1402/K1SV |
| Arrival Date | 03/24/04 6:41PM |
| Departure Date | 03/25/04 6:33AM |
| Adult/Child | 1/0 |
| Room Rate | $ 270.00 |
| RATE PLAN | LV3 |
| HH# | |
| AL: | |
| BONUS AL: | CAR: |

CONFIRMATION NUMBER :  3178764609

03/25/04      PAGE       1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/24/04 | 974214 | INTERACTIVE SERVICES | $12.99 |
| 03/24/04 | 974214 | MASS SALES TAX - MISC | $0.65 |
| 03/24/04 | 974451 | PARKING-VALET WEEK DAY | $34.00 |
| 03/24/04 | 974452 | GUEST ROOM | $270.00 |
| 03/24/04 | 974452 | RM MASSACHUSETTS STATE OCC | $15.39 |
| 03/24/04 | 974452 | RM BOSTON LOCAL OCCUPANCY | $10.80 |
| 03/24/04 | 974452 | RM BOSTON CONVENTION OCCUPANCY | $7.43 |
| 03/25/04 | 974607 | MC ************1735 | ($351.26) |
| | | * * BALANCE * * | $0.00 |

| ACCOUNT NO.<br>MC ************1735 | | |
|---|---|---|
| CARD MEMBER NAME<br>ROBERTS, MICHAEL | | |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | |
| CARD MEMBER'S SIGNATURE<br>X | | |

| DATE OF CHARGE<br>03/25/04 | FOLIO NO./CHECK NO.<br>139672   A | |
|---|---|---|
| AUTHORIZATION<br>PENDIN | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | -351.26 | |

Preferred

```
← 16:08 24MAR04  $17.50 MI3 3005 MONARCH
```

**Cincinnati**
**Northern Kentucky**
**International Airport**

Fee Computer Number:
Cashier:
Transaction Number:           Teresa Il
License Plate Number:
Entered:                              BN
Exited:                          03/24/04
Ticket #95591                03/25/04
Rate:                           Dispense
Total Fee:                          Ar
Cash:                                ●1