

**HOME | TRAVEL | SKYMILES | PROGRAMS & SERVICES | INSIDE DELTA | CUSTOMER CARE**

**SkyMiles log in**
SkyMiles number and PIN

☐ Remember my SkyMiles number

**GO**

SkyMiles Enrollment & PIN

**Links**

Reservations FAQs

Traveler Services

Services for Children

Services For The Disabled

Baggage Information

Contact Us

Site Map & Search

**Icon Legend**

? Online Help
📅 Calendar
🏙 Find a City Code
💺 View Seats
🌐 Web Fare

Home ▸ Travel ▸ Reservations ▸ Priced Itineraries

# Reservations

*Trip Planner* : step 1 : **step 2** : step 3 : step 4

🖩 Calculate Medallion Qualification Miles

## Priced Itineraries

Select the itinerary that best matches your travel plans and click **CONTINUE**, or click **START OVER** to try new dates/times.

Departure: **Cincinnati, OH to Hartford, CT on Friday, 02 Apr 2004**
Return: **Hartford, CT to Cincinnati, OH on Friday, 02 Apr 2004**

[START OVER]                                                                                                         [CONTINUE]

**Itinerary 1**                                                       Price per passenger: **$1,098.20 (USD)**

| Select | Carrier Flight # | Cabin & Class | Departs From | Time/Date | Arrives To | Time/Date | Stops | View Seats |
|---|---|---|---|---|---|---|---|---|
| ⦿ | Delta 330 | Coach (B) | CVG | 7:00am 02 Apr 2004 | BDL | 8:47am 02 Apr 2004 | 0 | 💺 |
|   | Delta 397 | Coach (B) | BDL | 5:36pm 02 Apr 2004 | CVG | 7:53pm 02 Apr 2004 | 0 | 💺 |

View Fare rules

**Itinerary 2**                                                       Price per passenger: **$1,098.20 (USD)**

| Select | Carrier Flight # | Cabin & Class | Departs From | Time/Date | Arrives To | Time/Date | Stops | View Seats |
|---|---|---|---|---|---|---|---|---|
| ○ | Delta 330 | Coach (B) | CVG | 7:00am 02 Apr 2004 | BDL | 8:47am 02 Apr 2004 | 0 | 💺 |
|   | Delta 673 | Coach (B) | BDL | 1:20pm 02 Apr 2004 | CVG | 3:33pm 02 Apr 2004 | 0 | 💺 |

View Fare rules

**Itinerary 3**                                                       Price per passenger: **$1,098.20 (USD)**

| Select | Carrier Flight # | Cabin & Class | Departs From | Time/Date | Arrives To | Time/Date | Stops | View Seats |
|---|---|---|---|---|---|---|---|---|
| ○ | Delta 712 | Coach (B) | CVG | 10:52am 02 Apr 2004 | BDL | 12:35pm 02 Apr 2004 | 0 | 💺 |
|   | Delta 397 | Coach (B) | BDL | 5:36pm 02 Apr 2004 | CVG | 7:53pm 02 Apr 2004 | 0 | 💺 |

View Fare rules

[START OVER]                                                                                                         [CONTINUE]