PAGE 2

APPOINTMENTS for MON 10/11/99    TEMPLATE (6/22/98)

TIME      UNIT NO    PATIENT              VITED:9/17/99
JEFFRIES,ERIC (M) 38 YRS  5/15/61  UN:189093W-5
ACCT # 188803
REED,ROBERT L,MD
OUTPATIENT VISIT : WELLINGTON
9/2/99

DOS:9/2/99
OFFICE CHART 10

-------------------------------------------------- DIAGNOSES/PROBLEMS --------------------------------------------------

MAJOR
    PARESTHESIAS
       Mr. Jeffries is here for a spinal fluid examination.  After a
       long discussion patient decided he preferred to proceed.  His
       main symptoms have been weakness, fatigue and headaches.
MINOR
    HEADACHE

-------------------------------------------------- PHYSICAL EXAM --------------------------------------------------

    FUNDI
     No papilledema.
    MUSCLE STRENGTH
     Normal.
    REFLEXES
     Symmetrical.

-------------------------------------------------- PROCEDURES --------------------------------------------------

    LUMBAR PUNCTURE
       Patient received 1 cc of Xylocaine.  After this, the LP needle
       was inserted under the skin and the patient decided he would
       abort the study.

-------------------------------------------------- THERAPIES --------------------------------------------------

    PLAN OF ACTION
       Patient will return to discuss with Dr. McClellan.

-------------------------------------------------- ADMINISTRATIVE DATA --------------------------------------------------

    TRANSCRIPTION DATE
     09/16/99
    TRANSCRIPTIONIST
     PEG

*** END OF REPORT ***

CLAIM 02624

RIVERHILLS HEALTHCARE, INC.                                                                    PAGE 1


ENCOUNTER REPORT                                                        PRINTED:9/15/99
JEFFRIES,ERIC (M) 38 YRS  5/15/61  UN:189093W-3                              DOS:9/22/98
ACCT # 188803                                                          OFFICE CHART 10
 REED,ROBERT L,MD
 OUTPATIENT VISIT : WELLINGTON
 9/22/98 OFFICE CONSULT COMP MODERATE COMPLEX 99244


---------------------------------------------------- DIAGNOSES/PROBLEMS ----------------------------------------------------


MAJOR
      WEAKNESS
        Mr. Jeffries states that he had hepatitis A & B vaccination one
        year ago.  Shortly thereafter, he began having night sweats,
        headaches, joint pain, numbness in his arms and legs, right
        greater than left.  His symptoms tended to ease only to return
        intermittently.  "When I get a cold, my body shuts down."
        Patient states that at times he is so weak he cannot walk.  His
        motor skills are markedly impaired.  He states his liver has
        been swollen.  His bilirubin has been elevated.  He has pain on
        deep breathing.  He does not have a rash.  He is not sensitive
        to temperature changes.  He has had no loss of bowel or bladder
        control.


---------------------------------------------------- HEALTH REVIEW ----------------------------------------------------


      ALCOHOL USE
        NEGATIVE
      PERSONAL HISTORY OF TOBACCO USE
        NEGATIVE
      FAMILY HISTORY
        Mother has low blood pressure and headache.  Parents are living.
      SYSTEM REVIEW
        Headaches without nausea or vomiting.  Tingling occasionally.
        Weakness generally.  Coordination has been normal.  States he
        had painful, tingling hands.  Bowel and bladder function have
        been normal.  Sleeping is not interrupted.  Feels his memory is
        impaired.  His weight has not changed.  Appetite has not
        changed.


---------------------------------------------------- PHYSICAL EXAM ----------------------------------------------------


      BLOOD PRESSURE 112/80
      HEIGHT 76
      ACTUAL WEIGHT LB 260
      NECK
        There are no bruits.  Neck is supple.
      ABDOMEN
        Slight tenderness right upper quadrant.
      CRANIAL NERVE EXAMINATION
        Fields are normal to confrontation.  There is no papilledema.
        Extraocular movements are intact without nystagmus.  Pupils
        measure 4/4 mm.  Speech is normal.  Swallowing is normal.
      MUSCLE STRENGTH
        Deltoid 5/5, iliopsoas 5/5, anterior tibial 5/5.

RIVERHILLS HEALTHCARE, INC.

ENCOUNTER REPORT

JEFFRIES,ERIC  (M) 38 YRS  (5/15/61)   UN:189093W-3

--PHYSICAL EXAM--

    REFLEXES

      Biceps 0/0, triceps 0/0, knee jerk 0/0.  Epigastric reflexes are
      present.  Quadriceps 0/0, gastroc soleus 0/0.  Babinski's sign
      is not present.

    SENSORY EXAM

      Normal joint position, pin, temperature, and touch of the lower
      extremities.  Trace figures perceived in both upper extremities.

    COORDINATION EXAM

      Normal finger-nose-finger testing.

    GAIT

      Patient walks on heels and toes.  Tandem walking is normal.
      He can balance on either foot.

    CEREBRAL DOMINANCE RIGHT HANDED

    TREMOR EXAM

      NONE PRESENT

--------------------------------------------------------- THERAPIES -----------------------------------------------------------

    PLAN OF ACTION

      Strongly recommended patient have complete immunological
      evaluation, likely at the University of Cincinnati.  Objective
      findings are not significant and a complete work-up at this
      point from a neurologic standpoint is not likely to be fruitful.

-------------------------------------------------------- ADMINISTRATIVE DATA -------------------------------------------------------

    REVIEWED AND SIGNED BY REED,ROBERT L,MD

    OCCUPATION

      BROKER

    ENCOUNTER REVIEW DATE 10/15/98

    COPY

      DR. NUNLIST-YOUNG

    TRANSCRIPTION DATE

      9/29/98

    TRANSCRIPTIONIST

      RJG

                        *** END OF REPORT ***

CLAIM 02626