# WOOD & LAMPING LLP
### SINCE 1927
ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

CHRISTINE L. ZERGES
DIRECT DIAL: (513) 852-6017
E-MAIL: clzerges@woodlamping.com

March 26, 2004

Michael A. Roberts, Esq.
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

**RE: Eric L. Jeffries v. Centre Life Insurance Company, et al.**

Dear Mr. Roberts:

    Enclosed please find the deposition notices for Corwin Dunn, M.D., Michael Luggen, M.D., and Robert Reed, M.D. in the above-captioned case.

Sincerely,

Christine L. Zerges
Paralegal

CLZ/encls.