# WOOD & LAMPING LLP

*SINCE 1927*

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

PETER M. BURRELL
DIRECT DIAL: 513-852-6096
E-MAIL: pmburrell@woodlamping.com

April 1, 2004

**VIA E-MAIL AND U.S. MAIL**

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

   Re: **Eric L. Jeffries v. Centre Life Insurance Company, et al.**
     **Case No. C-1-02-351**

Dear Mike:

  In accordance with the Court's March 30, 2004 Notice relating to Final Pretrial, Defendant intends to call the following witnesses:

- Plaintiff: Eric Jeffries

- Plaintiff's treating physicians: Dr. Calabrese, Dr. Crafton, Dr. Dunn, Dr. Fritz, Dr. Hawkins, Dr. Hyde, Dr. Luggen, Dr. McClellan, Dr. Nunlist-Young, Dr. Reed, Dr. Waisbren;

- Corporate Representative: Eileen Sweeney;

- Individuals involved in evaluating Plaintiff's disability claim: Jeffrey Champagne, Dr. Clionsky, Andrew Cohen, Dr. Garb, John Graff, Lucinda Palmer;

- Expert witnesses: Dr. Bullard, Dr. Clionsky, Dr. Frey, Dr. Hartings;

Michael A. Roberts, Esq.
April 1, 2004
Page 2

- Defendant reserves the right to call any witness identified by Plaintiff and rebuttal witnesses including those necessary to address information technology, surveillance, and corporate issues.

Very truly yours,

Peter M. Burrell

PMB/smk