MASSACHUSETTS CASUALTY
------------------------

DISABILITY INCOME PROPOSAL
-----------------------------

CUSTOMIZED PROTECTION FOR: ERIC JEFFRIES

Presented By: BOB EDWARDS

DATE: 4/04/96
BOB EDWARDS

AI 0004

MASSACHUSETTS CASUALTY INSURANCE COMPANY
DISABILITY INCOME PROPOSAL
PREPARED FOR: ERIC JEFFRIES

Prepared By: BOB EDWARDS                                              AGE: 34

Prepared On: 4/04/96                                            PREFERRED RATE

BASIC POLICY BENEFITS
----------------------

MONTHLY BENEFIT FOR TOTAL DISABILITY ................................$8,815
After you have been disabled due to an accident or sickness for
90 days you will receive $8,815 per month, while disabled, to
age 65, but not less than 42 months.
If commencement is:
  (a) on or after age 63 but prior to age 64 payments continue
      for 36 months,
  (b) on or after age 64 but prior to age 70 payments continue
      for 30 months, and
  (c) on or after age 70, benefits are payable for 15 months.

POTENTIAL BENEFIT................................................$3,252,735
If you become totally disabled today and remain totally disabled
until age 65, you will receive $3,252,735 in base policy
benefits.

PRESUMPTIVE DISABILITY BENEFIT.......................................$8,815
You will receive $8,815 per month from the first day of loss
for the benefit period if you suffer a loss of use of two members,
a loss of speech or a loss of hearing before age 65 that lasts
for at least 90 days. This benefit is payable each month even if
you continue to work in your own or any other occupation.

DOUBLE DISMEMBERMENT/LOSS OF SIGHT..................................$132,225
In addition to a monthly benefit of $8,815, which is payable
from the first day of loss, for the benefit period, you will receive
a capital sum payment of $132,225 if you suffer a loss of sight or
double dismemberment prior to age 65. The capital sum and
monthly benefit are payable even if you continue to work.

NON-DISABLING INJURY BENEFIT.........................................$1,500
Up to $1,500 is payable to reimburse you for the cost of certain
expenses incurred for the treatment of injuries, when you are not
eligible for benefits under any other provision of your policy.
The benefit is payable for expenses incurred as a result of such
injuries, for physician visits, X-rays, or outpatient care in a
hospital or other medical facility, provided these expenses are
not covered under any prior policies issued by MCIC. This
benefit is payable for each separate accident you sustain.

AI 0005

Prepared For: ERIC JEFFRIES                                        4/04/96
Prepared By:  BOB EDWARDS

## SELECTED POLICY FEATURES

### NON-CANCELLABLE & GUARANTEED RENEWABLE TO AGE 65

As long as you pay the premiums on the summary page, THE COMPANY CANNOT:

- increase the premium;
- reduce the benefits;
- change any provision or add any restrictions;
- cancel the policy.

You can continue this policy after age 65 for life if you continue to be employed on a full-time basis (at least 30 hours a week).

### DEFINITION OF TOTAL DISABILITY

You will be considered totally disabled if you are substantially unable to perform the material duties of your regular occupation, trade or profession.

### WAIVER OF PREMIUM

After you have been disabled for 90 days, future premiums will be waived for as long as you remain totally disabled. In addition, any premiums paid for or during that 90 day period will be refunded to you.

### REHABILITATION BENEFIT

If you choose to participate in an agreed upon program of vocational rehabilitation during a period of total disability, we will pay for the cost of the program as agreed upon in addition to any other monthly benefits you qualify for under this policy. Participation in such a program will not of itself be considered a recovery from total disability.

### COSMETIC/TRANSPLANT SURGERY COVERAGE

If you become totally disabled as a result of the transplant of part of your body to the body of any other person, or as a result of surgery to improve your appearance or to correct a disfigurement, it will be treated as a sickness under the terms of the policy.

Prepared For: ERIC JEFFRIES                                          4/04/96
Prepared By:  BOB EDWARDS

## SELECTED POLICY FEATURES - CONTINUED

POLICY EXCLUSIONS
-----------------
No benefits are payable for a loss which starts within 2 years after
coverage becomes effective and results from a pre-existing condition not
fully disclosed in the application for the policy. No benefits are payable
for a loss or disability caused by war, or acts of war, or an injury or
sickness which occurs while you are on scheduled full-time active duty in
the armed forces. Disabilities due to normal pregnancy are covered as a
sickness after the later of 90 days or the waiting period selected.
If a Total Disability or other covered loss is due to a Mental Disorder
and/or Substance Use Disorder, the number of months for which any benefits
for Total Disability shall be payable under the Policy during the lifetime
of the Insured shall not exceed in the aggregate a total of 24 months.

AI 0007

```
Prepared For: ERIC JEFFRIES                                    4/04/96
Prepared By:  BOB EDWARDS
```

## OPTIONAL BENEFIT RIDERS

### OPTION TO INCREASE MONTHLY BENEFIT

You may increase the amount of monthly benefit on each anniversary prior to your 58th birthday in minimum amounts of $100. The total amount of increases may not exceed $2,000, and no evidence of medical insurability is required to receive an increase. After age 46, up to one-third of the initial rider amount ( $666), or remainder thereof, may be exercised in any one year.

### RESIDUAL DISABILITY BENEFIT

You are residually disabled after your waiting period of 90 days if you have a loss of earnings of at least 20% and are receiving appropriate care by a physician (which will be waived if deemed unnecessary). The waiting period can be satisfied with either residual or total disability. No period of total disability is required to qualify for residual benefits.

Monthly benefits payable are based on the percentage of income you have lost as a result of your disability. During the first six months you are residually disabled, your minimum benefit will be $4,407 per month.

If you suffer a loss of earnings of 75% or more it will be considered a total disability and you will receive $8,815 for each month. After the waiting period has been satisfied, no time or duties loss is required to receive benefits. Residual benefits are payable for the maximum benefit period, but not beyond age 65. This rider includes an unlimited return to work provision and indexing of pre-disability earnings.

AI 0008

```
                    MASSACHUSETTS CASUALTY INSURANCE COMPANY
                                PREMIUM SUMMARY
                                ---------------

PREPARED BY:   BOB EDWARDS

PREPARED FOR: ERIC JEFFRIES                                    AGE: 34
PLAN: Policy Form A&S 3000                                     PREFERRED RATE
OCCUPATION CLASS: P                                            DATE:  4/04/96
                                                               LEVEL RATE


--------------------------------------------------------------------------

   MONTHLY BENEFIT:       $8,815
   BENEFIT PERIOD:        TO AGE 65
   WAITING PERIOD:        90 DAYS

THE POTENTIAL VALUE OF THE PROPOSED BASE POLICY COVERAGE IS  $3,252,735 IF
YOU BECOME DISABLED TODAY AND REMAIN TOTALLY DISABLED TO AGE 65.
                                                                    ANNUAL
                                                                   PREMIUM
TOTAL BASE PREMIUM PRIOR TO DISCOUNT..............................$2,524.30


OPTIONAL RIDER PREMIUMS:
   RESIDUAL DISABILITY BENEFIT....................................   498.05
   OPTION TO INCREASE BENEFIT.....................................    63.00
                                                                   ----------
OPTIONAL BENEFIT RIDER PREMIUMS PRIOR TO DISCOUNT:................  $561.05

TOTAL PREMIUM PRIOR TO DISCOUNT:.................................. $3,085.35
   SELECT RISK DISCOUNT:**........................................   304.34
   MUTIPLE RISK DISCOUNT:.........................................   417.14
                                                                   ----------
TOTAL DISCOUNTED ANNUAL PREMIUM:.................................. $2,363.87


OTHER PAYMENT MODES-(DISCOUNTED):
Semi-Annual....................................................... $1,181.94
Quarterly.........................................................   $590.97
Monthly...........................................................   $196.99

**(BASED ON SUBMITTING APPROPRIATE FINANCIAL DOCUMENTATION)

The basic monthly benefit amount is increased by 10% when premiums
are paid annually from inception date.

The foregoing illustrates some of the features of Policy Series 3000
and Optional Coverages. The actual provisions of the policy and riders
issued will control.
```

AI 0009

```
                    MASSACHUSETTS CASUALTY INSURANCE COMPANY
                          A SUMMARY OF ALTERNATIVE PLANS
                    ------------------------------------------
```

Prepared By:  BOB EDWARDS

Prepared For: ERIC JEFFRIES
The following illustration shows how much the disability plan you have
selected would cost at various benefit period and waiting period
combinations. The plan you have selected is underlined.

```
                              30 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM     $2,227.99*   $2,553.51*   $3,275.10    $5,250.10    $6,071.03

                              60 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM     $1,325.84*   $1,554.32*   $2,054.59    $3,440.97    $3,839.79

                              90 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM      $926.33*    $1,081.88*   $1,529.61    $2,363.87    $2,788.08
                                                         *********

                             180 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM      $754.09*     $871.05*    $1,197.46    $1,988.24    $2,350.73

                             365 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM      $723.35*     $830.57*    $1,098.52    $1,814.04    $2,162.54

                             730 DAY ELIMINATION PERIOD
                         ----------------------------------------
Benefit Period:      15 MTHS      30 MTHS      60 MTHS      Age 65       LIFE
                     -------      -------      -------      ------       ----
ANNUAL PREMIUM         ---       $789.62*     $980.54     $1,533.88    $1,854.43
```

****************************************************************************
***THE PREMIUMS ILLUSTRATED REFLECT THE MULTIPLE RISK DISCOUNT.
***THE PREMIUMS ILLUSTRATED ARE BASED ON SUBMITTING APPROPRIATE FINANCIAL
   DOCUMENTATION.
 * Please note: The Residual Disability Rider is not available with the
   15 month and 30 month benefit periods.

AI 0010

MASSACHUSETTS CASUALTY INSURANCE COMPANY
PREMIUM SUMMARY
----------------

PREPARED BY:  BOB EDWARDS

PREPARED FOR: ERIC JEFFRIES                                    AGE: 34
PLAN: Policy Form A&S 3000                                     PREFERRED RATE
OCCUPATION CLASS: P                                            DATE: 4/04/96
                                                               LEVEL RATE

---

    MONTHLY BENEFIT:        $8,815
    BENEFIT PERIOD:         TO AGE 65
    WAITING PERIOD:         90 DAYS

THE POTENTIAL VALUE OF THE PROPOSED BASE POLICY COVERAGE IS  $3,252,735 IF
YOU BECOME DISABLED TODAY AND REMAIN TOTALLY DISABLED TO AGE 65.
                                                                    ANNUAL
                                                                    PREMIUM
TOTAL BASE PREMIUM PRIOR TO DISCOUNT............................  $2,524.30


OPTIONAL RIDER PREMIUMS:
    RESIDUAL DISABILITY BENEFIT.................................     498.05
    OPTION TO INCREASE BENEFIT..................................      63.00
                                                                  ----------
OPTIONAL BENEFIT RIDER PREMIUMS PRIOR TO DISCOUNT:..............    $561.05

TOTAL PREMIUM PRIOR TO DISCOUNT:................................  $3,085.35
    SELECT RISK DISCOUNT:**.....................................     304.34
    MUTIPLE RISK DISCOUNT:......................................     417.14
                                                                  ----------
TOTAL DISCOUNTED ANNUAL PREMIUM:................................  $2,363.87


OTHER PAYMENT MODES-(DISCOUNTED):
Semi-Annual.....................................................  $1,181.94
Quarterly.......................................................    $590.97
Monthly.........................................................    $196.99

**(BASED ON SUBMITTING APPROPRIATE FINANCIAL DOCUMENTATION)

The basic monthly benefit amount is increased by 10% when premiums
are paid annually from inception date.

The foregoing illustrates some of the features of Policy Series 3000
and Optional Coverages. The actual provisions of the policy and riders
issued will control.


AI 0009