IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| | : | |
| Plaintiff, | ) | JUDGE  BECKWITH |
| | : | Magistrate Judge Hogan |
| v. | ) | |
| | : | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | PLAINTIFF'S PROPOSED |
| | : | VOIR DIRE QUESTIONS |
| Defendants. | ) | |

The following proposed questions are submitted on behalf of plaintiff for use in the Summary Jury Trial.

Respectfully submitted,

OF COUNSEL

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

s/Michael A. Roberts
Michael A. Roberts, Esq.  (0047129)
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 (fax)
email:mroberts@graydon.com

## PROPOSED VOIR DIRE QUESTION NO. 1

Do any members of the jury panel, their family members or close acquaintances suffer from a chronic medical illness that interferes with working or other aspects of life.

## PROPOSED VOIR DIRE QUESTION NO. 2

Has any member of the jury panel, their family members or close acquaintances been surveilled or investigated by a private investigator?

## PROPOSED VOIR DIRE QUESTION NO. 3

Do any members of the jury panel, their family members or close acquaintances suffer from any auto-immune disorder?

## PROPOSED VOIR DIRE QUESTION NO. 4

Have any members of the jury panel, their family members or close acquaintances received any medical training or mental health training of any sort?

## PROPOSED VOIR DIRE QUESTION NO. 5

Have any members of the jury panel, their family members or close acquaintances been in a position where they have owed a duty of good faith to another?

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | s/Michael A. Roberts |
| | Michael A. Roberts, Esq.  (0047129) |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 511 Walnut Street, Suite 1900 |
| 511 Walnut Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | (513) 629-2799 |
| (513) 621-6464 | (513) 651-3836 (fax) |
| | email:mroberts@graydon.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 6th day of April 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael A. Roberts
Michael A. Roberts, Esq. (0047129)