UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | Case No. C-1-02-351 |
| Plaintiff, | : | (Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan) |
| vs. | : | |
| | : | **NOTICE OF TRIAL DEPOSITION** |
| CENTRE LIFE INSURANCE COMPANY, | : | **OF  DONALD NUNLIST-YOUNG,** |
| et al., | : | **M.D.** |
| | : | |
| Defendants. | : | |
| | : | |

Defendant Centre Life Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of Donald Nunlist-Young, M.D.  will be taken by video and stenographic means and will continue until completed on Monday, April 13, 2004, at 6:00 p.m. at 2567 Erie Avenue, Cincinnati, Ohio  45219.

　　　　　　　　　　　　　　　　　　__/s William R. Ellis _____
　　　　　　　　　　　　　　　　　　William R. Ellis, Esq.  (0012279)
　　　　　　　　　　　　　　　　　　Peter M. Burrell, Esq. ( 0044139)
　　　　　　　　　　　　　　　　　　Wood & Lamping LLP
　　　　　　　　　　　　　　　　　　600 Vine Street, Suite 2500
　　　　　　　　　　　　　　　　　　Cincinnati, OH  45202-2491
　　　　　　　　　　　　　　　　　　(Telephone) (513) 852-6000
　　　　　　　　　　　　　　　　　　(Facsimile) (513) 852-6087
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Centre Life Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 6th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          /sWilliam R. Ellis_____
      William R. Ellis
      Trial Attorney for Defendants

88071.1