UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | Case No. C-1-02-351 |
| Plaintiff, | : | (Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan) |
| vs. | : | |
| | : | **AMENDED NOTICE OF TRIAL** |
| CENTRE LIFE INSURANCE COMPANY, et al., | : | **DEPOSITION OF MICHAEL LUGGEN, M.D.** |
| | : | |
| Defendants. | : | |
| | : | |

Defendant Centre Life Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of Michael Luggen, M.D. will be taken by video and stenographic means and will continue until completed on Monday, April 12, 2004, at 1:00 p.m. at the offices of Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

    /s William R. Ellis
William R. Ellis, Esq. (0012279)
Peter M. Burrell, Esq. ( 0044139)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087
Attorney for Defendant
Centre Life Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 7th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 /sWilliam R. Ellis_____
                                               William R. Ellis
                                             Trial Attorney for Defendants

88071.1