FILED
JAMES BONINI
CLERK

04 APR -7 PM 5:13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,
    Plaintiff,

v.

Centre Life Insurance Company, et al.,
    Defendants.

Case No. 1:02cv351
(Beckwith, J.; Hogan, M.J.)

## Civil Minutes
Summary Jury Trial (Day 1 )
before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Linda Wilmoth
**LAW CLERK:** Linda Smith
**COURT REPORTER:** Angie Fortune, Merit
**DATE:** April 7, 2004          **TIME:** 8:00 am

Attorney for Plaintiff(s): Michael Roberts

Attorney for Defendant(s): Jeffrey M. Burrell
William Ellis

### WITNESSES

### PROCEDURES

✓ Counsel present
✓ Jury selected and sworn
✓ Plaintiff calls witnesses
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
___ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
___ Jury Charge conference held
___ Closing Arguments

✓ Voir Dire held
✓ Opening Statements
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
___ Defendant calls witnesses
___ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
___ No rebuttal
___ Jury charged
___ Jury deliberates

Court adjourned or in recess until _Thurs, April 8th_.

Remarks: