# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION



FILED
JAMES BONINI
CLERK

Eric L. Jeffries,
    Plaintiff,

04 APR -9 PM 2: 24

v.

Case No.  1:02cv351
(Beckwith, J.; Hogan, M.J.)

Centre Life Insurance Company, et al.,
    Defendants.

## Civil Minutes
### Summary Jury Trial (Day 2)
### before the

### HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** ~~Linda Wilmoth~~ *Steve Snyder, William Miller*
**LAW CLERK:** Linda Smith
**COURT REPORTER:**
**DATE:** April 8, 2004          **TIME:** 8:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| *Michael Roberts* | *Jeffrey M. Burrell* |
|  | *William Ellis* |

### WITNESSES

### PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses or continues |
| ___ Plaintiff admits exhibits | ✓ Plaintiff rests |
| ___ Defendant moves for Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ✓ Defendant calls witnesses or continues | ___ Defendant admits exhibits |
| ✓ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ✓ Jury charged | ___ Closing Arguments |
| ✓ Jury deliberates and returns a verdict. | |

Court adjourned or in recess until  *Fri. April 9th* .

Remarks:

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Eric J. Jeffries v. Centre Life Insurance Company, et al. | | | | | | C-1-02-351 |
| Plaintiff's Attorney | | | | Defendaynt's Attorney | | Trial Date(s) |
| Michael Roberts | | | | William Ellis | | April 7, 2004 |
| Presiding Judge | | | | Courtroom Deputy | | Court Reporter |
| Timothy S. Hogan | | | | Linda Wilmoth | | Angie Portune, Merit |
| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
| ✓ | | | | | witness | Eric L. Jeffries |
| | ✓ | | | | witness | Jeff Champagne |

FILED
JAMES BONINI
CLERK
04 APR -9 PM 2:24