# Graydon Head & Ritchey LLP

*Attorneys at Law*

Michael A. Roberts
Direct Dial: (513) 629-2799
E-Mail: mroberts@graydon.com

Sent
1-11-01

October 24, 2000

Deborah A. Fritz, M.D.
10550 Montgomery Road
Cincinnati, OH 45242

Re:   **Eric Jeffries**

Dear Dr. Fritz:

    Our firm represents Mr. Eric Jeffries with regard to his claims for long-term disability. In order to assist Mr. Jeffries in processing his claims and securing disability, it is highly important that we receive copies of all of his medical records from your office. Accordingly, enclosed is a copy of a Medical Authorization signed by Mr. Jeffries authorizing you to furnish me with all medical information that you may have. Kindly send me this information at your earliest convenience. If you require payment in advance, please call me at (513) 629-2799 or email me at the above address. It is imperative that I receive this information without delay. If you have any questions, please call me.

                        Sincerely yours,

                        GRAYDON HEAD & RITCHEY LLP

                        Michael A. Roberts

MAR/pr
Enclosure
Copy:   Mr. Eric Jeffries

FR 0008

CN_LIB:229819.1

---

www.graydon.com

**Mailing Address**
P.O. Box 6464
Cincinnati, Ohio 45201-6464

*Cincinnati Office*
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
telephone (513) 621-6464

*Kentucky Office*
8100 Burlington Pike
Suite 480
Florence, Kentucky 41042-1212
telephone (859) 282-8800

## MEDICAL AUTHORIZATION

I hereby authorize any treating physician, hospital, or medical or medically related facility, to furnish my lawyers, Michael A. Roberts and the lawfirm of Graydon Head & Ritchey LLP, with copies of all information and/or records regarding my medical history. This authorization is valid for ninety (90) days from the date hereof. A photocopy of this form shall be valid as an original.

Dated: 24 Oct 2000

Eric Jeffries

FR 0009