```
                                                              1

   1              IN THE UNITED STATES DISTRICT COURT

   2                  SOUTHERN DISTRICT OF OHIO

   3                       WESTERN DIVISION

   4

   5

   6    _____
                                      )
        ERIC L. JEFFRIES,             )
   7                                  )
             Plaintiff,               )
   8                                  )    CASE NO.
                    vs.               )    C-1-02-351
   9                                  )
        CENTRE LIFE INSURANCE CO.,    )
  10    et al.,                       )
                                      )
  11         Defendants.              )
                                      )
  12    _____)

  13

  14    Deposition of:    MICHAEL F. HARTINGS, Ph.D.

  15    Pursuant to:      Notice

  16    Date and Time:    Monday, October 27, 2003
                          9:55 a.m.
  17
        Place:            Graydon, Head & Ritchey, LLP
  18                      1900 Fifth Third Center
                          511 Walnut Street
  19                      Cincinnati, Ohio  45202

  20    Reporter:         Patti Stachler, RMR, CRR
                          Notary Public - State of Ohio
  21

  22

  23

  24

  25
```



Elite Reporting Agency
513-632-5344

1   and not be on the medical staff.

2       Q.   Okay.  So you were employed for seven years
3   at HealthSouth during the same period of time you were
4   employed at Riverhills?

5       A.   Okay.  Technically I was an independent
6   contractor at HealthSouth.

7       Q.   Okay.

8       A.   And all of the -- all of the fees that I
9   generated through my work at Riverhills -- at
10  HealthSouth were paid to my employer, Riverhills
11  Healthcare.

12      Q.   Okay.  So you've actively worked for
13  Riverhills for the 24 years since 1978 without any
14  interruption then, I guess?

15      A.   Correct.

16      Q.   Is that correct?

17      A.   That's correct.

18      Q.   And the active work for that 25-year period,
19  has that been as a psychologist the whole time?

20      A.   Yes.

21      Q.   I mean, is that the right title to you,
22  psychologist?

23      A.   Yes.

24      Q.   You never left Riverhills to go to either
25  HealthSouth or these positions and staff appointments

```
 1   on page 3?
 2       A.   No, I never left Riverhills to go anywhere
 3   else.
 4       Q.   Okay.  So we're clear, for the last 25 years,
 5   you've been working there as a psychologist at
 6   Riverhills, right?
 7       A.   Right.
 8       Q.   Okay.  Have you ever been convicted of a
 9   crime?
10       A.   No.
11       Q.   How did you become involved with Boys' Hope
12   of Cincinnati?
13       A.   That's a program that's conducted by -- how
14   did I become involved?  I was asked --
15       Q.   I am also involved, that's why I'm curious.
16       A.   I was asked in, I don't know what time frame
17   it was, the '80s sometime, to help out with the
18   evaluation of candidates for the program.  Earl
19   Kronenberger was the psychologist involved and he was
20   cutting back and he asked me to pick up some of it,
21   which I did.
22       Q.   Okay.  In the Cincinnati Neuropsychology Peer
23   Review Group, you're a founding member of that
24   organization?
25       A.   Uh-huh.
```