IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| | : | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | : | Magistrate Judge Hogan |
| v. | ) | |
| | : | |
| CENTRE LIFE INSURANCE CO., | ) | |
| | : | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE**
**UNPRODUCED DOCUMENTS/INFORMATION**

Defendant should be precluded from offering into evidence any information not produced in the discovery phase of the case. The issue addressed in this Motion is defendant's willful withholding of discoverable information it intends to use at trial. At the same time a motion is pending before the Court regarding defendant's willful withholding of its financial information which plaintiff needs for trial. Defendant's conduct is extraordinary. A memorandum in support is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL | /s Michael A. Roberts_____ |
|  | Michael A. Roberts, Esq. (0047129) |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 511 Walnut Street, Suite 1900 |
| 511 Walnut Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | (513) 629-2799 |
| (513) 621-6464 | (513) 651-3836 (fax) |
|  | email: mroberts@graydon.com |

1

**MEMORANDUM IN SUPPORT**

Apparently not believing in the strength of its case and still attempting to find information on which it can deny Mr. Jeffries' Claim, the defendant has apparently engaged in a 20th secret surveillance of Mr. Jeffries but has not and refuses to provide the information to plaintiff.

During the course of today's April 13, 2004, Final Pretrial Conference, defendant's counsel stated that he has information he intends to use at trial which he has not produced and will not produce until after plaintiff and his wife have testified at trial. This is trial by ambush. In addition, prior to today, defendant's counsel has denied possessing such information:

- On March 17, 2004, less than 4 weeks ago, plaintiff's counsel advised defendant to cease its constant surveillance of Mr. Jeffries and produce the surveillance it had recently obtained – [the Court already ordered – twice – that defendant produce all surveillance] (*Exh*. 1);

- On March 22, 2004, Counsel for the defendant represented that his client had as of that date not conducted any surveillance of Mr. Jeffries that was not contained in the Claims File; *Id*.

- On April 7, 2004, seeing unproduced information identified as Exhibits on defendant's proposed Joint Final Pretrial Order, plaintiff again requested the production of the recent surveillance information; *Id*.

- Later that day, in response to plaintiff's counsel's personal demand for the information at the conduct of the Summary Jury Trial, the defendant provided plaintiff with a list of go-kart events in which plaintiff's children were participants and said "that's all there is."

Contrary to these assertions made by defendant's counsel and notwithstanding this Court's unambiguous orders that surveillance information be produced – defendant's counsel made it clear again that he will apply his own rules of procedure and not produce information he has until after plaintiff presents its case at trial. Defendant counsel's desire and plan to

2

ambush plaintiff is unethical, contrary to law, and counter to hundreds of years of jurisprudence and due process. Defendant should not just be precluded from offering the unproduced information at trial but should be sanctioned for his underhanded and unethical behavior – including his deceitful representations to plaintiff's counsel from March 17, 2004, through today.

                                                        Respectfully submitted,

OF COUNSEL                        /s Michael A. Roberts
                                           Michael A. Roberts, Esq. (0047129)
GRAYDON HEAD & RITCHEY LLP         GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center                 511 Walnut Street, Suite 1900
511 Walnut Street                         Cincinnati, Ohio 45202
Cincinnati, Ohio 45202                 (513) 629-2799
(513) 621-6464                            (513) 651-3836 (fax)
                                           email:mroberts@graydon.com

## CERTIFICATE OF SERVICE

      The foregoing was electronically filed and thereby served on William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 13th day of April, 2004.

                                                        /s Michael A. Roberts