| | |
|---|---|
| From: | Michael Roberts |
| To: | Internet:wrellis@woodlamping.com |
| Date: | 3/17/04 7:56AM |
| Subject: | Re: recent surveillance |

Bill

I expect you to supplement discovery by providing me with copies of all recent surveillance including surveillance form last week and all other supplementary materials. Let me know if I need to add this to the list of items I'm raising with J Beckwith.

Michael A. Roberts
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
Direct Dial (513) 629-2799
Fax (513) 651-3836
mroberts@graydon.com
www.graydon.com


CC:       Roberts, Michael

| | |
|---|---|
| From: | "William R. Ellis" <WREllis@WoodLamping.com> |
| To: | "Michael Roberts" <mroberts@Graydon.com> |
| Date: | 3/22/04 8:54AM |
| Subject: | RE: recent surveillance |

Mike, Based on your earlier E-mail concerning pretext calls, I asked my client if they had performed any additional surveillance or pretext calls and was advised that no surveillance or pretext calls had been performed since the last surveillance in the claims file produced to you.

-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Wednesday, March 17, 2004 7:56 AM
To: William R. Ellis
Cc: Michael Roberts
Subject: Re: recent surveillance


Bill

I expect you to supplement discovery by providing me with copies of all recent surveillance including surveillance form last week and all other supplementary materials. Let me know if I need to add this to the list of items I'm raising with J Beckwith.

Michael A. Roberts
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
Direct Dial (513) 629-2799
Fax (513) 651-3836
mroberts@graydon.com
www.graydon.com

| | |
|---|---|
| From: | Michael Roberts |
| To: | "WREllis@WoodLamping.com".GWIA.Graydon_Head_&_Ritchey |
| Date: | 3/22/04 8:59AM |
| Subject: | RE: recent surveillance |

You still haven't produced to me the various bates labeled surveillance materials identified in my March 8 letter and my motion. Why?


>>> "William R. Ellis" <WREllis@WoodLamping.com> 03/22/04 09:00AM >>>
Mike, Based on your earlier E-mail concerning pretext calls, I asked my
client if they had performed any additional surveillance or pretext
calls and was advised that no surveillance or pretext calls had been
performed since the last surveillance in the claims file produced to
you.

-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Wednesday, March 17, 2004 7:56 AM
To: William R. Ellis
Cc: Michael Roberts
Subject: Re: recent surveillance


Bill

I expect you to supplement discovery by providing me with copies of all
recent surveillance including surveillance form last week and all other
supplementary materials. Let me know if I need to add this to the list
of items I'm raising with J Beckwith.

Michael A. Roberts
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
Direct Dial (513) 629-2799
Fax (513) 651-3836
mroberts@graydon.com
www.graydon.com



| | |
|---|---|
| CC: | Roberts, Michael |

Case 1:02-cv-00351-MRB-TSH  Document 221-3  Filed 04/13/2004  Page 4 of 4

Michael Roberts - Have you ever read the rules of Procedure or Code Of Prof Responsibility?  Page 1

| | |
|---|---|
| From: | Michael Roberts |
| To: | Internet:pmburrell@woodlamping.com; Internet:wrellis@woodlamping.com |
| Date: | 4/7/04 7:21AM |
| Subject: | Have you ever read the rules of Procedure or Code Of Prof Responsibility? |

It would be so unlike you guys to not produce information so I was shocked to see the following on your purported exhibit list  (any chance they'll get to trial without production to me months ago????):

1. Ohio Valley Karting Association Board Minutes 3/2/04
2. Ohio Valley Karting Association Race Participation Ledger
3. Photos of Plaintiff and his various vehicles in show competitions and road rallies.
4. Photos and videotapes of Plaintiff's activities through surveillance.


CC:        Roberts, Michael