IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Eric L. Jeffries,
      Plaintiff,


                                Case Number: 1:02cv351
                                (Beckwith, J.; Hogan, MJ)

      vs.


Centre Life Insurance Company, et al.,
      Defendants.


ORDER


      Meals were provided for Jurors while deliberating in the above captioned case.  The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

      It is so Ordered, this 10th day of April, 2004.


                              _____s/Timothy S. Hogan_____
                              TIMOTHY S. HOGAN
                              U.S. Magistrate Judge

J:\CRUMBA\FORMS\TRIAL\JuryMealsOrd.wpd