IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ERIC L. JEFFRIES,** | ) | CASE NO. C-1-02-351 |
| | : | |
| Plaintiff, | ) | Judge Beckwith |
| | : | |
| v. | ) | |
| | : | |
| **CENTRE LIFE INSURANCE CO., et. al.,** | ) | |
| | : | |
| Defendants. | ) | |

NOTICE OF MANUAL FILING OF TRIAL DEPOSITION
AND EXHIBITS OF CHARLES POSER, M.D.

Please take notice that because of its voluminous nature, the trial deposition and exhibits of Charles Poser, M.D. is being filed manually pursuant to Section IV A of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio.

Respectfully submitted this 14th day of April, 2004.

                                                      Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | /s Michael A. Roberts |
| | Michael A. Roberts (0047129) |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 1900 Fifth Third Center |
| 511 Walnut Street | 511 Walnut Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 621-6464 | (513) 629-2799 |
| | (513) 651-3836 fax |
| | email: mroberts@graydon.com |

## CERTIFICATE OF SERVICE

      The foregoing was served electronically on William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 14th day of April, 2004.

                                               /s Michael A. Roberts