```
                                                             1


 1              IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
 2                 WESTERN DIVISION AT CINCINNATI

 3      ERIC L. JEFFRIES,

 4              Plaintiff,
        vs.                              Case No. C-1-02-351
 5
        CENTRE LIFE INSURANCE COMPANY, ET AL.,
 6
                Defendants.
 7      _____/

 8

 9

10           DEPOSITION OF:   BYRON MARSHALL HYDE
                              121 Iona Street
11                            Ottawa, Canada, K1Y 3M1

12           DATE:            October 10, 2003

13           TIME:            10:00 a.m. to 1:30 p.m.

14           LOCATION:        Office of Dr. Hyde
                              121 Iona Street
15                            Ottawa, Canada, K1Y 3M1

16           TAKEN BY:        Counsel for the Defendants

17

18

19

20

21

22

23
```

B. Hyde, 10/10/03, Ottawa, Canada                              56
Direct Examination
Mr. Ellis

1    details than the scan -- the color printout that
2    you have there - with Dr. Navier.  Or in California
3    I spent frequent hours with Dr. Ismail Menna
4    (phonetic spelling), who is the chief at U.C.L.A.
5    I have also met with the present chief at U.C.L.A.,
6    but only once.
7        Q.    But is the answer is that you've had no
8    formal training in it but, you get to work with the
9    doctors --
10       A.    Exactly.
11       Q.    -- who have the training?
12       A.    Exactly.
13       Q.    All right.  With regard to --.
14       A.    But I would say that they are the
15   experts, not me.
16       Q.    Right.
17       A.    What -- what is different about the
18   reading is I can say, "this looks like there may be
19   a problem in the subcortex and you didn't mention
20   this."  Sometimes the neuroradiologist just reports
21   on the obvious, and we now have the ability to give
22   computer printouts of the subcortex in different
23   organelles of the brain, and very frequently they

B. Hyde, 10/10/03, Ottawa, Canada                           63
Direct Examination
Mr. Ellis

1   diagnosed some of them as just poor, and they were
2   able to get premedical treatment there.  I think
3   her material is suspect in that respect.  Dieter is
4   a great physician, do not let me misunderstand, but
5   she doesn't ever go into great detail in
6   investigation into her patients, so they could be
7   almost anything.
8        Q.   Doctor, what was --?
9        A.   And -- and in the twin study a lot of
10  those were self-diagnosed chronic fatigue syndrome,
11  if not all of them.
12       Q.   With regard to the current scientific
13  standing of the PET scan, is it considered
14  appropriate for the diagnosis of chronic fatigue?
15       A.   There is not enough PET scan research in
16  North America to make that supposition.
17            However, what you're doing when you're
18  looking at brain analysis, one test that stands
19  alone -- it may be correct or it may not be, but if
20  you have two tests, and they're both showing the
21  same deficit and one in greater detail that's more
22  important.  And if you have three or four tests,
23  which all show the deficits in the same area, then