IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| Plaintiff, | ) | Judge Beckwith |
| v. | ) | |
| CENTRE LIFE INSURANCE CO., et. al., | ) | |
| Defendants. | ) | |

### NOTICE OF MANUAL FILING OF TRIAL DEPOSITION AND EXHIBITS OF CHARLES POSER, M.D.

Please take notice that because of its voluminous nature, the trial deposition and exhibits of Charles Poser, M.D. is being filed manually pursuant to Section IV A of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio.

Respectfully submitted this 14th day of April, 2004.

                                                  Respectfully submitted,

OF COUNSEL

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 fax
email: mroberts@graydon.com

**CERTIFICATE OF SERVICE**

The foregoing was served electronically on William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 14th day of April, 2004.

/s Michael A. Roberts