UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC L. JEFFRIES,

          Plaintiff,

vs.

CENTRE LIFE INURANCE COMPANY,
et al.,

          Defendants.

:  Case No. C-1-02-351
:
:
:  (Judge Beckwith)
:  (Magistrate Judge Hogan)
:
:  **NOTICE OF MANUAL FILING**
:  **OF TRIAL DEPOSITIONS**
:
:
:

      Please take notice that Defendant Centre Life Insurance Company,  has manually filed

the following trial depositions:  Corwin Dunn, M.D., Michael Luggen, M.D., Donald Nunlist-

Young, M.D., and Robert Reed, M.D.

                      Respectfully submitted,


                      s/ William R. Ellis_____
                      William R. Ellis (0012279)
                      Peter M Burrell (0044139)
                      Amy Gasser Callow (0063470)
                      Wood & Lamping LLP
                      600 Vine Street, Suite 2500
                      Cincinnati, OH  45202-2491
                      (513) 852-6000

                      Attorneys for Defendants
                      Massachusetts Casualty Insurance Company
                      and Disability Management Services, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing Notice of Filing as been filed with the Court by electronic means on this 16th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.   Hard copies of the filed transcripts will not be served upon all parties.


 s/ William R. Ellis_____
William R. Ellis