UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | : | Case No. C-1-02-351 |
| Plaintiff, | : | |
| | : | (Judge Beckwith) |
| vs. | : | (Magistrate Judge Hogan) |
| | : | |
| CENTRE LIFE INURANCE COMPANY, | : | **NOTICE OF MANUAL FILING** |
| et al., | : | **OF DISCOVERY and TRIAL** |
| | : | **DEPOSITIONS** |
| Defendants. | : | |
| | : | |

Please take notice that Defendant Centre Life Insurance Company, has manually filed the following discovery depositions: Corwin Dunn, M.D., Kirk A. Frey M.D., Ph.D., Deborah A. Fritz, M.D., Mark A. Geier, M.D., James R. Hawkins, M.D., Byron M. Hyde, M.D., Eric L. Jeffries, Michael Luggen, M.D., Donald Nunlist-Young, M.D., M.D., Ph.D., Paula K. Shear, M.D. and the trial deposition of James R. Garb, M.D.

Respectfully submitted,

s/ William R. Ellis
William R. Ellis (0012279)
Peter M Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
(513) 852-6000

Attorneys for Defendants
Massachusetts Casualty Insurance Company

2

and Disability Management Services, Inc.

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice of Filing as been filed with the Court by electronic means on this 16th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.   Hard copies of the filed transcripts will not be served upon all parties.

                                           s/ William R. Ellis_____
                                           William R. Ellis