PETER M. BURRELL
DIRECT DIAL: 513-852-6096
E-MAIL: pmburrell@woodlamping.com

April 1, 2004

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

    Re:    **Eric L. Jeffries v. Centre Life Insurance Company, et al.**
            **Case No. C-1-02-351**

Dear Mike:

    In supplementation of our previous discovery responses and in accordance with the Court's March 30 Notice relating to final Pretrial, Defendant intends to call the following witnesses:

- Plaintiff: Eric Jeffries

- Plaintiff's treating physicians: Dr. Calabrese, Dr. Crafton, Dr. Dunn, Dr. Fritz, Dr. Hawkins, Dr. Hyde, Dr. Luggen, Dr. McClellan, Dr. Nunlist-Young, Dr. Reed, Dr. Waisbren;

- Individuals involved in evaluating Plaintiff's disability claim: Jeffrey Champagne, Dr. Clionsky, Andrew Cohen, Dr. Garb, John Graff, Lucinda Palmer;

- Expert witnesses: Dr. Bullard, Dr. Frey, Dr. Hartings;

Michael A. Roberts, Esq.
April 1, 2004
Page 2

- Defendant reserves the right to call any witness identified by Plaintiff and rebuttal witnesses as needed including Vincent Tyrone.

Very truly yours,

Peter M. Burrell

PMB/smk