**William R. Ellis**

---

| | |
|---|---|
| From: | Peter M. Burrell |
| Sent: | Friday, April 16, 2004 5:54 PM |
| To: | 'Michael Roberts' |
| Subject: | RE: Cindy said you still haven't received this . . . |

Mike --

As I told you this morning, our offer was take it or try it. So we will see you on Monday morning.

It's unlikely the 6th Circuit will change Ohio law on bad faith without reference to the Ohio Supreme Court.

By the way, have you had any other ex parte communications with the judge's law clerk about which we were unaware?

Pete

Peter M. Burrell
pmburrell@woodlamping.com
(513) 852-6096

Confidentiality Notice
The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.


-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Friday, April 16, 2004 5:03 PM
To: Peter M. Burrell; William R. Ellis
Cc: Michael Roberts
Subject: Cindy said you still haven't received this . . .


Pete

Attached is my motion in limine to exclude the new videos (the exhibits to the motion are also attached).  I'm having it filed with a copy of the videos for Pat Smith to review over the weekend.  I suspect trial will be delayed slightly Monday morning so the Court can review them.  I must say though - that the videos show nothing and only make CLIC look desperate - so I struggled with asking that they be kept out.  But I thought - while I'm on a roll why let you guys have any evidence at trial?  Finally, as you can see, 6th circuit case law supports the exclusion of the material even if you would have produced it like an honorable lawyer.

1

**Second, I need the financials. Where are they?**

**Also, let's assume Bill Ellis is wrong again about the outcome of the Appeal - have you thought what impact there may be on DMS' business if the 6th Circuit affirms a Bad Faith verdict when benefits are being paid under reservation of rights? I can't imagine you want to make that law for them.**

**Let's agree to the $ and you can keep the financials.**

**Mike**

**Michael A. Roberts**
**Graydon Head & Ritchey LLP**
**1900 Fifth Third Center**
**511 Walnut Street**
**Cincinnati, Ohio 45202-3157**
**Direct Dial (513) 629-2799**
**Fax (513) 651-3836**
**mroberts@graydon.com**

2