

**National Center for Infectious Diseases**
# Chronic Fatigue Syndrome

CFS Home | Hot Topics | Glossary | DVRD Home

**Site Contents**
- **CFS Information**
- **Treatment**
- **Continuing Education**
- **Support Groups**
- **CFS Definition**
- **Meetings and Workshops**
- **Program Updates**
- **Publications**

⊞ This term is defined in the glossary.

## Home

This web site offers information about chronic fatigue syndrome (CFS) and its diagnosis and treatment. In general, in order to receive a diagnosis of chronic fatigue syndrome, a patient must satisfy two criteria:

1. Have severe chronic fatigue of six months or longer duration with other known medical conditions excluded by clinical diagnosis, and
2. Concurrently have four or more of the following symptoms: substantial impairment in short-term memory or concentration, sore throat, tender lymph nodes, muscle pain, multi-joint pain without swelling or redness, headaches of a new type, pattern or severity, unrefreshing sleep, and post-exertional malaise⊞ lasting more than 24 hours.

The symptoms must have persisted or recurred during six or more consecutive months of illness and must not have predated the fatigue.

**Hot Topics**

December 2003
Twelve new publications on CFS

March 2003
Report on CDC's CFS program activities, 2002-2003

February 23-26, 2003
Report of a meeting on mechanisms of unexplained fatigue

February 2003
Receive continuing education credits for CFS study course

### CFS Information
This section will provide you with demographic information such as how common CFS is, who is most susceptible, whether it is contagious, and possible causes. Questions about diagnosis, treatments, resources, or rumors should be discussed with your physician or other health care professional.

### Treatment
As a service to you, this section provides basic information about therapies that have been used for the treatment of CFS patients.

### Continuing Education
This section describes a new Web-based, self-study course designed to increase health providers' awareness and understanding of chronic fatigue syndrome. Continuing education credits are available for health providers who complete the course.

### Support Groups
The section "How to select a support group" briefly outlines what to look for, and what to watch out for, when deciding on a support group.

### CFS Defined
The core of the revised case definition is a set of uniformly applicable guidelines for the clinical and research evaluation of CFS and the other forms of fatigue.

### Meetings and Workshops
This section provides descriptions of various CDC or HHS meetings and workshops about CFS.

### Program Upadates
This section provides detailed updates of the activities of CDC's CFS Research

Program, including archived reports.

**Publications**

Summaries of all peer-reviewed publications by the CDC CFS are available in this section.

▲
Top of page

CFS Home | Hot Topics | Glossary | Contact Us
CDC Home | Search | Health Topics A-Z

This page last reviewed January 26, 2004

All information presented in these pages and all items available for download are for public use.

Centers for Disease Control and Prevention
National Center for Infectious Diseases



U.S. Department of Health and Human Services