Comes in for follow-up. He has continued to have some neuromuscular issues. He has stiffness and pain all the time. When he is able to get moving in the morning it gradually improves, but if he overdoes his activities the next day his symptoms are even worse. Since he started on the Adderall he thinks he is getting some improvement in his cognitive dysfunction and attention, though this is still suboptimally controlled.

He has had some mild side effects from the Adderall. He occasionally will experience some slight tremor in his right hand, has noted a feeling of jitteriness. His appetite is fairly well-maintained. No insomnia, no palpitations. He does complain fairly strongly of dry mouth. He is not taking any other pain medications which would cause similar effects.

PHYSICAL EXAMINATION: BP is 100/70, pulse 84 and regular. Lungs are clear. Heart – RRR, no MRG. There is no obvious tremor at rest today. The right side continues to show some decreased arm swing when he walks, and there is a slight limp now noted, as well.

IMPRESSION:
1. ? Attention deficit disorder.
2. Persistent neuromuscular dysfunction related to autoimmune encephalomyopathy.
3. Muscle soreness and weakness as part of the above.

PLAN: Recommended trying to increase the Adderall XR to 40 mg. q.d. and see if this gives him better benefit and if he can tolerate it from a side effect standpoint. He will call me if he has difficulties with this. Otherwise, I also recommended a warm water aquatic program at the Sports Mall where his family is a member. I would like for him to try to gradually work into more muscle toning. He will see me in about 2-3 months for routine check, sooner if needed.

MMM/neb