# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-351  **DATE:** Monday, April 19, 2004
**TITLE:** Jeffries v. Centre Life Insurance
**RE:** Jury Trial
(9:02 - 11:45; 1:30 - 2:55)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** M. G. Ranz

**Attorney for Plaintiff(s)**
Michael Roberts
Eric Jeffries

**Attorney for Defendant(s)**
William Ellis
Amy Gasser Callow
Carrie Barnes (Rep.)

## WITNESSES

## PROCEEDINGS

Prelim. Matters:
9:02 - Settlement negotiation took place last night. Want to talk settlement. Will explore settlement after jury chosen. Jury selection held. Eight jurors selected & sworn. Settlement discussion held over lunch. 2:00 - Settlement reached. Specifics of settlement read into record. π requests the Court to retain jurisdiction over the settlement - GRANTED. One year Conditional Order to be filed. Jury thanked & excused.