UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,
    Plaintiff

v.                         Case No. C-1-02-351

Centre Life Insurance Company,
    Defendant

## PEREMPTORY CHALLENGES

Please list the juror's name and number of your peremptory challenges.

| | Name of Juror | Juror Number |
|---|---|---|
| 1) | Patrice L Smith | 5 |
| 2) | Johnny Springer | 8 |
| 3) | Ruth Anne Grimme | 13 |
| 4) | Howard J Witte | 17 |

_____
Attorney for Defendant

π exercises ZERO challenges

## Judge's List

Judge: **SANDRA S. BECKWITH**  
Event: **C-1-02-351A**  
Description: **JEFFRIES V. CENTRE LIFE**

Date: **4/19/04**  
Time: **8:22 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ① 1 | 100224595 | 01-0029 | MCLAUGHLIN, MARY E<br>MIDDLETOWN — 5/3 ~~_____~~ *out of town* | |
| ② 2 | 100222646 | 01-0048 | BEIRISE, JEAN M<br>CINCINNATI | |
| ③ 3 | 100212091 | 01-0003 | RILEY, RICHARD ALAN<br>CINCINNATI | |
| ④ 4 | 100216673 | 01-0041 | GORMAN, LAWRENCE J<br>LOVELAND | |
| ~~5~~ | ~~100209748~~ | ~~01-0081~~ | ~~SMITH, PATRICE L~~   △<br>CINCINNATI — *works @ insurance Co.* | |
| ~~6~~ | ~~100227962~~ | ~~01-0086~~ | ~~GLOTFELTY, PHILIP R~~   C<br>CINCINNATI — *Student - mid terms / invasion of privacy* | |
| ⑤ 7 | 100216931 | 01-0027 | GAREN, TRAVIS LEE<br>NEW VIENNA | |
| ~~8~~ | ~~100217747~~ | ~~01-0092~~ | ~~SPRINGER, JOHNNY~~   △<br>CINCINNATI | |
| ⑥ 9 | 100221826 | 01-0018 | SIMMERING, CATHERINE D<br>WHEELERSBURG | |

*seated - 8*  
*challenged - 4*  
*Cause - 6*  
*not used - 15*  
*Total - 33*

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: SANDRA S. BECKWITH
Event: C-1-02-351A
Description: JEFFRIES V. CENTRE LIFE

Date: 4/19/04
Time: 8:22 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~10~~ | ~~100235572~~ | ~~01-0037~~ | ~~PHILBECK, VICKIE JEAN~~ HAMILTON  *brother disabled ~~border~~ car accident*  C | |
| 11 | 100221022 | 01-0095 | STAMPER, JAMES W CINCINNATI | |
| 12 | 100235969 | 01-0034 | CASTLE, JASON E MIDDLETOWN  *wife's surgery Wed. May* | |
| ~~13~~ | ~~100220019~~ | ~~01-0088~~ | ~~GRIMME, RUTH ANNE~~ CINCINNATI  △ | |
| 14 | 100113040 | 01-0216 | GREEN, LAURA L CINCINNATI | |
| ~~15~~ | ~~100229086~~ | ~~01-0060~~ | ~~MALONE, ANGELA C~~ LUCASVILLE  *sympathetic to π*  C | |
| 16 | 100227469 | 01-0016 | REGG, JUNE CINCINNATI | |
| ~~17~~ | ~~100217852~~ | ~~01-0077~~ | ~~WITTE, HOWARD J~~ CINCINNATI  △ | |
| 18 | 100216301 | 01-0031 | PLANCK, FREDERICK S AMELIA | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **SANDRA S. BECKWITH**  
Event: **C-1-02-351A**  
Description: **JEFFRIES V. CENTRE LIFE**

Date: **4/19/04**  
Time: **8:22 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100222535 | 01-0168 | DAVIS JR, DAVID M  <br>CINCINNATI | | |
| 20 | 100229446 | 01-0167 | SHOCKLEY, CHRISTOPHER M  <br>CINCINNATI | | |
| ~~21~~ | ~~100227628~~ | ~~01-0012~~ | ~~HACKWORTH, JOHN J~~  <br>STOUT | *aunt passed away — funeral tomorrow* | C |
| ~~22~~ | ~~100227887~~ | ~~01-0076~~ | ~~MARTIN, JACK L~~  <br>SARDINA | MARTIN, JACK — *father passed away, will file / funeral tomorrow / med. malpractice suit* | C |
| ~~23~~ | ~~100229198~~ | ~~01-0093~~ | ~~KINZIE, WANDA C~~  <br>CINCINNATI | *Burrett, her atty & friend / Employed in life insurance, husband agent* | C |
| 24 | 100217552 | 01-0040 | COOPER, MICHAEL W  <br>LUCASVILLE | | |
| 25 | 100235213 | 01-0085 | SMITH, KATHERINE L  <br>WILMINGTON | | |
| ~~26~~ | ~~100230610~~ | ~~01-0192~~ | ~~BREEZLEY, STEVEN W~~  <br>HARRISON | *funeral tomorrow* | C |
| 27 | 100222938 | 01-0011 | MOORE, LISA K  <br>MIDDLETOWN | *needs to work* | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **SANDRA S. BECKWITH**
Event: **C-1-02-351A**
Description: **JEFFRIES V. CENTRE LIFE**

Date: **4/19/04**
Time: **8:25 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100234149 | 01-0078 | ELLISON, JAMES S<br>CINCINNATI | |
| 29 | 100219596 | 01-0036 | SCHAIBLE, LYNN<br>CINCINNATI | |
| 30 | 100223117 | 01-0021 | REDROW, TERESA<br>BATAVIA — *insurance Claim* | |
| 31 | 100222419 | 01-0079 | HAMLIN, JOSEPH R<br>FRANKLIN | |
| 32 | 100216964 | 01-0100 | HALICKS, RUTH ANN<br>CINCINNATI — *needs to work* | |
| 33 | 100229545 | 01-0053 | JOHNSON, JAIME L<br>CINCINNATI | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.