## Roberts, Michael A.

**From:** Amy Gasser Callow [AGCallow@WoodLamping.com]
**Sent:** Tuesday, October 19, 2004 1:20 PM
**To:** Roberts, Michael A.
**Subject:** Jeffries

Mike -- in follow-up to the Court's suggestion, we have redrafted a confidentiality provision which would allow for the "safety valve" referenced by Judge Beckwith. Please let me know your thoughts.

<<4r4601!.DOC>>

Amy Gasser Callow
agcallow@woodlamping.com

Confidentiality Notice
The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.



EXHIBIT 5

10/25/2004

**Proposed language for confidentiality in Jeffries case.**

The parties hereto agree to maintain as confidential, all materials relative to this case and not to disseminate any information concerning this case or this settlement. It is understood that this agreement is binding upon the counsel, heirs, successors, and assigns of either party. Such third parties as financial advisors, auditors, governmental agencies, etc. with a right or need to such information, or persons or parties who seek such information by virtue of subpoena, court order or other proper authority, may be provided such information only after reasonable notice to the other parties in this case.

In the event that information or materials from this case, disseminated prior to the date hereof, are used or referenced in any other claim or case, are published in any public document or on the internet, or are referenced in any way to the disadvantage of or in disparity of either party, such party or its counsel in any other matter, is released from this confidentiality to the extent reasonable and necessary to fully respond to the information or material so used or published.

Nothing in this agreement is intended to nor should be interpreted as to release any party or its counsel from any existing or future Orders of Court sealing or restricting use of any document or information in this case. It is agreed that any such orders are binding upon all parties. Any breach of this agreement releases the other party from all obligations of confidentiality.

221766.1