```
         IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION


                                  Case No. C-1-02-479

JEFFERSON-PILOT LIFE INSURANCE CO., )
                         Plaintiff )
                                   )
v.                                 )
                                   )
CHRISTOPHER L. KEARNEY,            )
                         Defendant )
```

DEPOSITION OF: TODD DITMAR, taken before Sharon R. Roy, Notary Public Stenographer, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, at the law offices of ACCURATE COURT REPORTING, 1500 Main Street, Springfield, Massachusetts on May 13, 2004 commencing at 9:29 a.m.

A P P E A R A N C E S:

(See Page 2)

       Sharon R. Roy
  Certified Shorthand Reporter
Registered Professional Reporter


       ACCURATE COURT REPORTING   (413) 747-1806

65

| | | |
|---|---|---|
| 1 | | right-hand column three or four lines down? |
| 11:00:32 | A. | Yes. |
| 11:00:41 | Q. | Have you ever seen anywhere a list of |
| 4 | | actions performed on the Kearney claim? |
| 11:00:46 | A. | No, I have not. |
| 11:00:50 | Q. | Was there ever a written strategy prepared |
| 7 | | on the Kearney claim? |
| 11:00:55 | A. | I do not believe so. |
| 11:00:56 | Q. | Is it the policy of DMS to develop |
| 10 | | strategies for each claim? |
| 11:01:01 | A. | No. |
| 11:01:12 | Q. | Do you require the persons that work |
| 13 | | underneath you to have a certain planned approach to |
| 14 | | their administration of a claim? |
| 11:01:29 | A. | No. |
| 11:01:30 | | MR. ROBERTS: Let's go off the |
| 17 | | record for a second. |
| 11:01:31 | | THE VIDEOGRAPHER: Going off the |
| 19 | | record at 11 a.m. |
| 11:12:57 | | (A recess was taken) |
| 11:12:57 | | (Exhibit 30, marked) |
| 11:12:58 | | THE VIDEOGRAPHER: Back on record at |
| 23 | | 11:12 a.m. |
| 11:13:09 | Q. | (By Mr. Roberts) Mr. Ditmar, I've marked |

ACCURATE COURT REPORTING   (413) 747-1806

66

|  |  |
|---|---|
|  | 1    as Exhibit 30 several documents all combined into one |
|  | 2    exhibit which we'll call 30. The first two pages of |
|  | 3    Exhibit 30 are 2001 Yearly Performance Plan and |
|  | 4    Review of Lance Faniel, which is Bates labeled DMS |
|  | 5    018 and DMS 019. |
| 11:13:35 | MR. ELLIS: Do you have copies of |
|  | 7    these for me, Counsel? |
| 11:13:38 | Q.   (By Mr. Roberts)  The next three pages are |
|  | 9    2002 Yearly Performance Plan and Review of John |
|  | 10   Midghall marked DMS 047, DMS 048, and DMS 049. |
| 11:13:49 | The next document is 2001 Yearly |
|  | 12   Performance Plan and Review of John Midghall marked |
|  | 13   DMS 050 and DMS 051. |
| 11:14:02 | The next is 2001 Yearly Performance Plan |
|  | 15   and Review of Brian Wentworth marked DMS 025 and 026. |
| 11:14:13 | The next is Yearly Performance Plan and |
|  | 17   Review, Brian Wentworth, signed by John Midghall, |
|  | 18   labeled DMS 027 and DMS 028. |
| 11:14:29 | The next is Yearly Performance Plan and |
|  | 20   Review of Brian Wentworth marked DMS 029, 030, and |
|  | 21   031. |
| 11:14:40 | The next is John Graff Yearly Performance |
|  | 23   Plan and Review marked DMS 060 and DMS 061. |
| 11:14:53 | The next is marked DMS 077, 78, 79, 80 and |

ACCURATE COURT REPORTING   (413) 747-1806

Ditmar, Todd                                          Page 66