# Peter M. Burrell

| | |
|---|---|
| **From:** | Peter M. Burrell |
| **Sent:** | Tuesday, May 04, 2004 11:09 AM |
| **To:** | 'Michael Roberts' |
| **Cc:** | 'Beckwith_Chambers@ohsd.uscourts.gov' |
| **Subject:** | RE: Jeffries v. Centre Life Insurance; C-1-02-351 |

Mike -- We have reviewed the proposed order and have the following comments. As you know, sealing the case was one aspect of the settlement the parties reached on April 19, 2004 when the settlement was read into the record. And, as noted in that record, we don't have an objection to sealing the case.

But it was our understanding that sealing the case would be addressed in the settlement agreement and would take place after the settlement agreement and release was finalized. I don't see why we can't get a working draft of an agreement together in short order so we can wrap this matter up. In fact, I thought you were going to put something together for our review. Since we should have something for our clients to review, I will put together a working draft and get it to you for review. Hopefully, we can then have something in final form within the next week to 10 days and get everything squared away at the same time. Peter

Peter M. Burrell
pmburrell@woodlamping.com
(513) 852-6096

Confidentiality Notice
The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.

-----Original Message-----
From: Michael Roberts [mailto:mroberts@Graydon.com]
Sent: Friday, April 30, 2004 10:30 AM
To: Lisa Hill; Beckwith_Chambers@ohsd.uscourts.gov
Cc: Michael Roberts; Peter M. Burrell; William R. Ellis
Subject: Re: Jeffries v. Centre Life Insurance; C-1-02-351

Judge Beckwith:

I prepared the Stipulation based on our 4/19 discussion and agreement in Court. But in fairness, since I have had no further dialogue with Mr. Ellis on the issue, I'd like you to await Mr. Ellis' reply to this message before executing the Order.

Respectfully, Mike Roberts

Michael A. Roberts
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
Direct Dial (513) 629-2799
Fax (513) 651-3836
mroberts@graydon.com
www.graydon.com

>>> Lisa Hill 04/30/04 10:14AM >>>
Dear Judge Beckwith:

Attached please find a Stipulation and Order Sealing Case with regard to Eric L. Jeffries v. Centre Life Insurance Co., Case No. C-1-02-351.

Thank you.

Lisa Hill
Paralegal
Lhill@graydon.com

(513) 629-2753