IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric Jeffries,                )
                              )
        Plaintiff,             ) Case No. 1:02-CV-351
                              )
    vs.                        )
                              )
Centre Life Insurance Co.,     )
<u>et al.</u>,                       )
                              )
        Defendants.            )

<u>O R D E R</u>

This case is reopened for purposes of resolving Plaintiff's motion to enforce settlement agreement and seal record (Doc. No. 257).

**IT IS SO ORDERED**

Date November 3, 2004              s/Sandra S. Beckwith
                              Sandra S. Beckwith, Chief Judge
                                United States District Judge