## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Eric L. Jeffries,
    Plaintiff

v.                              Case No.   1:02-cv-351

Centre Life Insurance Company,
et al.,
    Defendants

**ORDER**

The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another District Judge.

**SO ORDERED**.

Date: November 3, 2004        s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court