UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC L. JEFFRIES,

    Plaintiff,

-vs-                                    1:02cv351

CENTRE LIFE INSURANCE COMPANY, et al.,

    Defendants.

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Sandra S. Beckwith to the docket of the **Honorable Susan J. Dlott**.

                                s/Karen F. Jones
                                Karen F. Jones
                                Division Manger