IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC L. JEFFRIES, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv351 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CENTRE LIFE INSURANCE CO., : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

                                                                ___s/Susan J. Dlott_____
                                                                Susan J. Dlott
                                                                United States District Judge