UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L Jeffries,

       Plaintiff,

    -vs-                                                    1:04cv351


Centre Life Insurance Company,

       Defendant.


**NOTICE**

The above-captioned case is **REASSIGNED** from the docket of the Honorable

Susan J. Dlott to the docket of the **Honorable Michael H. Watson**.

          s/Karen F. Jones
          Karen F. Jones
          Division Manger