IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) : | CASE NO. C-1-02-351 |
| Plaintiff, | ) : | JUDGE WATSON |
| v. | ) : | |
| CENTRE LIFE INSURANCE COMPANY, | ) : | NOTICE OF DISMISSAL OF COUNT TWO OF COMPLAINT AND CLAIMS FOR PUNITIVE DAMAGES |
| Defendant. | ) : | |

The plaintiff hereby voluntarily dismisses with prejudice Count Two of the complaint and all claims for punitive damages asserted in the action.

DATED this 30th day of December, 2004.

| | |
|---|---|
| /s/ Michael A. Roberts | /s/ William R,. Ellis |
| Michael A. Roberts, Esq. (0047129) | William R. Ellis, Esq. (0023013) |
| 1900 Fifth Third Center | 600 Vine Street, Suite 2500 |
| 511 Walnut Street | Cincinnati, Ohio  45202 |
| Cincinnati, Ohio  45202-3157 | (513) 852-6067 / (513) 852-6087 (FAX) |
| (513) 629-2799/(513) 651-3836 (FAX) | e-mail: wrellis@woodlamping.com |
| e-mail: rbtm@graydon.com | *Attorney for Defendant* |