IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| PLAINTIFF, | ) | JUDGE WATSON |
| v. | ) | |
| CENTRE LIFE INSURANCE COMPANY, | ) | STIPULATION OF FINAL DISMISSAL, WITH PREJUDICE |
| DEFENDANT. | ) | |

The instant controversy having been fully and finally settled and compromised, and said settlement having been consummated, IT IS HEREBY STIPULATED by and between the parties that the within action against defendant CENTRE LIFE INSURANCE COMPANY and the Counterclaim against plaintiff Eric L. Jeffries and any causes of action or claims that actually were asserted or that could have been asserted by the parties herein, are hereby DISMISSED, WITH PREJUDICE, pursuant to FED.R.CIV.P. 41(a)(1)(i), each party to bear his or its own costs. Costs to be taxed by the Court for impaneling the jury, if any, shall be borne equally by the parties. The Court shall retain jurisdiction of this action through April 19, 2005.

/s/ Michael A. Roberts
Michael A. Roberts, Esq. (0047129)
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
(513) 629-2799/(513) 651-3836 (FAX)
e-mail: rbtm@graydon.com

/s/ William R,. Ellis
William R. Ellis, Esq. (0023013)
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
(513) 852-6067 / (513) 852-6087 (FAX)
e-mail: wrellis@woodlamping.com
*Attorney for Defendant*