IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| PLAINTIFF, | ) | JUDGE WATSON |
| v. | ) | |
| CENTRE LIFE INSURANCE COMPANY, | ) | NOTICE OF DISMISSAL OF COUNT TWO OF COMPLAINT AND CLAIMS FOR PUNITIVE DAMAGES |
| DEFENDANT. | ) | |

The plaintiff hereby voluntarily dismisses with prejudice Count Two of the complaint and all claims for punitive damages asserted in the action.

DATED this 30th day of December, 2004.

/s/ Michael A. Roberts
Michael A. Roberts, Esq. (0047129)
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
(513) 629-2799/(513) 651-3836 (FAX)
e-mail: rbtm@graydon.com

/s/ William R. Ellis
William R. Ellis, Esq. (0023013)
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
(513) 852-6067 / (513) 852-6087 (FAX)
e-mail: wrellis@woodlamping.com
*Attorney for Defendant*