UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-02-351 |
| | : | |
| Plaintiff, | ) | |
| | : | Judge Watson |
| vs. | ) | |
| | : | |
| CENTRE LIFE INSURANCE CO., | ) | Motion To Seal Case |
| | : | |
| Defendant. | ) | |

This matter was resolved by agreement on the first day of the scheduled jury trial, April 19, 2004. (*Doc. 251*). As reflected in the transcript of the settlement read into the record that day, plaintiff requested that the record of the case be sealed since there is an extraordinary volume of private health and financial information contained in the record's many pleadings, motions, memoranda, and exhibits. (*See, April 19, 2004, Transcript, pp. 6-7, attached to Doc. 257 as Exhibit 1*). Subsequently, plaintiff affirmatively requested that the Court seal the case for these reasons. (*Doc. 257*). And the Court reopened the case to decide the Motion To Seal (*Doc. 261*) but, nonetheless, the Court has not ruled on the Motion To Seal.

Plaintiff again requests that the Court exercise its inherent powers and seal the record of this case given the overwhelming financial and personal health information which is contained in essentially every pleading and document filed in the case.

Respectfully submitted,

/s Michael A. Roberts_____
Michael A. Roberts, Esq. (0047129)
Graydon Head & Ritchey LLP
1900 Fifth Third Center

511 Walnut Street
Cincinnati, OH  45202-3157
(513) 629-2799
mroberts@graydon.com
Counsel for Plaintiff

**Certificate Of Service**

     I hereby certify that the foregoing was filed electronically and thereby served on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 this 18[h] day of April 2005.

                    /s Michael A. Roberts