IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) : | CASE No. 02-351 |
| Plaintiff, | ) : | JUDGE MICHAEL WATSON |
| v. | ) : | |
| | | NOTICE OF DOCUMENTS |
| CENTRE LIFE INSURANCE CO., | ) : | TO BE SEALED |
| Defendant. | ) | |

Pursuant to this Court's Order (Doc. 272), the plaintiff hereby gives Notice of the documents and information in the record which must necessarily be sealed to protect plaintiff's financial and personal health information:

| Docket No. | Justification |
|---|---|
| Non-Docket | **Depositions of Loretta Braga, R.N. and Cindi Palmer, R. N.** (referenced at Doc 47-48). If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These nurses discuss details of Mr. Jeffries' health. |
| 67 | **Dr. Geier Declaration**: Discusses details of Mr. Jeffreis' health issues. |
| 116, 133 | **Motion.** Addresses the medical examinations (attached) of Mr. Jeffries. |
| 117, 131 | **Motion.** Addresses the medical examinations (attached) of Mr. Jeffries. |
| 118, 127 | **Motion.** Addresses the medical testimony of Drs. Clionsky, Hartings, and Bullard (attached). |
| 124 | **Motion.** Addresses medical examinations of Mr. Jeffries. |
| 135, 146, 151 | **Motion.** In depth analysis of plaintiff's health throughout, including in the 12 attachments. |
| 136, 150, 154 | **Motion.** In depth analysis of plaintiff's health throughout, including in the 15 attachments, and 34 responsive attachments. |
| 145 | **Dr. Geier Declaration**: Discusses details of Mr. Jeffreis' health issues. |

| | |
|---|---|
| 152 | **Transcript:** Details of medical illness and health of Mr. Jeffries discussed. |
| Non-Docket | **McClellan Depositions (154+).** If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These nurses discuss details of Mr. Jeffries' health. |
| Non-Docket | **Depositions**: Bullard, Hartings, McClellan, Poser (156+). If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These doctor depositions discuss details of Mr. Jeffries' health. |
| 161 | **Dr. Pretorius Declaration.** These discuss details of Mr. Jeffries' health and medical exams. |
| 167 | **Transcript of Testimony of Drs. Hartings and Bullard.** If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These doctors discuss details of Mr. Jeffries' health. |
| 198 | **Motion.** This motion discusses and attaches reports regarding Mr. Jeffries' health. |
| 200 | **Motion.** This motion discusses and attaches reports regarding Mr. Jeffries' health. |
| 224 | **Depositions**: Poser. If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. This doctor discusses details of Mr. Jeffries' health. |
| 230 | **Motion.** This motion discusses and attaches reports regarding Mr. Jeffries' health. |
| 232 | **Depositions**: Poser. If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. This doctor discusses details of Mr. Jeffries' health. |
| 240+ | **Depositions.** Dunn, Luggen, Reed, Nunlist-young. If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These doctors discuss details of Mr. Jeffries' health. |
| 242 | **Depositions:** of Drs. Dunn, Reed, Frey, Fritz, Geier, Hawkins, Hyde, Luggen, Nunlist-Young, Shear, and Garb. If these depositions remain in the clerk's file, they should be sealed or returned to plaintiff. These doctors discuss details of Mr. Jeffries' health. |
| 252 | **Geier Testimony.** This transcript discusses details of Mr. Jeffries' health. |
| 254 | **Frey transcript.** This transcript discusses details of Mr. Jeffries' health. |

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts, Esq. (0047129)
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, Ohio 45202
(513) 629-2799
email:mroberts@graydon.com

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed and thereby served on William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 29th day of August, 2005.

/s Michael A. Roberts