## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Eric L. Jeffries,

    Plaintiff,

    v.                                                                                  Case No. 1:02cv351

Centre Life Insurance Co.,                                         Judge Michael R. Barrett

    Defendants.

### ORDER

This matter is before the Court following a status conference held on October 11, 2006. During that conference, the Court ordered the Parties to provide the Court with an entry regarding the sealing of documents consistent with the record. To date, no such entry has been received by the Court. The Parties are hereby **ORDERED to SHOW CAUSE** for their failure to do so, or tender an order to the Court's email address (Barrett_Chambers@ohsd.uscourts.gov) within **twenty (20) days** of entry of this Order.

    **IT IS SO ORDERED.**

                                                             */s/ Michael R. Barrett*
                                                              Michael R. Barrett, Judge
                                                              United States District Court