**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Eric L. Jeffries,

    Plaintiff,

    v.                                                                                  Case No. 1:02cv351

Centre Life Insurance Co.,                                        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court following an Order to show cause entered by this Court on March 5, 2007. (Doc. 276) The Parties shall have an extension of seven (7) days to provide the Court with an entry regarding the sealing of documents consistent with the record. This entry shall be emailed to the Court's email address at Barrett_Chambers@ohsd.uscourts.gov.

    **IT IS SO ORDERED.**

                                                                 */s/ Michael R. Barrett*
                                                                 Michael R. Barrett, Judge
                                                                  United States District Court