**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC L. JEFFRIES,** | ) : | **CASE NO. C-1-02-351** |
| Plaintiff, | ) : | **JUDGE BARRETT** |
| | | **Magistrate Judge Hogan** |
| v. | ) : | |
| **CENTRE LIFE INSURANCE CO.,** | ) : | |
| Defendant. | ) | |

## RESPONSE OF PLAINTIFF TO ORDER TO SHOW CAUSE

On March 5, 2007, this Court issued an Order (*Doc. 276*) that plaintiff "show cause" for having not tendered an Order to the Court, or to alternatively, submit an Order to Chambers electronically.

Because the partial seal of the record/docket which has been permitted by the Court would still leave sensitive, private, financial, and medical information available for public access, plaintiff has this date tendered to the Court electronically the alternative Orders attached as Exhibits 1 and 2, which would either: (a) Order that the entire case be sealed (subject to reopen on an item-by-item basis); or (b) seal no part of the record/docket.

Respectfully submitted,

OF COUNSEL

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464
email:mroberts@graydon.com

/s Michael A. Roberts
Michael A. Roberts, Esq.  (0047129)
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 (fax)

## CERTIFICATE OF SERVICE

      The foregoing was electronically filed and thereby delivered to William R. Ellis, Esq., Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202, this 28th day of March, 2007.

                                        /s Michael A. Roberts _____

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC L. JEFFRIES,** | ) : | **CASE NO. C-1-02-351** |
| Plaintiff, | ) : | **JUDGE BARRETT** |
| | | **Magistrate Judge Hogan** |
| v. | ) : | |
| **CENTRE LIFE INSURANCE CO.,** | ) : | |
| Defendant. | ) | |

## ORDER SEALING CASE

This matter came before the Court on September 27, 2006, upon Motion of the plaintiff (*Doc. 270, 273*) to seal the record of this case. For good cause shown, this Court hereby seals the record of this case and the Clerk is directed to seal the hard copy as well as electronic access of this case from the public. In the future, should either side desire to gain access to the documents of this case, they shall move the Court specifically stating the documents they seek access to and the basis for their request. Whereupon the other side will have an opportunity to respond.

**IT IS SO ORDERED.**

Dated: _____, 2006                              _____
                                                     Hon. Michael R. Barrett, USDC

# EXH. 1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC L. JEFFRIES,** | ) : | **CASE NO. C-1-02-351** |
| Plaintiff, | ) : | **JUDGE BARRETT**<br>**Magistrate Judge Hogan** |
| v. | ) : | |
| **CENTRE LIFE INSURANCE CO.,** | ) : | |
| Defendant. | ) | |

## ORDER DENYING PLAINTIFF'S REQUEST TO SEAL CASE

This matter came before the Court on September 27, 2006, upon Motion of the plaintiff (*Doc. 270, 273*) to seal the record of this case. This Court hereby denies the request.

**IT IS SO ORDERED.**

Dated: _____, 2006  _____
Hon. Michael R. Barrett, USDC

# EXH. 2