**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Eric L. Jeffries,

    Plaintiff,

    v.                                                                 Case No. 1:02cv351

Centre Life Insurance Co.,                              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court Plaintiff Eric L. Jeffries' Response to Order to Show Cause. (Doc. 278) Plaintiff indicates that either the entire case should be sealed or no part of the record or docket should be sealed. In a previous Order of this Court, the Court found that the sealing of the entire record was not warranted, and denied Plaintiff's Motion to Seal Case. (Doc. 272) Therefore, the Court will not seal any documents in this case.

    **IT IS SO ORDERED.**

                                               */s/ Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court