UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,

    Plaintiff,

    v.

    Case Number: 1:02cv351

Center Life Insurance Company, et al.,

    Judge Michael R. Barrett

    Defendants.

## NOTICE OF COUNSEL

I hereby acknowledge receipt of in camera submission (Doc. 97).

_August 3, 2007_
DATE
bac    July 31, 2007

_[signature] per Bill Ellis ESQ_
Counsel for the Defendant