UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,

    Plaintiff,

       v.

Center Life Insurance Company, et al.,

    Defendants.

Case Number: 1:02cv351

Judge Michael R. Barrett

### NOTICE OF COUNSEL

I hereby acknowledge receipt of in camera submission (Doc. 98).

_____10-26-7_____
DATE
bac   July 31, 2007

_____
Counsel for the Plaintiff